IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:20-cv-00985-RGA ) **(Consolidated)** |
| HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, and HETERO USA INC., | ) ) ) Underlying Action: 1:20-cv-01022-RGA ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims and counterclaims in this Action without prejudice.

| | |
|---|---|
| Dated: May 3, 2021<br><br>By:<br><br>/s/ *James D. Taylor, Jr.*<br>James D. Taylor, Jr. (#4009)<br>Jessica M. Jones (#6246)<br>Charles E. Davis (#6402)<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>James.Taylor@saul.com<br>Jessica.Jones@saul.com<br>Chad.Davis@saul.com<br><br>*Of Counsel*:<br><br>Chad J. Peterman<br>Bruce M. Wexler<br>Scott F. Peachman | /s/ *Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Of Counsel:*<br><br>Todd S. Werner<br>Megan E. Christner<br>Carlson, Caspers, Vandenburgh, & Lindquist, P.A.<br>225 South Sixth Street<br>Suite 4200<br>Minneapolis, MN 55402<br>Phone: (612) 436-9600 |

| | |
|---|---|
| PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>chadpeterman@paulhastings.com<br>brucewexler@paulhastings.com<br>scottpeachman@paulhastings.com<br><br><br>*Attorneys for Plaintiff*<br>*ACADIA Pharmaceuticals Inc.* | *twerner@carlsoncaspers.com*<br>*mchristner@carlsoncaspers.com*<br><br>*Attorneys for Defendants Hetero USA Inc.,*<br>*Hetero Labs Limited Unit-V, and Hetero Labs*<br>*Limited* |

38450779.2.docx