IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ACADIA PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 1:20-cv-00985-RGA <br><br> CONSOLIDATED |

## STIPULATION AND [PROPOSED] ORDER

This stipulation is made by and between Plaintiff ACADIA Pharmaceuticals Inc. ("ACADIA" or "Plaintiff") and Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. (collectively, "MSN"); Zydus Pharmaceutical (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus"); Teva Pharmaceuticals USA Inc. ("Teva"); and Aurobindo Pharma Limited and Aurobindo Pharma USA Inc. (collectively, Aurobindo") (all collectively, the "Defendants") (together with Plaintiff, the "Parties") in the above-captioned action (the "Action").

**WHEREAS,** pursuant to ¶ 9 of the Scheduling Order (D.I. 17) in this Action, Defendants proposed the following claim terms for construction and have subsequently identified these claim terms as indefinite:

- "the lubricant" appearing in Claims 1 and 6 of U.S. Patent No. 10,849,891;

- "a D90 particle size distribution of [a given range] as measured using laser scattering particle size analysis" appearing in Claims 12 and 16 of U.S. Patent No. 10,646,480, Claim 3 of U.S. Patent No. 10,449,185, and Claims 7 and 11 of U.S. Patent No. 10,849,891;

- "a particle size distribution (D90) of 180 to 340 μm . . . wherein the particle size distribution is measured using laser light scattering with a Malvern Mastersizer 2000 LLS PS system, a Scirocco 2000 dry dispersion unit" appearing in Claims 1 and 8 of U.S. Patent No. 10,646,480 and Claim 1 of U.S. Patent No. 10,449,185; and

- "bulk density of the blended pimavanserin composition" appearing in Claim 7 of U.S. Patent No. 10,646,480.

**WHEREAS,** the Parties agree that all indefiniteness disputes raised at any point in this Action are more appropriately addressed during the merits phase of the case, notwithstanding that it may implicate related issues of claim interpretation;

**NOW, THEREFORE**, Plaintiff and Defendants, by and through their respective undersigned counsel in this Action, and subject to the approval of the Court, stipulate that:

1. All indefiniteness arguments are reserved for subsequent phases of this litigation as may otherwise be appropriate, including expert discovery, summary judgment, and/or trial.

2. In the context of determinations with respect to asserted invalidity, Plaintiff and Defendants each reserve the right to propose and argue separate and distinct interpretations of the above-listed claim terms or those later identified in this Action.

3. Nothing herein limits rights Defendants may otherwise have to argue the invalidity of the '480 patent, the '185 patent, and the '891 patent with respect to indefiniteness.

4. Nothing herein limits rights Plaintiff may otherwise have to dispute Defendants' indefiniteness arguments (including the sufficiency thereof) raised at any point in this Action.

5. The Parties' exchange of their proposed claim constructions will be extended by

one week to August 20, 2021. The case schedule previously agreed to by the Parties and set forth in the Scheduling Order in this Action (D.I. 17) will otherwise remain unchanged.

**IT IS SO STIPULATED**.

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ James D. Taylor, Jr.*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Charles E. Davis (#6402)
Aubrey J. Morin (#6568)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
James.Taylor@saul.com
Jessica.Jones@saul.com
Chad.Davis@saul.com
Aubrey.Morin@saul.com

OF COUNSEL:

Chad J. Peterman
Bruce M. Wexler
Scott F. Peachman
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
chadpeterman@paulhastings.com
brucewexler@paulhastings.com
scottpeachman@paulhastings.com

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

**MORRIS JAMES LLP**

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

OF COUNSEL:

Timothy H. Kratz
George J. Barry III
KRATZ & BARRY LLP
1050 Crown Pointe Parkway
Suite 500
Atlanta, GA 30338
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com
*Attorneys for Defendants Aurobindo Pharma Limited*

**SHAW KELLER LLP**

*/s/ Nathan Roger Hoeschen*
Karen Elizabeth Keller (#3362)
John W. Shaw (#4489)
Nathan Roger Hoeschen (#6232)
Shaw Keller LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
jshaw@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Michael K. Nutter
Ivan M. Poullaos
Linda A. Greene
Katherine D. Hundt
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

38842524.2

        mnutter@winston.com
        ipoullaos@winston.com
        lgreene@winston.com
        khundt@winston.com

        *Attorneys for Defendant Teva Pharmaceuticals USA, Inc*

| **SEITZ, VAN OGTROP & GREEN, P.A.** | **PHILLIPS, MCLAUGHLIN & HALL, P.A.** |
|---|---|
| */s/ James S. Green, Jr.* | */s/ David A. Bilson* |
| James S. Green, Jr. (#4406) | John C. Phillips, Jr. (#110) |
| Jared T. Green (#5179) | David A. Bilson (#4986) |
| Seitz, Van Ogtrop & Green, P.A. | Phillips, McLaughlin & Hall, P.A. |
| 222 Delaware Avenue, Suite 1500 | 1200 N. Broom Street |
| P.O. Box 68 | Wilmington, DE 19806 |
| Wilmington, DE 19899 | jcp@pmhdelaw.com |
| jsgreen@svglaw.com | dab@pmhdelaw.com |
| jtgreen@svglaw.com | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Shashank D. Upadhye | |
| Yixin H. Tang | James T. Peterka |
| Brent A. Batzer | Michael J. Gaertner |
| UPADHYE CWIK LLP | Christopher J. Cassella |
| 135 S. LaSalle Street Suite 1930 | Timothy F. Peterson |
| Chicago, IL 60603 | Locke Lord LLP |
| shashank@ipfdalaw.com | 111 South Wacker Drive |
| yixin@ipfdalaw.com | Chicago, IL 60606 |
| brent@ipfdalaw.com | jpeterka@lockelord.com |
| | mgaertner@lockelord.com |
| | Christopher.cassella@lockelord.com |
| *Attorneys for Defendants MSN Laboratories* | tpeterson@lockelord.com |
| | |
| | *Attorneys for Defendants Zydus Healthcare & Cadila Healthcare Limited* |

38842524.2

SO ORDERED this _____ day of _____, 2021.

                                                                             _____
                                                                             THE HONORABLE RICHARD G. ANDREWS

38842524.2