IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-cv-985 RGA |
| | ) |
| AUROBINDO PHARMA LIMITED, et al., | ) CONSOLIDATED |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
AUTHENTICITY OF ANDA NO. 214782**

WHEREAS, Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") hereby stipulate to the authenticity of the documents listed below, comprising Abbreviated New Drug Application ("ANDA") No. 214782, correspondences to/from the FDA concerning ANDA No. 214782, and additional documents included in Aurobindo's productions to ACADIA, pursuant to Fed. R. Evidence 901, and that such documents are not excluded as hearsay pursuant to Fed. R. Evidence 803(6);

- AURO_PIMAV00000001 - AURO_PIMAV00015853
- AURO_PIMAV00109596
- AURO_PIMAV00098534
- AURO_PIMAV00098535
- AURO_PIMAV00098566 - AURO_PIMAV00098568
- AURO_PIMAV00098569
- AURO_PIMAV00117233 - AURO_PIMAV00117236
- AURO_PIMAV00087841
- AURO_PIMAV00087842
- AURO_PIMAV00087843
- AURO_PIMAV00087850
- AURO_PIMAV00087851
- AURO_PIMAV00087852
- AURO_PIMAV00107570 - AURO_PIMAV00107579
- AURO_PIMAV00087855 - AURO_PIMAV00087879
- AURO_PIMAV00098494
- AURO_PIMAV00098495

- AURO_PIMAV00110813 - AURO_PIMAV00110816
- AURO_PIMAV00098954
- AURO_PIMAV00098955
- AURO_PIMAV00098959
- AURO_PIMAV00098960
- AURO_PIMAV00098961
- AURO_PIMAV00098962
- AURO_PIMAV00098963
- AURO_PIMAV00098964
- AURO_PIMAV00099030
- AURO_PIMAV00099031
- AURO_PIMAV00099032
- AURO_PIMAV00099034
- AURO_PIMAV00099041
- AURO_PIMAV00099042
- AURO_PIMAV00108487 - AURO_PIMAV00108488
- AURO_PIMAV00108489
- AURO_PIMAV00108599 - AURO_PIMAV00108600
- AURO_PIMAV00108601
- AURO_PIMAV00108658
- AURO_PIMAV00108659
- AURO_PIMAV00109720 - AURO_PIMAV00109722
- AURO_PIMAV00109723
- AURO_PIMAV00109789 - AURO_PIMAV00109790
- AURO_PIMAV00109791
- AURO_PIMAV00099039
- AURO_PIMAV00099040
- AURO_PIMAV00103062 - AURO_PIMAV00103063
- AURO_PIMAV00098680
- AURO_PIMAV00098681
- AURO_PIMAV00098682
- AURO_PIMAV00075247 - AURO_PIMAV00075250

WHEREAS, Plaintiff ACADIA Pharmaceuticals Inc. ("ACADIA") agrees that Rule 30(b)(6) depositions of Aurobindo's witnesses are no longer necessary in light of the above stipulations;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the documents comprising Aurobindo's ANDA 214782, correspondences to/from the FDA concerning ANDA No. 214782, and additional documents included in Aurobindo's

productions to ACADIA, as listed above, are authenticated pursuant to Fed. R. Evidence 901 and are not excluded as hearsay pursuant to Fed. R. Evidence 803(6), and that the Rule 30(b)(6) depositions previously requested by ACADIA will no longer be necessary.

June 24, 2022

| SAUL EWING ARNSTEIN & LEHR LLP | KRATZ & BARRY LLP |
|---|---|
| /s/ Michelle Streifthau-Livizos | /s/R. Touhey Myer |
| James D. Taylor, Jr. (#4009) | R. Touhey Myer (#5939) |
| Jessica M. Jones (#6246) | 800 North West Street |
| Charles E. Davis (#6402) | Wilmington, Delaware 19801 |
| Michelle C. Streifthau-Livizos (#6584) | (302) 527-9378 |
| 1201 N. Market Street, Suite 2300 | tmyer@kratzandbarry.com |
| P.O. Box 1266 | |
| Wilmington, Delaware 19899 | OF COUNSEL: |
| (302) 421-6800 | |
| james.taylor@saul.com | Timothy H. Kratz |
| jessica.jones@saul.com | George J. Barry III |
| chad.davis@saul.com | KRATZ & BARRY LLP |
| michelle.streifthau-livizos@saul.com | 1050 Crown Pointe Parkway |
| | Suite 500 |
| OF COUNSEL: | Atlanta, GA 30338 |
| | tkratz@kratzandbarry.com |
| Chad J. Peterman | gbarry@kratzandbarry.com |
| Bruce M. Wexler | |
| Scott F. Peachman | *Attorneys for Defendants Aurobindo Pharma* |
| Rebecca A. Hilgar | *Limited and Aurobindo Pharma USA, Inc.* |
| Felix A. Eyzaguirre | |
| PAUL HASTINGS LLP | |
| 200 Park Avenue | |
| New York, New York 10166 | |
| (212) 318-6000 | |
| chadpeterman@paulhastings.com | |
| brucewexler@paulhastings.com | |
| scottpeachman@paulhastings.com | |
| rebeccahilgar@paulhastings.com | |
| felixeyzaguirre@paulhastings.com | |
| | |
| *Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.* | |