# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 20-985-RGA <br> ) |
| AUROBINDO PHARMA LIMITED and <br> AUROBINDO PHARMA USA, INC., | ) <br> ) CONSOLIDATED <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of October 2022, copies of *Rebuttal Expert Report of Stuart H. Isaacson, M.D., F.A.A.N.; Rebuttal Expert Report of Dr. William Jorgensen; Rebuttal Expert Report of Professor Bryan L. Roth, M.D., Ph.D.; Expert Report of Sean D. Sheridan, Ph.D.;* and *Rebuttal Expert Report of Dennis M. Fisher, M.D.* were served via email as follows:

**KRATZ & BARRY LLP**
R. Touhey Myer
800 N. West Street
Wilmington, DE 19801
302-527-8378
tmyer@kratzandbarry.com

*OF COUNSEL:*

Timothy H. Kratz
George J. Barry III
R. Touhey Myer
KRATZ & BARRY LLP
1050 Crown Pointe Parkway
Suite 500

**SHAW KELLER LLP**
Karen Elizabeth Keller
John W. Shaw
Nathan Roger Hoeschen
Shaw Keller LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
jshaw@shawkeller.com
nhoeschen@shawkeller.com

*OF COUNSEL:*

Michael K. Nutter
Ivan M. Poullaos
Linda A. Greene
Katherine D. Hundt

40712694.1

| | |
|---|---|
| Atlanta, GA 30338<br>tkratz@kratzandbarry.com<br>gbarry@kratzandbarry.com<br>tmyer@kratzandbary.com<br><br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>mnutter@winston.com<br>ipoullaos@winston.com<br>lgreene@winston.com<br>khundt@winston.com<br><br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |
| **PHILLIPS, MCLAUGHLIN & HALL, P.A.**<br><br>John C. Phillips, Jr.<br>David A. Bilson<br>Phillips, McLaughlin & Hall, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br><br>OF COUNSEL:<br><br>James T. Peterka<br>Michael J. Gaertner<br>Christopher J. Cassella<br>Timothy F. Peterson<br>Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>jpeterka@lockelord.com<br>mgaertner@lockelord.com<br>Christopher.cassella@lockelord.com<br>tpeterson@lockelord.com<br><br>*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila healthcare Limited* | **SEITZ, VAN OGTROP & GREEN, P.A.**<br><br>James S. Green, Jr.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>jsgreen@svglaw.com<br><br>OF COUNSEL:<br><br>Shashank D. Upadhye<br>Yixin H. Tang<br>Brent A. Batzer<br>UPADHYE CWIK LLP<br>135 S. LaSalle Street Suite 1930<br>Chicago, IL 60603<br>shashank@ipfdalaw.com<br>yixin@ipfdalaw.com<br>brent@ipfdalaw.com<br><br>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc.* |

40712694.1

| | |
|---|---|
| OF COUNSEL: | SAUL EWING ARNSTEIN & LEHR LLP |
| Chad J. Peterman<br>Bruce M. Wexler<br>Scott F. Peachman<br>Rebecca A. Hilgar<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>chadpeterman@paulhastings.com<br>brucewexler@paulhastings.com<br>scottpeachman@paulhastings.com<br>rebeccahilgar@paulhastings.com | /s/ Michelle C. Streifthau-Livizos<br>James D. Taylor, Jr. (#4009)<br>Jessica M. Jones (#6246)<br>Charles E. Davis (#6402)<br>Aubrey J. Morin (#6568)<br>Michelle C. Streifthau-Livizos (#6584)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>James.Taylor@saul.com<br>Jessica.Jones@saul.com<br>Chad.Davis@saul.com<br>Aubrey.Morin@saul.com<br>Michelle.streifthau-livizos@saul.com |

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

October 31, 2022

40712694.1