

Michelle C. Streifthau-Livizos<br>
Phone: (302) 421-6819<br>
Fax: (302) 421-6813<br>
michelle.streifthau-livizos@saul.com<br>
www.saul.com

November 23, 2022

The Honorable Gregory B. Williams
United States District Court
For the District of Delaware
844 N. King Street, Room 6124
Wilmington, DE 19801

      Re:    *Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al.*
              C.A. No. 20-985-RGA

Dear Judge Williams:

      Plaintiff Acadia Pharmaceuticals Inc. writes in response to Defendants MSN Laboratories Pvt. Ltd. and MSN Pharmaceuticals, Inc.'s (collectively, "MSN") letter motion for leave to move for summary judgment of invalidity of U.S. Patent 7,601,740 (the '740 patent) (D.I. 238). MSN's letter motion was filed less than two days before Thanksgiving without any advance notice to Acadia.

      MSN's letter motion contains a number of factual and legal errors that Acadia would like the opportunity to fully respond to. Due to counsel and client unavailability during the holiday and the surprise nature of the letter motion, we respectfully request the right to respond substantively on December 2, 2022, unless directed otherwise by the Court. MSN does not oppose this request.

      We thank the Court for its consideration of this request.

                                                Respectfully,

                                                *Michelle C. Streifthau-Livizos*

                                                Michelle C. Streifthau-Livizos (#6584)

cc: Clerk of the Court (by CM/ECF)
      Counsel of Record (by CM/ECF)