**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-985-GBW |
| v. | ) | |
| | ) | CONSOLIDATED |
| AUROBINDO PHARMA LIMITED, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF EXPERT**
**DISCOVERY DEADLINE AND REMOVAL OF DAUBERT MOTION DEADLINES**

**WHEREAS**, Plaintiff Acadia Pharmaceuticals Inc. ("ACADIA") and Defendants

Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo"); Zydus

Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus"); and MSN

Laboratories Private, Ltd. and MSN Pharmaceuticals, Inc. (collectively, "MSN") (together,

"Defendants") by their undersigned counsel, stipulate and agree to the following:

**WHEREAS**, on December 8, 2020, the Court entered the Scheduling Order governing this

case, which provided that depositions of experts be completed on or before February 3, 2023, and

which provided deadlines for objections to expert testimony under *Daubert v. Merrell Dow*

*Pharm., Inc*., 509 U.S. 579 (1993) (D.I. 17, ¶¶ 12(a) and 12(b));

**WHEREAS**, Plaintiff and Defendants have now agreed to complete expert depositions on

or before February 17, 2023;

**WHEREAS**, Plaintiff and Defendants have agreed that no objections to expert testimony

(*Daubert* motions) will be submitted by Plaintiff or Defendants pursuant to the Scheduling Order

(D.I. 17 ¶ 12(b));

**WHEREAS**, Plaintiff and Defendants have agreed that all other dates in the Scheduling Order (D.I. 17) shall remain as previously scheduled;

**NOW THEREFORE**, Plaintiff and Defendants, by their undersigned counsel, hereby stipulate and agree that the Scheduling Order should be amended as follows:

1.  Depositions of experts shall be completed on or before February 17, 2023;

2.  No objections to expert testimony (*Daubert* motions) will be submitted by Plaintiff or Defendants, and the dates for such motion practice shall be removed from the schedule; and

3.  All other dates in the Scheduling Order shall remain as previously scheduled.

Dated: January 20, 2023

/s/Michelle C. Streifthau-Livizos
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

/s/John C. Phillips, Jr.
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
**PHILLIPS MCLAUGHLIN & HALL, P.A.**
1200 North Broom Street
Wilmington, Delaware 19801
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited.*

/s/R. Touhey Myer
R Touhey Myer (#5939)
800 N. West Street
**KRATZ & BARRY LLP**
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

41047755.1

/s/James S. Green, Jr.
James S. Green Jr. (#4406)
Jared T Green (#5179)
**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware A venue, Suite 1500
Wilmington, Delaware 19801
(302) 888-7607
jsgreen@svglaw.com
jtgreen@svglaw.com

*Attorneys for Defendants MSN Laboratories*
*Private Ltd. and MSN Pharmaceuticals, Inc.*

-3-