IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED *et al.*, <br><br> Defendants. | C.A. No. 20-985-GBW <br><br> CONSOLIDATED |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiff ACADIA Pharmaceuticals Inc. ("ACADIA") and Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") by their undersigned counsel, stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS**, Aurobindo has filed Abbreviated New Drug Application ("ANDA") No. 214782 with the United States Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture, use, offer for sale, sale and/or importation of a 34 mg generic version of the referenced-listed drug pimavanserin, sold under the trademark NUPLAZID® ("Aurobindo's ANDA Product");

**WHEREAS**, Aurobindo's ANDA No. 214782 included Paragraph IV certifications under 21 U.S.C. § 355 (j)(2)(B)(iv)(II) that Aurobindo seeks to engage in the commercial manufacture, use, offer for sale, sale and/or importation of Aurobindo's ANDA Product prior to the expiration of U.S. Patent Nos. 7,601,740 ("'740 patent") and 7,659,285 ("'285 patent");

**WHEREAS**, on July 24, 2020, April 9 2021, and June 1, 2022, ACADIA filed its Complaint, First Amended Complaint, and Second Amended Complaint, respectively, against Aurobindo alleging that submission of ANDA No. 214782, and/or the sale or use of Aurobindo's

ANDA Product, constitute and/or induce or contribute to acts of infringement under 35 U.S.C. §§ 271 (a), (b), (c), and/or (e)(2); and

**WHEREAS**, on January 6, 2023, Aurobindo amended ANDA No. 214782 with the FDA to convert its Paragraph IV certifications to Paragraph III certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(III) with respect to the '740 and '285 patents.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, that all claims and defenses as between ACADIA and Aurobindo concerning the '740 and '285 patents are hereby voluntarily dismissed without prejudice; and

**WHEREAS**, all parties shall bear their own costs, disbursements, and attorneys' fees with respect to the '740 and '285 patents.

41386267.1

**IT IS HEREBY ORDERED** this _____ day of _____ 2023, that:

1. In light of Aurobindo's conversion of its Paragraph IV certifications to Paragraph III certifications for the '740 and '285 patents, all claims and defenses as between ACADIA and Aurobindo concerning the '740 and '285 patents are hereby voluntarily dismissed without prejudice; and

2. All parties shall bear their own costs, disbursements and attorneys' fees with respect to the '740 and '285 patents.

Dated: March 29, 2023

| | |
|---|---|
| SAUL EWING LLP | KRATZ & BARRY LLP |
| */s/ Michelle C. Streifthau-Livizos* <br> James D. Taylor, Jr. (#4009) <br> Jessica M. Jones (#6246) <br> Michelle C. Streifthau-Livizos (#6584) <br> 1201 N. Market Street, Suite 2300 <br> P.O. Box 1266 <br> Wilmington, Delaware 19801 <br> (302) 421-6800 <br> james.taylor@saul.com <br> jessica.jones@saul.com <br> michelle.streifthau-livizos@saul.com <br><br> *Attorneys for Plaintiff,* <br> *ACADIA Pharmaceuticals Inc.* | */s/ R. Touhey Myer* <br> R Touhey Myer (#5939) <br> 800 N. West Street <br> Wilmington, DE  19801 <br> (302) 527-9378 <br> tmyer@kratzandbarry.com <br><br> *Attorneys for Defendants,* <br> *Aurobindo Pharma Ltd. and* <br> *Aurobindo Pharma USA, Inc.* |

**SO ORDERED.**

This _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

41386267.1