IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-985-GBW |
| | ) **(Consolidated)** |
| AUROBINDO PHARMA LIMITED, et al., | ) |
| | ) Underlying Action: |
| | ) C.A. No. 20-1021-RGA |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, ACADIA Pharmaceuticals Inc., Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited hereby stipulate to the dismissal of all claims and counterclaims between the parties in this Action without prejudice.

By:

| | |
|---|---|
| /s/ Michelle C. Streifthau-Livizos | /s/ John C. Phillips, Jr |
| James D. Taylor, Jr. (#4009) | John C. Phillips, Jr. (#110) |
| Jessica M. Jones (#6246) | David A. Bilson (#4986) |
| Michelle Streifthau-Livizos (#6584) | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| SAUL EWING LLP | 1200 North Broom Street |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19806 |
| P.O. Box 1266 | (302) 655-4200 |
| Wilmington, Delaware 19899 | jcp@pmhdelaw.com |
| (302) 421-6800 | dab@pmhdelaw.com |
| James.Taylor@saul.com | |
| Jessica.Jones@saul.com | *Of Counsel:* |
| Michelle Streifthau-Livizos@saul.com | |
| | Michael J. Gaertner (admitted *pro hac vice*) |
| *Of Counsel*: | James T. Peterka (admitted *pro hac vice*) |
| | Timothy F. Peterson (admitted *pro hac vice*) |
| Chad J. Peterman | Amy Lange (admitted *pro hac vice*) |
| Bruce M. Wexler | August M. Melcher (admitted *pro hac vice*) |
| Scott F. Peachman | LOCKE LORD LLP |
| PAUL HASTINGS LLP | 111 South Wacker Drive |
| 200 Park Avenue | Chicago, Illinois 60606 |
| New York, New York 10166 | (312) 443-0700 |
| (212) 318-6000 | mgaertner@lockelord.com |
| chadpeterman@paulhastings.com | jpeterka@lockelord.com |
| brucewexler@paulhastings.com | tpeterson@lockelord.com |
| scottpeachman@paulhastings.com | amy.lange@lockelord.com |
| | august.melcher@lockelord.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Zydus* |
| *ACADIA Pharmaceuticals Inc.* | *Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |

SO ORDERED.

Dated: _____, 2023

_____
UNITED STATES DISTRICT JUDGE

130332829