**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-985-GBW |
| | ) | |
| AUROBINDO PHARMA LIMITED *et al*., | ) | |
| | ) | CONSOLIDATED |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT LETTER**



Michelle C. Streifthau-Livizos
Phone:  (302) 421-6819
Fax:  (302) 421-6813
michelle.streifthau-livizos@saul.com
www.saul.com

April 6, 2023

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
844 N. King Street, Room 6124
Wilmington, DE  19801

      Re:    *Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al.*
              C.A. No. 20-985-GBW

Dear Judge Williams:

Plaintiff ACADIA Pharmaceuticals Inc. ("ACADIA") and defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. (collectively, "MSN") (collectively, "the Parties") submit this letter to provide the Court with a status update concerning C.A. No. 20-985-GBW.  In addition, Aurobindo Pharma Limited and Aurobindo Pharma USA Inc. (collectively, "Aurobindo") joins in the last part of this letter.

Pursuant to the Scheduling Order in this case (*See* D.I. 17 at ¶ 14), the Rule 16(e) final pre-trial conference in this action is to be held on April 21, 2023 and a three day bench trial is set to begin on May 15, 2023.  For the reasons set forth herein, the parties request adjournment of those dates.

Following a series of settlements and stays, the remaining patent in this action is U.S. Patent No. 7,601,740 ("the '740 patent") and the sole remaining defendant is MSN.[1]  In light of these developments and in an effort to conserve both judicial and party resources, ACADIA and MSN have agreed to substantially narrow the issues in dispute which, subject to the Court's approval, would dispense with the need for a trial.  Specifically, ACADIA and MSN have agreed

---

[1] Acadia, Zydus Pharmaceutical (USA) Inc., and Zydus Lifesciences Limited filed a stipulation of dismissal.  (*See* D.I. 254.)  Aurobindo was recently dismissed from the action through stipulation.  (*See* D.I. 253.)  Teva Pharmaceuticals USA, Inc. stipulated and agreed to a stay and to be bound by the result in this case.  (*See* D.I. 236.)  Hetero Labs Limited, Hetero Labs Limited Unit-V, and Hetero USA Inc. was also dismissed from the action.  (*See* D.I. 88.)

P.O. Box 1266, Office BusinessStreet2 ◆ Wilmington, DE  19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

April 6, 2023
Page 3

to a process where MSN will stipulate to infringement of one or a small set of claims of the '740 patent and narrow its invalidity theory against those claims to obviousness-type double patenting only based on one or a small set of reference patents. Thus, the only issue for the Court would be to decide whether the remaining claims of the '740 patent are invalid for obviousness-type double patenting.

ACADIA and MSN will further stipulate to various undisputed facts necessary to resolve the dispute, leaving the question of invalidity under obviousness-type double patenting as purely a question of law to be decided on summary judgment. The parties propose to complete briefing on this issue well before the statutory stay in this case expires on October 29, 2023, in order to allow the Court to issue a ruling before the expiration of the stay. To this end, the parties propose to complete briefing by July 28, 2023. Acadia and MSN have attached a proposed stipulation for the Court's consideration.

In light of the foregoing, the parties further respectfully request that the Court adjourn the final pre-trial conference scheduled for April 21, 2023 and the trial scheduled to begin on May 15, 2023.

Lastly, the parties also to bring to the Court's attention two additional cases (C.A. Nos. 22-1387-GBW and 22-1388-GBW) that involve the same plaintiff (ACADIA) and Aurobindo, and MSN, respectively. In each of these cases, the sole asserted patent is U.S. Patent No. 11,452,721 ("the '721 patent"), which is listed in the Orange Book as covering ACADIA's Nuplazid[®] 34 mg capsules product. The parties respectfully request that the Court consolidate these two actions with each other and set a Scheduling Conference. In the meantime, ACADIA, MSN, and Aurobindo will work together to try to arrive at a mutually agreeable schedule for submission to the Court.

Respectfully,

*Michelle C. Streifthau-Livizos*

Michelle C. Streifthau-Livizos (#6584)


cc: Clerk of the Court (by CM/ECF)
    Counsel of Record (by CM/ECF)