# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-985-~~RGA~~ GBW ) |
| AUROBINDO PHARMA LIMITED *et al.*, | ) ) CONSOLIDATED |
| Defendants. | ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER

Plaintiff ACADIA Pharmaceuticals Inc. ("ACADIA") and Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. (collectively, "MSN"), by their undersigned counsel, stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS**, MSN has filed Abbreviated New Drug Application ("ANDA") No. 214925 with the United States Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture, use, offer for sale, sale and/or importation of a 34 mg generic version of the referenced-listed drug pimavanserin tartrate, sold under the trademark NUPLAZID® ("MSN's ANDA Product");

**WHEREAS**, MSN's ANDA No. 214925 included a Paragraph IV certification under 21 U.S.C. § 355 (j)(2)(B)(iv)(II) that MSN seeks to engage in the commercial manufacture, use, offer for sale, sale and/or importation of MSN's ANDA Product prior to the expiration of U.S. Patent No. 7,601,740 ("'740 patent");

**WHEREAS**, on July 30, 2020, November 5, 2020, and April 7, 2021, ACADIA filed its Complaint, First Amended Complaint, and Second Amended Complaint, respectively, against

MSN, alleging that MSN's submission of ANDA No. 214925 to the FDA and/or the sale of MSN's ANDA Product, constitute and/or induce or contribute to acts of infringement under 35 U.S.C. §§ 271 (a), (b), (c), and/or (e)(2); and

**WHEREAS**, the '740 patent remains the only patent at issue for trial between ACADIA and MSN; and

**WHEREAS**, ACADIA and MSN have agreed that all disputes between them concerning the '740 patent can be handled through stipulations of infringement and undisputed facts followed by a motion for summary judgment based on the undisputed facts;

**WHEREAS** the only issue of validity remaining with respect to the '740 patent is whether MSN can prove invalidity on the theory of obviousness-type double patenting ("OTDP"); and

**WHEREAS**, to conserve the Court's and the parties' resources, the parties stipulate to resolving the alleged invalidity of the '740 patent based on MSN's OTDP theory through briefing and request an adjournment of the trial currently scheduled to begin on May 15, 2023;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,**

(1) the final pretrial conference currently scheduled for April 21, 2023 and the trial currently scheduled to begin on May 15, 2023 shall be adjourned;

(2) the alleged invalidity of the '740 patent based on MSN's OTDP theory shall be resolved by the Court based on briefing by the parties in accordance with the following schedule:

    (a) the parties shall submit stipulation of infringement and undisputed facts to the Court by April 28, 2023

    (b) MSN's Opening Brief for summary judgment of invalidity based on OTDP shall be filed by May 12, 2023;

    (c) ACADIA's Responsive Brief shall be filed by June 14, 2023;

2

(d) MSN's Reply Brief shall be filed by ~~July 14~~ June 21, 2023; and

(e) ACADIA's Sur-Reply Brief shall be filed by ~~July~~ June 28, 2023

**IT IS HEREBY ORDERED** this 10th day of April 2023, that:

1. The final pre-trial conference scheduled for April 21, 2023 and trial currently scheduled to begin on May 15, 2023 shall be adjourned; and

2. The alleged invalidity of the '740 patent based on MSN's OTDP theory shall be resolved by this Court based on briefing by the parties according to the schedule provided above.

Dated: April 6, 2023

| | |
|---|---|
| SAUL EWING LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
| /s/ *Michelle C. Streifthau-Livizos* | /s/ *James S. Green, Jr.* |
| James D. Taylor, Jr. (#4009) | James S. Green, Jr. (#4406) |
| Jessica M. Jones (#6246) | 222 Delaware Avenue, Suite 1500 |
| Michelle C. Streifthau-Livizos (#6584) | Wilmington, DE 19801 |
| 1201 N. Market Street, Suite 2300 | (302) 888-7607 |
| P.O. Box 1266 | jsgreen@svglaw.com |
| Wilmington, Delaware 19801 | |
| (302) 421-6800 | *Attorneys for Defendants MSN Laboratories* |
| james.taylor@saul.com | *Private Ltd. and MSN Pharmaceuticals, Inc.* |
| jessica.jones@saul.com | |
| michelle.streifthau-livizos@saul.com | |

*Attorneys for Plaintiff,*
*ACADIA Pharmaceuticals Inc.*

**SO ORDERED.**

This 10th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

3