IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    C.A. No. 20-985-GBW <br> ) |
| AUROBINDO PHARMA LIMITED *et al.*, | ) <br> )    CONSOLIDATED |
| Defendants. | ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff ACADIA Pharmaceuticals Inc. ("ACADIA") and Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. (collectively, "MSN"), by their undersigned counsel, stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS**, MSN filed Abbreviated New Drug Application ("ANDA") No. 214925 with the United States Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture, use, offer for sale, sale and/or importation of a 34 mg generic version of the referenced-listed drug pimavanserin, sold under the trademark NUPLAZID® ("MSN's ANDA Product");

**WHEREAS**, MSN's ANDA No. 214925 included a Paragraph IV certification under 21 U.S.C. § 355 (j)(2)(B)(iv)(II) that MSN seeks to engage in the commercial manufacture, use, offer for sale, sale and/or importation of MSN's ANDA Product prior to the expiration of U.S. Patent No. 7,601,740 ("'740 patent");

**WHEREAS**, on April 6, 2023, the parties stipulated that the only issue of validity remaining with respect to U.S. Patent No. 7,601,740 is whether MSN can prove invalidity on the theory of obviousness-type double patenting ("OTDP");

**WHEREAS**, the Court entered such stipulation on April 11, 2023, ordering that the final pre-trial conference scheduled for April 21, 2023 and trial currently scheduled to begin on May 15, 2023 shall be adjourned and the alleged invalidity of the '740 patent based on MSN's OTDP theory shall be resolved by the Court based on briefing by the parties according to the schedule provided therein (D.I. 256);

**WHEREAS**, the parties are interested in narrowing the triable issues before the Court, including issues of infringement and OTDP;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**,

(1) MSN's ANDA Product that is the subject of MSN's ANDA No. 214925 is literally within the scope of Asserted Claim 26 of the '740 patent, and the commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States, of MSN's ANDA Product by MSN would infringe Asserted Claim 26 of the '740 patent;

(2) ACADIA and MSN agree that no terms in Asserted Claim 26, or claim 22 from which Asserted Claim 26 depends, of the '740 patent require construction;

(3) ACADIA will withdraw its assertion of infringement of all other claims of the '740 patent;

(4) MSN will rely on U.S. Patent No. 9,566,271 ("the '271 patent") as the only reference patent for its OTDP arguments against Asserted Claim 26 of the '740 patent, to be submitted in accordance with the briefing schedule in D.I. 256;

(5) ACADIA and MSN agree that no terms in claims 1 or 5 of the '271 patent require construction;

(6) Nothing herein shall be construed as an agreement to extend the statutory stay of the FDA approval of MSN's ANDA Product;

(7) By entering into this stipulation, MSN does not admit the validity of any claim of the '740 patent, and this stipulation cannot be used as evidence regarding the validity of any claim of the '740 patent; and

(8) The parties make this stipulation without prejudice to or waiver of their rights on any appeal of any judgment of this Court, except with respect to the matter of infringement as stipulated herein.

**IT IS HEREBY ORDERED** this _____ day of _____ 2023, that:

(1) MSN's ANDA Product that is the subject of MSN's ANDA No. 214925 is literally within the scope of Asserted Claim 26 of the '740 patent, and the commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States, of MSN's ANDA Product by MSN would infringe Asserted Claim 26 of the '740 patent; and

(2) MSN will rely on the '271 patent as the only reference patent for its OTDP arguments against Asserted Claim 26 of the '740 patent, to be submitted in accordance with the briefing schedule in D.I. 256.

Dated: April 28, 2023

| | |
|---|---|
| SAUL EWING LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
| */s/ Michelle C. Streifthau-Livizos* | */s/ James S. Green, Jr.* |
| James D. Taylor, Jr. (#4009) | James S. Green, Jr. (#4406) |
| Jessica M. Jones (#6246) | 222 Delaware Avenue, Suite 1500 |
| Michelle C. Streifthau-Livizos (#6584) | Wilmington, DE 19801 |
| 1201 N. Market Street, Suite 2300 | (302) 888-7607 |
| P.O. Box 1266 | jsgreen@svglaw.com |
| Wilmington, Delaware 19801 | |
| (302) 421-6800 | *Attorneys for Defendants MSN Laboratories* |
| james.taylor@saul.com | *Private Ltd. and MSN Pharmaceuticals, Inc.* |
| jessica.jones@saul.com | |
| michelle.streifthau-livizos@saul.com | |

*Attorneys for Plaintiff,*
*ACADIA Pharmaceuticals Inc.*


**SO ORDERED.**

    This _____ day of _____, 2023.

                                                                    UNITED STATES DISTRICT JUDGE