# Exhibit 6

ACADIA.030A                                                                                       PATENT

AUG 06 2007

IFW

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Weiner, et al. | ) Group Art Unit 1617 |
| App. No. | : | 10/759,561 | ) |
| Filed | : | January 15, 2004 | ) |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | ) |
| Examiner | : | Leonard M. Williams | ) |

### RESPONSE TO RESTRICTION REQUIREMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the Restriction Requirement dated July 5, 2007, Applicants hereby elect without traverse Group I, Claims 1-8 and 48.

No fees are believed due; however, please charge any fees, including any fees for extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 8-3-07

By: _____
Ryan E. Melnick
Registration No. 58,621
Attorney of Record
Customer Number 20,995
(619) 235-8550

4097216:sad
080307