# Exhibit 7



8303346

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*October 11, 2022*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *11/416,527*
**FILING DATE:** *May 03, 2006*
**PATENT NUMBER:** *7732462*
**ISSUE DATE:** *June 08, 2010*



Certified by

*Kathi*

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

JSUF0142

| **UTILITY APPLICATION** | Attorney Docket No.: ACADIA.030C1 |
|---|---|
| | First Named Inventor: David M. Weiner |
| | Title: SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| | Express Mail Label No.: EV 468 059 742 US |

| **Direct all correspondence to Customer No.: 20995** | Date: May 3, 2006 |
|---|---|
| | Page 1 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The following enclosures are transmitted herewith to be filed in the patent application of:

Inventors:
1.    David M. Weiner          2.    Robert E. Davis
3.    Mark R. Brann

**APPLICATION:**

(X)  Specification in 51 pages.

(X)  Drawings in 4 sheets.

(X)  Declaration by Inventors in 2 pages.

    (X)  Copy from parent application.

**CONTINUITY INFORMATION:**

| Application | Relationship | Parent App. No. | Filing Date | Status |
|---|---|---|---|---|
| This Application | Continuation | 10/759,561 | 01/15/05 | Pending |
| 10/759,561 | Non-Provisional of | 60/441,406 | 01/16/03 | |
| 10/759,561 | Non-Provisional of | 60/479,346 | 06/17/03 | |

Reference to prior domestic applications is made in the:

(X)  Reference to prior domestic applications is made in the specification.

**OTHER APPLICATION PARTS:**

(X)  Return prepaid postcard.

| UTILITY APPLICATION | Attorney Docket No.: ACADIA.030C1 |
|---|---|
| | First Named Inventor: David M. Weiner |
| | Title: SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| | Express Mail Label No.: EV 468 059 742 US |

| Direct all correspondence to Customer No.: 20995 | Date: May 3, 2006 |
|---|---|
| | Page 2 |

**FILING FEES:**

| FEE CALCULATION | | | | | |
|---|---|---|---|---|---|
| FEE TYPE | | | FEE CODE | CALCULATION | TOTAL |
| Basic Utility | *1.16(a)(1)* | | 1011 ($300) | | $300 |
| Search Fee | *1.16(k)* | | 1111 ($500) | | $500 |
| Examination Fee | *1.16(o)* | | 1311 ($200) | | $200 |
| Excess Claims > 20 | 16 - 20 = 0 | | 1202 ($50) | 0 x 50 = | $0 |
| Independent > 3 | 5 - 3 = 2 | | 1201 ($200) | 2 x 200 = | $400 |
| | | | | TOTAL FEE DUE | $1,400 |

(X)  A check in the amount of **$1,400** to cover the Total Fee Due is enclosed.

The Commissioner is hereby authorized to charge any additional fees which may be required, now or in the future, or credit any overpayment to Account No. 11-1410.

Daniel Hart
Registration No. 40,637
Attorney of Record
Customer No. 20,995
(619) 235-8550

2572475:sad
050306

# Knobbe Martens Olson & Bear LLP

### Intellectual Property Law

2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Tel 949-760-0404
Fax 949-760-9502
www.kmob.com

*Daniel Hart, Ph.D.*

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## SUBMISSION BY "EXPRESS MAIL"

| | | |
|---|---|---|
| **Attorney Docket No.** | : | ACADIA.030C1 |
| **Applicant(s)** | : | Weiner, et al. |
| **For** | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| **Attorney** | : | Daniel Hart |
| **"Express Mail" Label No.** | : | EV 468 059 742 US |
| **Date of Deposit** | : | May 3, 2006 |

The following documents are hereby placed into an Express Mail envelope bearing the number indicated above, which envelope is being deposited today with the U.S. Postal Service as Express Mail:

Transmittal letter; specification in 51 pages; 4 sheets of drawings; SIGNED Declaration by Inventor in 2 pages; Check(s) for Filing Fee(s); Return Prepaid Postcard.

The envelope, with the enclosures listed above, is addressed the Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.

This submission is being made in compliance with 37 CFR 1.10.

*Rosa L. Flanagan*

Name:  *Rosa L. Flanagan*
Docketing Agent

2572482:sad
050306

| San Diego | San Francisco | Los Angeles | Riverside | San Luis Obispo |
|---|---|---|---|---|
| 619-235-8550 | 415-954-4114 | 310-551-3450 | 951-781-9231 | 805-547-5580 |

ACADIA.030C1                                                          PATENT

# SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES

## Related Applications

[0001]    This application is a continuation of U.S. Application No. 10/759,561, filed January 15, 2005, which claims priority to U.S. Provisional Application Number 60/441,406, filed January 16, 2003, and U.S. Provisional Application Number 60/479,346, filed June 17, 2003, all of which are incorporated herein by reference in their entireties.

## Field of the Invention

[0002]    The present invention relates to the therapeutic use of N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide and related serotonin 2A/2C receptor inverse agonists to treat a variety of human neurodegenerative diseases including Parkinson's Disease, Huntington's Disease, Lewy Body Dementia, and Alzheimer's Disease. Specifically, these agents improve motor function in Parkinson's Disease, and Huntington's Disease.    Specifically,    N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide and related compounds can be used to control the behavioral and neuropsychiatric manifestations present in all of these disease states. Pharmaceutical compositions comprised of a combination of N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide and existing therapeutic agents are also disclosed.

## Background of the Invention

[0003]    Neurodegenerative disorders (NDs) are a group of related human maladies that share a common pathophysiological feature, the progressive degeneration of selective neuronal populations over the course of time.  These neurodegenerative diseases include but are not limited to Alzheimer's Disease and related dementias, Parkinson's Disease, Huntington's Disease, Lewy Body Disease and related movement disorders, and Friedrich's Ataxia and related Spinocerebellar Ataxia's.  Each of these disorders has unique clinical aspects including age of onset, time course of progression, neurological signs and symptoms,

neuropsychiatric symptoms, and sensitivity to known therapeutic agents. In addition, the pathophysiological basis of each of these disorders is caused by genetic mechanisms unique to each disease.

[0004]  Despite significant progress in elucidating the genetic causes underlying these disparate disorders, relatively little is known about the biochemical mechanisms that cause the selective neuronal degeneration common to all of them. In addition, for the most common of these disorders, including Parkinson's Disease and Alzheimer's Disease, the genetic factors that cause the rare familial forms of these diseases have been discovered, but the pathophysiological basis of the vast majority of sporadic cases is still unknown. Because of this, no specific therapeutic agents currently exist that can directly modify disease progression. Instead, clinicians utilize a variety of existing agents to provide symptomatic relief of the motor, cognitive, and neuropsychiatric manifestations that characterize these disorders. None of these existing agents were designed and developed to specifically treat patients with NDs.

[0005]  Of the various neurological symptoms that characterize the NDs, abnormalities of motor function, including bradykinesias, dyskinesias and chorea, and the emergence of neuropsychiatric symptoms, including psychosis, and affective symptoms such as anxiety and depression, are common and severely impact upon the patient's functional status and quality of life. Unfortunately, most existing therapeutic agents, including antipsychotics and antidepressants, often demonstrate efficacy, yet are very poorly tolerated in these patients. In addition, the available therapeutic agents for Parkinson's Disease, including L-dopa and dopamine agonists, while generally effective, cause the emergence of severe treatment-limiting side effects that are currently intractable to pharmacotherapy.

[0006]  Multiple factors, both disease and drug related, are primarily responsible for the limited tolerability of these agents. First, patients with neurodegenerative disease are particularly sensitive to most therapeutic agents that are designed to cross the blood-brain barrier and interact with neuronal targets that confer efficacy against adverse motoric or neuropsychiatric symptoms. For instance, atypical antipsychotics are generally well tolerated by healthy volunteers, or in patients with primary psychiatric disorders like schizophrenia; brain states that are not characterized by neuronal degeneration. In contrast, when these

agents are administered to patients with Parkinson's or Huntington's Disease, they display severe, treatment-limiting adverse effects on motor function, cause severe sedation, and can worsen cognitive functioning. The direct effects of the neuronal loss characteristic of NDs, and the adaptive changes that occur secondarily to this are both posited to create a neurochemical and/or neurophysiological state in ND patients that confer this extra sensitivity.

[0007]    Second, the known mechanisms of action of these drugs, including antagonism of dopamine receptors, is not tolerated in some patient populations secondary to specific alterations in distinct neuronal systems. For instance, Parkinson's patients have a relatively selective degeneration of the ascending dopaminergic neuronal systems, and as a consequence of this they are deficient in central dopamine neurotransmission. It is therefore not surprising that drugs that further attenuate dopaminergic neurotransmission, by blocking dopamine receptors, are not well tolerated.

[0008]    Lastly, nearly all presently known therapeutic agents lack specificity in their mechanisms of action. Antipsychotic and antidepressant drugs possess a multitude of pharmacologically relevant interactions with critical neuronal proteins including a host of cell surface receptors, ion channels, and re-uptake transporters. This lack of drug target specificity is known to confer a variety of adverse effects in non-ND patient populations, which are qualitatively and quantitatively worse in ND patients.

[0009]    These observations highlight the need to develop novel therapeutic agents that are specifically designed to not only demonstrate efficacy against these particular disabling symptoms but to also possess tolerability in these specific patient populations. This can be achieved by improving the selectivity of the drug target interactions of new therapeutic agents. Specifically, the development of agents with novel mechanisms of action that avoid the known pitfalls associated with existing agents is desired. In addition, improved selectivity can avoid the known adverse effects associated with interactions with non-efficacy conferring drug targets.

<u>Brief Description of the Drawings</u>

[0010]    Figure 1 shows plots of $D_2$ and 5-HT2A receptor agonist activity of Parkinson's Disease therapeutics as determined by the physiologicaly predictive, cell-based,

*in vivo* R-SAT assay.  Figure 1A plots drug activity at human $D_2$ receptors.  Figure 1B plots drug activity at human Serotonin 2A receptors.

[0011]    Figure 2A is a plot of the efficacy of the compound of formula (I) in reducing MK-801 induced locomotor behaviors in rats against a control after s.c. administration over a ten (10) minute time period.  Figure 2B is a plot of the efficacy of the compound of formula (I) in reducing MK-801 induced locomotor behaviors in rats against a control after oral administration over a thirty (30) minute time period.

[0012]    Figure 3 shows a bar graph that indicates three dosage levels of the compound of formula (I) and the effect of each dosage on reducing dyskinesia in a primate model.

[0013]    Figure 4 shows the affect of the compound of formula (I) on amphetamine induced hyperactivity in mice when used in combination with varying doses of Haloperidol.

<u>Summary of the Invention</u>

[0014]    Disclosed herein is a composition comprising a compound of Formula (I):



**(I)**

and a pharmaceutically acceptable carrier.  In some embodiments, the composition further comprises an additional therapeutic agent.  In some embodiments the additional therapeutic agent is selected from levodopa (SINEMET™, SINEMET-CR™, bromocriptine (PARLODEL™), pergolide (PERMAX™), ephenedrine sulfate (EPHEDRINE™), pemoline CYLERT™), mazindol (SANOREX™), d,1-α-methylphenethylamine (ADDERALL™), methylphenydate (RITALIN™), pramipexole (MIRAPEX™), modafinil (PROVIGIL™), and ropinirole (REQUIP™).  In other embodiments, the additional therapeutic agent is an anti-dyskensia agent selected from baclofen (Lioresal™), botulinum toxin (Botox™), clonazepam (Klonopin™), and diazepam (Valium™).  In other embodiments, the additional therapeutic

agent is an anti-dystonia, anti-myoclonus, or anti-tremor agent selected from baclofen (LIORESAL™), botulinum toxin (BOTOX™), clonazepam (KLONOPIN™), and diazepam (VALIUM™). In other embodiments, the additional therapeutic agent is an anti-psychotic agent with dopaminergic receptor antagonism. In other embodiments, the additional therapeutic agent is an anti-psychotic agent selected from chlorpromazine (THORAZINE™), haloperodol (HALDOL™), molindone (MOBAN™), thioridazine (MELLARIL™), a phenothiazine, a butyrophenome, diphenulbutylpiperinde (pimozide), thioxanthines (fluphenthixol), substituted benzamides (sulpiride), sertindole, amisulpride, risperidone, clozapine, olanzapine, ziprasidone, aripiprazole, and their active metabolites (N-desmethylclozapine, N-desmethylolanzapine, 9-OH-risperdone)).

[0015]    Also disclosed herein is a method for treating a neurodegernative disease comprising: identifying a patient suffering from a neurodegenerative disease and administering to the patient an effective amount of an inverse agonist selective for a serotonin receptor; whereby the dopaminergic therapy associated dyskinesia is reduced. In some embodiments, the neurodegenerative disease is Parkinson's disease, Huntington's disease, Alzheimer's disease, Spinocerebellar Atrophy, Tourette's Syndrome, Friedrich's Ataxia, Machado- Joseph's disease, Lewy Body Dementia, Dystonia, Progressive Supranuclear Palsy, or Frontotemporal Dementia. In one embodiment, the serotonin receptor is a 5HT2A receptor. In another embodiment, the serotonin receptor is a 5HT2C receptor. In some embodiments, the inverse agonist binds to a 5HT2A receptor or a 5HT2C receptor. In some embodiments, the inverse agonist is the compound of formula (I). One embodiment further comprises administering a dopaminergic agent in combination with the compound of formula (I). In some embodiments, the reagent increases dopaminergic activity and is selected from the group consisting of levodopa, SINAMET™, SINAMETCR™, bromocriptine (PARLODEL™), pergolide (PERMAX™), ephenedrine sulfate (EPHEDRINE™), pemoline CYLERT™), mazindol (SANOREX™), d,1-α-methylphenethylamine (ADDERALL™), methylphenydate (RITALIN™), pramipexole (MIRAPEX™), modafinil (PROVIGIL™), and ropinirole (REQUIP™).

[0016]    Also disclosed herein is, a method for treating dyskinesia associated with dopaminergic therapy comprising: identifying a patient suffering from dopaminergic therapy

associated dyskinesia and administering to the patient an effective amount of an inverse agonist selective for a serotonin receptor; whereby the dopaminergic therapy associated dyskinesia is reduced. In one embodiment the serotonin receptor is a 5HT2A receptor. In another embodiment the serotonin receptor is a 5HT2C receptor. In some embodiments, the inverse agonist binds to a 5HT2A receptor and a 5HT2C receptor. In one embodiment, the inverse agonist is the compound of formula (I). Some embodiments further comprise administering an anti-dyskensia agent in combination with the compound of formula (I). In some embodiments, the anti-dyskinesia agent is selected from the group consisting of baclofen (Lioresal™), botulinum toxin (Botox™), clonazepam (Klonopin™), and diazepam (Valium™). In some embodiments, the patient suffers from a neurodegenerative disease selected from the group consisting of Parkinson's disease, Huntington's disease, Alzheimer's disease, Spinocerebellar Atrophy, Tourette's Syndrome, Friedrich's Ataxia, Machado-Joseph's disease, Lewy Body Dementia, Dystonia , Progressive Supranuclear Palsy, and Frontotemporal Dementia.

[0017]    Further disclosed herein is a method for treating dystonia, myoclonus, or tremor associated with dopaminergic therapy comprising: identifying a patient suffering from dopaminergic therapy associated dystonia, myoclonus, or tremor; and administering to the patient an effective amount of an inverse agonist selective for a serotonin receptor; whereby the dopaminergic therapy associated dystonia, myoclonus, or tremor is reduced. In one embodiment the serotonin receptor is a 5HT2A receptor. In another embodiment, the serotonin receptor is a 5HT2C receptor. In some embodiments, the inverse agonist binds to a 5HT2A receptor and a 5HT2C receptor. In some embodiments, the inverse agonist is the compound of formula (I). Some embodiments further comprise an anti-dystonia, anti-myoclonus, or anti-tremor agent in combination with the compound of formula (I). In some embodiments, the anti-dystonia, anti-myoclonus, or anti-tremor agent is selected from the group consisting of baclofen (LIORESAL™), botulinum toxin (BOTOX™), clonazepam (KLONOPIN™), and diazepam (VALIUM™).

[0018]    Also disclosed herein is a method for treating psychosis associated with dopaminergic therapy comprising: identifying a patient suffering from dopaminergic therapy associated psychosis; and administering to the patient an effective amount of an inverse

agonist selective for a serotonin receptor; whereby symptoms of dopaminergic therapy associated psychosis is reduced. In one embodiment the serotonin receptor is a 5HT2A receptor. In another embodiment the serotonin receptor is a 5HT2C receptor. In some embodiments the inverse agonist binds to a 5HT2A receptor and a 5HT2C receptor. In some embodiments the inverse agonist is the compound of formula (I). Some embodiments further comprise an anti-psychotic agent in combination with the compound of formula (I). In some embodiments, the anti-psychotic agent is selected from the group consisting of chlorpromazine (THORAZINE™), haloperodol (HALDOL™), molindone (MOBAN™), thioridazine (MELLARIL™), a phenothiazine, a butyrophenome, diphenulbutylpiperinde (pimozide), thioxanthines (fluphenthixol), substituted benzamides (sulpiride), sertindole, amisulpride, risperidone, clozapine, olanzapine, ziprasidone, aripiprazole, and their active metabolites (N-desmethylclozapine, N-desmethylolanzapine, 9-OH-risperdone)). In some embodiments, the patient suffers from a neurodegenerative disease selected from the group consisting of Parkinson's disease, Huntington's disease, Alzheimer's disease, Spinocerebellar Atrophy, Tourette's Syndrome, Friedrich's Ataxia, Machado-Joseph's disease, Lewy Body Dementia, Dystonia , Progressive Supranuclear Palsy, and Frontotemporal Dementia.

[0019] Also disclosed herein is a method for treating a neuropsyhiatric disease comprising: identifying a patient suffering from a neuropsyhiatric disease; and administering to the patient an effective amount of an inverse agonist selective for a serotonin receptor. In some embodiments, the neuropsychiatric disease is selected from the group consisting of schizophrenia, schizoaffective disorders, mania, behavioral disturbances associated with dementia and psychotic depression. In some embodiments the serotonin receptor is a 5HT2A receptor. In some embodiments the serotonin receptor is a 5HT2C receptor. In some embodiments the inverse agonist binds to a 5HT2A receptor or a 5HT2C receptor. In one embodiment, the inverse agonist is the compound of formula (I). Some embodiments further comprise administering an antipsychotic agent in combination with the inverse agonist, the anti-psychotic agent selected from the group consisting of chlorpromazine (THORAZINE™), haloperodol (HALDOL™), molindone (MOBAN™), thioridazine (MELLARIL™), a phenothiazine, a butyrophenome, diphenulbutylpiperinde (pimozide), thioxanthines (fluphenthixol), substituted benzamides (sulpiride), sertindole, amisulpride, risperidone,

clozapine, olanzapine, ziprasidone, aripiprazole, and their active metabolites (N-desmethylclozapine, N-desmethylolanzapine, 9-OH-risperdone)).

[0020]     Also disclosed herein is a compound having the structure of Formula (I):



**(I)**

[0021]     Additionally disclosed herein is a method of inhibiting an activity of a monoamine receptor comprising contacting the monoamine receptor or a system containing the monoamine receptor with an amount of the compound of formula (I) that is effective in inhibiting the activity of the monoamine receptor.  In some embodiments, the monoamine receptor is a serotonin receptor.  In one embodiment the serotonin receptor is the 5-HT2A subclass.  In some embodiments the serotonin receptor is in the central nervous system.  In some embodiments the serotonin receptor is in the peripheral nervous system.  In some embodiments the serotonin receptor is in blood cells or platelets.  In some embodiments the serotonin receptor is mutated or modified.  In some embodiments the activity is signaling activity.  In some embodiments the activity is constitutive.  In some embodiments the activity is associated with serotonin receptor activation.

[0022]     Also disclosed herein is a method of inhibiting an activation of a monoamine receptor comprising contacting the monoamine receptor or a system containing the monoamine receptor with an amount of the compound of formula (I) that is effective in inhibiting the activation of the monoamine receptor.  In some embodiments, the activation is by an agonistic agent.  In some embodiments the agonistic agent is exogenous.  In some embodiments the agonistic agent is endogenous.  In some embodiments the activation is constitutive.  In some embodiments the monoamine receptor is a serotonin receptor.  In some embodiments the serotonin receptor is the 5-HT2A subclass.  In some embodiments the

-8-

serotonin receptor is in the central nervous system.  In some embodiments the serotonin receptor is in the peripheral nervous system.  In some embodiments the serotonin receptor is in blood cells or platelets.  In some embodiments the serotonin receptor is mutated or modified.

[0023]    Also disclosed herein is a method of treating a disease condition associated with a monoamine receptor comprising administering to a subject in need of such treatment a therapeutically effective amount of the compound of formula (I).  In some embodiments the disease condition is selected from the group consisting of schizophrenia, psychosis, migraine, hypertension, thrombosis, vasospasm, ischemia, depression, anxiety, sleep disorders and appetite disorders.  In some embodiments the disease condition is associated with dysfunction of a monoamine receptor.  In some embodiments, the disease condition is associated with activation of a monoamine receptor.  In some embodiments, the disease condition is associated with increased activity of monoamine receptor.  In some embodiments, the monoamine receptor is a serotonin receptor.  In some embodiments the serotonin receptor is the 5-HT2A subclass.  In some embodiments the serotonin receptor is in the central nervous system.  In some embodiments the serotonin receptor is in the peripheral nervous system.  In some embodiments the serotonin receptor is in blood cells or platelets.  In some embodiments, the serotonin receptor is mutated or modified.

[0024]    Also disclosed herein is a method of treating schizophrenia comprising administering to a subject in need of such treatment a therapeutically effective amount the compound of formula (I).

[0025]    Also disclosed herein is a method of treating migraine comprising administering to a subject in need of such treatment a therapeutically effective amount of the compound of formula (I).

[0026]    Also disclosed herein is a method of treating psychosis comprising administering to a subject in need of such treatment a therapeutically effective amount of the compound of formula (I).

[0027]    Also disclosed herein is a method for identifying a genetic polymorphism predisposing a subject to being responsive the compound of formula (I), comprising: administering to a subject a therapeutically effective amount of said compound; measuring

the response of said subject to said compound, thereby identifying a responsive subject having an ameliorated disease condition associated with a monoamine receptor; and identifying a genetic polymorphism in the responsive subject, wherein the genetic polymorphism predisposes a subject to being responsive to said compound. In some embodiments the ameliorated disease condition is associated with the 5-HT class or 5-HT2A subclass of monoaminergic receptors.

[0028]   Additionally disclosed herein is a method for identifying a subject suitable for treatment with the compound of Formula (I), comprising detecting the presence of a polymorphism in a subject wherein the polymorphism predisposes the subject to being responsive to the compound, and wherein the presence of the polymorphism indicates that the subject is suitable for treatment with the compound of formula (I).

### Detailed Description of the Preferred Embodiments

*Definitions*

[0029]   For the purpose of the current disclosure, the following definitions shall in their entireties be used to define technical terms, and shall also, in their entireties, be used to define the scope of the composition of matter for which protection is sought in the claims.

[0030]   "Constitutive activity" is defined as the elevated basal activity of a receptor that is independent of the presence of an agonist. Constitutive activity of a receptor may be measured using a number of different methods, including cellular (e.g., membrane) preparations (see, e.g., Barr &. Manning, *J. Biol. Chem.* 272:32979-87 (1997)), purified reconstituted receptors with, or without the associated G-protein in phospholipid vesicles (Cerione et al., *Biochemistry* 23:4519-25 (1984)), and functional cellular assays (U.S. Patent Application Ser. No. 60/103,317) or any other method known in the art.

[0031]   "Agonist" is defined as a compound that increases the basal activity of a receptor when it contacts the receptor.

[0032]   An "antagonist" is defined as a compound that competes with an agonist or inverse agonist for binding to a receptor, thereby blocking the action of an agonist or inverse agonist on the receptor. However, an antagonist (also known as a "neutral" antagonist) has no effect on constitutive receptor activity.

[0033]    An "inverse agonist" is defined as a compound that decreases the basal activity of a receptor (i.e., signaling mediated by the receptor). Such compounds are also known as negative antagonists. An inverse agonist is a ligand for a receptor that causes the receptor to adopt an inactive state relative to a basal state occurring in the absence of any ligand. Thus, while an antagonist can inhibit the activity of an agonist, an inverse agonist is a ligand that can alter the conformation of the receptor in the absence of an agonist. The concept of an inverse agonist has been explored by Bond et al. in *Nature* 374:272 (1995). More specifically, Bond et al. have proposed that unliganded $\beta_2$-adrenoceptor exists in an equilibrium between an inactive conformation and a spontaneously active conformation. Agonists are proposed to stabilize the receptor in an active conformation.    Conversely, inverse agonists are believed to stabilize an inactive receptor conformation. Thus, while an antagonist manifests its activity by virtue of inhibiting an agonist, an inverse agonist can additionally manifest its activity in the absence of an agonist by inhibiting the spontaneous conversion of an unliganded receptor to an active conformation.

[0034]    The "5-HT2A receptor" is defined as a receptor, having an activity corresponding to the activity of the human serotonin receptor subtype, which was characterized through molecular cloning and pharmacology as detailed in Saltzman et al., *Biochem. Biophys. Res. Comm.* 181:1469-78; and Julius et al., *Proc. Natl. Acad. Sci. USA* 87:928-932, the disclosures of which are incorporated herein by reference in their entireties.

[0035]    The term "subject" refers to an animal, preferably a mammal, most preferably a human, who is the object of treatment, observation or experiment.

[0036]    "Selective" is defined as a property of a compound whereby an amount of the compound sufficient to effect a desired response from a particular receptor type, subtype, class or subclass with significantly less or substantially little or no effect upon the activity other receptor types.  For example, a selective compound may have at least a 10-fold greater effect on activity of the desired receptor than on other receptor types.  In some cases, a selective compound may have at least a 20-fold greater effect on activity of the desired receptor than on other receptor types, or at least a 50-fold greater effect, or at least a 100-fold greater effect, or at least a 1000-fold greater effect, or at least a 10,000-fold greater effect, or at least a 100,000-fold greater effect, or more than a 100,000-fold greater effect.

JSUF0156

"Selectivity" or "selective," as an inverse agonist is understood as a property of the compound of the invention whereby an amount of compound that effectively inversely agonizes the 5-HT2A receptor, and thereby decreases its activity, causes little or no inverse agonistic or antagonistic activity at other, related or unrelated, receptors. In particular, in one embodiment, a compound has surprisingly been found not to interact strongly with other serotonin receptors (5-HT 1A, 1B, 1D, 1E, 1F, 2B, 2C, 4A, 6, and 7) at concentrations where the signaling of the 5-HT2A receptor is strongly or completely inhibited. In one embodiment, the compound is also selective with respect to other monoamine-binding receptors, such as the dopaminergic, histaminergic, adrenergic and muscarinic receptors. Compounds that are highly selective for 5-HT2A receptors may have a beneficial effect in the treatment of psychosis, schizophrenia or similar neuropsychiatric disorders, while avoiding adverse effects associated with drugs hitherto suggested for this purpose.

[0037] Some embodiments described herein relate to serotonin 2A or 2C receptor inverse agonists, including compositions and methods for treating certain side-effects caused or exacerbated by dopaminergenic agent-associated therapies commonly used in treating neurodegenerative diseases. For example, the compounds disclosed herein have utility in reducing dyskinesia and psychosis associated with dopaminergenic therapies used in treating Parkinson's disease, a neurodegenerative disease. According to one embodiment, the compound N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide having the structure of formula (I) is provided:



(I)

[0038] One embodiment relates to a composition comprising the compound of formula (I) and a pharmaceutically acceptable carrier. The composition may also contain other compounds such as compounds for treating dyskensia, dystonia, or psychosis.

[0039]     According to one embodiment, the tartrate salt of the compound, N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is a potent, selective, orally bioavailable 5-HT2A receptor inverse agonist.  The compound of formula (I) also possesses lesser potency as a 5-HT2C receptor inverse agonist and lacks intrinsic activity at the remaining monoaminergic receptor subtypes.  Perhaps most notably, the compound of formula (I) lacks activity at dopamine receptor subtypes.  (See US Patent Application No. 09/800,096, which is hereby incorporated by reference in its entirety).  Extensive behavioral pharmacological profiling of the compound of formula (I), including pre-clinical models of antipsychotic and anti-dyskinetic drug actions, support the therapeutic use of the compound in Parkinson's Disease and related human neurodegenerative diseases.

[0040]     Parkinson's Disease (PD) is a common and progressive neurodegenerative disease.  Current estimates suggest that nearly 900,000 individuals in the United States have PD and that the prevalence is increasing as the US population ages.  Dopamine receptor agonists are used to alleviate the symptoms of PD, such as motoric dysfunction. Unfortunately, the protracted use of these dopaminergenic agents causes, over time, neuropsychiatric (psychosis) and troublesome motor (dyskinesia)side effects in 30 to 80% of patients, respectively.

[0041]     Antipsychotics and dopamine receptor antagonists can be effective in ameliorating these adverse effects.  Unfortunately, many of these compounds significantly worsen motor function in PD patients secondary to their hypo-dopaminergic state. Biochemical and pharmacological data support the hypothesis that potentiation of serotonergic neurotransmission may be pathophysiologically related to the development of dyskinesias and psychosis in these patients.  While not being bound by this theory, the compounds disclosed herein were selected to exploit the relationship of serotonergic activity and the negative side-effects associated with dopaminergenic therapy.

[0042]     L-dopa is a typical dopaminergic compound used to treat PD. L-dopa has been shown to increase central serotonin release, turnover, and metabolite concentrations in rodent brain.  Direct acting dopamine receptor agonists like pergolide possess, in additional to their dopamine receptor agonist properties, potent agonist activity at serotonin 2A (5-

HT2A) and 2C (5-HT2C) receptors as demonstrated by various *in vitro* pharmacological assays.

[0043]   In one embodiment, the compounds disclosed herein can be used to treat many side-effects that arise from dopaminergic therapy.  For example, the disclosed compounds are also useful for treatment of dyskinesia or psychosis caused or exacerbated as a side-effect of other therapeutic agents such as L-dopa.  In one embodiment, the compounds are preferably used for the treatment of dyskinesia or psychosis associated with L-dopa treatment.

[0044]   The compounds may be used to treat existing dyskinesia or psychosis or may be used prophylactic fashion when for example, it is considered necessary to initiate L-dopa therapy and it is feared that dyskinesia or psychosis may develop.

[0045]   The compounds may be used to treat dyskinesia or psychosis as a monotherapy or as an adjunct to medicaments to prevent or treat dyskinesia or psychosis side-effects caused by the medicament or alternatively the compounds may be given in combination with other compounds which also reduce dyskinesia.

[0046]   In some embodiments, the compounds described herein can be formulated into compositions for administration to patients in need thereof.  Appropriate compositions can take a number of different forms depending on how the composition is to be used.  For example, the composition may be in the form of a powder, tablet, capsule, liquid, ointment, cream, gel, hydrogel, aerosol. spray, micelle, liposome or any other pharmaceutically acceptable form.  One of ordinary skill in the art would readily appreciate that an appropriate vehicle for use with the disclosed compounds of the invention should be one that is well tolerated by a recipient of the composition.  The vehicle should also readily enable the delivery of the compounds to appropriate target receptors.  For example, one of ordinary skill in the art would know to consult *Pharmaceutical Dosage Forms and Drug Delivery Systems*, by Ansel, et al., Lippincott Williams & Wilkins Publishers; 7th ed. (1999) or a similar text for guidance regarding such formulations.

[0047]   The composition of the invention may be used in a number of ways.  For instance, systemic administration may be required in which case the disclosed compounds can be formulated into a composition that can be ingested orally in the form of a tablet,

capsule or liquid. Alternatively the composition may be administered by injection into the blood stream. Injections may be intravenous (bolus or infusion) or subcutaneous (bolus or infusion). The disclosed compounds can also be administered centrally by means of intracerebral, intracerebroventricular, or intrathecal delivery.

[0048]    The compound may also be used with a time delayed release device. Such devices may, for example, be inserted under the skin and the compound may be released over weeks or months. Such a device may be particularly useful for patients with long term dyskinesia such as patients on continuous L-dopa therapy for the treatment of PD.   The devices may be particularly advantageous when a compound is used which would normally require frequent administration (*e.g.*, frequent injection).

[0049]    It will be readily appreciated that the amount of a compound required is determined by biological activity and bioavailability which in turn depends on the mode of administration, the physicochemical properties of the compound employed and whether the compound is being used as a monotherapy or in a combined therapy.   The frequency of administration will also be influenced by the above mentioned factors and particularly the half-life of the compound within the subject being treated.

[0050]    One of ordinary skill in the art would appreciate that specific formulations of compositions and precise therapeutic regimes (such as daily doses of the compounds and the frequency of administration) can be determined using known procedures.    Such procedures conventionally employed by the pharmaceutical industry include *in vivo* experimentation and clinical trials.

[0051]    Generally, a daily dose of between 0.01 µg/kg of body weight and 1.0 g/kg of body weight of a serotonin 2A/2C receptor inverse agonist can be used with the methods disclosed herein.  In one embodiment, the daily dose is between 0.01 mg/kg of body weight and 100 mg/kg of body weight, or any milligram or half-milligram quantity in this disclosed range, e.g., 1.5, 2, 2.5, etc.

[0052]    Daily doses may be given as a single administration (e.g. a daily tablet for oral consumption or as a single daily injection). Alternatively the compound used may require administration twice or more times during a day, depending on the kinetics of the drug associated with the individual patient.  Alternatively a slow release device may be used

to provide optimal doses to a patient without the need to administer repeated doses.

Biochemical Evidence

[0053]   The cornerstone of current pharmacological intervention in PD remains L-dopa based therapies.  L-dopa readily crosses the blood brain barrier, is taken up by neurons and undergoes rapid enzymatic conversion to dopamine, via L-aromatic acid decarboxylase (LAAD) activity in dopaminergic neurons.   The increased availability and release of dopamine from these neurons clearly leads to increased dopaminergic transmission, and clinical efficacy in reversing the motoric effects of the hypo-dopaminergic state observed in PD.  However, L-dopa lacks specificity for dopaminergic systems, and LAAD is widely expressed in brain.   Early biochemical observations in rat brain noted that L-dopa substantially reduced central serotonergic stores, and increased the concentration of the principle serotonin metabolite of 5-hydroxyindoleacetic acid (5-HIAA) (1).  Histochemical approaches have demonstrated that L-dopa accumulates in serotonergic neurons, and neurotransmitter release experiments have demonstrated that L-dopa markedly increased the release of both dopamine and serotonin, that release of serotonin is dependent upon LAAD activity, and that it is not eliminated by the selective destruction of dopaminergic neurons (2,3).  These observations suggest that the administration of L-dopa to PD patients results in marked increases in the release of central serotonin, potentiating serotonergic neurotransmission.  Finally, post-mortem biochemical analysis of PD patients that developed psychosis, when compared to a matched group that did not develop neuropsychiatric disturbances, found that the patients with psychosis had significant elevations in serotonin and 5-HIAA levels in multiple cortical and sub-cortical structures, most notably various mesencephalic nuclei including the red nucleus (4).

[0054]   Serotonin or 5-hydroxytryptamine (5-HT) plays a significant role in the functioning of the mammalian body.  In the central nervous system, 5-HT is an important neurotransmitter and neuromodulator that is implicated in such diverse behaviors and responses as sleeping, eating, locomotion, perceiving pain, learning and memory, sexual behavior, controlling body temperature and blood pressure.  In the spinal column, serotonin plays an important role in the control systems of the afferent peripheral nociceptors (Moulignier, *Rev. Neurol.* 150:3-15, (1994)). Peripheral functions in the cardiovascular,

hematological, and gastrointestinal systems have also been ascribed to 5-HT. 5-HT has been found to mediate a variety of contractile, secretory, and electrophysiologic effects including vascular and nonvascular smooth muscle contraction, and platelet aggregation. (Fuller, *Biology of Serotonergic Transmission*, 1982; Botillin, *Serotonin In Mental Abnormalities* 1:316 (1978); Barchas, et al., *Serotonin and Behavior*, (1973)). The 5-HT2A receptor subtype (also referred to as subclass) is widely yet discretely expressed in the human brain, including many cortical, limbic, and forebrain regions postulated to be involved in the modulation of higher cognitive and affective functions. This receptor subtype is also expressed on mature platelets where it mediates, in part, platelet aggregation, one of the initial steps in the process of vascular thrombosis.

[0055]    Given the broad distribution of serotonin within the body, it is understandable that tremendous interest in drugs that affect serotonergic systems exists (Gershon, et at, The *Peripheral Actions of 5-Hydroxytryptamine,* 246 (1989); Saxena, et at, *J. Cardiovascular Pharmacol.* 15: Supp. 7 (1990)). Serotonin receptors are members of a large human gene family of membrane-spanning proteins that function as transducers of intercellular communication. They exist on the surface of various cell types, including neurons and platelets, where, upon their activation by either their endogenous ligand serotonin or exogenously administered drugs, they change their conformational structure and subsequently interact with downstream mediators of cellular signaling. Many of these receptors, including the 5-HT2A subclass, are G-protein coupled receptors (GPCRs) that signal by activating guanine nucleotide binding proteins (G-proteins), resulting in the generation, or inhibition of, second messenger molecules such as cyclic AMP, inositol phosphates, and diacylglycerol. These second messengers then modulate the function of a variety of intracellular enzymes, including kinases and ion channels, which ultimately affect cellular excitability and function.

[0056]    At least 15 genetically distinct 5-HT receptor subtypes have been identified and assigned to one of seven families (5-HT1-7). Each subtype displays a unique distribution, preference for various ligands, and functional correlate(s). Serotonin may be an important component in various types of pathological conditions such as certain psychiatric disorders (depression, aggressiveness, panic attacks, obsessive compulsive disorders,

psychosis, schizophrenia, suicidal tendency), certain neurodegenerative disorders (Alzheimer-type dementia, Parkinsonism, Huntington's chorea), anorexia, bulimia, disorders associated with alcoholism, cerebral vascular accidents, and migraine (Meltzer, *Neuropsychopharmacology,* 21:l06S-l15S (1999); Barnes & Sharp, *Neuropharmacology,* 38:1083-1152 (1999); Glennon, *Neurosci. Biobehavioral Rev.,* 14:35 (1990)). Recent evidence strongly implicates the 5-HT2 receptor subtype in the etiology of such medical conditions as hypertension, thrombosis, migraine, vasospasm, ischemia, depression, anxiety, psychosis, schizophrenia, sleep disorders and appetite disorders.

[0057]    Schizophrenia is a particularly devastating neuropsychiatric disorder that affects approximately 1% of the human population. It has been estimated that the total financial cost for the diagnosis, treatment, and lost societal productivity of individuals affected by this disease exceeds 2% of the gross national product (GNP) of the United States. Current treatment primarily involves pharmacotherapy with a class of drugs known as antipsychotics. Antipsychotics are effective in ameliorating positive symptoms (e.g., hallucinations and delusions), yet they frequently do not improve negative symptoms (e.g., social and emotional withdrawal, apathy, and poverty of speech).

[0058]    Currently, nine major classes of antipsychotics are prescribed to treat psychotic symptoms. Use of these compounds is limited, however, by their side effect profiles. Nearly all of the "typical" or older generation compounds have significant adverse effects on human motor function. These "extrapyramidal" side effects, so termed due to their effects on modulatory human motor systems, can be both acute (e.g., dystonic reactions, a potentially life threatening but rare neuroleptic malignant syndrome) and chronic (e.g., akathisias, tremors, and tardive dyskinesia). Drug development efforts have, therefore, focused on newer "atypical" agents free of these adverse effects.

[0059]    Antipsychotic drugs have been shown to interact with a large number of central monoaminergic neurotransmitter receptors, including dopaminergic, serotonergic, adrenergic, muscarinic, and histaminergic receptors. It is likely that the therapeutic and adverse effects of these drugs are mediated by distinct receptor subtypes. The high degree of genetic and pharmacological homology between these receptor subtypes has hampered the development of subtype-selective compounds, as well as the determination of the normal

physiologic or pathophysiologic role of any particular receptor subtype. Thus there is a need to develop drugs that are selective for individual receptor classes and subclasses amongst monoaminergic neurotransmitter receptors.

[0060]     The prevailing theory for the mechanism of action of antipsychotic drugs involves antagonism of dopamine D2 receptors. Unfortunately, it is likely that antagonism of dopamine D2 receptors also mediates the extrapyramidal side effects. Antagonism of 5-HT2A is an alternate molecular mechanism for drugs with antipsychotic efficacy, possibly through antagonism of heightened or exaggerated signal transduction through serotonergic systems. 5-HT2A antagonists are therefore good candidates for treating psychosis without extrapyramidal side effects.

[0061]     Traditionally, these receptors have been assumed to exist in a quiescent state unless activated by the binding of an agonist (a drug that activates a receptor). It is now appreciated that many, if not most, of the GPCR monoamine receptors, including serotonin receptors, can exist in a partially activated state in the absence of their endogenous agonists. This increased basal activity (constitutive activity) can be inhibited by compounds called inverse agonists. Both agonists and inverse agonists possess intrinsic activity at a receptor, in that they alone can activate or inactivate these molecules, respectively. In contrast, classic or neutral antagonists compete against agonists and inverse agonists for access to the receptor, but do not possess the intrinsic ability to inhibit elevated basal or constitutive receptor-responses.

[0062]     We have elucidated an important aspect of 5-HT2A receptor function by applying the Receptor Selection and Amplification Technology (U.S. Patent 5,707,798, 1998; *Chem. Abstr.* 128:111548 (1998) and citations therein), to the study of the 5-HT2 subclass of serotonin receptors. R-SAT is a phenotypic assay of receptor function that involves the heterologous expression of receptors in mammalian fibroblasts. Using this technology we were able to demonstrate that native 5-HT2A receptors possess significant constitutive, or agonist-independent, receptor activity (U.S. Patent Application Ser. No. 60/103,317, herein incorporated by reference). Furthermore, by directly testing a large number of centrally acting medicinal compounds with known clinical activity in neuropsychiatric disease, we determined that compounds with antipsychotic efficacy all shared a common molecular

property. Nearly all of these compounds, which are used by psychiatrists to treat psychosis, were found to be potent 5-HT2A inverse agonists. This unique clinico-pharmacologic correlation at a single receptor subtype is compelling evidence that 5-HT2A receptor inverse agonism is a molecular mechanism of antipsychotic efficacy in humans.

[0063]    Detailed pharmacological characterization of a large number of antipsychotic compounds revealed that they possess broad activity at multiple related receptor subtypes. Most of these compounds display agonist, competitive antagonist, or inverse agonist activity at multiple monoaminergic receptor subtypes, including serotoninergic, dopaminergic, adrenergic, muscarinic and histaminergic receptors. This broad activity is likely responsible for the sedating, hypotensive, and motor side effects of these compounds. It would therefore be of great advantage to develop compounds that are selective inverse agonists of the 5-HT2A receptor, but which have little or no activity on other monamine receptor subtypes, especially dopamine D2 receptors. Such compounds may be useful in the treatment of human disease (e.g., as anti-psychotics), and may avoid the adverse side effects associated with non-selective receptor interactions.

[0064]    The compound of formula (I) is active at monoamine receptors, specifically serotonin receptors. In one embodiment, the compound acts as inverse agonist at the 5-HT2A receptor.    Thus, experiments performed on cells transiently expressing the human phenotype of said receptor have shown that the compound of formula (I) attenuates the signaling of such receptors in the absence of additional ligands acting upon the receptor. The compound has thus been found to possess intrinsic activity at this receptor and is able to attenuate the basal, non-agonist-stimulated, constitutive signaling responses that the 5-HT2A receptor displays. The observation that the compound of formula (I) is an inverse agonist also indicates that the compound has the ability to antagonize the activation of 5-HT2A receptors that is mediated by endogenous agonists or exogenous synthetic agonist ligands.

[0065]    In one embodiment, the compound of formula (I) shows a relatively high degree of selectivity towards the 5-HT2A subtype of serotonin receptors relative to other subtypes of the serotonin (5-HT) family of receptors as well as to other receptors, most particularly the monoaminergic G-protein coupled receptors, such as dopamine receptors.

[0066]    The compound of formula (I) may therefore be useful for treating or alleviating symptoms of disease conditions associated with impaired function, in particular elevated levels of activity, of especially 5-HT2A receptors, whether this impaired function is associated with improper levels of receptor stimulation or phenotypical aberrations.

[0067]    Others have previously hypothesized that certain neuropsychological diseases might be caused by altered levels of constitutive activity of monoamine receptors. Such constitutive activity might be modified via contacting the relevant receptor with a synthetic inverse agonist. By directly testing a large number of centrally acting medicinal compounds with known clinical activity in neuropsychiatric disease, we determined that compounds with antipsychotic efficacy all shared a common molecular property. Nearly all of these compounds that are used by psychiatrists to treat psychosis were found to be potent 5-HT2A inverse agonists. This correlation is compelling evidence that 5-HT2A receptor inverse agonism is a molecular mechanism of antipsychotic efficacy in humans.

[0068]    Detailed pharmacological characterization of a large number of antipsychotic compounds in our laboratory revealed that they possess broad activity at multiple related receptor subtypes.   Most of these compounds display either agonist, competitive antagonist, or inverse agonist activity at multiple monoaminergic receptor subtypes including serotoninergic, dopaminergic, adrenergic, muscarinic and histaminergic receptors.  This broad activity is likely responsible for the sedating, hypotensive, and motor side effects of these compounds.  In one embodiment, the compound of formula (I) possesses efficacy as, for example, a novel antipsychotic, but will have fewer or less severe side effects than existing compounds.

[0069]    In one embodiment a method is provided to inhibit activity of a monoamine receptor.  This method comprises contacting a monoamine receptor or a system containing the monamine receptor, with an effective amount of the compound of formula (1). According to one embodiment, the monamine receptor is a serotonin receptor.   In one embodiment, the compound is selective for the 5-HT2A receptor subclass. In another embodiment, the compound has little or substantially no activity to other types of receptors, including other serotonergic receptors and most particularly, monoaminergic G-protein coupled receptors, such as dopaminergic receptors.

[0070]    The system containing the monoamine receptor may, for example, be a subject such as a mammal, non-human primate or a human. The receptor may be located in the central or peripheral nervous system, blood cells or platelets.

[0071]    The system may also be an *in vivo* or *in vitro* experimental model, such as a cell culture model system that expresses a monamine receptor, a cell-free extract thereof that contains a monoamine receptor, or a purified receptor. Non-limiting examples of such systems are tissue culture cells expressing the receptor or extracts or lysates thereof. Cells that may be used in the present method include any cells capable of mediating signal transduction via monoamine receptors, especially the 5-HT2A receptor, either via endogenous expression of this receptor (e.g., certain types of neuronal cells lines, for example, natively express the 5-HT2A receptor), or following transfection of cells with plasmids containing the receptor gene. Such cells are typically mammalian cells (or other eukaryotic cells, such as insect cells or Xenopus oocytes), because cells of lower organisms generally lack the appropriate signal transduction pathways for the present purpose. Examples of suitable cells include: the mouse fibroblast cell line NIH 3T3 (ATCC CRL 1658), which responds to transfected 5-HT2A receptors by stimulating growth; RAT 1 cells (Pace et al., *Proc. Natl. Acad. Sci. USA* 88:7031-35 (1991)); and pituitary cells (Vallar et al., *Nature* 330:556-58 (1987). Other useful mammalian cells for the present method include HEK 293 cells, CHO cells, and COS cells.

[0072]    One embodiment provides methods of inhibiting activity of a native, mutated or modified monoamine receptor. Also provided are kits for performing the same. In one embodiment, the activity of the receptor is a signaling activity. In another embodiment, the activity of the receptor is the constitutive basal activity of the receptor.

[0073]    In one embodiment, the activity of the receptor is a response, such as a signaling response, to an endogenous agonist, such as 5-HT, or an exogenous agonistic agent, such as a drug or other synthetic ligand. The compound of formula (I) may act by either inversely agonizing or antagonizing the receptor.

[0074]    In one embodiment, the compound of formula (I) is an inverse agonist selective for the 5-HT2A receptor and the compound has little or substantially no activity toward other serotonergic or other monoaminergic receptors, such as dopaminergic receptors.

[0075]    In a further embodiment, a method is provided for inhibiting an activation of a monoamine receptor comprising contacting the monoamine receptor, or a system containing the monoamine receptor, with the compound of formula (I). The activation of the receptor may be due to an exogenous or endogenous agonist agent, or may be the constitutive activation associated with a native, mutated or modified receptor. The receptor may be purified or present in an *in vitro* or *in vivo* system.  The receptor may also be present in the central or peripheral nervous system, blood cells or platelets of a nonhuman or human subject.  Also provided are kits for performing the same.

[0076]    In one embodiment, the compound of formula (I) is selective for 5-HT class serotonin receptors, such as the 5-HT2A subclass of serotonin receptors.  In another embodiment, the compound has little or substantially no anti-dopaminergic activity.

[0077]    One embodiment provides methods of treating a disease condition associated with a monoamine receptor comprising administering to a mammal in need of such treatment an effective amount of the compound of formula (I).  One embodiment provides methods for treating or alleviating disease conditions associated with improper function or stimulation of native, as well as mutated or otherwise modified, forms of central serotonin receptors, particularly the 5-HT class of such receptors, comprising administration of an effective amount of a selective inverse agonist of formula (I) to a host in need of such treatment.  Also provided are kits for performing the same.

[0078]    In one embodiment, the receptor is the 5-HT2A subclass.   In one embodiment, the disease condition is associated with dysfunction of the serotonin receptor. In another embodiment, the disease condition is associated with activation of the serotonin receptor, for instance, inappropriately elevated or constitutive activation, elevated serotonergic tone, as well as disease conditions associated with secondary cellular functions impaired by such pathologies.

[0079]    Examples of diseases for which such treatment using the compound of formula (I) is useful include, but are not limited to, neuropsychiatric diseases such as schizophrenia and related idiopathic psychoses, anxiety, sleep disorders, appetite disorders, affective disorders such as major depression, bipolar disorder, and depression with psychotic features, and Tourette's Syndrome, drug-induced psychoses, psychoses secondary to

neurodegenerative disorders such as Alzheimer's or Huntington's Disease. It is anticipated that the compound of formula (I), a particularly selective inverse agonist of 5-HT2A that shows little or no activity on dopaminergic receptors, may be especially useful for treating schizophrenia. Treatment using the compound of formula (I) may also be useful in treating migraine, vasospasm, hypertension, various thrombotic conditions including myocardial infarction, thrombotic or ischemic stroke, idiopathic and thrombotic thrombocytopenic purpura, and peripheral vascular disease.

[0080]    In a further embodiment the present invention provides methods for treating or alleviating a disease condition associated with improper function, dysfunction, or stimulation of native, as well as mutated or otherwise modified, forms of central or peripheral monoamine receptors, such methods comprising administration of an effective amount of a compound of formula (I) to a host in need of such treatment. In one embodiment, the monamine receptor is serotonin receptor in the peripheral nervous system, blood or platelets. In some embodiments, the serotonin receptor is a 5-HT2A subclass receptor. In additional embodiments, the disease condition is associated with increased activity or activation of a serotonin receptor. Also provided are kits for performing the same.

[0081]    Some embodiments also pertain to the field of predictive medicine in which pharmacogenomics is used for prognostic (predictive) purposes. Pharmacogenomics deals with clinically significant hereditary variations in the response to drugs due to altered drug disposition and abnormal action in affected persons. See e.g., Eichelbaum, *Clin Exp Pharmacol. Physiol.,* 23:983-985 (1996), and Linder, *Clin. Chem.* 43:254-66 (1997). In general, two types of pharmacogenetic conditions can be differentiated: genetic conditions transmitted as a single factor altering the way drugs act on the body (altered drug action), and genetic conditions transmitted as single factors altering the way the body acts on drugs (altered drug metabolism). These pharmacogenetic conditions can occur as naturally occurring polymorphisms.

[0082]    One pharmacogenomics approach to identifying genes that predict drug response, known as "a genome-wide association," relies primarily on a high-resolution map of the human genome consisting of already known gene-related markers (e.g., a "bi-allelic" gene marker map that consists of 60,000-100,000 polymorphic or variable sites on the human

genome, each of which has two variants). Such a high-resolution genetic map can be compared to a map of the genome of each of a statistically significant number of patients taking part in a Phase II/III drug trial to identify markers associated with a particular observed drug response or side effect. Alternatively, such a high-resolution map can be generated from a combination of some ten-million known single nucleotide polymorphisms (SNPs) in the human genome. As used herein, a "SNP" is a common alteration that occurs in a single nucleotide base in a stretch of DNA. For example, a SNP may occur once per every 1,000 bases of DNA. A SNP may be involved in a disease process; however, the vast majority may not be disease-associated. Given a genetic map based on the occurrence of such SNPs, individuals can be grouped into genetic categories depending on a particular pattern of SNPs in their individual genome. In such a manner, treatment regimens can be tailored to groups of genetically similar individuals, taking into account traits that may be common among such genetically similar individuals.

[0083]   Alternatively, a method termed the "candidate gene approach" can be utilized to identify genes that predict drug response. According to this method, if a gene that encodes a drug's target is known (e.g., a protein or a receptor of the present invention), all common variants of that gene can be fairly easily identified in the population and it can be determined if having one version of the gene versus another is associated with a particular drug response.

[0084]   Alternatively, a method termed the "gene expression profiling", can be utilized to identify genes that predict drug response. For example, the gene expression of an animal dosed with a drug (e.g., a molecule or modulator of the present invention) can give an indication whether gene pathways related to toxicity have been turned on.

[0085]   Information generated from more than one of the above pharmacogenomics approaches can be used to determine appropriate dosage and treatment regimens for prophylactic or therapeutic treatment of an individual. This knowledge, when applied to dosing or drug selection, can avoid adverse reactions or therapeutic failure and thus enhance therapeutic or prophylactic efficiency when treating a subject with a molecule or modulator of the invention, such as a modulator identified by one of the exemplary screening assays described herein. As we have described previously, this approach can also

be used to identify novel candidate receptor or other genes suitable for further pharmacological characterization *in vitro* and *in vivo*.

[0086]    Accordingly, one embodiment provides methods and kits for identifying a genetic polymorphism predisposing a subject to being responsive to the compound of formula (I). The method comprises administering to a subject an effective amount of the compound; identifying a responsive subject having an ameliorated disease condition associated with a monamine receptor; and identifying a genetic polymorphism in the responsive subject, wherein the genetic polymorphism predisposes a subject to being responsive to the compound. It is anticipated that this method may be useful both for predicting which individuals are responsive to therapeutic effects of the compound and also for predicting those likely to experience adverse side effect responses. This approach may be useful for identifying, for example, polymorphisms in a serotonin receptor that lead to constitutive activation and are thus amenable to inverse agonist therapy. In addition, this method may be useful for identifying polymorphisms that lead to altered drug metabolism whereby toxic byproducts are generated in the body. Such a mechanism has been implicated in the rare, but potentially life threatening side effects of the atypical antipsychotic, clozapine.

[0087]    In a related embodiment, a method for identifying a subject suitable for treatment with the compound of formula (I) is provided. According to the method, the presence of a polymorphism that predisposes the subject to being responsive to the compound is detected, the presence of the polymorphism indicating that the subject is suitable for treatment. Also provided are kits for performing the same.

[0088]    The compound of formula (I) preferably shows selective inverse agonist activity towards the 5-HT2A receptor. Such activity is defined by an ability of the ligand to attenuate or abolish the constitutive signaling activity of this receptor. Selectivity in the present context is understood as a property of a compound of the invention whereby an amount of compound that effectively inversely agonizes the 5-HT2A receptor and thereby decreases its activity causes little or no inverse agonistic or antagonistic activity at other, related or unrelated, receptors. In particular, the compound of formula (I) has surprisingly been found not to interact strongly with other serotonin receptors (5-HT 1A, 1B, 1D, 1E, 1F, 2B, 2C, 4A, 6, and 7) at concentrations where the signaling of the 5-HT2A receptor is

strongly or completely inhibited. In one embodiment, the compound is also selective with respect to other monoamine-binding receptors, such as the dopaminergic, histaminergic, adrenergic and muscarinic receptors.

[0089]    One embodiment of the present invention relates to a method of alleviating or treating a disease condition in which modification of monoamine receptor activity, in particular 5-HT2A serotonergic receptor activity, has a beneficial effect by administering a therapeutically effective amount of the compound of formula (I) to a subject in need of such treatment. Such diseases or conditions may, for instance arise from inappropriate stimulation or activation of serotonergic receptors. It is anticipated that by using a compound that is selective for a particular serotonin receptor subtype, in particular 5-HT2A, the problems with adverse side effects observed with the known antipsychotic drugs, such as extrapyramidal effects, may be avoided substantially.

[0090]    The term "therapeutically effective amount" as used herein means an amount of an active compound or pharmaceutical agent that elicits the biological or medicinal response in a tissue, system, animal or human that is being sought by a researcher, veterinarian, medical doctor or other clinician, which includes alleviation, amelioration, or lessening of the symptoms of the disease being treated, or prevents or slows the progress of the disease or increase of the symptoms.

[0091]    In one embodiment, the compound of formula (I) may be administered in a single daily dose, or the total daily dosage may be administered in divided doses, for example, two, three or four times daily. Furthermore, the compound of formula (I) may be administered in intranasal form via topical use of suitable intranasal vehicles, via transdermal routes, using those forms of transdermal skin patches well known to persons skilled in the art, by implantable pumps; or by any other suitable means of administration. To be administered in the form of a transdermal delivery system, for example, the dosage administration will, of course, be continuous rather than intermittent throughout the dosage regimen.

[0092]    The dosage regimen utilizing the compound of formula (I) is selected in accordance with a variety of factors including type, species, age, weight, sex and medical condition of the patient; the severity of the condition to be treated; the route of administration; the renal and hepatic function of the patient; and the particular compound

employed. A physician or veterinarian of ordinary skill can readily determine and prescribe the effective amount of the drug required to prevent, counter or arrest the progress of the disease or disorder that is being treated.

[0093]    For oral administration, compositions containing the compound of formula (I) are preferably provided in the form of tablets containing 0.01, 0.05, 0.1, 0.5, 1.0, 2.5, 5.0, 10.0, 15.0, 25.0 or 50.0 mg of the active ingredient for the symptomatic adjustment of the dosage to the patient to be treated. In one embodiment, a unit dose contains from about 0.001 mg to about 50 mg of the active ingredient. In another embodiment a unit dose contains from about 1 mg to about 10 mg of active ingredient.

[0094]    The compound of formula (I) may be used alone at appropriate dosages defined by routine testing in order to obtain optimal pharmacological effect on a monoaminergic receptor, in particular the 5-HT2A serotonergic receptor subtype, while minimizing any potential toxic or otherwise unwanted effects. In addition, co-administration or sequential administration of other agents that improve the effect of the compound may, in some cases, be desirable.

[0095]    In one embodiment, the compound of formula (I) may be combined with an additional therapeutic agent. Additional therapeutic agents may include: levodopa (SINEMET™, SINEMET-CR™, bromocriptine (PARLODEL™), pergolide (PERMAX™), ephenedrine sulfate (EPHEDRINE™), pemoline CYLERT™), mazindol (SANOREX™), d,1-α-methylphenethylamine (ADDERALL™), methylphenydate (RITALIN™), pramipexole (MIRAPEX™), modafinil (PROVIGIL™), ropinirole (REQUIP™), an anti-dyskensia agent, an anti-dystonia, an anti-myoclonus, an anti-tremor agent, or an anti-psychotic agent. In some embodiments, the anti-dyskensia agent is selected from baclofen (Lioresal™), botulinum toxin (Botox™), clonazepam (Klonopin™), or diazepam (Valium™). In some embodiments, the anti-dystonia, anti-myoclonus, or anti-tremor agents are selected from baclofen (LIORESAL™), botulinum toxin (BOTOX™), clonazepam (KLONOPIN™), or diazepam (VALIUM™). In some embodiments, the anti-psychotic agent is selected from chlorpromazine (THORAZINE™), haloperodol (HALDOL™), molindone (MOBAN™), thioridazine (MELLARIL™), a phenothiazine, a butyrophenome, diphenulbutylpiperinde (pimozide), thioxanthines (fluphenthixol), substituted benzamides (sulpiride), sertindole,

amisulpride, risperidone, clozapine, olanzapine, ziprasidone, aripiprazole, or their active metabolites (N-desmethylclozapine, N-desmethylolanzapine, 9-OH-risperdone)).

[0096]    The pharmacological properties and the selectivity of the compound of formula (I) for specific serotonergic receptor subtypes may be demonstrated by a number of different assay methods using recombinant receptor subtypes, preferably of the human receptors if these are available, e.g. conventional second messenger or binding assays. A particularly convenient functional assay system is the receptor selection and amplification assay disclosed in U.S. Pat. No. 5,707,798, which describes a method of screening for bioactive compounds by utilizing the ability of cells transfected with receptor DNA, e.g., coding for the different serotonergic subtypes, to amplify in the presence of a ligand of the receptor. Cell amplification is detected as increased levels of a marker also expressed by the cells.

*Treatment of Neuropsychiatric Disorders*

[0097]    In one embodiment, the compound of formula (I) and related serotonin 2A and/ or 2C receptor inverse agonists alone or in combination with other antipsychotic drugs, particularly those with dopamine antagonist properties, are used to treat a variety of human neuropsychiatric diseases including schizophrenia, schizoaffective disorders, mania and psychotic depression. Specifically, the compound of formula (I) and related serotonin 2A/2C receptor inverse agonists can improve psychotic symptoms (feelings of being controlled by outside forces, hearing, seeing, smelling or feeling things which are not there, hallucinations and unusual beliefs, delusions), negative symptoms (loss of normal behavior including tiredness, loss of concentration and lack of energy and motivation, and cognitive function in psychotic patients when used alone or in combination with other antipsychotic drugs. These agents also reduce the side-effects associated with the use of existing antipsychotic drugs and reduce the dose of exisiting agent that is required to achieve antipsychotic efficacy. Specifically, the compound of formula (I) and related compounds alone or in combination with existing antipsychotic drugs can be used to control the behavioral and neuropsychiatric manifestations present in all of these disease states. In some embodiments, pharmaceutical compositions comprised of a combination of the compound of formula (I) and existing antipsychotic agents are used.

[0098]     Neuropsychiatric disorders associated with psychosis affect a large proportion of the human population. Psychosis appears as a dominating symptom in diverse disorders, including schizophrenia, schizoaffective states, mania, psychotic depression among others. Current treatment options primarily involve pharmacotherapy with a class of drugs known as antipsychotics.    Antipsychotics are effective in ameliorating positive symptomotology of these disorders, yet they frequently do not improve and may worsen negative and cognitive symptoms. Signitifcant treatment limiting side effects are common with the use of antipsychotic drugs.

[0099]     Drugs that possess antipsychotic properties have been in clinical use since the early 1950's. Antipsychotic drugs are widely prescribed to treat psychotic symptoms irrespective of their etiology.  Clinical use of these compounds is limited, however, by their side effect profiles. Nearly all of the "typical" or first generation compounds have significant adverse effects on human motor function. These "extrapyramidal" side effects, so termed due to their effects on human motor systems, can be both acute and chronic in nature. Acute effects include dystonic reactions, and a potentially life threatening but rare symptom constellation; neuroleptic malignant syndrome.  Chronic side effects include akathisias, tremors, and tardive dyskinesia.   Due in large part to these disabling side effects, antipsychotic drug development has been focused on newer "atypical" agents (clozapine, olanzapine, quetiapine, risperidal, arapiprazole) that appear to have reduced liability for inducing  adverse motoric effects.   These newer "atypical" antipsychotic drugs, however, suffer from other limiting side-effects, including induction of cardiovascular abnormalities, extreme sedation, morbid obesity, type II diabetes, blood dyscrasias and pancreatitis among others.

[0100]     While the precise molecular mechanisms mediating antipsychotic drug action remain to be elucidated, antipsychotic drugs have been shown, by both *in vitro* and *in vivo* methods, to interact with a large number of central monoaminergic neurotransmitter receptors, including dopaminergic, serotonergic, adrenergic, muscarinic, and histaminergic receptors. It is likely that the therapeutic and adverse effects of these drugs are separable and are mediated by distinct receptor subtypes.

[0101]    Currently, it is thought that antipsychotic drugs reduce the positive symptoms in these disorders by blocking dopamine D2 receptors. This is based on the observation that these all antipsychotic drugs have reasonable affinity for this receptor *in vitro*, and that a correlation exists between their potency to block D2 receptors and their ability to reduce the psotive symptoms of these disorders.  Unfortunately, it is likely that antagonism of dopamine D2 receptors also mediates the disabling extrapyramidal side effects.

[0102]    The only other consistent receptor interaction that these drugs as a class display is inverse agonism of 5-HT2A receptors, suggesting that inverse agonism of these receptors is an alternate molecular mechanism that confers antipsychotic efficacy.  This theory is bolstered by a number of  basic scientific and clinical observations regarding serotonergic systems and the 5-HT2A receptor in particular (US 6,358,698 incorporated by reference).

[0103]    However, nearly all known antipsychotic agents lack specificity in their mechanisms of action.  In addition to possessing activity at dopamine D2 receptors and 5-HT2A receptors, these drugs as a class have a multitude of pharmacologically relevant interactions with critical neuronal proteins including a host of cell surface receptors, ion channels, and re-uptake transporters.  This lack of drug target specificity likely contributes to the multiplicity of adverse effects associated with use of existing antipsychotic agents.

[0104]    These observations highlight the need to develop novel therapeutic regimens that are specifically designed to not only demonstrate efficacy against these particular disabling symptoms but to also possess tolerability in these specific patient populations.  This can be achieved by improving the selectivity of the drug target interactions of new therapeutic agents.  Specifically, the development of agents with novel mechanisms of action that avoid the known pitfalls associated with existing agents is desired.  In addition, improved selectivity avoids the known adverse effects associated with interactions with non-efficacy off-target receptor interaction.  For example many antipsychotic drugs possess high affinity interactions with H1 receptors.  H1 antagonism is associated with sedation.  Further, other antipsuchotic drugs have affinity interactions with alpha receptors.  Antagonism of alpha-1 receptors is associated with orthostasis.  Improvements in therapeutic efficacy and

safety also can be achieved by combining two or more agents each with selective target interactions to achieve additive or synergistic benefits. Specifically, by combining one drug that specifically interacts with D2 receptors as an antagonist and another drug like the compound of formula (I) that interacts with specifically with 5-HT2A/2C receptors as antagonist or inverse agonist, the multitude of off-target interactions of existing antipsychotic drugs can be avoided.

[0105]    In one embodiment, serotonin 2A and/or 2C receptor inverse agonists are used to treat a variety of human neuropsychiatric diseases including schizophrenia, schizoaffective disorders, mania, behavioral disturbances associated with dementia and psychotic depression. For example, the compounds disclosed herein have utility in reducing the positive symptoms, improving negative symptoms and enhancing cognitive function in patients with certain neuropsychiatric diseases.

[0106]    Antipsychotics and dopamine receptor antagonists can be effective in ameliorating positive symptoms in schizophrenia and related diseases. Unfortunately, many of these compounds significantly worsen motor function and increase negative symptoms or leave these and other symptoms untreated in these patients. Biochemical and pharmacological data support the hypothesis that potentiation of serotonergic neurotransmission may be pathophysiologically important in the development of these unwanted effects and conversely blockade of serotonergic neurotransmission may reduced the side-effects associated with antipsychotic drug therapy. While not being bound by this theory, the compound of formula (I) was selected to exploit the relationship of serotonergic activity and the limiting effects associated with antipsychotic therapy.

[0107]    Haloperidol is a typical antipsychotic with specificity as a D2 receptor antagonist. This compound commonly is used to treat the positive symptoms associated with acute exacerbations of schizophrenia. Unfortunately, the use of this compound is associated with a plethora of unwanted motoric side effects, including akathisia, parkinsonism, tardive dyskinesia and neuroleptic maliginant syndrome. This compound also does not alter or worsens negative symptoms and cognitive function in these patients.

[0108]    In one embodiment, the compound of formula (I) can be used to treat many side-effects that arise from antipsychotic therapy. For example, the compound of

formula (I) may be useful for treatment of motoric side-effects of other antipsychotic agents such as haloperidol.  In one embodiment, the compound of formula (I) is used for the treatment of motoric side-effects associated with haloperidol treatment.

[0109]    In one embodiment, the compound of formula (I) may be used prophylactically when for example, it is considered necessary to initiate haloperidol therapy and it is feared that motoric deficits may develop.

[0110]    In some embodiments, the compound of formula (I) may be used to treat psychosis as a monotherapy or as an adjunct to medicaments to prevent or treat antipsychotic drug side-effects caused by the medicament.  Alternatively, the compound of formula (I) may be given in combination with other compounds, which also reduce antipsychotic drug side-effects.

[0111]    In one embodiment, the compound of formula (I) may used to treat the negative symptoms of certain neuropsychiatric disease including schizophrenia as a monotherapy or as an adjunct to medicaments used to treat the positive symptom of these diseases.

[0112]    In some embodiments, the compound of formula (I) also may used to improve cognitive function in certain neuropsychiatric disease including schizophrenia as a monotherapy or as an adjunct to medicaments used to treat the positive symptom of these diseases.

*Methods of preparation*

[0113]    The compound of formula (I) may be synthesized by methods described below, or by modification of these methods.  Ways of modifying the methodology include, among others, modification in temperature, solvent, reagents, etc.

[0114]    The first step of the synthesis, illustrated below, is conducted in the presence of acetic acid, $NaBH_3CN$, and methanol to produce the compound of formula (II):

[0115]   The compound of formula (IV) can be synthesized by treatment of the compound of formula (III) with isobutyl bromide and potassium carbonate in dimethyl formamide (DMF) at about 80° C:



(III)            (IV)

[0116]   The compound of formula (IV) can be converted to the compound of formula (V) by reaction with potassium hydroide in methanol/water:



(IV)            (V)

[0117]   The compound of formula (V) is heated to reflux with diphenylphosphonyl azide (DPPA) and a proton sponge in tetrahydrofuran (THF) to produce the compound of formula (VI):

(V)                    (VI)

[0118]     Finally , reaction of the compound of formula (II) with the compound of formula (VI) in methylene chloride produces the compound of formula (I):



(II)          (VI)                    (I)

[0119]     The tartrate salt of the compound of formula (I) may be produced by mixing with L-(+)-Tartaric acid in ethanol:



## EXAMPLES

[0120]     The examples below are non-limiting and are set forth to illustrate some of the embodiments disclosed herein.

Example 1 - Agonist Studies

[0121]     Parkinson's disease is typically managed using direct acting dopamine agonists. Examples of this class of compounds include pergolide, bromocriptine, pramipexole

and ropinirole. These drugs are thought to be effective because of their agonist activity at the dopamine $D_2$, $D_3$, and $D_4$ receptors located in striatal and forebrain regions. This activity may compensate for the progressive loss of forebrain dopaminergic innervation that characterizes the PD. However, these drugs are not specific for these dopaminergic receptors and also possess potent agonist activity at other receptors, including 5HT2A and 5HT2C receptors. Using a physiologically predictive *in vitro* functional assay, it is shown below that pergolide, lisuride, and bromocriptine display agonist potencies at human 5HT2A receptors that are equivalent to those observed at the human $D_2$ receptor. (Figure 1A and 1B, and Table 1).

[0122]   Using the R-SAT assay, the activity of common dopeaminergic compounds against dopamine and serotonin receptor types was studied. (See U.S. Patent Nos. 5,912,132 and 5,955,281, both of which are hereby incorporated by reference.) In Figure 1, data were plotted as percentage agonist response as determined for a reference full agonist (100%) versus drug concentration. The reference full agonist used for the $D_2$ receptor was quinpirole, while serotonin was used for the 5HT2A receptor. Compounds tested include dopamine (filled squares), quinpirole (filled circles), lisuride (filled triangles), bromocriptine (filled diamonds), serotonin (open squares), and pergolide (filled inverted triangles). Potencies of representative dose response curves using dopamine $D_2$ receptors were determined and are shown in Figure 1A; (pergolide-0.21 nM, dopamine-8.0 nM, lisuride-0.023 nM, quinpirole-3.3 nM, bromocriptine-0.43 nM, and serotonin-no response). Figure 1B shows compound potency against the serotonin 5-HT2A receptor; (dopamine-no response, quinpirole-174 nM, lisuride-0.028 nM, bromocriptine-2.7 nM, serotonin-33 nM, and pergolide-0.22 nM).

[0123]   Because these drugs are administered in the clinic to achieve $D_2$ receptor occupancy, these data argue that direct acting dopamine agonists are also behaving as 5HT2A receptor agonists *in vivo* when administered in therapeutic doses to PD patients.

**Table 1**

Serotonin Receptor Agonist Activity of Dopaminergic Agents Used in PD

| Drug | Dopamine D2 | Serotonin 2A | Serotonin 2C |
|------|-------------|--------------|--------------|
| Dopamine | 8.40 +/- 0.32 | NA | NA |
| Serotonin | NA | 7.73 +/- 0.04 | 7.29 +/- 0.10 |
| Lisuride | 11.00 +/- 0.36 | 10.65 +/- 0.10 | 7.61 +/- 0.13 |
| Pergolide | 9.45 +/- 0.06 | 8.05 +/- 0.22 | 6.66 +/- 0.08 |
| Bromocriptine | 9.30 +/- 0.31 | 8.75 +/- 0.14 | 5.80 +/- 0.05 |
| Ropinirole | 8.19 +/- 0.58 | 6.85 +/- 0.77 | NT |
| Pramipexole | 8.15 +/- 0.38 | 5.93 +/- 0.74 | NT |
| Apomorphine | 6.24 +/- 0.11 | NA | NA |

[0124]    Data are derived from R-SAT assays.  As shown, all compounds displayed full (>75%) relative agonist efficacies.  Data are reported as −Log $(EC_{50})$ values +/- standard deviation of three to eight separate determinations.  The VGV isoform of the 5HT2C receptor, and the short form of the $D_2$ receptor were utilized for these studies.  NA denotes no activity, NT denotes not tested.

[0125]    The agonist activity of these anti-parkinsonian agents at human 5HT2A/C receptors has particular implications for the generation and treatment of human hallucinations and psychosis.  That certain natural and synthetic chemical compounds can induce hallucinatory states in humans has led to detailed investigations of the mechanisms of action of these hallucinogenic or psychotomimetic drugs.  These efforts have implicated a number of molecular activities of these classes of drugs as being relevant to their ability to induce hallucinations, particularly visual hallucinations, in normal healthy individuals. Hallucinogens fall into two distinct chemical classes, the phenylethanolamines, and the substituted tryptamines, both of which are structurally related to serotonin.  Many *in vitro* studies, utilizing radioligand binding techniques, as well as functional pharmacological assays, have repeatedly demonstrated that these drugs are potent 5HT2A and 5HT2C receptor agonists (5).  More recent *in vivo* studies, in which normal volunteers are administered the hallucinogen MDMA (Ecstasy) and then evaluated for clinical response, as well as anatomical measures of brain activation utilizing functional neuro-imaging technologies, have demonstrated that the psychometric and pharmacological activities of hallucinogens can

be blocked by anti-psychotic drugs as well as the compound ketanserin (6,7). These drugs share a common molecular property, 5HT2A receptor inverse agonism.

Example 2 - Inverse Agonist Studies

[0126]     Once treatment-induced motoric and neuropsychiatric symptoms develop in PD patients, few viable therapeutic options exist to manage these disturbances. Treatment strategies differ for these two classes of symptoms, but one uniformly clinically efficacious, yet poorly tolerated approach, involves the use of antipsychotic agents. Antipsychotics are known to possess high affinity for the dopamine $D_2$ subclass of dopamine receptors and neutral antagonism of these receptors underlie the therapeutic efficacy of these drugs in human psychosis. In addition to dopamine $D_2$ receptor antagonism, these agents possess a wide range of additional potent and pharmacologically relevant activities at many of the other monoaminergic receptor subtypes including serotonin, adrenergic, muscarinic and histaminergic receptors. Of these additional molecular actions, 5HT2A receptor interactions have been the subject of significant study.   That antipsychotics have high affinity for multiple receptor subtypes, including serotonin 2 receptors, was demonstrated by the application of radioligand binding techniques (8). The methodologies used to document this cannot define the nature of the interaction between an anti-psychotic antipsychotic and a given receptor. For example, the methods are unable to distinguish as to whether a drug possesses positive (agonist) or negative (inverse agonist) intrinsic activity, or if it lacks intrinsic activity and functions as a neutral antagonist. Recently, this class of drugs was profiled using a functional assay that can discriminate the mechanistic nature of a drug-target interaction (9).

[0127]     This approach revealed a number of novel aspects of antipsychotic drug action (See U.S. Patent No. 6,358,698, which is hereby incorporated by reference in its entirety). It confirmed that these drugs as a class possess potent neutral antagonistic activity at the $D_2$ receptor. Importantly, it also revealed that nearly all antipsychotic drugs, with the exception of the substituted benzamides, possess potent negative intrinsic activity (inverse agonism) at the 5HT2A receptor. These efforts have identified inverse agonist activity at the 5HT2A receptor as being a critical molecular component of anti-psychotic drug action, and

suggest that compounds that are selective 5HT2A receptor inverse agonists may have antipsychotic efficacy, even in the absence of $D_2$ receptor activity.

[0128]    None of the older typical antipsychotics, exemplified by haloperidol, can be administered to PD patients because of severe worsening in their motor states. The more recent development of newer atypical agents, namely those with reduced (but clearly not absent) liability to induced motoric side effects, suggested that perhaps these agents could be used in PD patients to control dyskinesias and hallucinosis. Unfortunately, the majority of these agents are not tolerated in PD patients secondary to worsening of motor function (10). Of the atypical agents, only one, clozapine, has shown efficacy in treating these adverse treatment-induced side effects in PD patients without untoward motoric liabilities. As such, an improved understanding of the *in vitro* molecular profile of clozapine can provide critical insights into the design of novel agents for these difficult to treat indications.

[0129]    The demonstration that clozapine is tolerated in PD patients comes from studies on treatment-induced psychosis. Two well-designed placebo controlled, double blind clinical trials have shown that clozapine is efficacious in psychotic PD patients, and does not worsen parkinsonism, at doses in the 25-35 mg/day range (11,12). Similarly, two open label studies of clozapine in L-dopa and apomorphine induced dyskinesias also demonstrate efficacy and tolerability of low doses of clozapine, on the order of 50-100 mgs/day in these patients (13,14). The dosages used in these PD patients are much lower than the typical 600-900 mg/day range of doses used in treatment refractory schizophrenia. Commensurate with this lower dosing, plasma levels of clozapine in PD patients with psychosis ranged from 4.5 to 16.1 ng/ml (15). This is dramatically lower than the $\geq 250$ ng/ml average serum levels that are associated with therapeutic response in refractory schizophrenic patients.

[0130]    Not surprisingly, the administration of low dose clozapine, and the commensurate plasma levels obtained at these doses, are well below those necessary for $D_2$ receptor occupancy, providing a mechanistic understanding of why these dosages are tolerated with respect to motoric liability in these patients. (Positron emission tomography (PET) studies in schizophrenic patients have defined steady state plasma concentrations of clozapine that are required to generate high occupancy of striatal dopamine $D_2$ receptors). These data also argue that efficacy in dyskinesia and psychosis is mediated by one or more of

the non-$D_2$ receptor targets of this drug.   Since rank orders of receptor potencies, as determined by *in vitro* pharmacological assays, has repeatedly been shown to be a reliable predictor of *in vivo* receptor action, the receptor sites for which clozapine display a higher potency than $D_2$ receptors would be predicted to potentially mediate its clinical efficacy in this indication.   Detailed functional profiling of clozapine against over 30 of the known monoaminergic receptor subtypes has identified only five sites with higher affinity than dopamine $D_2$ receptors, histamine $H_1$, muscarinic m1 and m4, and serotonin 2A, 2B, and 6 receptors.   Table 2 reports the absolute and relative potencies of clozapine at some of these monoamine receptor targets as determined by the physiologically predictive *in vitro* R-SAT assay.   These data suggest that at the clinical dosing and serum levels of clozapine observed in PD, two receptor sites are preferentially occupied, the histamine $H_1$ and 5HT2A receptors.

[0131]     Conversely, plasma levels achieved with 50 mgs/day of clozapine result in full occupancy of cortical 5HT2A receptors, and extrapolation to the plasma levels observed in PD patients treated for psychosis suggest near complete occupancy of 5HT2A receptors at these dosages as well (16).   Whereas central occupancy of 5HT2A receptors, coupled with negative intrinsic activity, may mediate efficacy in these states, central occupancy of histamine $H_1$ receptors is known to cause sedation, an effect that was observed in the majority of PD patients treated with low dose clozapine.   Taken together these data suggest that clozapine is acting primarily as a 5HT2A receptor inverse agonist in this clinical setting.

### Table 2

Antagonist and Inverse Agonist Potencies of Clozapine at Monoamine Receptors

|            | $D_2$      | 5HT2A     | 5HT2B   | 5HT2C     |             | $H_1$         |
|------------|-----------|-----------|---------|-----------|-------------|---------------|
| Clozapine  | 72 +/- 56 | 6.4 +/- 1.0 | 20 +/- 9 | 250 +/- 60 | 0.40 +/- 0.07 |             |
| Ratio to $D_2$ |        | 11        | 3.6     | 0.3       | 180         |               |

[0132]     Data are derived from (9) and are reported as Ki values for the D2 receptor determined as a competitive antagonist, and $EC_{50}$ values for the remaining receptors determined as inverse agonists, in nanomolar unit's +/- standard deviation of three to eight separate determinations.

Behavioral Pharmacological Evidence

[0133]   The tartrate salt of the compound, N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide (compound of formula (I)), is a potent, selective, orally bioavailable 5HT2A receptor inverse agonist. The compound of formula (I) also possesses lesser potency as a 5-HT2C receptor inverse agonist and lacks intrinsic activity at the remaining monoaminergic receptor subtypes. Perhaps most notably, the compound of formula (I) lacks activity at dopamine receptor subtypes. (See US Patent Application No. 09/800,096, which is hereby incorporated by reference in its entirety). Extensive behavioral pharmacological profiling of this agent, including pre-clinical models of antipsychotic and anti-dyskinetic drug actions support the therapeutic use of the compound of formula (I) in Parkinson's Disease and related human neurodegenerative diseases.

Example 3 - Animal studies

[0134]   To determine potential *in vivo* antipsychotic activity, we studied the compound of formula (I) in an animal model that predicts such efficacy in humans. The compound of formula (I) attenuates hyperactivity induced by the non-competitive N-methyl-d-aspartate (NMDA) antagonist MK-801 (dizocilpine) with a minimum effective dose of 1 mg/kg s.c. (Figure 2A), and 10 mg/kg p.o. (Figure 2B). The compound of formula (I) also reduced spontaneous locomotion at 3 mg/kg and higher s.c. doses (Figure 2A), and at oral doses between 10 and 100 mg/kg (Figure 2B). In Figure 2A and 2B, asterisks indicate statistical significance ($p < 0.05$) compared to respective vehicle control. Inhibition of MK-801 is a property shared by most atypical antipsychotic agents, and after i.p. administration, the compound of formula (I) attenuated MK-801 hyperactivity at 1 mg/kg, in a manner similar to the atypical antipsychotic clozapine.

Example 4 - Primate animal studies

[0044]   To determine the potential *in vivo* anti-dyskinetic activity, we studied the compound of formula (I) in an animal model that predicts such efficacy in humans. The use of 1-methyl-4-phenyl-1,2,3,6-tetrahydropyrilidine (MPTP) to induce parkinsonism in monkeys, coupled with prolonged administration of L-dopa induces severe dyskinesias. The compound of formula (I), when administered s.c., to dyskinetic primates was found to significantly diminish L-dopa induced dyskinesias in a dose dependent manner as determined

by the reduction of observable dyskinetic movements scored as a percentage of those present in placebo injected animals (Figure 3).

Example 5 - 5HT2A/C Serotonin Antagonist Treatment of Parkinson's Disease

[0135]   The present example demonstrates that blockage of 5HT2A/C receptors with the compound of formula (I) in parkinsonian patients reduces levodopa-associated dyskinesias and motor response fluctuations.  Additionally, the compound of formula (I) is shown to be safe and tolerated at effective doses and potentiates the beneficial effects of levodopa on parkinsonian symptoms.

[0136]   The compound of formula (I) is administered orally in a group of 21 parkinsonian patients in a double blind, placebo controlled study lasting approximately 5 weeks.  An unbalanced parallel-group dose escalation design is used involving an initial placebo run-in, followed by a randomized (active) phase of the compound of formula (I) or placebo.  The compound of formula (I) is administered once daily for four weeks, with the dose escalating once each week.  Assessments are made on the first day of each dose escalation.

[0137]   The study is conducted on an outpatient basis.  Studies of the compound of formula (I) effect on the motor response to levodopa are conducted in accordance with the standard Experimental Therapeutics Branch (ETB) paradigm, which makes use of a steady state infusion of dopaminomimetics in order to maximize the reliability of data acquisition as well as to permit determination of the anti-parkinsonian efficacy half-time.

[0138]   Patients who participate in the study have particular characteristics.  The patients are between 30 and 80 years of age, inclusively.  The patients had been diagnosed with idiopathic Parkinson's disease based on the presence of a characteristic clinical history and neurological findings.  The patients displayed relatively advanced disease symptoms with levodopa-associated motor response complications, including peak-dose dyskinesias and wearing-off fluctuations.

[0139]   The sample size is calculated for the primary endpoint: the Unified Parkinson's Disease Rating Scale (UPDRS) part III motor examination.  A sample size of 17 provides 80% power to detect predicted differences, a 40% reduction, with a standardized effect size of 1, using a two-tailed t-test at the 0.05 significance.  This assumes an anti-

dyskinetic effect of the compound of formula (I) to be compared to that of amantadine (as observed in previous ETB studies), and a linear dose-response of the compound of formula (I). In this phase 2 study we will accept a two-sided alpha at a 0.05 significance level. Four patients will be added for the placebo group, totaling 21 subjects enrolled in the study.

[0140]    Patients enter the levodopa infusion optimal rate determination (dose finding) portion of the study as soon as all prohibited medication has been withdrawn for at least four weeks. If the patient has had an intravenous dosing rate for levodopa optimized within the past three months, these doses may be used for the study.

[0141]    Intravenous infusion of levodopa is conducted in an in-patient ward. On the night prior to all infusions, subjects' usual anti-parkinsonian medications are withheld (levodopa by 12 AM, dopamine agonists by 6 PM). During the first and second days of optimal rate determination, two baseline UPDRS ratings are performed prior to levodopa infusion. Initially, the "optimal" rate of levodopa infusion is carefully titrated for each individual to determine the minimum dose needed to achieve a stable "on" state characterized by an "optimal" reduction in parkinsonian signs and mild but ratable dyskinesias (comparable to patient's usual "on" state). Dyskinesia severity is similar to that experienced with each patient's usual therapeutic regimen. Levodopa will be administered by means of an indwelling intravenous catheter. The initial infusion rate of levodopa will not exceed 80 mg/hr. Subsequent infusion rates may be gradually increased until the optimal rate is found, up to a maximum of 2 mg/kg/hour.

[0142]    Levodopa infusions will ordinarily last up to 8 hours, but may be continued uninterrupted for several days or be repeated on other days to obtain reliable assessment of motor function. The peripheral decarboxylase inhibitor carbidopa (50 mg, given every 3 hours) is administered orally starting at least one hour prior to intravenous administration of levodopa and continuing until levodopa effects have worn off. After the initial "optimal" rate finding for levodopa infusion, all subsequent infusions are given at the predetermined "optimal rate". As an intravenous levodopa formulation is not commercially available in this country, is administered under ETB IND 22,663.

[0143]    Patients are dosed according to Table 3:

**Table 3**

| Patient group | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 |
|---|---|---|---|---|---|
| I | Placebo | Placebo | Placebo | Placebo | Placebo |
| II | Placebo | 30 mg Compound (I) | 70 mg Compound (I) | 150 mg Compound (I) | 300 mg Compound (I) |

[0144]    Patients proceed through this dose escalation scheme until week 5 or until maximum tolerated dose is attained.

[0145]    Throughout the study, patients are evaluated weekly for drug safety and tolerability during their inpatient admission and two weeks after treatment for an outpatient follow-up visit.   During each inpatient admission, patients remain under close medical monitoring by staff physicians and nurses.  If, at any time during the treatment period, the staff physician determines that a patient does not tolerate any given dose, the patient will be considered to have attained maximum tolerated dose and will not receive any additional doses of the compound of formula (I).  Patients are encouraged to contact study staff between study days to report any adverse experiences.

[0146]    Patients are observed in the hospital and will not be discharged until free of all significant adverse effects, if any.  Safety assessments, which are performed on study days, include adverse experiences, monitoring vital signs, standard safety monitoring, and cardiac monitoring.

[0147]    Subjects in Patient Group II show a reducing in levodopa-associated dyskinesias and motor response fluctuations.  The subjects in Patient Group II tolerate the compound of formula (I) at all doses administered.  The compound of formula (I) therapy also potentiates the benefical effects of levodopa on parkinsonian symptoms.

Example 6 – R-SAT Assay

[0148]    The functional receptor assay Receptor Selection and Amplification Technology (R-SAT) was used to investigate the activity of the compound of formula (I) as an inverse agonist at 5HT2A receptors.  The compound of formula (I) exhibited high potency (pIC50 of 9.1) and high efficacy (98%) at 5HT2A receptors.

Example 7 – Anti-psychotic Activity Study

[0149]    To determine potential *in vivo* antipsychotic activity, we studied the compound of formula (I) in an animal model that predicts such efficacy against positive symptoms in humans (Figure 4).  In Figure 4, ACP refers to the compound of formula (I). The compound of formula (I) did not reduce hyperactivity induced by 3.0 mg/kg I.P. of the indirect dopamine agonist d-amphetamine when administered alone at doses of 10.0 mg/kg P.O. and below to mice.  As expected, haloperidol dose-dependently reduced amphetamine hyperactivity with a minimally significant effect seen at 0.1 mg/kg, s.c.  When a 10.0 mg/kg P.O. dose of the compound of formula (I) was administered in combination with various s.c. doses of haloperidol, the minimally significant dose of haloperidol was decreased to 0.03 mg/kg.  With this combination, amphetamine hyperactivity is completely reversed.  Thus, an inactive dose of the compound of formula (I), when combined with an inactive dose of haloperidol produces a complete reversal of amphetamine hyperactivity.  This suggests that the antipsychotic activity of haloperidol may be significantly enhanced when it is combined with the compound of formula (I).  Equally important, when the compound of formula (I) is combined with haloperdiol, the dose of haloperidol can be lowered without a loss of efficacy. This would be expected to improve the safety margin for the clinical use of haloperidol in neuropsychiatric diseases.

**Literature Cited**

[0150]    The following references are incorporated herein by reference in their entireties.

[0151] 1.    Everett, G., M., and Borcherding, J., W. (1970) L-dopa: effect on concentration of dopamine, norepinephrine and serotonin in brains of mice. *Nature*, **168**: 849-850.

[0152] 2.    Butcher, L., Engel, J., and Fuxe, K. (1970) L-dopa induced changes in central monoamine neurons after peripheral decarboxylase inhibition. *J. Pharm. Pharmac.*, **22**: 313-316.

[0153] 3.    NG, K., Y., Chase, T., N., Colburn, R., W., and Kopin, I., J. (1970) L-dopa induced release of cerebral monoamines. *Science*, **170**: 76-77.

[0154] .    Birkmayer, W., Danielczyk, W., Neumayer, E., and Riederer, P. (1974) Nucleus Ruber and L-dopa Psichosis: Biochemical Post mortem findings. *Journal of Neural Transmission*, **35**: 93-116.

[0155] 5.    Sadzot, B., Baraban, J., M., Glennon, R., A., Lyon, R., A., Leonhardt, S., Jan, C., R., and Tietler, M. (1989) Hallucinogenic drug interactions at human brain 5-HT2 receptors; implications for treating LSD-induced hallucinogenesis. *Psychopharmacology*, **98(4)**: 495-499.

[0156] 6.    Liechti, M., E., Geyer, M., A., Hell, D., and Vollenwieder, F., X. (2001) Effects of MDMA(ecstasy) on prepulse inhibition and habituation of startle in humans after pretreatment with citalopram, haloperidol, or ketanserin., *Neuropsychopharmacology*, **24(3)**: 240-252.

[0157] 7.    Gamma, A., Buck, A., Berthold, T., Liechti, M., E., and Vollenweider, F., X. (2000) 3,4-methylenedioxymethamphetamine (MDMA) modulates cortical and limbic brain activity as measured by [H(2)(15)O]-PET in healthy humans., *Neuropsychopharmacology*, **23(4)**: 388-395

[0158] 8.    Leysen, J., E., Niemegeers, C., J., Tollenaraere, J., P., and Laduron, P., M. (1978) Serotonergic component of neuroleptic receptors. *Nature (Lond)* **272**: 168-171.

[0159] 9.    Weiner, D., M., Burstein, E., S., Nash, N., Croston, G., E., Currier, E., A., Vanover, K., E., Harvey, S., C., Donohue, E., Hansen, H., C., Andersson, C., M.,

Spalding, T., A., Gibson, D., F., Krebs-Thomson, K., Powell, S., B., Geyer, M., A., Hacksell, U., and Brann, M., R. (2001) 5-hydroxytryptamine 2A receptor inverse agonists as antipsychotics. *J Pharmacol Exp Ther.*, **299(1)**: 268-76.

[0160] 10.    Friedman, J., H., and Factor, S., A. (2000) Atypical antipsychotics in the treatment of drug-induced psychosis in Parkinson's disease. *Mov. Disord*, **15(2)**: 201-211.

[0161] 11.    The Parkinson Study Group (1999) Low-dose clozapine for the treatment of drug-induced psychosis in Parkinson's disease. *New Eng. J. Med.*, **340(10)**: 757-763.

[0162] 12.    The French Clozapine Study Group (1999) Clozapine in drug-induced psychosis in Parkinson's disease. *Lancet*, **353**: 2041-2042.

[0163] 13.    Bennett, J., P., Landow, E., R., and Shuh, L., A. (1993) Suppression of dyskinesias in advanced Parkinson's Disease. II Increasing daily clozapine doses suppress dyskinesias and improve parkinsonism symptoms. *Neurology*, **43**: 1551-1555.

[0164] 14.    Durif, F., Vidailhet, M., Assal, F., Roche, C., Bonnet, A., M., and Agid, Y. (1997) Low-dose clozapine improves dyskinesias in Parkinson's disease. *Neurology*, **48**: 658-662.

[0165] 15.    Meltzer, H., Y., Kennedy, J., Dai, J., Parsa, M., and Riley, D. (1995) Plasma clozapine levels and the treatment of L-DOPA-induced psychosis in Parkinson's disease. A high potency effect of clozapine. *Neuropsychopharmacology*, **12(1)**: 39-45.

[0166] 16.    Nordstrom, A., L., Farde, L., and Halldin, C. (1993) High 5-HT2 receptor occupancy in clozapine treated patients as demonstrated by PET. *Psychopharmacology*, **110(3)**: 365-367.

[0167] 17.    Bibbiani, F., Oh, F., D., and Chase, T., C. (2001) Serotonin 5-HT1A agonist improves motor complications in rodent and primate parkinsonian models. *Neurology*, **57**: 1829-1834.

WHAT IS CLAIMED IS:

    1.    A method of treating a condition that can be caused by dopaminergic therapy, the method comprising administering a therapeutically effective amount of a compound of Formula (I) to a subject suffering from said condition:



(I).

    2.    The method of claim 1, wherein the condition is one that can be caused by antagonizing a dopamine receptor.

    3.    The method of claim 1, wherein the condition is one that can be caused by antagonizing a dopamine D2 receptor.

    4.    The method of claim 1, wherein the condition is one that can be caused by administration of an antipsychotic agent.

    5.    The method of claim 1, wherein the condition is selected from the group consisting of dyskinesia, dystonia, myoclonus, tremor, and psychosis.

    6.    The method of claim 1, wherein administering the compound of Formula (I) comprises contacting a pituitary cell with the compound.

    7.    The method of claim 1, further comprising identifying the subject as having the condition.

    8.    A method of treating a condition that can be caused by administering an antipsychotic agent, the method comprising administering a therapeutically effective amount of a compound of Formula (I) to a subject suffering from said condition:

**(I)**.

9.      A method of improving a pathophysiology in a pituitary cell, the method comprising administering a compound of Formula (I) in an amount effective to improve the pathophysiology of the pituitary cell to a subject suffering from said pathophysiology:



**(I)**.

10.      The method of claim 9, wherein the pathophysiology is one that results in a condition in the subject that can be caused by administering an antipsychotic agent to the subject.

11.      The method of claim 9, wherein the pathophysiology is one that results in a condition in the subject that can be caused by antagonism of a D2 doapmine receptor.

12.      A method of improving a pathophysiology in a pituitary cell, the method comprising contacting the pituitary cell with a compound of Formula (I) in an amount effective to improve the pathophysiology of the pituitary cell:



(I).

13.     The method of claim 12, wherein the pathophysiology is one that results in a condition in a subject that can be caused by administering an antipsychotic agent to the subject.

14.     The method of claim 12, wherein the pathophysiology is one that results in a condition in a subject that can be caused by antagonism of a D2 doapmine receptor.

15.     A method of   inversely agonizing a 5-HT2A receptor in a pituitary cell, comprising contacting the pituitary cell with a compound of Formula (I) in an amount effective to inversely agonize the receptor:



**(I)**.

16.     The method of claim 15, wherein the amount is effective to treat a condition that can be caused by dopaminergic therapy.

# SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES

## Abstract of the Disclosure

Behavioral pharmacological data with the compound of formula (I), a novel and selective 5HT2A/2C receptor inverse agonist, demonstrate *in vivo* efficacy in models of psychosis and dyskinesias.  This includes activity in reversing MK-801 induced locomotor behaviors, suggesting that this compound may be an efficacious anti-psychotic, and activity in an MPTP primate model of dyskinesias, suggesting efficacy as an anti-dyskinesia agent.  These data support the hypothesis that 5HT2A/2C receptor inverse agonism may confer antipsychotic and anti-dyskinetic efficacy in humans, and indicate a use of the compound of formula (I) and related agents as novel therapeutics for Parkinson's Disease, related human neurodegenerative diseases, and psychosis.

PATENT

2572408
050206



Figure 1A

Figure 1B

BEST AVAILABLE COPY



Figure 2A



Figure 2B

BEST AVAILABLE COPY

SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE
AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE...
Weiner, et al.
Appl. No.:  Unknown        Atty Docket:  ACADIA.030C1



Figure 3

BEST AVAILABLE COPY



**Figure 4**

BEST AVAILABLE COPY

Page 1                                                          Attorney's Docket No. ACADIA.030A

## DECLARATION - USA PATENT APPLICATION



As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES; the specification of which was filed on **January 15, 2004** as Application Serial No. **10/759,561.**

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above;

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56;

I hereby claim the benefit under Title 35, United States Codes § 119(e) of any United States provisional application(s) listed below.

Application No.:  60/441,406                  Filing Date:  January 16, 2003
Application No.:  60/479,346                  Filing Date:  June 17, 2003

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful, false statements may jeopardize the validity of the application or any patent issued thereon.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Full name of first inventor: **David M. Weiner**

Inventor's signature _____

Date ___24 - MAY - 2004___

Residence:  **4915 Muir Avenue, San Diego, CA  92107**

Citizenship:  **United States**

Post Office Address:  **4915 Muir Avenue, San Diego, CA  92107**

Full name of second inventor: **Robert E. Davis**

Inventor's signature _____

Date ___June 2, 2004_____

Residence: **13272 Glencliff Way, San Diego, CA  92130**

Citizenship:  United States

Post Office Address:  **13272 Glencliff Way, San Diego, CA  92130**

COPY

Full name of third inventor: **Mark R. Brann**

Inventor's signature _____

Date ___5/24/04_____

Residence: **2950 Racetrack View Dr., Del Mar, CA  92014-2460**

Citizenship:  **United States**

Post Office Address:  **2950 Racetrack View Dr., Del Mar, CA  92014-2460**

S:\DOCS\REM\REM-1294.DOC:sad
050304

Send Correspondence To:
KNOBBE, MARTENS, OLSON & BEAR, LLP
**Customer No. 20,995**

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

05/05/2006 HGUTEMA1 00000026 11416527

```
01 FC:1011        300.00 OP
02 FC:1111        500.00 OP
03 FC:1311        200.00 OP
04 FC:1201        400.00 OP
```

PTO-1556
(5/87)

U.S. Government Printing Office: 2002 — 489-267/69033

JSUF0203

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875   Effective December 8, 2004

Application or Docket Number: 11 416 527

## APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 16 minus 20 = | 0 | X$ 25 = | | OR | X$50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | 2 | X100 = | | | X200 = | 400 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | | +360= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1700 |

## APPLICATION AS AMENDED – PART II   1, 8, 9, 12, 15

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total (37 CFR 1.16(i)) | * | Minus ** | | X$ 25 = | | OR | X$50 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | | X100 = | | OR | X200 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | | +360= | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDI-TIONAL FEE ($) | OR | RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | Total (37 CFR 1.16(i)) | * | Minus ** | | X$ 25 = | | OR | X$50 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | | X100 = | | OR | X200 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | | +360= | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

JSUF0204

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| UTILITY APPLICATION | Attorney Docket No.: ACADIA.030C1 |
|---|---|
| | First Named Inventor: David M. Weiner |
| | Title: SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| | Express Mail Label No.: EV 468 059 742 US |

| **Direct all correspondence to Customer No.: 20995** | Date: May 3, 2006 |
|---|---|
| | Page 1 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

The following enclosures are transmitted herewith to be filed in the patent application of:

Inventors:
1. David M. Weiner          2.   Robert E. Davis
3. Mark R. Brann

**APPLICATION:**

(X)  Specification in 51 pages.

(X)  Drawings in 4 sheets.

(X)  Declaration by Inventors in 2 pages.

    (X)  Copy from parent application.

**CONTINUITY INFORMATION:**

| Application | Relationship | Parent App. No. | Filing Date | Status |
|---|---|---|---|---|
| This Application | Continuation | 10/759,561 | 01/15/05 | Pending |
| 10/759,561 | Non-Provisional of | 60/441,406 | 01/16/03 | |
| 10/759,561 | Non-Provisional of | 60/479,346 | 06/17/03 | |

Reference to prior domestic applications is made in the:

(X)  Reference to prior domestic applications is made in the specification.

**OTHER APPLICATION PARTS:**

(X)  Return prepaid postcard.

| UTILITY APPLICATION | Attorney Docket No.: ACADIA.030C1 |
|---|---|
| | First Named Inventor: David M. Weiner |
| | Title: SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| | Express Mail Label No.: EV 468 059 742 US |

| Direct all correspondence to Customer No.: 20995 | Date: May 3, 2006 |
|---|---|
| | Page 2 |

**FILING FEES:**

| FEE CALCULATION | | | | | |
|---|---|---|---|---|---|
| **FEE TYPE** | | | **FEE CODE** | **CALCULATION** | **TOTAL** |
| Basic Utility | | *1.16(a)(1)* | 1011 ($300) | | $300 |
| Search Fee | | *1.16(k)* | 1111 ($500) | | $500 |
| Examination Fee | | *1.16(o)* | 1311 ($200) | | $200 |
| Excess Claims > 20 | 16 - 20 = 0 | | 1202 ($50) | 0 x 50 = | $0 |
| Independent > 3 | 5 - 3 = 2 | | 1201 ($200) | 2 x 200 = | $400 |
| | | | | **TOTAL FEE DUE** | $1,400 |

(X)  A check in the amount of **$1,400** to cover the Total Fee Due is enclosed.

The Commissioner is hereby authorized to charge any additional fees which may be required, now or in the future, or credit any overpayment to Account No. 11-1410.

Daniel Hart
Registration No. 40,637
Attorney of Record
Customer No. 20,995
(619) 235-8550

2572475:sad
050306

# Knobbe Martens Olson & Bear LLP

*Intellectual Property Law*

2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Tel 949-760-0404
Fax 949-760-9502
www.kmob.com

*Daniel Hart, Ph.D.*

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SUBMISSION BY "EXPRESS MAIL"

| | | |
|---|---|---|
| **Attorney Docket No.** | : | ACADIA.030C1 |
| **Applicant(s)** | : | Weiner, et al. |
| **For** | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| **Attorney** | : | Daniel Hart |
| **"Express Mail" Label No.** | : | EV 468 059 742 US |
| **Date of Deposit** | : | May 3, 2006 |

The following documents are hereby placed into an Express Mail envelope bearing the number indicated above, which envelope is being deposited today with the U.S. Postal Service as Express Mail:

Transmittal letter; specification in 51 pages; 4 sheets of drawings; SIGNED Declaration by Inventor in 2 pages; Check(s) for Filing Fee(s); Return Prepaid Postcard.

The envelope, with the enclosures listed above, is addressed the Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

This submission is being made in compliance with 37 CFR 1.10.

Name: *Rosa L. Flanagan*
Docketing Agent

2572482:sad
050306

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | ACADIA.030C1 |

20995
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

**CONFIRMATION NO. 6329**
**FORMALITIES**
**LETTER**

Date Mailed: 05/24/2006

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:

  - The drawings must be reasonably free from erasures and must be free from alterations, overwriting, interlineations, folds, and copy marks. See Figure(s) All.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

Replies should be mailed to:    Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

*A copy of this notice **MUST** be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382

PART 3 - OFFICE COPY



PATENT

Case Docket No. ACADIA.030C1
Date:  July 24, 2006

## TRANSMITTAL LETTER
## RESPONSE TO MISSING PARTS

| | | |
|---|---|---|
| Applicant | : | Weiner, et al. |
| App. No | : | 11/416,527 |
| Filed | : | May 3, 2006 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Art Unit | : | 1617 |

CERTIFICATE OF MAILING

I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450, on

July 24, 2006
(Date)

*Ryan Melnick*
Ryan E. Melnick, Reg. No. 58,621

**Mail Stop Missing Parts**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA  22313-1450**

Dear Sir:

In response to the Notice to File Corrected Application Papers, which was mailed by the Office on May 24, 2006, enclosed are:

(X)    A Notice to File Corrected Application Papers.

(X)    Preliminary Amendment in Response to Notice to File Corrected Application Papers in 3 pages.

(X)    4 sheets of Replacement Drawings.

(X)    Return prepaid postcard.

The Commissioner is hereby authorized to charge any additional fees which may be required, now or in the future, or credit any overpayment, to Account No. 11-1410.

*Ryan Melnick*
Ryan E. Melnick
Registration No. 58,621
Attorney of Record
Customer No. 20,995
(619) 235-8550

2773770:sad1:072406

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | ACADIA.030C1 |

20995
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

**CONFIRMATION NO. 6329**
**FORMALITIES**
**LETTER**

Date Mailed: 05/24/2006

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:

    - The drawings must be reasonably free from erasures and must be free from alterations, overwriting, interlineations, folds, and copy marks. See Figure(s) All.

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

Replies should be mailed to:     Mail Stop Missing Parts

Commissioner for Patents

P.O. Box 1450

Alexandria VA 22313-1450

*A copy of this notice **MUST** be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382

PART 2 - COPY TO BE RETURNED WITH RESPONSE

JSUF0212

ACADIA.030C1                                                           PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Weiner, et al. |
| Appl. No. | : | 11/416,527 |
| Filed | : | May 3, 2006 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Examiner | : | Unknown |
| Group Art Unit | : | 1617 |

**CERTIFICATE OF MAILING**

I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on

July 24, 2006
(Date)

Ryan E. Melnick, Reg. No. 58,621

## PRELIMINARY AMENDMENT IN RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS

**Mail Stop Missing Parts**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Notice to File Corrected Application Papers, please find the enclosed amendments.

**Amendments to the Drawings** begin on page 2 of this paper. A "Replacement Sheet" for each sheet of drawings being amended can be found in the Appendix.

**Remarks/Arguments** begin on page 3 of this paper.

Appl. No.          :     **11/416,527**
Filed              :     **May 3, 2006**

## AMENDMENTS TO THE DRAWINGS

Please replace Sheets 1-4 of the drawings with the attached Replacement Sheets.

Appl. No.           :        11/416,527
Filed               :        May 3, 2006

## REMARKS

In response to the Notice to File Corrected Application Papers mailed May 24, 2006, better quality drawings have been provided in the attached Replacement Sheets of drawings. Please include these Replacement Sheets in the Pre-grant Publication of the application. No new matter has been introduced by these amendments.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 7-24-06                    By: _Ryan Melnick_
                                      Ryan E. Melnick
                                      Registration No. 58,621
                                      Attorney of Record
                                      Customer No. 20,995
                                      (619) 235-8550

2772989
072406

-3-
JSUF0215

SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS
AS THERAPEUTICS...
Weiner et al.
Appl. No.:  11/416,527   Atty Docket:  ACADIA.030C1
Replacement Sheet

1 / 4





*FIG. 1B*

*FIG. 1A*

SELECTIVE SEROTONIN 2A/2C RECPTOR INVERSE AGONISTS
AS THERAPEUTICS...
Weiner et al.
Appl. No.: 11/416,527   Atty Docket: ACADIA.030C1
Replacement Sheet

2 / 4

BEST AVAILABLE COPY



FIG. 2A



FIG. 2B

SELECTIVE SEROTONIN 2A/2C RECPTOR INVERSE AGONISTS
AS THERAPEUTICS...
Weiner et al.
Appl. No.: 11/416,527    Atty Docket:  ACADIA.030C1
Replacement Sheet

3/4



*FIG. 3*

BEST AVAILABLE COPY

SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS
AS THERAPEUTICS...
Weiner et al.
Appl. No.: 11/416,527    Atty Docket: ACADIA.030C1
Replacement Sheet

4/4

BEST AVAILABLE COPY





*FIG. 4*

Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875   Effective December 8, 2004

Application or Docket Number
11 416 527

### APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 16 minus 20 = | 0 | X$ 25 | | | X$50 | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | 2 | X100 | | | X200 | 400 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | +360= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1900 |

### APPLICATION AS AMENDED – PART II   1, 8, 9, 12, 15

7-24-06

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT A Total (37 CFR 1.16(i)) | * | Minus | | X$ 25 | | | X$50 | |
| Independent (37 CFR 1.16(h)) | * No | Minus Change | | X100 | | | X200 | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | | TOTAL ADD'L FEE | |

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT B Total (37 CFR 1.16(i)) | * | Minus ** | | X$ 25 | | | X$50 | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | | X100 | | | X200 | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Docket No.:   ACADIA.030C1                                    Page 1 of 1

Please Direct All Correspondence to Customer Number **20995**

### AMENDMENT / RESPONSE TRANSMITTAL

Applicant   :   Weiner et al.

App. No   :   11/416,527

Filed   :   May 3, 2006

For   :   SELECTIVE SEROTONIN 2A/2C
RECEPTOR INVERSE AGONISTS AS
THERAPEUTICS FOR
NEURODEGENERATIVE DISEASES

Examiner   :   Unassigned

Art Unit   :   1617

CERTIFICATE OF MAILING

I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on

_____September 1, 2006_____
(Date)

*Ryan Melnick*

Ryan E. Melnick, Reg. No. 58,621

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

Transmitted herewith for filing in the above-identified application are the following enclosures:

(X)   Preliminary Amendment in 3 pages.

(X)   Return prepaid postcard.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

*Ryan Melnick*

Ryan E. Melnick
Registration No. 58,621
Attorney of Record
Customer No. 20,995
(619) 235-8550

2892372/bab/090106

ACADIA.030C1                                                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Weiner et al. | |
| Appl. No. | : | 11/416,527 | |
| Filed | : | May 3, 2006 | |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | |
| Examiner | : | Unassigned | |
| Group Art Unit | : | 1617 | |

CERTIFICATE OF MAILING

I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on

_____September 1, 2006_____
(Date)

Ryan E. Melnick, Reg. No. 58,621

## PRELIMINARY AMENDMENT

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Please enter the following amendment:

**Amendments to the Specification** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 3 of this paper.

**Appl. No.**       :       **11/416,527**
**Filed**           :       **May 3, 2006**

## AMENDMENTS TO THE SPECIFICATION

Please replace paragraph 0001 with the following replacement paragraph:

**[0001]**      This application is a continuation of U.S. Application No. 10/759,561, filed January 15, [[2005]] 2004, which claims priority to U.S. Provisional Application Number 60/441,406, filed January 16, 2003, and U.S. Provisional Application Number 60/479,346, filed June 17, 2003, all of which are incorporated herein by reference in their entireties.

JSUF0223

Appl. No.          :          **11/416,527**
Filed               :          **May 3, 2006**

## REMARKS

The priority claim in the first paragraph of the specification has been amended to correct the filing date of the parent Application No. 10/759,561, which was filed January 15, **2004**. This amendment is being made within four months of the filing date of the instant application pursuant to 37 CFR § 1.78(a)(2)(ii).

No fees are believed due.  Please charge any required fees or credit overpayment to Deposit Account No. 11-1410.


Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated:  ___9/1/06___          By:  ___Ryan Melnick___
                                              Ryan E. Melnick
                                              Registration No. 58,621
                                              Attorney of Record
                                              Customer No. 20,995
                                              (619) 235-8550

2892043
083106

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

Application or Docket Number 11416527

### APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY ☐ RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 0 | | N/A | 0 |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 0 | | N/A | 0 |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), or (q)) | N/A | N/A | N/A | 0 | | N/A | 0 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * 0 | X $25 = | 0 | OR | X $50 = | 0 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * 0 | X $100 = | 0 | | X $200 = | 0 |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0 | | | 0 |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | + $180 | 0 | | +$360 | 0 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 0 | | TOTAL | 0 |

### APPLICATION AS AMENDED – PART II

#### AMENDMENT A

| | 09/06/06 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 16 | Minus | ** 20 | = 0 | X $25 = | 0 | OR | X $50= | 0 |
| | Independent (37 CFR 1.16(h)) | * 5 | Minus | ** 5 | = 0 | X $100 = | 0 | OR | X $200= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | 0 | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | 0 | OR | | |
| | | | | | | TOTAL ADD'L FEE | 0 | OR | TOTAL ADD'L FEE | 0 |

#### AMENDMENT B

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = 0 | X $25 = | 0 | OR | X $50 = | 0 |
| | Independent (37 CFR 1.16(h)) | * | Minus | ** | = 0 | X $100 = | 0 | OR | X $200 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | 0 | | | 0 |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | 0 | OR | | 0 |
| | CALCULATE | | | | | TOTAL ADD'L FEE | 0 | OR | TOTAL ADD'L FEE | 0 |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | ACADIA.030C1 |

**CONFIRMATION NO. 6329**

20995
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA92614

**Title:** Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases

**Publication No.** US-2006-0264465-A1
**Publication Date:** 11/23/2006

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 703-305-3028.

_____

Pre-Grant Publication Division, 703-605-4283

Docket No.: ACADIA.030C1            **Customer No. 20,995**

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicant | : | Weiner, et al. |
| App. No | : | 11/416,527 |
| Filed | : | May 3, 2006 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Examiner | : | Williams, Leonard M. |
| Art Unit | : | 1617 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

    Enclosed is a PTO/SB/08 Equivalent listing 57 references that are of record in U.S. patent application No. 10/759,561, filed January 15, 2004, which is the parent of this continuation application, and is relied upon for an earlier filing date under 35 U.S.C. § 120. Copies of the references are not submitted pursuant to 37 C.F.R. § 1.98(d).

    This Information Disclosure Statement is being filed before the receipt of a first Office Action on the merits, and presumably no fee is required. If a first Office Action on the merits was mailed before the mailing date of this Statement, the Commissioner is authorized to charge the fee set forth in 37 C.F.R. § 1.17(p) to Deposit Account No. 11-1410.

                      Respectfully submitted,

                      KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 1-30-07                By: _Ryan Melnick_

                      Ryan E. Melnick
                      Registration No. 58,621
                      Attorney of Record
                      Customer No. 20,995
                      (619) 235-8550

3363246:sad:013007

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 1 OF 3 | Attorney Docket No. | ACADIA.030C1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number *Number - Kind Code (if known)* Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 4,853,394 | 08-01-1989 | King, et al. | |
| | 2 | 5,216,165 | 06-01-1993 | Mobilio, et al. | |
| | 3 | 6,756,393 | 06-29-2004 | Andersson, et al. | |
| | 4 | 6,815,458 | 11-09-2004 | Andersson, et al. | |
| | 5 | 6,911,452 | 06-28-2005 | Schlienger | |
| | 6 | 7,115,634 | 10-03-2006 | Thurieau, et al. | |
| | 7 | 2004/0006081 | 01-08-2004 | Burrows, et al. | |
| | 8 | 2004/0106600 A1 | 06-03-2004 | Andersson, et al. | |
| | 9 | 2005/0014757 A1 | 01-20-2005 | Andersson, et al. | |
| | 10 | 2005/0256108 A1 | 11-17-2005 | Schlienger | |
| | 11 | 2006/0094758 A1 | 05-04-2006 | Andersson, et al. | |
| | 12 | 2006/0194778 A1 | 08-31-2006 | Andersson, et al. | |
| | 13 | 2006/0194834 A1 | 08-31-2006 | Andersson, et al. | |
| | 14 | 2006/0199794 A1 | 09-07-2006 | Schlienger | |
| | 15 | 2006/0199818 A1 | 09-07-2006 | Andersson, et al. | |
| | 16 | 2006/0205710 A1 | 09-14-2006 | Schlienger, et al. | |
| | 17 | 2006/0205722 A1 | 09-14-2006 | Andersson, et al. | |
| | 18 | 2006/0199842 A1 | 09-07-2006 | Weiner, et al. | |
| | 19 | 2006/0264465 A1 | 11-23-2006 | Weiner, et al. | |
| | 20 | 2006/0264466 A1 | 11-23-2006 | Weiner, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document *Country Code-Number-Kind Code* Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 21 | WO 94/27967 A1 | 12-18-1994 | Smithkline Beecham Laboratoires Pharmaceutiques | | |
| | 22 | WO 97/38665 A2 | 10-23-1997 | Merck & Co., Inc. | | |
| | 23 | WO 97/38984 A1 | 10-23-1997 | The Dupont Merck Pharmaceutical Company | | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language translation is attached.

SUF0228

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 11/416,527 |
| | Filing Date | May 3, 2006 |
| | First Named Inventor | Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 2 OF 3 | Attorney Docket No. | ACADIA.030C1 |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 24 | WO 98/50534 A1 | 11-12-1998 | Smithkline Beecham Corporation | | |
| | 25 | WO 00/59497 A1 | 10-12-2000 | Merck & Co., Inc. | | |
| | 26 | WO 01/66521 A1 | 09-13-2001 | Acadia Pharmaceuticals, Inc. | | |
| | 27 | WO 03/057698 A2 | 07-17-2003 | Acadia Pharmaceuticals, Inc. | | |
| | 28 | WO 03/057698 A3 | 07-17-2003 | Acadia Pharmaceuticals, Inc. | | |
| | 29 | WO 03/086400 A1 | 10-23-2003 | Glaxo Group Limited | | |
| | 30 | WO 2004/000808 A2 | 12-31-2003 | Acadia Pharmaceuticals Inc. | | |
| | 31 | WO 2004/000808 A3 | 12-31-2003 | Acadia Pharmaceuticals Inc. | | |
| | 32 | EP 0 260 070 B1 | 08-11-1993 | H. Lundbeck A/S | | |
| | 33 | FR 2,802,206 A1 | 06-15-2001 | Societe de Conseils de Recherches et D'Applications Scientifiques (S.C.R.A.S.) | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 34 | KALGUTKAR, et al. 1995. Selective inhibitors of monoamine oxidase (MAO-A and MAO-B) as probes of its catalytic site and mechanism. *Medicinal Research Reviews*, 15(4)325-388. XP002034298. | |
| | 35 | Office Action dated April 25, 2002, from Application No. 09/800,096, now U.S. Pat. No. 6,815,458. | |
| | 36 | Office Action dated January 21, 2003, from Application No. 09/800,096, now U.S. Pat. No. 6,815,458. | |
| | 37 | Office Action dated July 15, 2003, from Application No. 09/800,096, now U.S. Pat. No. 6,815,458. | |
| | 38 | Notice of Allowability dated December 8, 2003, from Application No. 09/800,096 filed March 6, 2001, now U.S. Pat. No. 6,815,458. | |
| | 39 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated December 5, 2003, from Application No. 10/409,782 filed April 7, 2003, now U.S. Pat. No. 6,756,393. | |
| | 40 | International Preliminary Examination Report dated March 18, 2003, for PCT/US01/07187. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 3 OF 3 | Attorney Docket No. | ACADIA.030C1 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T¹ |
|---|---|---|---|
| | 41 | Office Action dated May 21, 2004, from Application No. 10/329,719 filed December 23, 2002, now U.S. Pat. No. 6,911,452. | |
| | 42 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated February 11, 2005, from Application No. 10/329,719 filed December 23, 2002, now U.S. Pat. No. 6,911,452. | |
| | 43 | Office Action dated June 26, 2006, from Application No. 11/154,083 filed June 26, 2006. | |
| | 44 | Notice of Allowability, Notice of Allowance and Fee(s) Due, and Interview Summary dated December 15, 2006, from Application No. 11/154,083 filed June 16, 2005. | |
| | 45 | Office Action dated October 5, 2006, from Application No. 11/418,322 filed May 3, 2006. | |
| | 46 | Office Action dated January 23, 2007, from Application No. 11/418,322 filed May 3, 2006. | |
| | 47 | Written Opinion dated September 9, 2003, for PCT/US02/41476. | |
| | 48 | International Preliminary Examination Report dated January 15, 2004, for PCT/US02/41476. | |
| | 49 | Office Action dated November 4, 2004, from Application No. 10/601,070 filed June 20, 2003. | |
| | 50 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated July 12, 2005, from Application No. 10/601,070 filed June 20, 2003. | |
| | 51 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated March 29, 2006, from Application No. 10/601,070 filed June 20, 2003. | |
| | 52 | International Search Report for PCT/US03/19797 dated December 3, 2003. | |
| | 53 | Written Opinion for PCT/US03/19797 dated April 5, 2004. | |
| | 54 | International Preliminary Examination Report for PCT/US03/19797 dated July 28, 2004. | |
| | 55 | International Search Report for PCT/US2004/001234 dated September 8, 2004. | |
| | 56 | International Written Opinion for PCT/US2004/001234 dated September 8, 2004. | |
| | 57 | International Preliminary Report on Patentability for PCT/US2004/001234 dated April 14, 2005. | |

3363160:sad
013007

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language translation is attached.

SUP0280

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1477903 |
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Customer Number:** | 20995 |
| **Filer:** | Ryan Edward Melnick/Vanessa Langer |
| **Filer Authorized By:** | Ryan Edward Melnick |
| **Attorney Docket Number:** | ACADIA.030C1 |
| **Receipt Date:** | 30-JAN-2007 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 18:40:14 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Filed | ACADIA_030C1_IDS.pdf | 238900 | no | 4 |

**Warnings:**

JSUF0231

| **Information:** | |
| --- | --- |
| This is not an USPTO supplied IDS fillable form | |
| **Total Files Size (in bytes):** | 238900 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

Docket No.: ACADIA.030C1                                   **Customer No. 20,995**

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicant | : | Weiner, et al. |
| App. No | : | 11/416,527 |
| Filed | : | May 3, 2006 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Examiner | : | Williams, Leonard M. |
| Art Unit | : | 1617 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Enclosed is a PTO/SB/08 Equivalent listing 237 references that are of record in U.S. patent application No. 10/759,561, filed January 15, 2004, which is the parent of this continuation application, and is relied upon for an earlier filing date under 35 U.S.C. § 120. Copies of the references are not submitted pursuant to 37 C.F.R. § 1.98(d).

This Information Disclosure Statement is being filed before the receipt of a first Office Action on the merits, and presumably no fee is required. If a first Office Action on the merits was mailed before the mailing date of this Statement, the Commissioner is authorized to charge the fee set forth in 37 C.F.R. § 1.17(p) to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 8-30-07

By: Ryan Melnick
Ryan E. Melnick
Registration No. 58,621
Attorney of Record
Customer No. 20,995
(619) 235-8550

4141246:sad:082907

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 1 OF 13 | Attorney Docket No. | ACADIA.030C1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 3,983,234 | 9/28/1976 | Sayers | |
| | 2 | 4,138,492 | 2/6/1979 | Noverola, et al. | |
| | 3 | 4,255,432 | 3/10/1981 | Kluge, et al. | |
| | 4 | 4,332,804 | 6/1/1982 | Clark | |
| | 5 | 4,353,900 | 10/12/1982 | Clark | |
| | 6 | 4,353,901 | 10/12/1982 | Clark | |
| | 7 | 4,367,232 | 1/4/1983 | Boix-Iglesias, et al. | |
| | 8 | 5,025,013 | 6/18/1991 | Barreau, et al. | |
| | 9 | 5,214,055 | 5/25/1993 | Peglion, et al. | |
| | 10 | 5,461,066 | 10/24/1995 | Gericke, et al. | |
| | 11 | 5,595,872 | 1/21/1997 | Wetterau II, et al. | |
| | 12 | 5,621,010 | 4/15/1997 | Sueda, et al. | |
| | 13 | 5,707,798 | 1/3/1998 | Brann | |
| | 14 | 5,795,894 | 8/18/1998 | Shue, et al. | |
| | 15 | 5,869,488 | 2/9/1999 | Shue, et al. | |
| | 16 | 5,877,173 | 3/2/1999 | Olney, et al. | |
| | 17 | 5,912,132 | 6/15/1999 | Brann | |
| | 18 | 5,955,281 | 9/21/1999 | Brann | |
| | 19 | 6,107,324 | 8/22/2000 | Behan, et al. | |
| | 20 | 6,140,509 | 10/31/2000 | Behan, et al. | |
| | 21 | 6,150,393 | 11/21/2000 | Behan, et al. | |
| | 22 | 6,358,698 | 3/19/2002 | Weiner, et al. | |
| | 23 | 7,022,698 | 4/4/2006 | Hamied, et al. | |
| | 24 | 7,041,667 | 5/9/2006 | Armour, et al. | |
| | 25 | 7,253,186 | 8/7/2007 | Andersson, et al. | |
| | 26 | 2004/0213816 A1 | 10/28/2004 | Weiner, et al. | |
| | 27 | 2005/0148018 A1 | 7/7/2005 | Weiner, et al. | |
| | 28 | 2005/0244862 A1 | 11/3/2005 | Brann | |
| | 29 | 2006/0106063 A1 | 5/18/2006 | Thygesen, et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 2 OF 13 | Attorney Docket No. | ACADIA.030C1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 2006/0111399 A1 | 5/25/2006 | Thygesen, et al. | |
| | 31 | 2006/0205780 A1 | 9/14/2006 | Thygesen, et al. | |
| | 32 | 2006/0205781 A1 | 9/14/2006 | Thygesen, et al. | |
| | 33 | 2006/0286610 A1 | 12/21/2006 | Brann | |
| | 34 | 2006/0292606 A1 | 12/28/2006 | Brann | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | $T^1$ |
|---|---|---|---|---|---|---|
| | 35 | CA 984843 | 3/2/1976 | John Wyeth & Brother Limited | | |
| | 36 | EP 0 005 318 A1 | 11/14/1979 | Janssen Pharm. | | |
| | 37 | EP 0 061 333 A1 | 9/29/1982 | Syntex (U.S.A.) Inc. | | |
| | 38 | EP 0 379 441 A1 | 7/25/1990 | Rhone-Poulenc Sante | | |
| | 39 | EP 0 548 015 A1 | 6/23/1993 | Ciba-Geigy AG | | |
| | 40 | EP 0 625 507 A2 | 11/23/1994 | Nisshin Flour Milling Co., Ltd. | | |
| | 41 | HU 157325 | 3/19/1998 | Rudolf, et al. | | |
| | 42 | WO 97/08166 A1 | 3/6/1997 | Schering Corporation | | |
| | 43 | WO 97/11940 A1 | 4/3/1997 | Eli Lilly and Company | | |
| | 44 | WO 98/11128 A1 | 3/19/1998 | Dr. Karl Thomae GMBH | | |
| | 45 | WO 98/17646 A1 | 4/30/1998 | Dr. Karl Thomae GMBH | | |
| | 46 | WO 98/44921 A1 | 10/15/1998 | Merck & Co., Inc. | | |
| | 47 | WO 99/52927 A1 | 10/21/1999 | Arena Pharmaceuticals, Inc. | | |
| | 48 | WO 00/23076 A1 | 4/27/2000 | Suntory Limited | | |
| | 49 | WO 00/56335 A1 | 9/28/2000 | The Regents of the University of California | | |
| | 50 | WO 00/69810 A1 | 11/23/2000 | Novo Nordisk A/S | | |
| | 51 | WO 01/44191 A1 | 6/21/2001 | Societe de Conseils de Recherches et D'Applications Scientifiques (S.C.R.A.S.) | | |
| | 52 | WO 01/87839 A1 | 11/22/2001 | Astrazeneca AB | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|
| | Application No. | 11/416,527 | |
| | Filing Date | May 3, 2006 | |
| | First Named Inventor | David M. Weiner, et al. | |
| | Art Unit | 1617 | |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. | |
| SHEET 3 OF 13 | Attorney Docket No. | ACADIA.030C1 | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | $T^1$ |
|---|---|---|---|---|---|---|
| | 53 | WO 02/079186 A2 | 10/10/2002 | F. Hoffman-La Roche AG | | |
| | 54 | WO 03/062206 A2 | 7/31/2003 | Arena Pharmaceuticals, Inc. | | |
| | 55 | WO 03/062206 A3 | 7/31/2003 | Arena Pharmaceuticals, Inc. | | |
| | 56 | WO 03/070246 A1 | 8/28/2003 | Pfizer Products Inc. | | |
| | 57 | WO 2004/039322 A2 | 5/13/2007 | Micro, Inc. | | |
| | 58 | WO 2004/064738 A2 | 8/5/2004 | Acadia Pharmaceuticals Inc. | | |
| | 59 | WO 2004/064738 A3 | 8/5/2004 | Acadia Pharmaceuticals Inc. | | |
| | 60 | WO 2004/064753 A2 | 8/5/2004 | Acadia Pharmaceuticals Inc. | | |
| | 61 | WO 2005/063254 A2 | 7/14/2005 | Acadia Pharmaceuticals Inc. | | |
| | 62 | WO 2005/112927 A | 12/1/2005 | Acadia Pharmaceuticals Inc. | | |
| | 63 | WO 2006/036874 A1 | 4/6/2006 | Acadia Pharmaceuticals Inc. | | |
| | 64 | WO 2006/037043 A1 | 4/6/2006 | Acadia Pharmaceuticals Inc. | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
|---|---|---|---|
| | 65 | ADAM, et al. 1989. Effects of repeated ritanserin on middle-aged poor sleepers. *Psychopharmacology*, 99:219-221. | |
| | 66 | ADELL, et al. 2005. Strategies for producing faster acting antidepressants. *Drug Discovery Today*, 10(8):578-585. | |
| | 67 | AKIN, et al. 2004. Decreased serotonin $5\text{-}HT_{2A}$ receptor-stimulated phosphoinositide signaling in fibroblasts from melancholic depressed patients. *Neuropsychopharmacology*, 29:2081-2087. | |
| | 68 | ALVISI, N. 1892. Sulla formazione di derivati pirazolici dalle dicloridrine e dalla tribromidrina della glicerina ordinaria, *Gazz. Chem. Ital.* 22:158-168. | |
| | 69 | ANTILLA, et al. 2001. Copper-catalyzed coupling of arylboronic acids and amines. *Organic Letters*, 3(13):2077-2079. | |
| | 70 | ANTILLA, et al. 2002. The copper-catalyzed *N*-arylation of indoles. *J. Am. Chem. Soc.*, 124:11684-11688. | |
| | 71 | ARCHIBALD, et al., 1974 "Benzamidopiperidines. 2. Heterocyclic Compounds Related to Indoramin" *J. Medicinal Chemistry*, 17(7):736-739 | |
| | 72 | ARCHIBALD, et al., 1974 "Benzamidopiperidines. 3. Heterocyclic Compounds Related to Indoramin" *J. Medicinal Chemistry*, 17(7):-739-744 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE | Application No. | 11/416,527 |
|---|---|---|
| STATEMENT BY APPLICANT | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 4 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 73 | ARCHIBALD, et al., 1974 "1,4-Bis-(2-indol-3-ylethyl)piperdines" J. Medicinal Chemistry, 17(7):-745-747 | |
| | 74 | ARTICO, et al. 1992. Aromatic hydrazides as specific inhibitors of bovine serum amine oxidase. *Eur. J. Med. Chem.*, 27:219-228. | |
| | 75 | BAKSHI, et al. 1994. Clozapine antagonizes phencyclidine-induced deficits in sensorimotor gating of the startle response. *The Journal of Pharmacology and Experimental Therapeutics*, 271(2):787-794. | |
| | 76 | BARCHAS, J. 1973. *Serotonin and Behavior.* New York: Academic Press. | |
| | 77 | BARNES, et al. 1999. A review of central 5-HT receptors and their function. *Neuropharmacology*, 38:1083-1152. | |
| | 78 | BARR, et al. 1997. Agonist-independent activation of $G_Z$ by the 5-hydroxytryptamine$_{1A}$ receptor co-expressed in *Spodoptera frugiperda* cells. *The Journal of Biological Chemistry*, 272(52):32979-32987. | |
| | 79 | BASSUS, et al. 1974. Psychotropes potentiels. X. Synthèse de butyrophénones à cycle pipéridine-spiro-tétrahydrooxaazinone douées d'activité neuroleptique. *Eur. J. Med. Chem. – Chimica Therapeutica*, 9(4):416-423. | |
| | 80 | BENNETT, et al. 1993. Suppression of dyskinesias in advanced Parkinson's disease. II. Increasing daily clozapine doses suppress dyskinesias and improve parkinsonism symptoms. *Neurology*, 43:1551-1555. | |
| | 81 | BHATIA, et al. 1996. 5-Lipoxygenase inhibitors: Synthesis and structure-activity relationships of a series of 1-Aryl-2$H$,4$H$-tetrahydro-1,2,4-triazin-3-ones. *J. Med. Chem.*, 39:3938-3950. | |
| | 82 | BIAGI, et al. 1988. 1,2,3-Triazoles: Structural changes on two effective inhibitors of the prostaglandin synthesis *in vitro*. Farmaco Ed. Sci., 43:597-612. | |
| | 83 | BIBBIANI, et al. 2001. Serotonin 5-HT1A agonist improves motor complications in rodent and primate parkinsonian models. *Neurology*, 57:1829-1834. | |
| | 84 | BIRKMAYER, et al. 1974. Nucleus ruber and L-Dopa psychosis: Biochemical post-mortem findings. *Journal of Neural Transmission*, 35:93-116. | |
| | 85 | BLAKLEY, et al. 2001. Bidirectional changes in ethanol consumption in rats with site-specific antisense down-regulation of 5-hydroxytryptamine$_{2A}$ receptors in brain. *The Journal of Pharmacology and Experimental Therapeutics*, 299(1):277-289. | |
| | 86 | BLIER, et al. 2001. Putative mechanisms of action of antidepressant drugs in affective and anxiety disorders and pain. *Journal of Psychiatry & Neuroscience*, 26(1):37-43. | |
| | 87 | BLIER, et al. 2005. Potential mechanisms of action of atypical antipsychotic medications in treatment-resistant depression and anxiety. *J. Clin. Psychiatry*, 66(suppl 8):30-40. | |
| | 88 | BOND et al. 1995. Physiological effects of inverse agonists in transgenic mice with myocardial overexpression of the ß$_2$-adrenoceptor. *Nature*, 374:272-276. | |
| | 89 | BOULLIN D. J. 1978. *Serotonin In Mental Abnormalities* (p. 316). New York: Wiley. | |
| | 90 | BROWN, et al. 1924. Catalytic alkylation of aniline, *J. Am. Chem. Soc.*, 46(8):1836-1839. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 5 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 91 | BUCHI et al. 1969. Synthesis of (±)-nuciferal. *J. Org. Chem.*, 34(4):1122-1123. | |
| | 92 | BUTCHER, et al. 1970. L-Dopa induced changes in central monoamine neurons after peripheral decarboxylase inhibition. *Letters to the Editor, J. Pharm. Pharmac.*, 22:313-316. | |
| | 93 | BUU-HOI, et al. 1951. Further studies in the alkylation of phenols and thiophenols, *J. Org. Chem.*, 16:988-994. | |
| | 94 | CACCHI, et al. 2003. Palladium-catalyzed reaction of aryl iodides with acetic anhydride. A carbon monoxide-free synthesis of acetophenones. *Organic Letters*, 5(3):289-291. | |
| | 95 | CARMAN, et al. 1998. A further synthesis of an analogue of the antifuncal/antiherbivore lipid from avocado. *Aust. J. Chem.*, 51:955-959. | |
| | 96 | CAROON, et al. 1981. Synthesis and antihypertensive activity of a series of 8-substituted 1-Oxa-3,8-diazaspiro[4.5]decan-2-ones. *J. Med. Chem.*, 24:1320-1328. | |
| | 97 | CARROLL, et al. 1992. Synthesis and muscarinic receptor activity of ester derivatives of 2-substituted 2-azabicyclo[2.2.1]heptan-5-ol and –6-ol. *J. Med. Chem.*, 35:2184-2191. | |
| | 98 | CATARZI, et al. 2001. Synthesis, ionotropic glutamate receptor binding affinity, and structure-activity relationships of a new set of 4,5-dihydro-8-heteroaryl-4-oxo-1,2,4-triazolo[1,5-a]quinoxaline-2-carboxylates analogues of TQX-173. *J. Med Chem.*, 44:3157-3165. | |
| | 99 | CERIONE, et al. 1984. The mammalian $\beta_2$-adrenergic receptor: Reconsitution of functional interactions between pure receptor and pure stimlatory nucelotide binding protein of the adenylate cyclase system. *Biochemistry*, 23:4519-4525. | |
| | 100 | Chemical Abstracts, 73:25305. BENKE, et al. 1970. | |
| | 101 | Chemical Abstracts, 128:111548. Brann, M. R. 1998. Identification of ligands by selective amplification of cells transfected with receptors and marker enzymes. | |
| | 102 | CHERKASOV, et al. 1985. Organothiophosphorus reagents in organic synthesis. *Tetrahedron*, 41(13):2567-2624. | |
| | 103 | CLARK et al. 1983. Antihypertensive 9-substituted 1-Oxa-4,9-diazaspiro[5.5]undecan-3-ones. *J. Med. Chem.*, 26:855-861. | |
| | 104 | CLIFTON, et al. 1982. Arylethanolamines Derived from Salicyclamide with α- and β-Adrenoceptor Blocking Activities. Preparation of Labetalol, its Enantiomers, and Related Salicyclamides. *J. Med.Chem.*, 25:670-679. | |
| | 105 | DeCLERCK, et al. 1987. Increase in slow-wave sleep in humans with the serotonin-$S_2$ antagonist ritanserin. *Current Therapeutic Research*, 41(4):427-432. | |
| | 106 | DELECLUSE, et al. 1998. A case of tardive tremor successfully treated with clozapine. *Movement Disorders*, 13(5):846-847 | |
| | 107 | DUNN, et al. 1986. Analgetic and antiinflammatory 7-aroylbenzofuran-5-ylacetic acids and 7-aroylbenzothiophene-5-ylacetic acids. *J. Med. Chem.*, 29:2326-2329. | |
| | 108 | DURIF, et al. 1997. Low-dose clozapine improves dyskinesias in Parkinson's disease. *Neurology*, 48:658-662. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 6 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 109 | EICHELBAUM, et al. 1996. Influence of pharmacogenetics on drug disposition and response. *Clinical and Experimental Pharmacology and Physiology*, 23:983-985. | |
| | 110 | EMERSON, et al. 1938. The reductive alkylation of aniline. *J. Am. Chem. Soc.*, 60:2023-2025. | |
| | 111 | ERMAKOV, et al. 1981. Use of Mass spectrometry in structural and stereochemical studies. *Chemistry of Heterocyclic Compounds*, 1:72-77. | |
| | 112 | EVERETT, et al. 1970. L-Dopa: Effect on concentrations of dopamine, norepinephrine, and serotonin in brains of mice. *Science*, 168:849-850. | |
| | 113 | FACTOR, et al. 1992. Clozapine prevents recurrence of psychosis in Parkinson's disease. *Movement Disorders*, 7(2):125-131. | |
| | 114 | FACTOR, et al. 2001. Clozapine for the treatment of drug-induced psychosis in Parkinson's disease: Results of the 12 week open label extension in the PSYCLOPS trial. *Movement Disorders*, 16(1):135-139. | |
| | 115 | FINAR, et al. 1954. The preparation and properties of some derivatives of 1-phenylpyrazole, *J. Chem. Soc.*, pp. 2293-2298. | |
| | 116 | FIŠERA, et al. 1994. Synthesis of spiro-substituted 1,3-oxazines by a new sequence leading to spiroheterocycles. *Monatshefte für Chemie*, 125:909-919. | |
| | 117 | FRIEDMAN, J. H. 1994. Clozapine treatment of psychosis in patients with tardive dystonia: Report of three cases. *Movement Disorders*, 9(3):321-324. | |
| | 118 | FRIEDMAN, et al. 1999. Low-dose clozapine for the treatment of drug-induced psychosis in Parkinson's disease. *N. Engl. J. Med.*, 340(10):757-763. | |
| | 119 | FRIEDMAN, et al. 2000. Atypical antipsychotics in the treatment of drug-induced psychosis in Parkinson's disease. *Movement Disorders*, 15(2):201-211. | |
| | 120 | FULLER, R. W. 1982. Drugs acting on serotonergic neuronal systems. In N. N. Osborne (Ed.), *Biology of Serotonergic Transmission*, Chap. 9, pp. 221-247. New York: Wiley. | |
| | 121 | GAINETDINOV, et al. 2001. Genetic animal models: Focus on schizophrenia. *Trends in Neurosciences*, 24(9)527-533. | |
| | 122 | GAMMA, et al. 2000. 3,4-Methylenedioxymethamphetamine (MDMA) modulates cortical and limbic brain activity as measured by $[H_2{}^{15}O]$-PET in healthy humans. *Neuropsychopharmacology*, 23(4):388-395. | |
| | 123 | GAWLEY, R. E., & Aubé, J. 1996. *Principles of Asymmetric Synthesis*. New York: Pergamon. | |
| | 124 | GERSHON, M. D., Mawe, G. M., & Branchek, T. A. 1989. 5-Hydroxytryptamine and enteric neurones. In J. R. Fozard (Ed.), *The Peripheral Actions of 5-Hydroxytryptamine* (pp. 247-273). New York: Oxford University Press. | |
| | 125 | GILLMAN, P. K. 2005. Monoamine oxidase inhibitors, opioid analgesics and serotonin toxicity. *British Journal of Anaesthesia*, 95(4):434-441. | |
| | 126 | GLENNON, R. A. 1990. Serotonin receptors: Clinical implications. *Neuroscience & Biobehavioral Reviews*, 14:35-47. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 11/416,527 |
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 7 OF 13 | Attorney Docket No. | ACADIA.030CI |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
|---|---|---|---|
| | 127 | GOOßEN, et al. 2001. Palladium-catalyzed synthesis of aryl ketones from boronic acids and carboxylic acids or anhydrides. *Angew. Chem. Int. Ed.*, 40:3458-3460. | |
| | 128 | GSTACH et al. 1990. Rearrangement of 3,3-disubstituted 1-aryl-4,5-dihydro-5-oxo-*3H*-1,2,4-triazolium tetraflluoroborates; Part 1. A versatile synthesis of 1,5-disubstituted 2-aryl-1,2-dihydro-*3H*-1,2,4-triazol-3-one tetrafluoroborates. *Synthesis,* pp. 803-808. | |
| | 129 | GUTHRIE, et al. 1993. The tetrahedral intermediate from the hydration of *N*-methylformanilide. *Can. J. Chem.*, 71:2109-2122. | |
| | 130 | HARPER, et al. 1964. The chemistry and pharmacology of some 4-aminopiperidines and their derivatives. *J. Med. Chem.*, 44:729-732. | |
| | 131 | HARTWIG, J. F. 1998. Transition metal catalyzed synthesis of arylamines and aryl ethers from aryl halides and triflates: Scope and mechanism. *Angew. Chem. Int. Ed.*, 37:2047-2067. | |
| | 132 | HERRICK-DAVIS, et al. 2000. Inverse agonist activity of atypical antipsychotic drugs at human 5-hydroxytryptamine2C receptors. *The Journal of Pharmacology and Experimental Therapeutics*, 295(1):226-232. | |
| | 133 | HICKINBOTTOM, W. J. 1930. The preparation of secondary alkylaryl-amines and their purification. *J. Chem. Soc.*, pp. 992-994. | |
| | 134 | HIRST, et al. 1895. A method for preparing the formyl derivatives of the aromatic amines. *J. Chem. Soc.*, 67:829-831. | |
| | 135 | IDZIKOWSKI, et al. 1991. A dose response study examining the effects of ritanserin on human slow wave sleep. *Br. J. Clin. Pharmac.*, 31:193-196. | |
| | 136 | IRIKURA et al., 1971 "New Anticulcer Agents. 1. Synthesis and Biological Activities of 1-Acyl-2-,-3-, -4-substituted Benzamidopiperdines" *J. Medicinal Chemistry* 14(4): 357-361 | |
| | 137 | JAEGER, et al. 1941. Two ketones of the stilboestrol group. *J. Chem. Soc.*, 744-747. | |
| | 138 | JULIUS, et al. 1990. The 5HT2 receptor defines a family of structurally distinct but functionally conserved serotonin receptors. *Proc. Natl. Acad. Sci. USA*, 87:928-932. | |
| | 139 | KANAYAMA, et al. 2005. New treatment of lumbar disc herniation involving 5-hydroxytryptamine2A receptor inhibitor: A randomized controlled trial. *J. Neurosurg: Spine*, 2:441-446. | |
| | 140 | KLAPARS, et al. 2001. A general and efficient copper catalyst for the amidation of aryl halides and the *N*-arylation of nitrogen heterocycles. *J. Am. Chem. Soc.*, 123:7727-7729. | |
| | 141 | KLAPARS, et al. 2002. A general and efficient copper catalyst for the amidation of aryl halides. *J. Am. Chem. Soc.*, 124:7421-7428. | |
| | 142 | KUEHNE, et al. 1991(a). Enantioselective syntheses of vinblastine, leurosidine, vincovaline, and 20'-epi-vincovaline. *J. Org. Chem.*, 56(2):513-528. | |
| | 143 | KUEHNE, et al. 1991(b). Total syntheses of *Yohimbe* alkaloids, with stereoselection for the normal, allo, and 3-epiallo series, based on annelations of 4-methoxy-1,2-dihydropyridones. *J. Org. Chem.*, 56(8):2701-2712. | |
| | 144 | KWONG, et al. 2002(a). Copper-catalyzed coupling of alkylamines and aryl iodides: An efficient system even in an air atmosphere. *Organic Letters*, 4(4):581-584. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| (Multiple sheets used when necessary) | Examiner | Williams, Leonard M. |
| SHEET 8 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 145 | KWONG, et al. 2002(b). A general, efficient, and inexpensive catalyst system for the coupling of aryl iodides and thiols. *Organic Letters*, 4(20):3517-3520. | |
| | 146 | KWONG, et al. 2003. Mild and efficient copper-catalyzed amination of aryl bromides and primary alkylamines. *Organic Letters*, 5(6):793-796. | |
| | 147 | LANDINI, et al. 1974. A convenient synthesis of primary and secondary dialkyl and aryl alkyl sulfides in the presence of phase-transfer catalysts. *Synthesis*, pp. 565-566. | |
| | 148 | LANDOLT, et al. 1999. Serotonin-2 receptors and human sleep: Effect of a selective antagonist on EEG power spectra. *Neuropsychopharmacology*, 21(3):455-466. | |
| | 149 | LEYSEN, et al. 1978. Serotonergic component of neuroleptic receptors. *Nature*, 272:168-171. | |
| | 150 | LI, G. Y. 2002. Highly active, air-stable palladium catalysts for the C-C and C-S bond-forming reactions of vinyl and aryl chlorides: Use of commercially available $[(t\text{-Bu})_2P(OH)]_2PdCl_2$ $[(t\text{-Bu})_2P(OH)PdCl]_2$, and $[[(t\text{-Bu})_2PO. . .H. . .OP(t\text{-Bu})_2]PdCl]$ as catalysts. *J. Org. Chem.*, 67:3643-3650. | |
| | 151 | LIECHTI, et al. 2001. Effects of MDMA (ecstasy) on prepulse inhibition and habituation of startle in humans after pretreament with Citalopram, Haloperidol, or Ketanserin. *Neuropsychopharmacology*, 24(3):240-252. | |
| | 152 | LINDER, et al. 1997. Pharmacogenetics: A laboratory tool for optimizing therapeutic efficiency. *Clinical Chemistry*, 43(2):254-266. | |
| | 153 | LOWE, et al. 1994. Aza-tricyclic substance P antagonists. *J. Med. Chem.*, 37:2831-2840. | |
| | 154 | MANSBACH, et al. 1988. Dopaminergic stimulation disrupts sensorimotor gating in the rat. *Psychopharmacology*, 94:507-514. | |
| | 155 | MAREK, et al. 2003. Synergistic action of 5-HT$_{2A}$ antagonists and selective serotonin reuptake inhibitors in neuropsychiatric disorders. *Neuropsychopharmacology*, 28:402-412. | |
| | 156 | MAREK, et al. 2005. The selective 5-HT$_{2A}$ receptor antagonist M100907 enhances antidepressant-like behavioral effects of the SSRI fluoxetine. *Neuropsychopharmacology*, 30:2205-2215. | |
| | 157 | MAVUNKEL, et al. 1996. Synthesis and characterization of pseudopeptide bradykinin B2 receptor antagonists containing the 1,3,8-triazaspiro[4.5]decan-4-one ring system. *J. Med. Chem.*, 39:3169-3173. | |
| | 158 | MAYER, et al. 2003. Ritanserin improves sleep quality in narcolepsy. *Pharmacopsychiatry*, 364:150-155. | |
| | 159 | MELTZER, et al. 1995. Plasma clozapine levels and the treatment of L-DOPA-induced psychosis in Parkinson's disease. *Neuropsychopharmacology*, 12(1):39-45. | |
| | 160 | MELTZER, H. Y. 1999. The role of serotonin in antipsychotic drug action. *Neuropsychopharmacology*, 21(2S):106S-115S. | |
| | 161 | MENG, et al. 1991. Synthetic approaches toward glidobamine, the core structure of the glidobactin antibiotics. *Tetrahedron*, 47(32):62510-6264. | |
| | 162 | MICOVIC, et al. 1991. A simple method for preparation of secondary aromatic amines. *Synthesis*, 11:1043-1045. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 9 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 163 | MIYATA, et al. 2000. Sarpogrelate, a selective 5-HT$_{2A}$ serotonergic receptor antagonist, inhibits serotonin-induced coronary artery spasm in a porcine model. *Journal of Cardiovascular Pharmacology*, 35(2) 294-301. | |
| | 164 | MÖEHRLE, et al. 1990. Sodium mercury edetate dehydrogenation of N-aliphatic substituted 1,2,3,6-tetrahydropyridine derivatives. *Arch. Pharm. (Weinheim)*, 323:109-115. | |
| | 165 | MOULIGNIER, A. 1994. Récepteurs centraux de la sérotonine principaux aspects fondamentaux et fonctionnels application thérapeutiques. *Rev. Neurol.*, 150:3-15. | |
| | 166 | MOULIGNIER, A. 1994. Récepteurs centraux de la sérotonine principaux aspects fondamentaux et fonctionnels application thérapeutiques. *Rev. Neurol.*, 150:3-15. | |
| | 167 | MOUNE, et al. 1997. Total synthesis of dolatrienoic acid: A subunit of dolastatin 14. *J. Org. Chem.*, 62:3332-3339. | |
| | 168 | MULLEN et al. 2000. (-)-Spiro[1-azabicyclo[2.2.2]octane-3,5'-oxazolidin-2'one], a conformationally restricted analogue of acetylcholine, is a highly selective full agonist at the α7 nicotinic acetylcholine receptor. *J. Med. Chem.*, 43:4045-4050. | |
| | 169 | MURI, et al. 1998. Synthesis of new benzylic ethers of oximes derived from 1-phenyl-pyrazole compounds. *Synthetic Communications*, 28(7):1299-1321. | |
| | 170 | NG, et al. 1970. L-dopa-induced release of cerebral monoamines. *Science*, 170:76-77. | |
| | 171 | NIGAM, et al. 1957a. Studies with acetylenes. Part II. Some reactions of Grignard reagents with propargylic halides. Model linoleic and linolenic acid systems. *J. Chem Soc.*, pp. 3868-3873. | |
| | 172 | NIGAM, et al. 1957b. The conversion of fatty acids into aldehydes. *J. Chem. Soc.*, pp.3320-3321. | |
| | 173 | NORDSTROM, et al. 1993. High 5-HT$_2$ receptor occupancy in clozapine treated patients demonstrated by PET. *Psychopharmacology*, 110:365-367. | |
| | 174 | OGAWA, et al. 2005. Effects of R-102444 and its active metabolite R-96544, selective 5-HT2A receptor antagonists, on experimental acute and chronic pancreatitis: Additional evidence for possible involvement of 5-HT2A receptors in the development of experimental pancreatitis. European Journal of Pharmacology, 521:156-163 | |
| | 175 | OLAH, et al. 1956. Notiz über die *n*-formylierung von aminen mit formylfluorid. *Chem. Ber.*, 89:2211-2212. | |
| | 176 | OLD, et al. 2002. Efficient palladium-catalyzed *n*-arylation of indoles. *Organic Letters*, 2(10):1403-1406. | |
| | 177 | PACE, et al. 1991. A mutant α subunit of G$_{i2}$ induces neoplastic transformation of Rat-1 cells. *Proc. Natl. Acad. Sci. USA*, Vol 88:7031-7035. | |
| | 178 | PAIVA, et al. 1988. Effects of ritanserin on sleep disturbances of dysthymic patients. *Psychopharmacology*, 96:395-399. | |
| | 179 | PATEL, et al. 2004. The highly selective 5-hydroxytryptamine (5-HT)$_{2A}$ receptor antagonist, EMD 281014, significantly increases swimming and decreases immobility in male congenital learned helpless rats in the forced swim test. *Synapse*, 52:73-75. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 10 OF 13 | Attorney Docket No. | ACADIA.030C1 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
|---|---|---|---|
| | 180 | PIERCE, et al. 1995. 5-hydroxytryptamine-induced synovial plasma extravasation is mediated *via* 5-hydroxytryptamine2A receptors on sympathetic efferent terminals. *The Journal of Pharmacology and Experimental Therapeutics*, 275(1):502-508. | |
| | 181 | POLLAK, et al. 1999. Clozapine in drug-induced psychosis in Parkinson's disease. *The Lancet*, 353:2041-2042. | |
| | 182 | READ, W. T. 1922. Researches on hydantoins. Synthesis of the soporific, 4,4-phenylethyl-hydantoin(nirvanol). *J. Am. Chem. Soc.*, 44:1746-1755. | |
| | 183 | RICCI, A. 2000. *Modern Animation Methods*. New York: Wiley-VCH. | |
| | 184 | RICE, et al. 1955. Raney nickel catalyzed n-alkylation of aniline and benzidine with alcohols. *J. Am. Chem. Soc.*, 77:4052-4054. | |
| | 185 | RUBIRALTA, M., Giralt, E., & Diez, A. 1991. *Studies in Organic Chemistry 43. Piperidine: Structure, Preparation, Reactivity and Synthetic Applications of Piperidine and its Derivatives*. New York: Elsevier. | |
| | 186 | SADZOT, et al. 1989. Hallucinogenic drug interactions at human brain 5-HT$_2$ receptors: Implications for treating LSD-induced hallucinogenesis. *Psychopharmacology*, 98:495-499. | |
| | 187 | SALTZMAN, et al. 1991. Cloning of the human serotonin 5-HT2 and 5-HT1C receptor subtypes. *Biochemical and Biophysical Research Communications*, 181(3):1469-1478. | |
| | 188 | SAXENA, et al. 1990. Cardiovascular effects of serotonin agonists and antagonists. *Journal of Cardiovascular Pharmacology*, 15(Supp. 7):S17-S34. | |
| | 189 | SCHEIBYE, et al. 1978. Studies on organophosphorus compounds XXI. The dimer of *p*-methoxyphenylthionophosphine sulfide as thiation reagent. A new route to thiocarboxamides. *Bull. Soc. Chim. Belg.*, 87:229-238. | |
| | 190 | SCHINS, et al. 2003. Increased coronary events in depressed cardiovascular patients: 5-HT$_{2A}$ receptor as missing link? *Psychosomatic Medicine*, 65:729-737. | |
| | 191 | SCRETTAS, et al. 1978. Hydrolithiation of α-olefins by a regiospecific two-step process. Transformation of alkyl phenyl sulfides to alkyllithium reagents. *J. Org. Chem.*, 43(6):1064-1071. | |
| | 192 | SHARPLEY, et al. 1994. Slow wave sleep in humans: Role of 5-HT$_{2A}$ and 5-HT$_{2C}$ receptors. *Neuropharmacology*, 33(3/4):467-471. | |
| | 193 | SMITH, et al. 1995. New spiropiperidines as potent and selective non-peptide tachykinin NK$_2$ receptor antagonists. *J. Med. Chem.*, 38(19):3772-3779. | |
| | 194 | STEFANCICH, et al. 1984. Agenti antiinfiammatori non-steroidei: Nota III – sintesi ed attività analgesica-antiinfiammatoria di 4-(pirrol-1-il)-fenilacetamidi e di 4-(pirrol-1-il)fenetilamine. *Farmaco Ed. Sci.*, 39(9):752-764. | |
| | 195 | STRYJER, et al. 2003. Treatment of neuroleptic-induced akathisia with the 5-HT$_{2A}$ antagonist trazodone. *Clinical Neuropharmacology*, 26(3):137-141. | |
| | 196 | TOLSTIKOV et al.1991 "Synthesis and Reactivity of N-substituted aminoamides, antiarrhythmic and local anaesthetic activity" *Russian Chemical Reviews* 60(4):420434 | |
| | 197 | TSUKAMOTO, et al. 1995. Synthesis and structure-activity studies of a series of 1-oxa-2,8-diazaspiro[4.5]decan-3-ones and related compounds as M$_1$ muscarinic agonists. *Chem. Pharm. Bull.*, 43(9):1523-1529. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 11/416,527 |
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 11 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 198 | VALLAR, et al. 1987. Altered $G_S$ and adenylate cyclase activity in human GH-secreting pituitary adenomas. *Nature*, 330:566-568. | |
| | 199 | VAN LAAR, et al. 2001. Subchronic effects of the GABA-agonist lorazepam and the $5\text{-}HT_{2A/2C}$ antagonist ritanserin on driving performance, slow wave sleep and daytime sleepiness in healthy volunteers. *Psychopharmacology*, 154:189-197. | |
| | 200 | VARMA, et al. 1999. Microwave-accelerated solvent-free synthesis of thioketones, thiolactones, thioamides, thionoesters, and thioflavonoids. *Organic Letters*, 1(5):697-700. | |
| | 201 | VIOLA, et al. 2002. Ritanserin, a serotonin-2 receptor antagonist, improves ultradian sleep rhythmicity in young poor sleepers. *Clinical Neurophysiology*, 113:429-434. | |
| | 202 | VOGEL, A. I. 1948. Physical properties and chemical constitution. Part XIX. Five-membered and six-membered carbon rings. *J. Chem. Soc.*, pp. 1809-1813. | |
| | 203 | VOGL, et al. 2002. Palladium-catalyzed monoarylation of nitroalkanes. *J. Org. Chem.*, 67(1):106-111. | |
| | 204 | WADE, et al. 2000. Application of base cleavable safety catch linkers to solid phase library production. *J. Comb. Chem.*, 2(3):266-275. | |
| | 205 | WEINER, et al. 2001. 5-Hydroxytryptamine$_{2A}$ receptor inverse agonists as antipsychotics. *The Journal of Pharmacology and Experimental Therapeutics*, 299(1):268-276. | |
| | 206 | WHITMORE, et al. 1942. Abnormal Grignard reactions. XII. Sterically hindered aliphatic carbonyl compounds. II. Ketones containing the dineopentylcarbinyl group. *J. Am. Chem. Soc.*, 64:1247-1251. | |
| | 207 | WHITMORE, et al. 1947. Higher hydrocarbons. IV. Six phenyleicosanes and six cyclohexyleicosanes. *J. Am. Chem. Soc.*, 69:235-237. | |
| | 208 | WOLF, V. V. 1952. Über alkin-amine I. Aryl-propargyl-amine. *Liebigs Ann. Chem.*, 576:35-45. | |
| | 209 | WOLFE, et al. 1996. An improved catalyst system for aromatic carbon-nitrogen bond formation: The possible involvement of bis(phosphine) palladium complexes as key intermediates. *J. Am. Chem. Soc.*, 118:7215-7216. | |
| | 210 | YAMADA, et al. 1998. Alternative synthesis of TTF donors with a dioxolane ring, and synthesis of their dithiolane and oxathiolane analogues. *Tetrahedron Letters*, 39:7709-7712. | |
| | 211 | YANG, et al. 1999. Palladium-catalyzed amination of aryl halides and sulfonates. *Journal of Organometallic Chemistry*, 576:125-146. | |
| | 212 | YASUHARA, et al. 2000. An activated phosphate for an efficient amide and peptide coupling reagent. *J. Chem. Soc., Perkin Trans. 1*, 17:2901-2902. | |
| | 213 | YIN, et al. 2002. Pd-catalyzed intermolecular amidation of aryl halides: The discovery that xantphos can be trans-chelating in a palladium complex. *J. Am. Chem. Soc.*, 124:6043-6048. | |
| | 214 | YOSHIDA, et al. 1998. Marked improvement of tardive dystonia after replacing haloperidol with risperidone in a schizophrenic patient. *Clinical Neuropharmacology*, 21(1):68-69. | |
| | 215 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated May 15, 1997, from Application No. 08/273,669 filed July 12, 1994, now U.S. Pat. No. 5,707,798. | |
| | 216 | Office Action dated March 27, 1998, from Application No. 08/954,724 filed October 20, 1997, now U.S. Pat. No. 5,912,132. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 12 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 217 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated September 4, 1998, from Application No. 08/954,724 filed October 20, 1997, now U.S. Pat. No. 5,912,132. | |
| | 218 | Office Action dated September 14, 1998, from Application No. 08/965,947 filed November 7, 1997, now U.S. Pat. No. 5,955,281. | |
| | 219 | Interview Summary dated November 17, 1998, from Application No. 08/965,947 filed November 7, 1997, now U.S. Pat. No. 5,955,281. | |
| | 220 | International Search Report dated July 17, 2001 for PCT/US01/07187. | |
| | 221 | Written Opinion dated November 22, 2002 for PCT/US01/07187. | |
| | 222 | Office Action dated February 28, 2001, from Application No. 09/413,626 filed October 6, 1999, now U.S. Pat. No. 6,358,698. | |
| | 223 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated November 20, 2001, from Application No. 09/413,626 filed October 6, 1999, now U.S. Pat. No. 6,358,698. | |
| | 224 | Office Action dated January 17, 2006, from Application No. 11/154,083 filed June 26, 2005. | |
| | 225 | International Search Report dated May 8, 2003 for PCT/US02/41476. | |
| | 226 | International Search Report dated January 30, 2006, for PCT/US2005/034813 | |
| | 227 | Written Opinion of the International Searching Authority dated January 30, 2006, for PCT/US2005/034813. | |
| | 228 | International Search Report dated January 30, 2006, for PCT/US2005/034376. | |
| | 229 | Written Opinion of the International Searching Authority dated January 30, 2006, for PCT/US2005/034376. | |
| | 230 | Office Action dated November 4, 2004, from Application No. 10/601,070 filed June 20, 2003 | |
| | 231 | International Preliminary Report on Patentability dated March 27, 2007, for PCT/US2005/034376. | |
| | 232 | International Preliminary Report on Patentability dated March 27, 2007, for PCT/US2005/034813. | |
| | 233 | Office Action dated April 6, 2007, from Application No. 11/418,322 filed May 3, 2006. | |
| | 234 | Office Action dated May 8, 2007, from Application No. 11/417,866 filed May 3, 2006. | |
| | 235 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated March 5, 2007, from Application No. 10/601,070 filed June 20, 2003. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 13 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 236 | Office Action dated February 5, 2007, from Application No. 11/299,566 filed December 12, 2005 | |
| | 237 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated June 19, 2007, from application No. 11/418,322 filed May 3, 2006 | |

4141231:sad
082907

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| **\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. | | | |

$T^1$ - Place a check mark in this area when an English language translation is attached.

# Electronic Acknowledgement Receipt

| EFS ID: | 2141715 |
|---|---|
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Customer Number:** | 20995 |
| **Filer:** | Ryan Edward Melnick/Wayne Mahoney |
| **Filer Authorized By:** | Ryan Edward Melnick |
| **Attorney Docket Number:** | ACADIA.030C1 |
| **Receipt Date:** | 30-AUG-2007 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 15:03:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Filed | ACADIA_030C1_IDS.pdf | 1057563<br>4c55a2fdcecea2791f8a3926a42d9ceb23ee9724 | no | 14 |

**Warnings:**

JSUF0247

**Information:**

This is not an USPTO supplied IDS fillable form

| **Total Files Size (in bytes):** | 1057563 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Docket No.: ACADIA.030C1                                    **Customer No. 20,995**

---

## **REQUEST TO CORRECT INVENTORSHIP**

| | | | |
|---|---|---|---|
| Applicant | : | Weiner, et al. | |

Applicant : Weiner, et al.

App. No : 11/416,527

Filed : May 3, 2006

For : SELECTIVE SEROTONIN 2A/2C
RECEPTOR INVERSE AGONISTS AS
THERAPEUTICS FOR
NEURODEGENERATIVE DISEASES

Examiner : Williams, Leonard M.

Art Unit : 1617

CERTIFICATE OF EFS WEB
TRANSMISSION

I hereby certify that this correspondence, and
any other attachment noted on the automated
Acknowledgement Receipt, is being transmitted
from within the Pacific Time zone to the
Commissioner for Patents via the EFS Web
server on:

6-20-08
(Date)

Ryan E. Melnick; Reg. No. 58,621

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

This communication is a request to correct the original naming of inventors under 37
C.F.R. § 1.48 as set forth in the original declaration filed on June 21, 2004 in the above-named
application.

Please add the following persons as inventors of this application.

Carl-Magnus A. Andersson
Ferievägen 3
SE-245 64 Hjärup, Sweden

and

Allan K. Uldam
Skotteparken 172
2750 Ballerup, Denmark

Attached is the Statement of Carl-Magnus A. Andersson and Allan K. Uldam under 37
C.F.R. § 1.48(a)(2) that the error in inventorship occurred without deceptive intention on his part,
a new declaration by the actual inventors pursuant to 37 C.F.R. § 1.48(a)(3), and the written
consent of the assignee pursuant to 37 C.F.R. § 1.48(a)(5).

**Appl. No.**   :   11/416,527        **Docket No.** ACADIA.030C1
**Filed**       :   May 3, 2006        **Customer No. 20,995**

The required fee payment (37 C.F.R. § 1.1.17(i)) is paid herewith.  Please charge any additional fees to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 6-20-08

By: _Ryan Melnick_
     Ryan E. Melnick
     Registration No. 58,621
     Attorney of Record
     Customer No. 20,995
     (619) 235-8550

4546225:sad
111507

ACADIA.030C1                                                          PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Weiner, et al. |
| Appl. No. | : | 11/416,527 |
| Filed | : | May 3, 2006 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Examiner | : | Leonard M. Williams |
| Group Art Unit | : | 1617 |

### CONSENT OF ASSIGNEE UNDER 37 U.S.C., § 1.48(a)(5) TO ADD INVENTORS

The undersigned is empowered to act on behalf of the Assignee of the above-named application, Acadia Pharmaceuticals Inc. ("Assignee"). The Assignee represents that it is the 100% owner by assignment of the above-referenced application by virtue of the assignments recorded at Reel Nos. 015548/019218, Frame Nos. 0274/0633 by the Assignment Branch of the Patent and Trademark Office. The Assignee hereby consents to the addition of the following inventors:

Carl-Magnus A. Andersson
Ferievägen 3
SE-245 64 Hjärup, Sweden

and

Allan K. Uldam
Skotteparken 172
2750 Ballerup, Denmark

Dated: _1|18|08_          By: ___Uli Hacksell___
                              Print Name

                              ___(signature)___
                              Signed

4546246:sad
111507

JSUF0251

ACADIA.030C1                                                          PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Weiner, et al. |
| Appl. No. | : | 11/416,527 |
| Filed | : | May 3, 2006 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Examiner | : | Leonard M. Williams |
| Group Art Unit | : | 1617 |

STATEMENT OF CARL-MAGNUS A. ANDERSSON UNDER 37 C.F.R. § 1.48(a)(2)

Mailstop Petitions
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

I, Carl-Magnus A. Andersson, am an inventor of subject matter claimed in the above-referenced patent application.  The failure to include my name as an inventor was an error that occurred without any deceptive intent on my part.

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful, false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful, false statements may jeopardized the validity of the application or patent issuing therefrom.

Respectfully submitted,

Dated: _1/18/08_                    By _[signature]_
                                        Carl-Magnus A. Andersson

4546244:sad
111507

-1-

ACADIA.030C1                                                              PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Weiner, et al. |
| Appl. No. | : | 11/416,527 |
| Filed | : | May 3, 2006 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Examiner | : | Leonard M. Williams |
| Group Art Unit | : | 1617 |

### STATEMENT OF ALLAN K. ULDAM UNDER 37 C.F.R. § 1.48(a)(2)

Mailstop Petitions
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

I, Allan K. Uldam, am an inventor of subject matter claimed in the above-referenced patent application.  The failure to include my name as an inventor was an error that occurred without any deceptive intent on my part.

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful, false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful, false statements may jeopardized the validity of the application or patent issuing therefrom.

Respectfully submitted,

Dated:  18 - DEC - 2007                    By:  _Allan Uldam_
                                                Allan K. Uldam

4546239:sad
111507

-1-

Attorney's Docket No. ACADIA.030C1

## DECLARATION - USA PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES; the specification of which was filed on **May 3, 2006** as Application Serial No. **11/416,527**.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above;

I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56;

I hereby claim the benefit under Title 35, United States Codes § 119(e) of any United States provisional application(s) listed below.

Application No.: 60/441,406          Filing Date: January 16, 2003
Application No.: 60/479,346          Filing Date: June 17, 2003

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below, and insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56, which became available between the filing date of the prior application and the national or PCT international filing date of this application:

Prior U.S.A. Application(s)

Application No.: 10/759,561        Filing Date: 01/15/04        Status: Pending

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful, false statements may jeopardize the validity of the application or any patent issued thereon.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Full name of first inventor: **David M. Weiner**

Inventor's signature _____

Date _____JANUARY 3, 2008_____

Residence:  **San Diego, CA**

Citizenship:  **United States**

Post Office Address:  **4915 Muir Avenue, San Diego, CA  92107**



MARILYN A. BANDERET
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires on
November 29, 2013

Page 3                                    Attorney's Docket No. ACADIA.030C1

Full name of second inventor: **Robert E. Davis**

Inventor's signature _____

Date _____

Residence:  **San Diego, CA**

Citizenship:  **United States**

Post Office Address:  **13272 Glencliff Way, San Diego, CA  92130**

Page 4                                          Attorney's Docket No. ACADIA.030C1

Full name of third inventor: **Mark R. Brann**

Inventor's signature _____

Date _____

Residence:  **Rye, NH**

Citizenship:  **United States**

Post Office Address:  **6 Winslow Way, Rye, NH 03870**

Page 5                                    Attorney's Docket No. ACADIA.030C1

Full name of fourth inventor: **Carl-Magnus A. Andersson**

Inventor's signature _____

Date ____1/18/08_____

Residence: **Hjärup, Sweden**

Citizenship: **Sweden**

Post Office Address: **Ferievägen 3, SE-245 64 Hjärup, Sweden**

Page 6                                    Attorney's Docket No. ACADIA.030C1

Full name of fifth inventor: **Allan K. Uldam**

Inventor's signature _____

Date _____18 - DEC - 2007_____

Residence: **Ballerup, Denmark**   VAERLOESE , DENMARK

Citizenship:  **Denmark**

Post Office Address:  ~~Skotteparken 172, 2750 Ballerup, Denmark~~

AEBLEHAVEN 58 , 3500 VAERLOESE , DENMARK

4547871:sad
111607

Send Correspondence To:
KNOBBE, MARTENS, OLSON & BEAR, LLP
**Customer No. 20,995**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11416527 |
| **Filing Date:** | 03-May-2006 |
| **Title of Invention:** | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| First Named Inventor/Applicant Name: | David M. Weiner |
| **Filer:** | Ryan Edward Melnick/Deborah LaGuardia |
| **Attorney Docket Number:** | ACADIA.030C1 |
| Filed as Large Entity | |

## Utility      Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Processing Fee, except for Provis. apps | 1808 | 1 | 130 | 130 |
| **Total in USD ($)** | | | | **130** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3496024 |
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Customer Number:** | 20995 |
| **Filer:** | Ryan Edward Melnick/Quyen Lieu |
| **Filer Authorized By:** | Ryan Edward Melnick |
| **Attorney Docket Number:** | ACADIA.030C1 |
| **Receipt Date:** | 20-JUN-2008 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 20:03:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 130 |
| RAM confirmation Number | 4005 |
| Deposit Account | 111410 |
| Authorized User | KNOBBE MARTENS OLSON AND BEAR |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

JSUF0262

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request under Rule 48 correcting inventorship | acadia030c1rci.pdf | 58702 <br> 41b51dfad79d0fa0add56315fb458c3b3 1a0ae04 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Request under Rule 48 correcting inventorship | acadia030c1cnst.pdf | 36565 <br> d6e11fb2372dbb29be3101a34e186538 a75b4387 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Request under Rule 48 correcting inventorship | acadia030c1stmt1.pdf | 40925 <br> 8bc56f700e1537f9d67dd80d654bf3394 07fe585 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Request under Rule 48 correcting inventorship | acadia030c1stmt2.pdf | 39761 <br> 4ac8e0e9b9e0e081e02e62ede202ab4 a6802ced8 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Oath or Declaration filed | acadia030c1decl.pdf | 131876 <br> a492477ce530d7d7949c8a6bad71af8a 852f7f20 | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Fee Worksheet (PTO-06) | fee-info.pdf | 8236 <br> cb4c9981e9a6212dd3d06409b7192e8f 08808a3b | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 316065 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/81 (07-08)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | |
|---|---|---|
| **POWER OF ATTORNEY**<br>**OR**<br>**REVOCATION OF POWER OF ATTORNEY**<br>**WITH A NEW POWER OF ATTORNEY**<br>**AND**<br>**CHANGE OF CORRESPONDENCE ADDRESS** | Application Number | 11/416,527 |
| | Filing Date | May 3, 2006 |
| | First Named Inventor | Weiner, David M. |
| | Title | Selective Serotonin 2A/2C Receptor Inverse Agonists as Therapeutics for Neurodegenerative Diseases |
| | Art Unit | 1617 |
| | Examiner Name | unassigned |
| | Attorney Docket Number | 12560-017-999 |

I hereby revoke all previous powers of attorney given in the above-identified application.

☐ A Power of Attorney is submitted herewith.

**OR**

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

20583

**OR**

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified application to:

☒ The address associated with the above-mentioned Customer Number.

**OR**

☐ The address associated with Customer Number:

| Firm or Individual Name ☐ | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the:

☐ Applicant/Inventor.

**OR**

☒ Assignee of record of the entire interest. See 37 CFR 3.71.
*Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on* _____.

| **SIGNATURE of Applicant or Assignee of Record** | | | |
|---|---|---|---|
| Signature | *(signature)* | Date | Oct. 29, 2008 |
| Name | Uli Hacksell, Ph.D. | Telephone | 858-558-2871 |
| Title and Company | Chief Executive Officer, Acadia Pharmaceuticals, Inc. | | |

**NOTE:** Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

American LegalNet, Inc.
www.FormsWorkflow.com

PTO/SB/96 (12-08)
Approved for use through 01/31/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner:  Weiner, et al.

Application No./Patent No.:  11/416,527          Filed/Issue Date: May 3, 2006

Entitled: Selective Serotonin 2A/2C Receptor Inverse Agonists as Therapeutics for Neurodegenerative Diseases

Acadia Pharmaceuticals, Inc.          , a   corporation
(Name of Assignee)          (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. ☒ the assignee of the entire right, title, and interest; or

2. ☐ an assignee of less than the entire right, title and interest
   (The extent (by percentage) of its ownership interest is _____%)

in the patent application/patent identified above by virtue of either:

A. ☐ An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

**OR**

B. ☒ A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From:  David M. Weiner, Robert E. Davis, Mark R. Brann          To: Acadia Pharmaceuticals, Inc.
   The document was recorded in the United States Patent and Trademark Office at
   Reel 015548          , Frame 0274          , or for which a copy thereof is attached.

2. From:  Carl-Magnus A. Andersson and Allan K. Uldam          To: Acadia Pharmaceuticals, Inc.
   The document was recorded in the United States Patent and Trademark Office at
   Reel 021247          , Frame 0176          , or for which a copy thereof is attached.

3. From:  Norman Nash          To: Acadia Pharmaceuticals, Inc.
   The document was recorded in the United States Patent and Trademark Office at
   Reel 019218          , Frame 0633          , or for which a copy thereof is attached.

☐ Additional documents in the chain of title are listed on a supplemental sheet.

☒ As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| _____ | January 20, 2009 |
| Signature | Date |
| Mark D. Kafka (Reg. No. 59,569) | 858-314-1200 |
| Printed or Typed Name | Telephone Number |
| Attorney of Record | |
| Title | |

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

American LegalNet, Inc.
www.FormsWorkflow.com

LAI-2997680v1                    JSUF0266

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4641044 |
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Customer Number:** | 20995 |
| **Filer:** | Mark Kafka/Eric Baclig |
| **Filer Authorized By:** | Mark Kafka |
| **Attorney Docket Number:** | ACADIA.030C1 |
| **Receipt Date:** | 20-JAN-2009 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 19:56:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 12560-017-999_POA.PDF | 108472<br>5824b95bbed38d176a3acd6c885eaec23fd1c203 | no | 2 |

**Warnings:**

**Information:**

JSUF0267

**Total Files Size (in bytes):** 108472

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 |

**CONFIRMATION NO. 6329**

20583
JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

**POA ACCEPTANCE LETTER**

*OC000000034214833*

Date Mailed: 01/27/2009

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 01/20/2009.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/sleutchit/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

JSUF0269

Electronic Submission

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Weiner *et al.* | Confirmation No.: | 6329 |
| Application No.: | 11/416,527 | Art Unit: | 1617 |
| Filed: | May 3, 2006 | Examiner: | Kim, Jennifer M. |
| For: | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | Attorney Docket No.: | 12560-017-999 |

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §§ 1.56 AND 1.97

**Mail Stop Amendment**
Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the duty of disclosure imposed by 37 C.F.R. § 1.56 and § 1.97 to inform the Patent and Trademark Office of all references coming to the attention of each individual associated with the filing or prosecution of the subject application, which are or may be material to the patentability of any claim of the application, Attorneys for Applicants hereby direct the Examiner's attention to the references listed on the attached List of References Cited by Applicant.

Legible copies of References C01-C04 are submitted herewith.

Applicants respectfully request that the Examiner review the references and that the references be made of record in the file history of the application.

Identification of references listed on the List of References Cited by Applicant is not to be construed as an admission of Applicants or attorneys for Applicants that such references are available as "prior art" against the subject application.

This Information Disclosure Statement is filed under 37 C.F.R. § 1.97(b), before the mailing of the first Office action on the merits. Accordingly, no fee is believed to be required.

INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §§ 1.56 AND 1.97
U.S. Patent Application No. 11/416,527

The Commissioner is authorized to charge any required fee or credit any overpayment for this Information Disclosure Statement to Jones Day Deposit Account No. 50-3013 (referencing 598154-999017).

Respectfully submitted,

Date: _____ March 6, 2009 _____ _____ 54,398

Roger C. Rich                (Reg. No.)
Anthony M. Insogna      (Reg. No. 35,203)
**JONES DAY**
222 East 41st Street
New York, New York 10017
(212) 326-3939

Page 2 of 2

Sheet 1 of 1

| LIST OF REFERENCES CITED BY APPLICANT (Use several sheets if necessary) | | |
|---|---|---|

| Application Number | 11/416,527 |
|---|---|
| Filing Date | May 3. 2006 |
| First Named Inventor | Weiner *et al.* |
| Art Unit | 1617 |
| Examiner Name | Kim, Jennifer M. |
| Attorney Docket No. | 12560-017-999 |

## U.S. PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Document Number – Kind Code | Publication Date mm/dd/yyyy | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A01 | | | | |

## FOREIGN PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Foreign Patent Document Country Code, Number, Kind Code (if known) | Publication Date mm/dd/yyyy | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B01 | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| *Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T |
|---|---|---|---|
| | C01 | ROBERTS, C., 2006, "Drug Evaluation: ACP-103, a 5-HT2A Receptor Inverse Agonist," *Current Opinion Investigative Drugs*, Vol. 7(7):653-660. | |
| | C02 | VANOVER et al., 2003, "ACP-103, A 5-HT2A Receptor Inverse Agonist, A Novel Potential Treatment for Psychosis," *Schizophrenia Research*, Vol. 60, No. 1, Supp. [S], p. 317. | |
| | C03 | VANOVER  et al., 2006, "Pharmacological and Behavioral Profile of N-(4-fluorophenylmethyl)-N-(1-methylpiperidin'4-y1)-N'-(4-(2-methylpropyloxy)phenylmethyl) Carbamide (2R, 3R)-Dihydroxybutanedioate (2:1) (ACP-103), a Novel 5-Hydroxytrptamine 2A Receptor Inverse Agonist," *J. Pharmacology & Experimental Therapeutics*, Vol 317(2):910-918. | |
| | C04 | R&D Focus Drug News, Vol. 10(44):1-4 (November 12, 2001. | |

LAI-3007190v1

| EXAMINER SIGNATURE | | DATE CONSIDERED | |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

653

# Drug evaluation: ACP-103, a 5-HT$_{2A}$ receptor inverse agonist
## Claire Roberts

**Address**
Psychiatry Centre of Excellence for Drug Discovery
New Frontiers Science Park
GlaxoSmithKline plc
Third Avenue
Harlow
CM19 5AW
UK
Email: Claire.Roberts@gsk.com

Current Opinion in Investigational Drugs 2006 7(7):653-660
© The Thomson Corporation ISSN 1472-4472

*ACADIA Pharmaceuticals is developing ACP-103, lead compound in a series of 5-HT$_{2A}$ inverse agonists, as a potential antipsychotic agent and for the potential treatment of insomnia. Phase II clinical trials in treatment-induced psychosis in Parkinson's disease (PD) patients and in schizophrenic patients are ongoing, as are phase II trials evaluating the effects of the drug on PD symptoms and dyskinesias.*

## Introduction

ACP-103 is the lead compound in a series of 5-HT$_{2A}$ receptor inverse agonists and is being developed by ACADIA Pharmaceuticals Inc as a potential antipsychotic agent [427416]. Clinical trials of the compound as an add-on for the treatment of schizophrenia [588237], treatment-induced dysfunction in Parkinson's disease (PD) [546791] and insomnia [662471] are currently underway.

Schizophrenia is a devastating mental illness that is characterized by both positive (hallucinations, delusions and disorganized behavior) and negative (loss of energy, slowed speech, blunting of emotions and loss of social functions) symptoms, and cognitive dysfunction [663750]. Conventional neuroleptics, such as haloperidol, treat the positive symptoms of the disease through blockade of dopamine D$_2$ receptors [413204] Although these drugs provide some clinical benefit to schizophrenics they are ineffective against the negative symptoms of the disease [413205] and also induce extrapyramidal side effects (EPS) such as tremor, slurred speech, akathesia, dystonia and tardive dyskinesia [413207].

Dopamine neurons arise from two main nuclei: the ventral tegmental area (VTA or A10) and the substantia nigra (A9). The VTA innervates the prefrontal cortex (PFC; mesocortical pathway) and nucleus accumbens shell (mesolimbic pathway) while the substantia nigra innervates the dorsal striatum (nigrostriatal pathway) and the nucleus accumbens core. Blockade of D$_2$ receptors in the limbic system is thought to alleviate the positive psychotic symptoms of schizophrenia [413211]. However, the generation of EPS has been associated with D$_2$ receptor blockade in the striatum [413211] and it has also been suggested that negative symptoms might arise from a dopaminergic deficit in the PFC [663916]. Therefore, selective targeting of the mesolimbic and mesocortical pathways should minimize the potential for EPS and enhance the treatment of both the

positive and negative symptoms of schizophrenia. Whilst D$_2$ receptors are present in the mesolimbic, mesocortical and nigrastriatal pathways [663919], regional selectivity may be possible with 5-HT$_2$ antagonists because 5-HT$_2$ receptors are present at higher densities in the mesolimbic/mesocortical pathways compared with the nigrostriatal pathway [663920]. Interestingly, 5-HT$_{2A}$ antagonists such as M-100907 (sanofi-aventis) and eplivanserin (sanofi-aventis) have been reported to reduce the propensity for EPS and alleviate negative symptoms [398958], although the development of both these agents for the treatment of schizophrenia has been discontinued.

PD is a movement disorder resulting from the selective degeneration of dopaminergic neurons in the substantia nigra. According to a US study, the average annual incidence of PD in individuals aged 50 to 90 is 49.7 per 100,000 people [665900]. The use of dopaminergic agents, however, is associated with the development of psychosis in up to 22% of patients with advanced PD [671295], and dyskinesias in 28% of patients [671374]. Antipsychotics and dopamine antagonists, which can ameliorate these adverse effects, worsen the parkinsonian symptoms. Some atypical antipsychotics have been shown to be effective in psychotic PD patients without worsening parkinsonian symptoms. Clozapine, for example, is effective in treating psychosis without worsening motor symptoms, but can cause sedation, orthostatic hypotension, sialorrhea and agranulocytosis. Similarly, risperidone treatment is effective, but has been associated with somnolence, sialorrhea, dizziness, palpitations, constipation, delirium, fatigue, leg cramps, depression, urinary incontinence and hypotension [665908].

Finally, ACP-103 may also be beneficial in the treatment of sleep disorders; as a 5-HT$_{2A}$ inverse agonist it can treat the

Originator ACADIA Pharmaceuticals Inc

Status Phase II Clinical

Indications Insomnia, Parkinson's disease, Psychosis, Schizophrenia

Actions 5-HT$_{2A}$ antagonist, 5-HT$_{2A}$ inverse agonist, 5-HT$_{2C}$ modulator, Antipsychotic, Hypnotic

Technology Oral formulation

Ratio 2:1

symptoms of insomnia without causing sedation [662471]. Current drug therapies for insomnia include sedatives, such as the benzodiazepines, and are thus limited by their effects on daytime functioning [671071]. The 5-HT$_{2A}$ agonist eplivanserin has shown promising efficacy in the clinic for insomnia [620356] and ACP-103 therefore has the potential to fill an unmet medical need in the treatment of sleep disorders.

## Synthesis and SAR

ACP-103 is a potent 5-HT$_{2A}$ receptor inverse agonist with an IC$_{50}$ value of 1.86 nM and high intrinsic activity [663585], discovered by ACADIA through the use of chemical genomics [454038]. Receptor selection and amplification technology was used to generate high-throughput functional assays in which 130,000 compounds were screened, 96 of which were found to have activity at 30 nM with 100-fold selectivity over the dopamine D$_2$ and other receptors [359736].

ACP-103 can be synthesized by the following route [666641]. 1-Methylpiperidin-4-one is treated with 4-fluorobenzylamine in the presence of sodium cyanoborohydride, acetic acid and methanol, to produce N-[(4-fluorophenyl)methyl]-1-methyl-4-piperidinamine. Treatment of (4-hydroxyphenyl)acetic acid methyl ester with isobutyl bromide and potassium carbonate in N,N-dimethylformamide at 80°C provides [4-(isobutyloxy)phenyl] acetic acid methyl ester, which is then hydrolyzed by reaction with potassium hydroxide in methanol/water, to provide [4-(isobutyloxy)phenyl]acetic acid. Refluxing a mixture of [4-(isobutyloxy)phenyl] acetic acid and diphenyl phosphoryl azide in tetrahydrofuran, in the presence of 1,8-bis(dimethylamino)naphthalene (proton sponge), effects a Curtius rearrangement to produce 1-(isocyanatomethyl)-4-(isobutyloxy)benzene. Finally, coupling of compounds N-[(4-fluorophenyl)methyl]-1-methyl-4-piperidinamine and 1-(isocyanatomethyl)-4-(isobutyloxy)-benzene in dichloromethane produces the target compound N-[(4-fluorophenyl)methyl]-N-(1-methyl-4-piperidinyl)-N'-[(4-isobutyloxyphenyl)methyl]urea, later termed ACP-103 [666641].

A close structural analog of ACP-103, AC-90179 (which has a methoxy instead of isobutoxy substituent, methyl group instead of a fluoro atom and amide instead of carbamate), also had high potency and affinity at human 5-HT$_{2A}$ receptors as an inverse agonist (2.1 ± 0.2 nM) and competitive antagonist (2.5 ± 0.8 nM) [427107], [599570]. As with ACP-103, AC-90179 does not possess significant affinity for 5-HT$_{2B}$, D$_2$ or H$_1$ receptors, but does display 5-HT$_{2C}$ receptor affinity and potency that is 15- and 26-fold lower, respectively, than that observed at 5-HT$_{2A}$ receptors. AC-90179 exhibited poor bioavailability and metabolic stability in the rat [559570], however, and efforts to improve the metabolic stability led to the discovery of ACP-103 [663585].

## Preclinical development

At cloned 5-HT$_{2A}$ receptors, ACP-103 was a potent inverse agonist, with an IC$_{50}$ value of 1.86 nM and a high intrinsic activity of 0.93 nM. Although this compound had some efficacy at 5-HT$_{2C}$ receptors (IC$_{50}$ = 91.2 nM) it was notably

inactive at dopamine and other serotonin receptors. ACP-103 competitively antagonized the binding of [$^3$H]ketanserin (a 5-HT receptor antagonist) to human 5-HT$_{2A}$ receptors on membrane preparations and whole cells with mean K$_i$ values of 0.5 nM and 0.2 nM, respectively, while binding for 5-HT$_{2C}$ receptors on membranes and whole cells showed mean K$_i$ values of 1.6 and 10 nM, respectively [663585].

In an in vitro study to investigate the effect of ACP-103 on the serotonin receptor partial agonist 2,5-dimethoxy-4-iodoamphetamine (DOI)-induced head twitch behavior in rats, an oral dose of either ACP-103 (3 mg/kg) or vehicle was administered 2 h before intraperitoneal administration of DOI (2.5 mg/kg). ACP-103 reduced the mean number of DOI-induced head twitches to 0.75, compared with 5.2 head twitches in the vehicle-treated group. The latency to the first head twitch was increased to 264.9 s in the group receiving ACP-103 (3 mg/kg) compared with 183 s in the vehicle group [663585].

Prepulse inhibition studies were conducted to investigate whether ACP-103 could restore prepulse inhibition after it had been disrupted by DOI. Rats were pretreated with a subcutaneous dose of MDL-100151 (1.0 mg/kg), ACP-103 (1.0, 3.0 or 10.0 mg/kg) or saline control, 5 min before subcutaneous administration of DOI (0.5 mg/kg) or saline. ACP-103 successfully obviated DOI-induced prepulse inhibition deficits in rats at all doses tested, without affecting startle magnitude. These results are consistent with reports of other 5-HT$_{2A}$ antagonists and inverse agonists [663585].

A study in mice assessed the effect of ACP-103 on spontaneous and drug-induced locomotor activity. The anticonvulsant NMDA receptor antagonist dizocilpine (0.3 mg/kg) was administered orally in combination with a subcutaneous dose of either ACP-103 (0.1 and 0.3 mg/kg) or vehicle. ACP-103 reduced both spontaneous activity and dizocilpine-induced hyperactivity. Oral ACP-103 (3 mg/kg), on the other hand, attenuated dizocilpine-induced hyperactivity but not spontaneous activity. There was a lack of ataxia even at high doses; seven of eight mice after subcutaneous administration of 100 mg/kg of ACP-103, and all mice receiving various oral doses, were able to pull their hindpaws up to a horizontal wire [663585]. Elsewhere it was reported that, in mice, ACP-103 attenuated dizocilpine-induced hyperactivity at an oral dose of 10 mg/kg and subcutaneous dose of 1 mg/kg. ACP-103 reduced spontaneous locomotion at subcutaneous doses of 3 mg/kg and higher, and oral doses between 10 and 100 mg/kg [666641].

In mice, a single dose of ACP-103 (10 mg/kg orally) did not reduce dopamine-mediated hyperactivity induced by a 3-mg/kg intraperitoneal dose of the indirect dopamine agonist d-amphetamine. In contrast, haloperidol dose-dependently reduced amphetamine-induced hyperactivity, with a minimum significant effective subcutaneous dose of 0.1 mg/kg. However, oral administration of ACP-103 (10 mg/kg) in combination with haloperidol lowered the minimum effective dose of haloperidol to 0.03 mg/kg and completely reversed amphetamine hyperactivity [666641]. In

JSUF0274

rats, a subcutaneous dose of ACP-103 (3 mg/kg) alone had no effect on dopamine release in either the medial prefrontal cortex or the nucleus accumbens. However, increasing the dose to 10 mg/kg caused an increase in dopamine release in the medial prefrontal cortex. In contrast, haloperidol increased dopamine release in both brain regions at a subcutaneous dose of 0.1 mg/kg and caused a greater increase in dopamine levels in the nucleus accumbens at 1.0 mg/kg. In support of the behavioral data above, a subcutaneous dose of ACP-103 (3 mg/kg) potentiated the effect of haloperidol (0.1 mg/kg) in the prefrontal cortex, but inhibited it in the nucleus accumbens. However, ACP-103 (3 mg/kg), in the presence of higher doses of haloperidol (1.0 mg/kg), potentiated dopamine release in both regions. These data suggest that ACP-103 influences dopamine release in the medial prefrontal cortex or the nucleus accumbens [663586].

To investigate the cellular mechanisms underlying these behavioral effects, Garrone and colleagues examined the neurochemical profiles of 5-HT$_{2A}$ receptor ligands in the cortex in rats [427961]. The 5-HT$_{2A}$ agonist DOI stimulated GABA release in the rat cortex. In addition, the 5-HT$_{2A}$ antagonist trazodone increased 5-HT and glutamate release in the cortex. The authors of this study concluded that 5-HT$_{2A}$ antagonists modulate 5-HT and glutamate release via GABAergic control. That is, 5-HT$_{2A}$ antagonists decrease GABA release, which, in turn, increases the release of cortical 5-HT and glutamate. Therefore, the effect of ACP-103 on dizocilpine-induced behavior reflects the compound's ability to increase glutamate release indirectly via its 5-HT$_{2A}$ antagonist activity [427961].

The potential of ACP-103 to alleviate dyskinetic activity was also investigated in a primate model. Treatment with 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) induces parkinsonism in monkeys and, when combined with prolonged infusion of L-dopa, induces severe dyskinesias. ACP-103 significantly reduced L-dopa-induced dyskinesias, producing a 10, 35 and 50% improvement in symptoms at subcutaneous doses of 0.3, 0.6 and 1.2 mg/kg, respectively [666641].

**Metabolism and pharmacokinetics**
In the rat, a single 1-mg/kg intravenous dose of ACP-103 had a rapid systemic clearance of 473.1 ml/min/kg, large volume of distribution and a short half-life of 59 min. After oral dosing (10 mg/kg) the maximal plasma concentrations were observed between 60 to 120 min post-dose; bioavailability was 43% [663585].

A phase I study in 49 healthy volunteers evaluated the pharmacokinetics of ACP-103 following oral administration of both single and multiple doses. The single-dose study evaluated five doses ranging from 20 to 300 mg while the multiple-dose-escalation study tested doses of 50, 100 and 150 mg given once daily for 14 days. ACADIA reported that in both studies ACP-103 exhibited dose-dependent pharmacokinetics and a long plasma half-life in humans that was consistent with once-daily dosing [495274], [500243].

In healthy human volunteers, single oral doses of ACP-103 produced linear kinetics at doses of up to 300 mg. This dosing resulted in a $t_{max}$ of 6 h and half-life of approximately 55 h, consistent with once-daily dosing [663588]. In addition, measurement of 5-HT$_{2A}$ receptor occupancy using positron emission tomography (PET) in healthy volunteers demonstrated that even single, low doses of ACP-103 provided peak plasma levels of 10 ng/ml [546791].

In a double-blind, placebo-controlled, single-dose crossover study in healthy males, ACP-103 (100 mg) produced peak plasma levels equivalent to those achieved at steady state following chronic once-daily dosing with 20 mg. The pharmacokinetic parameters of ACP-103 were not affected by co-administration of haloperidol (7.5 mg) [559191], [663589].

**Toxicity**
ACP-103 was predicted to have an improved side-effect profile relative to other antipsychotic drugs because of its relative selectivity at 5-HT$_{2A}$ receptors. ACP-103 did not exhibit any myorelaxant or ataxic effects in mice. Ataxia was absent in 88% of mice treated subcutaneously with 100 mg/kg of ACP-103 (seven of eight mice) and all mice receiving various oral doses. In addition, spontaneous activity was reduced by subcutaneous ACP-103 (0.1 and 0.3 mg/kg), but not by oral ACP-103 (3 mg/kg). These results suggest that ACP-103 would induce less sedation than the current standard antipsychotic drugs, although no head-to-head studies have yet been reported [663585].

**Clinical development**
*Phase I*
The first clinical trial of ACP-103 was a randomized, double-blind, placebo-controlled, dose-escalation study designed to evaluate the safety, tolerability and pharmacokinetics of the compound following oral administration in healthy volunteers. A total of 49 healthy volunteers received single doses (five doses ranging from 20 to 300 mg) or multiple-dose regimens (50, 100 and 150 mg given once daily for 14 days) [495274], [500243]. However, the full data from this trial have not yet been published.

A randomized, double-blind, placebo-controlled, single-dose crossover study investigated the reduction of haloperidol-induced side effects by ACP-103 [663587], [663589]. Healthy volunteers received a single dose of haloperidol (7.5 mg) followed by either ACP-103 (100 mg) or placebo. Haloperidol induced akathisia in 13 of 18 participants and caused a 13-fold increase in prolactin secretion. Treatment with ACP-103 decreased haloperidol-induced akathisia and significantly reduced haloperidol-induced hyperprolactinemia [663589].

A double-blind, placebo-controlled, multiple-dose trial assessed the effect of ACP-103 on deep or slow wave sleep [662471]. A total of 45 healthy volunteers aged 40 to 64 were randomized to one of five treatment arms: four dose levels of ACP-103 (1.0, 2.5, 5.0 and 20 mg) or placebo. The polysomnography data demonstrated that once-daily administration of 5 or 20 mg of ACP-103, the two highest

doses used in this study, induced significant increases in slow wave sleep (p < 0.001), which was defined as the time spent in stage 3 or 4 sleep. This effect was demonstrated both acutely (on study day 1) and after chronic administration (on day 13). Relative to baseline, ACP-103 doses of 1.0, 2.5, 5.0 and 20 mg increased slow wave sleep by 10, 40, 65 and 55%, respectively at day 1, and by 9, 36, 73 and 46% respectively on day 13. Results showed that treatment with ACP-103 produced improvement on measures of sleep maintenance, including decreases in the number of awakenings (p = 0.04) and the time awake after sleep onset (p = 0.09). Importantly, in contrast with most currently marketed insomnia drugs that are sedative, ACP-103 did not alter latency to sleep onset and did not impair daytime functioning [662471].

In addition, a drug receptor occupancy study conducted in healthy volunteers using PET demonstrated that even single, low doses of ACP-103 provided peak plasma levels of 10 ng/ml and produced maximal occupancy of $5-HT_{2A}$ receptors without blocking dopamine receptors in brain regions involved in motor control [546791]. No detailed data are available for this study.

### Phase II

A further double-blind, placebo-controlled clinical study was conducted in a group of 21 patients aged between 30 and 80 years with treatment-induced motor dysfunction in PD. An unbalanced, parallel-group, dose-escalation design was employed, with an initial placebo run-in followed by a randomized phase of either ACP-103 or placebo. Treatment was administered once daily for 4 weeks; the dose of ACP-103 escalated once a week from 30 to 300 mg. ACP-103 produced a reduction in L-dopa-associated dyskinesias and motor response fluctuations compared with placebo. All doses were well tolerated [666641].

A phase II, double-blind, placebo-controlled follow-up trial was conducted in 12 PD patients receiving standard dopamine replacement therapies. An oral dose of ACP-103 (25 or 100 mg) was administered once daily for 14 days. It was well tolerated at both doses and did not worsen the pre-existing motor deficits of these patients. In a subset of patients entering the trial who exhibited treatment-induced dyskinesias, these symptoms were reduced following the administration of ACP-103 [546791]. No further details from this study have been published.

A phase II, double-blind, placebo-controlled, dose-escalation study evaluated ACP-103 in 60 PD patients with treatment-induced psychosis [657641]. ACP-103 or placebo was administered once daily for 28 days in addition to the patients' standard dopamine replacement therapy. The initial dose of ACP-103 was 20 mg, which was elevated to 40 and then 60 mg at scheduled intervals, presumably when physicians felt the current dose was ineffective. Fewer patients receiving ACP-103 were escalated to a higher dose compared with placebo-treated patients; the mean total dose of ACP-103 was significantly less than the mean total dose of placebo. There was no significant difference in motor function between the ACP-103-treated group and the placebo group, indicating that ACP-103 did not worsen motor function. ACP-103 produced significant improvements from baseline on measures of hallucinations and delusions compared with placebo, including the unified PD rating scale (UPDRS)-part 1 (-1.5 versus -0.5, respectively) and the scale for assessment of positive symptoms (SAPS; -5.6 versus -1.2, respectively). On the clinical global impression-severity of illness scale (CGI-S) there was a non-significant improvement from baseline with a mean change of -0.6 in the ACP-103 group, but no change in the placebo group. There was also a significant improvement on the UPDRS-IV scale, an assessment of the complications associated with dopamine replacement therapy. An open-label extension study was to be carried out in individuals who had completed the above study, to investigate the extended use of ACP-103 [657641].

A phase II, double-blind, randomized, placebo-controlled study investigated the effects of ACP-103 on haloperidol-induced akathisia [638276]. A total of 30 patients who had experienced haloperidol-induced akathisia received either a once-daily oral administration of 60 mg ACP-103 (n = 14) or placebo (n = 16) over a 5-day period, while continuing their usual dose of haloperidol. Overall, ACP-103 reduced akathisia compared with placebo; however, there was no significant difference between the treatment groups on day 5 on a global clinical assessment of akathisia. On day 3, ACP-103 had significantly reduced the overall score on the Barnes akathisia scale. On day 5, ACP-103 had significantly reduced the score on a scale of objective akathisia. No significant effects were observed on EPS other than akathisia or on plasma prolactin levels. There were no effects on the positive or negative symptoms of schizophrenia [638276].

A phase II, placebo-controlled, proof-of-principle trial to investigate the effects of ACP-103 on the symptoms of moderately advanced PD and on the treatment-induced dyskinesias was initiated in 2004. The study expected to enroll 40 participants to be randomly assigned to take either ACP-103 followed by placebo once weekly for 10 weeks, or vice versa, in combination with infusion of L-dopa at a predetermined optimal rate [666503].

A phase II trial to investigate the ability of ACP-103 to improve the efficacy and safety of current antipsychotic drugs was underway by June 2005, and was expected to enroll up to 400 patients [638276]. No further details were available at the time of publication.

### Side effects and contraindications

A phase I study in healthy volunteers revealed that ACP-103 was well tolerated at single doses up to 300 mg and at multiple doses of 100 mg for 14 days, causing no changes in cardiovascular or neurological function and no serious adverse events [663588].

In a phase II trial in 60 PD patients with treatment-induced psychosis, 28 escalating daily doses of ACP-103 (20 to 60 mg) in combination with dopamine replacement therapy caused no serious adverse events. The reported adverse

JSUF0276

effects were mild-to-moderate in severity and of a similar frequency to those reported in the placebo group. The most common adverse events reported by the ACP-103 (24%) and placebo (32%) group were nervous system disorders, including somnolence, headache and dizziness. ACP-103 was judged safe according to a number of clinical measures, including electrocardiogram, vital signs, hematology, urinalysis and clinical chemistry [657641]. In the open-label extension study in individuals who had completed the above study, ten patients had received ACP-103 for at least 3 months and three patients had been given the drug for more than one year. ACP-103 was apparently safe and well tolerated, and no treatment-related serious adverse effects occurred [657641].

In the 14-day, double-blind, placebo-controlled, repeated-dose trial to assess the effect of ACP-103 (up to 20 mg) on deep or slow wave sleep, no serious adverse effects were reported. All adverse effects were mild-to-moderate in nature and of a similar frequency to those reported by the placebo group [657641].

## Patent summary

ACP-103 was claimed generically in WO-00166521 (granted as US-06756393 and US-06815458) and was later specifically claimed in WO-2004064738 (claim 48), which relates to the combination of ACP-103 with other agents such as haloperidol and l-dopa. ACP-103 should therefore have solid patent protection until at least March 2020.

ACP-103 has been claimed in WO-2004064738, which relates to the combination of ACP-103 with a number of compounds, with the biological assay data indicating a particular interest in combination with haloperidol (stated to reverse amphetamine hyperactivity) or with l-dopa. ACP-103 has also been claimed in combination with the clozapine metabolite ACP-104 in WO-2004064753 (claim 93) and later in combination with fluoxetine in WO-2005112927. Application WO-2005112927 shares priority dates with US-2005261278 and US-2005261340 to claim the combination of ACP-103 with fluoxetine.

Most recently, WO-2006037043 describes large-scale synthesis of ACP-103 and claims various salts and crystal forms of the hemi-l-tartrate, which is the salt used in current clinical evaluations.

## Current opinion

Inhibition of members of the dopamine $D_2$ type ($D_2$, $D_3$ and $D_4$) receptor has been associated with virtually all clinically effective antipsychotic drugs [413211]. The typical antipsychotics, for example haloperidol, tend to cause severe EPS such as tardive dyskinesia, which limit their effectiveness in chronic use. Newer atypical antipsychotics such as clozapine possess pharmacological attributes that limit their EPS liability as well as providing efficacy against the negative (in addition to the positive) symptoms of schizophrenia, and are therefore often used as front-line therapies [665908].

The clinical efficacy and reduced side-effect liability of atypical antipsychotics such as clozapine has been attributed

to their relatively higher potency as receptor antagonists at $5-HT_{2A}$ over $D_2$ receptors. $5-HT_{2A}$ receptors are located in the regions of the brain thought to be relevant to schizophrenia, namely the dopaminergic cell bodies, and on GABAergic interneurons in the frontal cortex [398958]. It has been demonstrated that $5-HT_{2A}$ antagonists can increase 5-HT and glutamate release in the frontal cortex, which is predicted to be beneficial in the treatment of the negative and cognitive deficits associated with schizophrenia [398958]. In addition, the blockade of $5-HT_{2A}$ receptors in the nigrostriatal pathway should decrease dopaminergic activity in this pathway and hence reduce EPS liability.

Clinical studies with ACP-103, as well as with mirtazapine [663922], have demonstrated that $5-HT_{2A}$ antagonists exhibit clinical efficacy in reducing haloperidol-induced EPS in schizophrenics and drug-induced dyskinesias in PD patients. A number of antipsychotic drugs, including haloperidol ($pK_i$ = 6.7) and quetiapine ($pK_i$ = 6.6), lack sufficient activity at $5-HT_{2A}$ receptors [427107]. ACADIA therefore conclude that co-administration of ACP-103 with these antipsychotic drugs will optimize the $5-HT_{2A}$:$D_2$ receptor occupancy ratio, improving the efficacy and reducing the side effects of this important class of drugs in schizophrenia. Preclinical data with quetiapine (in the rat and monkey), an antipsychotic with $5-HT_{2A}$ as well as $D_2/D_3$ receptor activity, also indicated that it might be effective in alleviating l-dopa-induced motor complications [666574]. These studies therefore highlight the potential utility of ACP-103 in reducing the side effects of drugs in the treatment of PD.

In addition, a recent meta-trial assessed the efficacy of the $5-HT_{2A/2C}$ receptor antagonist eplivanserin as a stand-alone treatment in schizophrenic patients [595471]. Interestingly, this investigation concluded that eplivanserin produced a significant improvement in both the positive and negative symptoms of schizophrenia. Although eplivanserin was not as efficacious as the typical antipsychotic haloperidol, it does raise the possibility that ACP-103 could act as a stand-alone treatment for schizophrenia. Therefore, it is possible that $5-HT_{2A}$ antagonists would be beneficial in the treatment of schizophrenia when administered alone, as well as providing therapeutic benefit as an add-on treatment. Further clinical trials are therefore necessary to assess the efficacy of ACP-103 as a monotherapy for schizophrenia.

ACP-103 may also be beneficial in the treatment of sleep disorders, increasing slow wave sleep, reducing awakenings and the time taken for sleep onset in healthy volunteers. Importantly, ACP-103 did not impair daytime functioning in an insomnia trial [663585]. Further trials are now needed to assess the efficacy of this drug in a population with sleep disturbances.

To conclude, ACP-103 is a selective $5-HT_{2A}$ receptor inverse agonist that has potential in the treatment of schizophrenia, either as a stand-alone or add-on therapy, for the prevention of drug-induced akathisia and the treatment of sleep disorders.

658  Current Opinion in Investigational Drugs 2006 Vol 7 No 7

## Development history

| Developer | Country | Status | Indication | Date | Reference |
|-----------|---------|--------|------------|------|-----------|
| ACADIA Pharmaceuticals Inc | US | Phase II | Psychosis | 29-JUN-04 | 546791 |
| ACADIA Pharmaceuticals Inc | US | Phase II | Schizophrenia | 03-MAR-05 | 588237 |
| ACADIA Pharmaceuticals Inc | US | Phase II | Parkinson's disease | 29-JUN-04 | 546791 |
| ACADIA Pharmaceuticals Inc | UK | Phase I | Psychosis | 23-JAN-03 | 476982 |
| ACADIA Pharmaceuticals Inc | US | Clinical | Insomnia | 19-APR-06 | 662471 |

## Literature classifications

### Chemistry

| Study type | Result | Reference |
|------------|--------|-----------|
| Synthesis. | 1-Methylpiperidin-4-one is treated with 4-fluorobenzylamine in the presence of sodium cyanoborohydride, acetic acid and methanol to produce *N*-[(4-fluorophenyl)methyl]-1-methyl-4-piperidinamine. Treatment of (4-hydroxyphenyl)acetic acid methyl ester with isobutyl bromide and potassium carbonate in *N,N*-dimethylformamide at 80°C provides [4-(isobutyloxy)phenyl] acetic acid methyl ester, which is hydrolyzed to provide [4-(isobutyloxy)phenyl]acetic acid. Refluxing a mixture of [4-(isobutyloxy)phenyl] acetic acid and diphenyl phosphoryl azide in tetrahydrofuran, in the presence of a proton sponge, produces 1-(isocyanatomethyl)-4-(isobutyloxy)benzene. Coupling of *N*-[(4-fluorophenyl)methyl]-1-methyl-4-piperidinamine and 1-(isocyanatomethyl)-4-(isobutyloxy)benzene in dichloromethane produces ACP-103. | 666641 |

### Biology

| Study type | Effect studied | Model | Result | Reference |
|------------|----------------|-------|--------|-----------|
| In vitro | Receptor binding. | Cloned human serotonin and dopamine receptors, membrane preparations and whole cells. | At 5-HT$_{2A}$ receptors, ACP-103 was a potent inverse agonist (IC$_{50}$ = 1.66 nM) with high intrinsic activity (0.93 nM). Activity was lower at 5-HT$_{2C}$ receptors (IC$_{50}$ = 91.2 nM) and absent at dopamine and other serotonin receptors. ACP-103 competitively antagonized the binding of [$^3$H]ketanserin to human 5-HT$_{2A}$ receptors on membrane preparations and whole cells (pK$_i$ = 9.3 and 9.7, respectively) and to 5-HT$_{2C}$ receptors on membranes and whole cells (pK$_i$ = 8.8 and 8.0, respectively). | 663585 |
| In vivo | DOI-induced head twitch behavior. | Rats administered ACP-103 (3 mg/kg orally) or vehicle, orally, 2 h before the intraperitoneal administration of DOI (2.5 mg/kg). | ACP-103 reduced the mean number of DOI-induced head twitches to 0.75, compared with 5.2 head twitches in the vehicle-treated group. The latency to the first head twitch was increased to 264.9 s in the group receiving ACP-103 (3 mg/kg) compared with 183 s in the vehicle group. | 663585 |
| In vivo | Spontaneous and drug-induced hyperactivity. | Mice administered subcutaneous ACP-103 to determine spontaneous activity, or dizocilpine (0.3 mg/kg) in combination with either ACP-103 (0.1 and 0.3 mg/kg) or vehicle. | ACP-103 reduced both spontaneous and dizocilpine-induced hyperactivity. Oral ACP-103 (3 mg/kg) attenuated dizocilpine-induced hyperactivity, but not spontaneous activity. There was a lack of ataxia even at high doses of ACP-103. | 663585 |
| In vivo | Dopamine release. | Rats treated with subcutaneous doses haloperidol (0.1 or 10 mg/kg) and ACP-103 (3 and 10 mg/kg). | ACP-103 (3 mg/kg) potentiated the dopamine-releasing effect of haloperidol (0.1 mg/kg) in the prefrontal cortex, but inhibited it in the nucleus accumbens. At a higher haloperidol dose (1.0 mg/kg), ACP-103 (3 mg/kg) potentiated dopamine release in both regions. ACP-103 alone had no effect on dopamine release. | 663586 |
| In vivo | Alleviation of dyskinetic activity. | Primates with MPTP-induced parkinsonism administered a prolonged infusion of L-dopa, with ACP-103 (0.3, 0.6 and 1.2 mg/kg) or vehicle. | ACP-103 significantly reduced L-dopa-induced dyskinesias, producing 10, 35 and 50% improvements at subcutaneous doses of 0.3, 0.6 and 1.2 mg/kg, respectively. | 666641 |

### Metabolism

| Study type | Effect studied | Model | Result | Reference |
|------------|----------------|-------|--------|-----------|
| In vivo | Bioavailability and pharmacokinetics. | Rats administered ACP-103 at 1 mg/kg intravenously or 10 mg/kg orally. | Following intravenous dosing, ACP-103 had a rapid systemic clearance of 473.1 ml/min/kg and large volume of distribution. The half-life was 59 min. After oral dosing, the C$_{max}$ was 60 to 120 min post-dose and bioavailability was 43%. | 663585 |
| In vivo | Human pharmacokinetics. | Phase I study in healthy volunteers administered ACP-103 in single- and multiple-dose studies. Dose range and schedules were unspecified | Following single oral doses of ACP-103, kinetics were dose-linear up to 300 mg. T$_{max}$ was 6 h and half-life was approximately 55 h, consistent with once-daily dosing | 663588 |

ACP-103 Roberts 659

## Metabolism (continued)

| Study type | Effect studied | Model | Result | Reference |
|---|---|---|---|---|
| In vivo | Human pharmacokinetics. | Phase I study in 49 healthy volunteers treated with either a single dose (20 to 300 mg) or multiple dose escalation (50 to 150 mg), once daily for 14 days. | In both studies, ACP-103 exhibited dose-proportional pharmacokinetic properties and a long plasma half-life, suggesting the suitability of once-daily dosing. | 495274 |

## Clinical

| Effect studied | Model | Result | Reference |
|---|---|---|---|
| Efficacy. | Phase I study in 45 healthy volunteers administered either placebo or ACP-103 (1.0, 2.5, 5.0 and 20 mg) once daily for 14 days. | Once-daily administration of 5 mg or 20 mg ACP-103 induced significant increases in slow wave sleep. Relative to baseline, ACP-103 doses of 1.0, 2.5, 5.0 and 20 mg increased slow wave sleep by 10, 40, 65 and 55%, respectively at day 1, and by 9, 36, 73 and 46%, respectively on day 13. ACP-103 decreased the number of awakenings and the time awake after sleep onset, but did not alter latency to sleep onset and did not impair daytime functioning. | 662471 |
| Efficacy and tolerability. | Phase II study in 21 PD patients treated with ACP-103 over 5 weeks, with dose escalation every week from 30 to 300 mg. | All doses were well tolerated. ACP-103 reduced L-dopa-associated dyskinesias and motor response fluctuations compared with placebo. | 500243 |
| Efficacy and tolerability. | Phase II study in 12 PD patients receiving standard dopamine replacement therapies. Patients were evaluated following an oral dose of ACP-103 (25 or 100 mg), given once daily for 14 days. | The drug was well tolerated at both doses and did not worsen pre-existing motor deficits. In a subset of patients who exhibited treatment-induced dyskinesias, these symptoms were reduced. | 546791 |
| Efficacy. | Phase II study in 18 healthy volunteers administered a single dose of haloperidol (7.5 mg) followed by either ACP-103 (100 mg) or placebo. | ACP-103 reduced haloperidol-induced akathisia symptoms and haloperidol-induced prolactin release. | 663589 |
| Efficacy. | Phase II, double-blind, placebo-controlled, dose-escalation study in 60 PD patients administered ACP-103 (20 to 60 mg) or placebo once daily for 28 days in addition to standard dopamine replacement therapy. | ACP-103 produced significant improvements from baseline on measures of hallucinations and delusions compared with placebo, including the UPDRS-part I (-1.5 versus -0.5, respectively) and SAPS (-5.8 versus -1.2, respectively). A significant improvement was also seen on the UPDRS-IV scale. | 657641 |

## Associated patent

Title Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases.

Assignee ACADIA Pharmaceuticals Inc

Publication WO-2004054738 05-AUG-04

Priority US-2003441406 16-JAN-03

Inventors Weiner DM, Davis RE, Brann MR.

## References

359736 Screentech 2000 – IBC's Ninth International Meeting on High-Throughput Screening (Part A), Monterey, CA, USA, 28-29 February 2000. Hook D IDDB MEETING REPORT 2000 February 28-29

398958 The role of 5-HT$_{1A}$ receptors in antipsychotic activity. Schmidt CJ, Sorensen SM, Kehne JH, Carr AA, Palfreyman MG LIFE SCI 1995 56 25 2209-2222

413204 Dopamine receptor binding predicts clinical and pharmacological potencies of antischizophrenic drugs. Creese I, Burt DR, Snyder SH SCIENCE 1976 192 4238 481-483

413205 Treatment of schizophrenia: A clinical and preclinical evaluation of neuroleptic drugs. Ellenbroek BA PHARMACOL THER 1993 57 1 1-78

413207 Brain dopamine receptors. Seeman P PHARMACOL REV 1980 32 3 229-313

413211 Mechanisms of action of atypical antipsychotic drugs. Implications for novel therapeutic strategies for schizophrenia. Deutch AY, Moghaddam B, Innis RB, Krystal JH, Aghajanian GK, Bunney BS, Charney DS SCHIZOPHR RES 1991 4 2 121-156

427107 5-Hydroxytryptamine 2A receptor inverse agonists as antipsychotics. Weiner DM, Burstein ES, Nash N, Croston GE, Currier EA J PHARMACOL EXP THER 2001 299 1 268-276

427418 ACADIA nominates psychosis drug for development. ACADIA Pharmaceuticals A/S PRESS RELEASE 2001 October 30

427981 5HT(2A) receptors regulate serotonin and glutamate release from rat cortical slices through GABAergic interneurons. Gatrone B, Desanti S, Piazza M, Bruneto N, Lupani MR ABSTR SOC NEUROSCI 2001 27 142.2

454039 Medicinal Chemistry – 28th National Symposium (Part I) – OVERNIGHT REPORT, San Diego, CA, USA, 8-12 June 2002. Cox R IDDB MEETING REPORT 2002 June 8-13

475882 ACADIA initiates ACP-103 clinical trials. ACADIA Pharmaceuticals Inc PRESS RELEASE 2003 January 22

495274 Psychiatric Drug Discovery & Development – SRI Conference (Part I), Princeton, NJ, USA, 23-24 June, 2003. Vanover KE IDDB MEETING REPORT 2003 June 23-24

500243 ACADIA completes phase I ACP-103 studies. ACADIA Pharmaceuticals Inc PRESS RELEASE 2003 August 06

546791 ACADIA presents positive phase II/IIa data for PD drug. ACADIA Pharmaceuticals Inc PRESS RELEASE 2004 June 29

559191 ACADIA's ACP-103 successful in phase I schizophrenia trial. ACADIA Pharmaceuticals Inc PRESS RELEASE 2004 September 15

559570 Pharmacological characterization of AC-90179 [2-(4-methoxyphenyl)-N-(4- methyl-benzyl)-N-(1-methyl-piperidin-4-yl)-acetamide hydrochloride]: A selective serotonin 2A receptor inverse agonist. Vanover KE, Harvey SC, Son T, Bradley P, Kold H, Makhay M, Veinbergs I, Spalding TA, Weiner DM, Andersson CM, Tolf BR, Brann MR, Hacksell U, Davis RE J PHARMACOL EXP THER 2004 310 3 943-951



588237 ACADIA Pharmaceuticals reports financial results for the fourth quarter and year ended December 31, 2004. ACADIA Pharmaceuticals Inc PRESS RELEASE 2005 March 03

595471 Placebo-controlled evaluation of four novel compounds for the treatment of schizophrenia and schizoaffective disorder. Meltzer HY, Arvanitis L, Bauer D, Rein W AM J PSYCHIATRY 2004 161 6 975-984

608856 ACADIA's ACP-103 reduces psychosis in phase II PD trial. ACADIA Pharmaceuticals Inc PRESS RELEASE 2005 June 22

620356 sanofi-aventis announces strong growth in 2005. sanofi-aventis PRESS RELEASE 2005 August 31

638276 ACADIA's ACP-103 reduces haloperidol side effects in schizophrenia. ACADIA Pharmaceuticals Inc PRESS RELEASE 2005 December 01

657641 ACADIA's ACP-103 meets phase II psychosis endpoint in PD patients. ACADIA Pharmaceuticals Inc PRESS RELEASE 2006 March 23

662471 ACADIA's ACP-103 increases slow-wave sleep in clinical trial. ACADIA Pharmaceuticals Inc PRESS RELEASE 2006 April 19

663385 Pharmacological and behavioral profile of N-(4-fluorophenyl-methyl)-N-(1-methylpiperidin-4-yl)-N'-(4-(2-methylpropyloxy)phenylmethyl) carbamide (2R,3R)-dihydroxybutanedioate (2:1) (ACP-103), a novel 5-hydroxytryptamine 2A receptor inverse agonist. Vanover KE, Weiner DM, Makhay M, Veenberg I, Gardell LR, Lameh J, Del TAL, Piu F, Schiffer HH, Ott TR, Burstein ES, Uldam AK, Thygesen MB, Schlenger N, Andersson CM, Son TY, Harvey SC, Powell SB, Geyer MA, Tolf BR, Brann MR, Davis RE J PHARMACOL EXP THER 2006 317 2 910-918

663586 ACP-103, a 5-HT2A/2C inverse agonist, potentiates haloperidol-induced dopamine release in rat medial prefrontal cortex and nucleus accumbens. Li Z, Ichikawa J, Huang M, Prus AJ, Dai J, Meltzer HY PSYCHOPHARMACOL 2005 183 2 144-153

663587 Reduction of haloperidol-induced side effects by ACP-103 in healthy volunteers. Vanover KE, Weiner DM, Nilsson LG, Grabnen A, Tolf BR, Hacksell U, Brann MR, Davis RE SCHIZOPHR BULL 2005 31 2 516

663588 ACP-103, a 5-HT2A receptor inverse agonist: Safety, tolerability, and pharmacokinetics in healthy volunteers. Vanover KE, Weiner DM, Schlenger N, Thygesen M, Tolf B, Hacksell U, Brann MR, Davis RE INT J NEUROPSYCHOPHARMACOL 2004 7 Suppl 1 S253

663589 Reduction of haloperidol-induced side effects by ACP-103 in healthy volunteers. Grahnen AE, Vanover KE, Weiner DM, Nilsson L, Tolf B, Hacksell U, Davis MR CLIN PHARMACOL THER 2005 77 2 Suppl 98

663750 Positive and negative symptoms in schizophrenia: A critical reappraisal. Andreasen NC, Flaum M, Swayze VW, Tyrrel G, Arndt S ARCH GEN PSYCHIATRY 1990 47 7 615-621

663916 Dopamine in schizophrenia: A review and reconceptualization. Davis KL, Kahn RS, Ko G AM J PSYCHIATRY 1991 148 11 1474-1486

663919 Localisation of the mRNA for the dopamine D₂ receptor in the rat brain by in situ hybridisation histochemistry. Mengod G, Martinez-Mir MI, Vilaro MT, Palacos JM PROC NATL ACAD SCI USA 1989 86 21 8560-8564

663920 Quantitation of 5-HT₂A receptor mRNA in human postmortem brain using RT-PCR. Dwivedi Y, Pandey GN NEUROREPORT 1998 9 3761 3765

663922 Efficacy of low-dose mirtazapine in neuroleptic-induced akathisia: A double-blind randomized placebo-controlled pilot study. Poyurovsky M, Epshtein S, Fuchs C, Schneidman M, Weizman R, Weizman A J CLIN PSYCHOPHARMACOL 2003 23 3 305-308

666563 ACP-103 to treat Parkinson's disease. COMPANY WORLD WIDE WEB SITE 2006
http://www.clinicaltrials.gov

665900 Incidence and distribution of parkinsonism in Olmsted County, Minnesota, 1976-1990. Bower JH, Maraganore DM, McDonnell SK, Rocca WA NEUROLOGY 1999 52 6 1214-1220

665908 Treatment of psychosis in Parkinson's disease: Safety considerations. Friedman HH, Trieschmann ME, Friedman JH DRUG SAFETY 2003 26 9 643-659

666574 Quetiapine attenuates levodopa-induced motor complications in rodent and primate parkinsonian models. Oh JD, Bibbiani F, Chase TN EXP NEUROL 2002 177 557-564

668841 WO-2004064726: Selective serotonin 2A/2C receptor inverse agonists as therapeutic for neurodegenerative diseases. Weiner DM, Davis RE, Brann MR WORLD PATENT 2006

671071 Effects of chronic insomnia and use of benzodiazepines on daytime performance in older adults. Vignola A, Lamoureux C, Bastien CH, Morin CM J GERONTOL SERIES B – PSYCHOLOGICAL SCI SOCIAL SCI 2006 56 1 54-62

671295 Treatment options for depression and psychosis in Parkinson's disease. Poewe W, Seppi K. J NEUROL 2001 248 Suppl 3 III12-III21

671374 Dyskinesias and motor fluctuations in Parkinson's disease. A community-based study. Schrag A, Quinn N. BRAIN 2003 123 11 2297-2305

JSUF0280

antipsychotic drug action, as well as in the pathophysiology of psychiatric disorders.

## ACP-103, A 5-HT2A RECEPTOR INVERSE AGONIST, A NOVEL POTENTIAL TREATMENT FOR PSYCHOSIS

K. E. Vanover,* D. M. Weiner, S. C. Harvey, S. B. Powell, M. A. Geyer, C. M. Andersson, B. R. Tolf, U. Hacksell, M. R. Brann, R. E. Davis

ACADIA Pharmaceuticals, San Diego, CA, USA

ACP-103 is a novel inverse agonist at 5-HT2A receptors currently in development as a treatment for psychosis and other neuropsychiatric indications. The purpose of the present study was to characterize the pharmacological and pharmacokinetic profile of ACP-103. In vitro cell-based functional assays, receptor binding assays, permeability assays and liver microsomal assays were used in addition to in vivo behavioral and pharmacokinetic assays. ACP-103 exhibited potent intrinsic efficacy as an inverse agonist at 5-HT2A receptors as measured by a cell-based functional assay ($EC50 = 0.61$ nM) and displaced [3H]-ketanserin in 5-HT2A receptor binding studies (Ki = 0.29 nM). In functional assays for 30 receptors and radioligand binding assays for 63 receptors, including the other monoaminergic receptors including 5-HT2B, the only other significant activity observed for ACP-103 was interaction with 5-HT2C. At 5-HT2C, ACP-103 had an $EC50$ of 88 nM as an inverse agonist and a Ki of 0.7 nM in [3H]-mesulergine binding assays. In animal models of antipsychotic-like efficacy, ACP-103 attenuated dizocilpine-induced hyperactivity in mice (3 mg/kg s.c., 10 mg/kg p.o.) and DOI-induced head twitches in rats (3 mg/kg p.o.) and restored DOI-induced deficits of prepulse inhibition in rats (1 mg/kg s.c.). Moreover, ACP-103 exhibited a favorable side effect profile with a lack of haloperidol-like catalepsy in mice (>100 mg/kg i.p.) and rats (>30 mg/kg i.p.), a lack of haloperidol-like disruption of learning in mice (>10 mg/kg i.p.), and a lack of clozapine-like sedation as suggested by a traction reflex in mice (>10 mg/kg, i.p.). The in vitro and in vivo pharmacology profile together with high absorption predicted by permeability studies in CACO-2 cells, little metabolism by human liver microsomes, and oral bioavailability greater than 42% as determined after a dose of 10 mg/kg in rats, lead to the nomination of ACP-103 as a development candidate. ACP-103 is a potent, selective and efficacious 5-HT2A inverse agonist with antipsychotic-like effects and favorable side effect, pharmacokinetic and metabolic profile. Preclinical development of ACP-103 is ongoing with data from human Phase I safety and tolerability studies expected in Spring 2003.

## FATTY ACID METABOLISM IN SCHIZOPHRENIA: COMPARISON OF THE EFFECTS OF PROLIZIN AND CLOZAPINE

M. C. Waldo,* F. Kuypers, E. Cawthra, S. Larkin

Psychiatry, UCHSC, Denver, CO, USA

Accumulating evidence suggests that patients with schizophrenia have abnormal membrane lipid composition in brain tissue, reflected in the red cell(RBC) membrane(1). However, there has not been agreement on which lipids are altered. One confound may be the impact of medication on lipid composition and organization. We studied 33 schizophrenic subjects on both typical and atypical neuroleptics and 27 normal controls. We analyzed the overall RBC fatty acid composition of these patients. The mean percentage of docosahexaenoic and arachidonic acid in schizophrenics were significantly lower than the controls (p=.05) and the percentage of stearic acid higher than normal controls ( p=.02). We did not find a correlation between the altered fatty acid composition of the RBC and the fatty acid composition in the plasma, suggesting that the altered RBC composition was not a reflection of the lipid environment of the RBC. We then compared patients on clozapine (n= 17), an atypical neuroleptic, and prolixin decanoate, a traditional neuroleptic (n= 8). Patients on prolixin decanoate were significantly different from both normal controls and from patients in clozapine on the percentages of palmitic acid, oleic acid, arachidonic acid, eicosapentaenoic acid, and docosahexaenoic acid in RBC membranes. Patients on clozapine differed from normal controls only on percentages of stearic acid and docosahexaenoic acid. Patients on other atypical neuroleptics fell between the patients on clozaril and prolixin. Results from this study confirm previously reported abnormalities in lipid composition in schizophrenia, and also suggest that some of the abnormalities may be reversed by atypical, but not traditional, neuroleptic medications. Similar reversals by clozapine are seen in other apparent trait deficits typical of schizophrenia, including abnormal sensory gating of the auditory P50 wave (Nagamoto et al, 1999). (1) Fenton, WS, Hibbeln, J, and Knable, M. Essential fatty acids, lipid membrane abnormalities, and the diagnosis and treatment of schizophrenia. Biological Psychiatry. 47:8-21,2000. (2) Nagamoto, H.T., Adler, L.E., McRae, K.A., Huettl, P., Cawthra, E., Gerhardt, G., Hea, R., Griffith, J. and Freedman, R (1999) Auditory P50 in schizophrenics on clozapine: improved gating parallels clinical improvement and changes in plasma MHPG. Neuropsychobiology, v.149,1999.

## ANTAGONISM OF GLYCINE TRANSPORTER ACTIVITY BY TYPICAL AND ATYPICAL ANTIPSYCHOTICS

J. B. Williams,* P. J. Mallorga, J. P. Conn, D. J. Pettibone, C. Sur

Neuroscience, Merck Research Labs, West Point, PA, USA

Non-competitive NMDA receptor antagonists have been shown to induce psychotic states in humans that closely resemble clinical schizophrenia. These observations have led to the NMDA hypofunction hypothesis of schizophrenia. Glycine, by acting as an NMDA co-agonist, monitors NMDA receptor function. Clinical studies have shown that addition of glycine to on-going antipsychotic medication significantly improved negative symptoms of schizophrenic patients (reviewed by Heresco-Levy, 2000 Int. J. Neuropsychopharmacol. 3, 243-258). Interestingly, this effect was almost exclusively observed in patients not treated by clozapine, consistent with clozapine itself having a facilitatory effect on NMDA neurotransmission. At NMDA receptor expressing synapses, glycine concentration is thought to be tightly regulated by the $Na^+/Cl^-$ dependent glycine transporter 1 (GlyT1). We thus investigated the effects of clozapine as well as typical antipsychotics on glycine uptake mediated by GlyT1 endogenously expressed in human choriocarcinoma cells. Competition experiments revealed that typical antipsychotics such as haloperidol, thioridazine and chlorpromazine inhibit glycine uptake with IC50 values of 10-30 µM. Clozapine was less potent with an IC50 of $100 \pm 1$ µM (n = 3) and its two major metabolites were very weak antagonists as was olanzapine. Eadie-Hofstee analysis revealed that clozapine non-competitively inhibits glycine uptake

JSUF0281

0022-3565/06/3172-910–918$20.00
THE JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS
Copyright © 2006 by The American Society for Pharmacology and Experimental Therapeutics
JPET 317:910–918, 2006

Vol. 317, No. 2
97006/3108029
Printed in U.S.A.

# Pharmacological and Behavioral Profile of N-(4-Fluorophenylmethyl)-N-(1-methylpiperidin-4-yl)-N'-(4-(2-methylpropyloxy)phenylmethyl) Carbamide (2R,3R)-Dihydroxybutanedioate (2:1) (ACP-103), a Novel 5-Hydroxytryptamine₂A Receptor Inverse Agonist

Kimberly E. Vanover, David M. Weiner, Malath Makhay,[1] Isaac Veinbergs,[2] Luis R. Gardell, Jelveh Lameh, Andria L. Del Tredici, Fabrice Piu, Hans H. Schiffer, Thomas R. Ott, Ethan S. Burstein, Allan K. Uldam,[3] Mikkel B. Thygesen, Nathalie Schlienger, Carl Magnus Andersson,[4] Thomas Y. Son, Scott C. Harvey,[5] Susan B. Powell, Mark A. Geyer, Bo-Ragner Tolf, Mark R. Brann, and Robert E. Davis

ACADIA Pharmaceuticals Inc., San Diego, California (K.E.V., D.M.W., M.M., I.V., L.R.G., J.L., A.L.D.T., F.P., H.H.S., T.R.O., E.S.B., A.K.U., M.B.T., N.S., C.M.A., T.Y.S., S.C.H., B.-R.T., M.R.B., R.E.D.); and Department of Psychiatry, University of California, San Diego, La Jolla, California (S.B.P., M.A.G.)

Received October 14, 2005; accepted February 7, 2006

## ABSTRACT

The in vitro and in vivo pharmacological properties of N-(4-fluorophenylmethyl)-N-(1-methylpiperidin-4-yl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide (2R,3R)-dihydroxybutanedioate (2:1) (ACP-103) are presented. A potent 5-hydroxytryptamine (5-HT)₂A receptor inverse agonist ACP-103 competitively antagonized the binding of [³H]ketanserin to heterologously expressed human 5-HT₂A receptors with a mean pKᵢ of 9.3 in membranes and 9.70 in whole cells. ACP-103 displayed potent inverse agonist activity in the cell-based functional assay receptor selection and amplification technology (R-SAT), with a mean pIC₅₀ of 8.7. ACP-103 demonstrated lesser affinity (mean pKᵢ of 8.80 in membranes and 8.00 in whole cells, as determined by radioligand binding) and potency as an inverse agonist (mean pIC₅₀ 7.1 in R-SAT) at human 5-HT₂C receptors, and lacked affinity and functional activity at 5-HT₂B receptors, dopamine D₂ receptors, and other human monoaminergic receptors. Behaviorally, ACP-103 attenuated head-twitch behavior (3 mg/kg p.o.), and prepulse inhibition deficits (1–10 mg/kg s.c.) induced by the 5-HT₂A receptor agonist (±)-2,5-dimethoxy-4-iodoamphetamine hydrochloride in rats and reduced the hyperactivity induced in mice by the N-methyl-ᴅ-aspartate receptor noncompetitive antagonist 5H-dibenzo[a,d]cyclohepten-5,10-imine (dizocilpine maleate; MK-801) (0.1 and 0.3 mg/kg s.c.; 3 mg/kg p.o.), consistent with a 5-HT₂A receptor mechanism of action in vivo and antipsychotic-like efficacy. ACP-103 demonstrated >42.6% oral bioavailability in rats. Thus, ACP-103 is a potent, efficacious, orally active 5-HT₂A receptor inverse agonist with a behavioral pharmacological profile consistent with utility as an antipsychotic agent.

---

[1] Current affiliation: TorreyPines Therapeutics, La Jolla, California.
[2] Current affiliation: Amgen, Cambridge, Massachusetts.
[3] Current affiliation: Haldor Topsoe, Vaerloese, Denmark.
[4] Current affiliation: Department of Chemistry, KaroBio AB, NOVUM, Huddinge, Sweden.
[5] Current affiliation: Sharp Memorial Hospital, San Diego, California.
Article, publication date, and citation information can be found at http://jpet.aspetjournals.org.
doi:10.1124/jpet.105.097006.

Most antipsychotic drugs have affinity for a variety of receptors, including dopamine D₂ and serotonin 5-HT₂A receptors. The dopamine hypothesis of schizophrenia posits that antipsychotic efficacy is mediated by antagonism of dopamine D₂ receptors (Snyder, 1976; Carlsson et al., 1999a). Unfortunately, antagonism of D₂ receptors also causes profound motor, endocrine, and cognitive side effects, which can

**ABBREVIATIONS:** 5-HT, 5-hydroxytryptamine; AC-90179, 2-(4-methoxyphenyl)-N-(4-methylbenzyl)-N-(1-methylpiperidin-4-yl)acetamide, hydrochloride; ACP-103, N-(4-fluorophenylmethyl)-N-(1-methylpiperidin-4-yl)-N'-(4-(2-methylpropyloxy)phenylmethyl) carbamide (2R,3R)-dihydroxybutanedioate (2:1); DOI, (±)-2,5-dimethoxy-4-iodoamphetamine hydrochloride; PPI, prepulse inhibition; NMDA, N-methyl-ᴅ-aspartate; MK-801, 5H-dibenzo[a,d]cyclohepten-5,10-imine (dizocilpine maleate); R-SAT, receptor selection and amplification technology; DMEM, Dulbecco's modified Eagle's medium; M100907, R-(+)-α-(2,3-dimethoxyphenyl)-1-[2-(4-fluorophenylethyl)]-4-piperidine-methanol; SST, somatostatin; MDL-100,151, (±)-α-(2,3-dimethoxyphenyl)-1-[2-(4-fluorophenylethyl)]-4-piperidine-methanol.

Downloaded from jpet.aspetjournals.org by on October 1, 2008

Downloaded from jpet.aspetjournals.org by on October 1, 2008

severely limit the clinical utility of compounds with this property. More recently, high-affinity antagonism or inverse agonism at 5-HT$_{2A}$ receptors has been postulated to mediate the efficacy and improved side effect profile of atypical antipsychotics (Leysen et al., 1978; Meltzer et al., 1989; Carlsson et al., 1999a; Weiner et al., 2001). Such suggestions stimulated efforts to discover selective 5-HT$_{2A}$ receptor antagonists or inverse agonists.

Recently, it was reported that nearly all antipsychotics are 5-HT$_{2A}$ receptor inverse agonists, in that they can attenuate the basal constitutive signaling activity of this receptor, in contrast to neutral antagonists that can only block agonist-induced responses and lack negative intrinsic efficacy (Weiner et al., 2001). Accordingly, a high-throughput 5-HT$_{2A}$ receptor inverse agonist screen, followed by an effort in medicinal chemistry, was used to identify potent, selective, and highly efficacious 5-HT$_{2A}$ receptor inverse agonists (Weiner et al., 2001). A prototype 5-HT$_{2A}$ receptor inverse agonist, AC-90179, was shown to have efficacy in animal models for antipsychotic-like activity and lacked the side effects associated with other antipsychotic drugs, but it demonstrated poor oral bioavailability (Weiner et al., 2001; Vanover et al., 2004). Additional synthetic efforts designed to improve metabolic stability resulted in the discovery of ACP-103 (Fig. 1).

The pharmacological properties of the novel 5-HT$_{2A}$ receptor inverse agonist ACP-103 were characterized and compared with other 5-HT$_2$ receptor ligands that have been, or currently are, in development for the treatment of human neuropsychiatric disease. In vitro, ACP-103 and comparator compounds were evaluated for potency and efficacy as inverse agonists at 5-HT$_{2A}$ receptors. Selectivity of ACP-103 across monoaminergic and other receptors was assessed in radioligand binding and functional assays.

Behaviorally, ACP-103 was tested for antipsychotic-like efficacy by measuring the ability of ACP-103 to attenuate ($\pm$)-2,5-dimethoxy-4-iodoamphetamine hydrochloride (DOI)-induced head twitches in rats. The induction of head twitches by the 5-HT$_2$ agonist DOI is thought to be mediated by brain 5-HT$_{2A}$ receptors, and attenuation of DOI-induced head twitches is an activity shared by many atypical antipsychotic drugs (Wettstein et al., 1999). ACP-103 was also studied for its ability to restore a DOI-induced disruption of prepulse inhibition (PPI) of the acoustic startle response, an experimental paradigm that measures sensorimotor gating processes in rats. This test is based on the observation that a high-intensity stimulus (e.g., an abrupt loud noise) causes a startle response and that when a stimulus of lesser intensity (e.g., a quieter noise) occurs shortly before the high-intensity stimulus, the startle response is diminished. This sensorimotor-gating process is disrupted in schizophrenia patients (Braff et al., 1978). Atypical antipsychotic drugs that have high affinity for 5-HT$_{2A}$ receptors have been shown to restore the DOI-induced PPI deficits in rats (Geyer et al., 2001). To extend the antipsychotic-like behavioral profile beyond direct 5-HT$_{2A}$ receptor interactions, ACP-103 was tested for its

ability to attenuate hyperactivity induced by the noncompetitive N-methyl-D-aspartate (NMDA) antagonist MK-801 (dizocilpine maleate). Blockade of NMDA antagonist-induced hyperactivity is predictive of antipsychotic-like efficacy (Freed et al., 1984). It was hypothesized that ACP-103 would attenuate DOI-induced head twitches and PPI deficits as well as MK-801-induced hyperactivity. Lastly, the pharmacokinetic profile of ACP-103 was evaluated in rats.

## Materials and Methods

### In Vitro Pharmacological Experiments

**Receptor Cloning.** Full-length sequence-verified clones of each of the three human 5-HT$_2$ receptor subtypes were isolated and subcloned into a mammalian expression vector as described previously (Weiner et al., 2001). The 5-HT$_{2C}$ receptor is naturally subject to RNA editing, which alters the protein sequence of the receptor, generating a multitude of functionally distinct isoforms (Burns et al., 1997). Site-directed mutagenesis was used to create the various 5-HT$_{2C}$ receptor isoforms as described previously (Marion et al., 2004). All 5-HT$_{2C}$ receptor selection and amplification technology (R-SAT) inverse agonist experiments were performed with the constitutively active INI isoform, whereas radioligand-binding experiments utilized the VGV isoform (membranes) or the INI isoform (whole cells). The expression levels for the cells were as follows: 530 $\pm$ 264 fmol/mg protein ($n = 18$) for 5-HT$_{2A}$, 3251 $\pm$ 1457 fmol/mg protein ($n = 20$) for 5-HT$_{2C}$, and 277 $\pm$ 139 fmol/mg protein ($n = 4$) for 5-HT$_{2B}$.

**Receptor Selection and Amplification Technology.** R-SAT assays were performed as described previously (Weiner et al., 2001), with the following modifications. In brief, NIH-3T3 cells were grown to 80% confluence in Dulbecco's modified Eagle's medium (DMEM) supplemented with 10% bovine calf serum (Hyclone Laboratories, Logan, UT) and 1% penicillin/streptomycin/glutamine (Invitrogen, Carlsbad, CA). Cells were transfected in roller bottles for 18 h with the relevant G protein-coupled receptor gene and the gene for $\beta$-galactosidase. After transfection, cells were trypsinized, harvested, and frozen. Aliquots of frozen cell batches were thawed and tested for response to reference agonists and inverse agonists ensuring pharmacologically appropriate responses. To initiate an assay, cells were thawed rapidly and prepared in DMEM contained 0.4% calf serum (Hyclone Laboratories), 30% UltraCulture (BioWhittaker, Rockland, ME), and 1% penicillin/streptomycin/glutamine, and then they were added to half-area 96-well microtiter plates containing either test compounds or reference ligands. After 5 days in culture, media were removed from the wells, and the cells were incubated at room temperature in 200 $\mu$l of phosphate-buffered saline, pH 7.4, with 3.5 mM o-nitrophenyl-$\beta$-D-galactopyranoside (Sigma-Aldrich, St. Louis, MO) and 0.5% Nonidet P-40 (Sigma-Aldrich). After 2 to 4 h, the plates were read at 420 nm on a plate-reader (Bio-Tek Instruments, Winooski, VT).

**Radioligand Binding.** For the membrane binding, NIH-3T3 cells were grown to 70% confluence in 15-cm$^2$ dishes and transfected with 10 $\mu$g of receptor plasmid DNA using Polyfect transfection reagent (QIAGEN, Valencia, CA) according to manufacturer's protocols. Two days after transfection, cells expressing the desired serotonin receptor were homogenized in 20 mM HEPES/10 mM EDTA and spun down at 11,000g at 4°C for 30 min. The supernatant was discarded, and the pellet was resuspended in 20 mM HEPES/1 mM EDTA and spun down at the same setting. The pellet was then resuspended in 20 mM HEPES/0.5 mM EDTA, and membranes were used for binding assays. Bradford analysis was used to determine total membrane protein. $K_d$ and $B_{max}$ values were derived from 12-point concentration experiments using 1 nM [$^3$H]ketanserin (PerkinElmer Life and Analytical Sciences, Boston, MA) for the 5-HT$_{2A}$ receptor and 3 nM [$^3$H]mesulergine (Amersham Biosciences, Piscataway, NJ) for the 5-HT$_{2B}$ and 5-HT$_{2C}$ receptors. Membranes



Fig. 1. Molecular structure of ACP-103.

Downloaded from jpet.aspetjournals.org by on October 1, 2008

**912**   Vanover et al.

were incubated at room temperature for 3 h with various concentrations of test ligand in the presence of a fixed concentration of radioligand. The suspension was filtered as explained below for whole-cell binding, washed with ice-cold buffer, and dried, and radioactivity was determined using TopCount (Packard Bioscience, Shelton, CT).

For the whole-cell binding, 6 million human embryonic kidney 293T cells were plated in 10-cm dishes and transfected with 5 $\mu$g of plasmid DNA using Polyfect according to manufacturer's instructions. Two days after transfection, cells were harvested with 10 mM EDTA, washed, and resuspended in binding buffer (1× DMEM with 0.1% bovine serum albumin). Then, 60,000 cells transfected with the 5-HT$_{2A}$ receptor or 20,000 cells transfected with the 5-HT$_{2C}$-INI receptor were incubated at 37°C for 3 h in the presence of 5 nM radioligand ([$^3$H]ketanserin for 5-HT$_{2A}$ receptors and [$^3$H]mesulergine for 5-HT$_{2C}$-INI receptors) and varying concentrations of ligands (total volume 100 $\mu$l in a 96-well plate). Cells were filtered onto a 96-well GF/B filter plate (Packard Bioscience) and washed with 300 ml of wash buffer (25 mM HEPES, 1 mM CaCl$_2$, 5 mM MgCl$_2$, and 0.25 M NaCl) using a Filtermate 196 harvester (Packard Instruments, Downers Grove, IL). The filter plates were dried under a heat lamp before addition of 50 $\mu$l of scintillation fluid to each well (Microscint 20; Packard Bioscience). Plates were counted on a Top-Count (Packard Bioscience). Separately, the hydrochloride salt form of ACP-103 (10 $\mu$M) was evaluated at MDS Pharma Services (Taipei, Taiwan) for activity in a broad screen of radioligand binding assays at 65 different receptors.

**Behavioral Experiments**

**Animals and Apparatus.** Male Sprague-Dawley rats, male non-Swiss albino mice (Harlan, San Diego, CA) were used as subjects. Rats weighed 200 to 300 g, and mice weighed 20 to 30 g. Animals were housed two per cage (rats) or eight per cage (mice) in a room with controlled temperature and a 12-h light/dark cycle. Water and standard rodent chow (Harlan Teklad, Madison, WI) were continuously available in the home cage.

The startle testing was performed as reported previously (Mansbach et al., 1988) in commercially available startle chambers (San Diego Instruments, San Diego, CA). Plastic locomotor activity cages (20 × 20 × 30 cm; AccuScan Instruments, Columbus, OH) were equipped with photocell beams for monitoring horizontal activity. Data were collected using Versamax computer software (AccuScan Instruments). Immediately before locomotor testing, mice were evaluated for myorelaxation/ataxia using a custom-built apparatus consisting of a metal wire (2 mm in diameter) suspended 25 cm above the benchtop.

**Procedure.** For DOI head-twitch experiments in rats, vehicle or a dose of ACP-103 was administered orally 120 min before DOI administration. DOI HCl (2.5 mg/kg i.p.) was administered immediately before observations. After injection of DOI, each rat was placed into an empty cage and observed. Latency to the first head twitch and the number of head twitches occurring over 5 min were recorded. Each rat was used only once with eight to 16 rats per dose group.

The PPI of acoustic startle response experiments were conducted in rats at the University of California San Diego. Rats first were matched for levels of acoustic startle magnitude and PPI and assigned to the drug treatment groups. Two days after the baseline session, rats were tested again in the startle chambers to assess the effects of ACP-103 and the 5-HT$_{2A}$ receptor antagonist MDL-100,151 (racemic M100907, as a positive control) on DOI-induced disruptions of PPI. The session used to assess drug effects consisted of a 5-min acclimation period in the chamber with a constant background noise (65 dB) followed by 62 presentations of acoustic stimuli and 100 subsequent presentations of air puffs to measure acoustic and tactile startle responses, respectively. The 62 acoustic trials consisted of 24 40-ms presentations of a 120-dB broadband pulse, 10 20-ms presentations of each prepulse intensity (68, 71, and 77 dB) 100 ms before a 40-ms presentation of a 120-dB broadband pulse, and eight no-stimulus trials in which no acoustic pulse was delivered to assess

general motor activation in the rats. Five 120-dB trials, which were not included in the calculation of PPI values, were presented at the beginning of the test session to achieve a relatively stable level of startle reactivity for the reminder of the session, based on the observation that the most rapid habituation to the startle reflex occurs within the first few presentations of the startle stimulus (Geyer et al., 1990). Another five 120-dB trials, also not included in the calculation of PPI values, were presented at the end of the test session to assess startle habituation. At the end of the 62 acoustic trials, there was a 1-min exposure to a constant 65-dB background noise followed by 100 30-ms presentations of 40-psi air puffs. Acoustic trials were presented in a pseudorandom order with an average intertrial interval of 15 s (range 7–23 s), and air puffs were presented every 10 s.

Thirty minutes before being placed in the startle apparatus, rats were treated with saline (s.c.), MDL-100,151 (1.0 mg/kg s.c.), or one of three doses of ACP-103 (1.0, 3.0, or 10.0 mg/kg s.c.). Five minutes after the pretreatment, rats were administered either DOI HCl (0.5 mg/kg s.c.) or 0.9% saline (s.c.). The acoustic startle session lasted approximately 37 min. After 1 week, rats were tested again in the same acoustic/tactile startle session in the exact order and at the same time as the previous week. The same pretreatment drug or vehicle was administered, and rats were crossed over to receive the treatment opposite to that they received the previous week (e.g., DOI HCl for week 1, 0.9% saline for week 2).

Non-Swiss albino mice were used for locomotor activity experiments. For determination of spontaneous activity, ACP-103 was administered alone (s.c. 60 min before session start or p.o. 60 min before session start). For hyperactivity experiments, mice were treated with 0.3 mg/kg MK-801 (i.p.) 15 min presession (the peak dose for producing hyperactivity in an inverted-U dose-effect curve as determined in pilot experiments) in combination with vehicle or ACP-103. Motor activity data were collected during a 15-min session in a lit room. Mice had no prior exposure to the motor cages. Immediately before placing the mice in the locomotor chambers, effects on myorelaxation/ataxia were determined by placing each of the mouse's forepaws in contact with a horizontal wire while holding the mouse by the base of the tail. Mice were required to bring at least one hindpaw in contact with the wire within 10 s to be scored as a "pass" and failure to do so was considered ataxic. Each dose or dose combination was tested in a separate group of mice ($n = 8$).

**Data Analysis.** All pharmacological data were analyzed using Prism 4 for Windows (GraphPad Software Inc., San Diego, CA) and are reported as averaged values derived from multiple experimental replicates ($n$) ± S.D. Inverse agonist potencies are reported as pIC$_{50}$ values, whereas affinity measurements derived from radioligand binding experiments are reported as p$K_i$ values that were corrected according to the formula $K_i = (IC_{50})/(1 + [L]/K_d)$, in which [L] is the concentration of the test compound, and $K_d$ is the dissociation constant of the radioligand.

For DOI head-twitch experiments, latency (seconds) to the first head twitch and the number of head twitches were recorded and averaged across animals in a group. For locomotor experiments, distance traveled (centimeters) was calculated and averaged across animals in a group. Means ± S.E.M. were calculated. An analysis of variance and post hoc Dunnett's $t$ test comparisons to vehicle control were conducted for each dose-response function.

For PPI experiments, startle magnitude was quantified from the PULSE-ALONE (120-dB) trials and the PREPULSE + PULSE trials. Percentage of prepulse inhibition (%PPI) for the three prepulse intensities was calculated according to the following formula: %PPI = 100 − [((startle response for PREPULSE + PULSE trial)/(startle response for PULSE-ALONE trial)] × 100]. A three-way repeated measures analysis of variance with pretreatment as a between-subject factor and treatment and prepulse intensity as within-subject factors was performed on the %PPI data. A separate three-way repeated measures analysis of variance was performed on the %PPI data from the MDL-100,151 comparison. Because there was pretreatment by treatment interactions in both analyses of variance,

Downloaded from jpet.aspetjournals.org by on October 1, 2008

subsequent two-way repeated measures analyses of variance were performed on the DOI and vehicle-treated groups. The $\alpha$ level was adjusted to 0.025 for the two-way pairwise repeated measures analyses of variance, since one within-subject factor was dropped from the analysis. The same analyses were performed on the acoustic startle data (startle to the PULSE alone trials) with pretreatment as a between-subject factor and treatment and time as within-subject factors.

### Pharmacokinetics

The oral bioavailability of a hydrochloride salt form of ACP-103 was determined at Absorption Systems (Exton, PA) in male Sprague-Dawley rats (Hilltop Lab Animals, Scottdale, PA) weighing between 280 and 310 g. Samples were withdrawn at the following time points: for intravenous administration, 0 (predose), 2, 5, 30, 60, 120, 240, 360, and 480 min; and for oral administration, 0 (predose), 5, 30, 60, 120, 240, 360, and 480 min. Approximately 0.50 to 0.75 ml of whole blood was collected by venipuncture from the jugular vein. The blood was transferred to heparinized tubes and placed on ice until centrifuged. After centrifugation, the plasma was placed on ice until frozen at −70°C before shipment to the analytical laboratory.

To determine the concentration of ACP-103 (hydrochloride form) in rat plasma samples, standards were prepared with rat plasma in sodium citrate obtained from Lampire Biological Laboratories (Pipersville, PA) (lot number 062631954) to contain 1000, 300, 100, 30, 10, 3, 1, and 0.3 ng/ml ACP-103 (hydrochloride). Plasma standards were treated identically to the plasma samples. Plasma samples were prepared by protein precipitation. A 50-$\mu$l aliquot of plasma was combined with 150 $\mu$l of acetonitrile. The mixture was then spiked with 10 $\mu$l of internal standard, vortexed, and centrifuged for 10 min at 10,000 rpm. The supernatant (180 $\mu$l) was then evaporated to dryness and reconstituted with 100 $\mu$l of 66% acetonitrile and 44% deionized water. After vortexing and a second centrifugation at 10,000 rpm for 10 min, the sample was injected into the liquid chromatograph/tandem mass spectrometer. The concentration of the internal standard solution was 2 $\mu$g/ml AC-90179. Pharmacokinetic analysis was performed on the average plasma concentration for each time point. The data were subjected to noncompartmental analysis using the pharmacokinetic program WinNonlin version 3.1 (Pharsight, Mountain View, CA).

**Drugs.** ACP-103, eplivanserin, and M100907 and its racemate MDL-100,151 were synthesized by ACADIA Pharmaceuticals Inc. Ritanserin, haloperidol, MK-801, and DOI were obtained from Sigma-Aldrich, and clozapine was obtained from Tocris Cookson Inc. (Ellisville, MO). For the behavioral experiments, ACP-103, MDL-100,151, DOI, and MK-801 were dissolved in 0.9% saline, and haloperidol was dissolved in 10% Tween 80 (90% water). All compounds were administered in a volume of 0.1 ml/10 g body weight, and doses were calculated based on the weight of the salt. For the pharmacokinetic experiment, a solution of the hydrochloride salt was prepared using 5% dextrose (w/v) in aqueous polyethylene glycol-400 [4:1 (v/v)].

### Results

#### Pharmacology Experiments

**Functional Antagonism and Inverse Agonism.** Transient expression of the three human 5-HT$_2$ receptors in NIH-3T3 cells as part of the R-SAT assay generates robust and pharmacologically appropriate receptor-mediated responses (Fig. 2; Table 1). Each of these receptors displays detectable basal levels of constitutive activity that allows for the characterization of the potency and efficacy of 5-HT$_2$ receptor inverse agonists. Figure 2 displays representative concentration-response curves for the nonselective 5-HT$_2$ receptor





**Fig. 2.** Inverse agonism of ACP-103 at human 5-HT$_{2A}$ and 5-HT$_{2C}$ receptors. Representative concentration-response curves for ACP-103 and various 5-HT$_2$ compounds as inverse agonists at the human 5-HT$_{2A}$ (A) and 5-HT$_{2C}$ (B) receptors, as determined by R-SAT assays, are reported. Compounds were tested at eight different concentrations where each point was assayed in duplicate, with error bars depicting the mean ± S.E. Data are reported as percentage of inhibition of basal responses, where −100% represents the maximal response obtained for the reference inverse agonist ritanserin. Compounds tested include ritanserin (filled circles), ACP-103 (filled squares with dashed lines), M100907 (filled diamonds), eplivanserin (filled triangles), and clozapine (open circles). Observed 5-HT$_{2A}$ receptor inverse agonist potencies (pIC$_{50}$ values) in the reported experiments (A) were ritanserin (10.1), ACP-103 (8.9), M100907 (9.2), eplivanserin (9.1), and clozapine (8.3). Observed 5-HT$_{2C}$ receptor inverse agonist potencies (pIC$_{50}$ values) in the reported experiments (B) were ritanserin (8.4), ACP-103 (7.3), M100907 (6.3), eplivanserin (no activity), and clozapine (7.0).

inverse agonist ritanserin, as well as those observed for ACP-103 (Fig. 1), the 5-HT$_{2A}$ receptor-selective compound M100907 (Kehne et al., 1996), eplivanserin (Rinaldi-Carmona et al., 1992), and the atypical antipsychotic clozapine, at 5-HT$_{2A}$ (Fig. 2A) and 5-HT$_{2C}$ (Fig. 2B) receptors. Each of these compounds was found to be potent (pIC$_{50}$ values

JPET

914     Vanover et al.

TABLE 1
Pharmacological activity of ACP-103 at human 5-HT$_{2A}$ and 5-HT$_{2C}$ receptors

This table reports the potencies and inverse agonist efficacies (relative to ritanserin) of ACP-103, eplivanserin, M100907, ritanserin, and clozapine at human 5-HT$_2$ receptors (5-HT$_{2A}$, 5-HT$_{2B}$, and 5-HT$_{2C}$) determined by R-SAT assays and their respective receptor affinities as determined by radioligand binding assays in membranes and in whole cells. Inverse agonist potencies are reported as average pIC$_{50}$ values ± S.D. Inverse agonist efficacies are reported as percentage of inhibition relative to that observed for ritanserin (100%). Affinity determinations are reported as average pK$_i$ values ± S.D.

| Compound | R-SAT Functional Data | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 5-HT$_{2A}$ | | | 5-HT$_{2B}$ | | | 5-HT$_{2C}$ | | |
| | n | pIC$_{50}$ | % Inhibition | n | pIC$_{50}$ | % Inhibition | n | pIC$_{50}$ | % Inhibition |
| Ritanserin | 25 | 10.16 ± 0.09 | 100 | 2 | 8.6 ± 0 | 99 ± 0 | 8 | 8.35 ± 0.16 | 100 |
| M100907 | 4 | 8.94 ± 0.14 | 101 ± 2 | 2 | N.A. | N.A. | 4 | 6.27 ± 0.15 | 76 ± 5 |
| Eplivanserin | 2 | 8.98 ± 0.38 | 87 ± 7 | 2 | N.D. | 35 ± 12 | 6 | N.A. | N.A. |
| ACP-103 | 19 | 8.73 ± 0.3 | 93 ± 6 | 3 | N.D. | N.A. | 17 | 7.04 ± 0.15 | 110 ± 3 |
| Clozapine | 5 | 7.87 ± 0.16 | 95 ± 6 | 3 | 7.00 ± 0.5 | 100 | 3 | 6.70 ± 0.23 | 88 ± 5 |

| | Radioligand Binding Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Membrane Binding pK$_i$ | | | | Whole Cell Binding pK$_i$ | | | |
| | n | 5-HT$_{2A}$ | n | 5-HT$_{2C}$ | n | 5-HT$_{2A}$ | n | 5-HT$_{2C}$ |
| Ritanserin | 3 | 10.08 ± 0.14 | 4 | 9.36 ± 0.12 | 7 | 8.88 ± 0.14 | 9 | 7.61 ± 0.12 |
| M100907 | 4 | 10.52 ± 0.08 | 4 | 8.42 ± 0.09 | 4 | 9.76 ± 0.10 | 6 | 6.35 ± 0.18 |
| Eplivanserin | 3 | 10.34 ± 0.17 | 5 | 8.87 ± 0.17 | 2 | 9.40 ± 0.10 | 3 | 6.13 ± 0.29 |
| ACP-103 | 3 | 9.3 ± 0.14 | 2 | 8.80 ± 0.07 | 6 | 9.70 ± 0.19 | 7 | 8.00 ± 0.14 |
| Clozapine | 3 | 9.26 ± 0.33 | 3 | 8.88 ± 0.25 | 3 | 8.23 ± 0.10 | 3 | 6.16 ± 0.22 |

n, number of experiments performed; N.A., no activity (< 20% inhibition); and N.D., not determined.

greater than 8.0) inverse agonists at the 5-HT$_{2A}$ receptor (Fig. 2; Table 1). The rank order of potency of these compounds at the 5-HT$_{2A}$ receptor was ritanserin > M100907 = eplivanserin = ACP-103 > clozapine. As expected, all compounds were found to competitively antagonize serotonin-induced 5-HT$_{2A}$ receptor agonist responses in R-SAT (data not shown). Regarding efficacy, all compounds displayed full inverse agonist efficacy (75% or greater) relative to ritanserin (Table 1). In contrast, only ritanserin and clozapine displayed potent inverse agonist activity at the human 5-HT$_{2B}$ receptor (Table 1). The inverse agonist potencies of these compounds at the 5-HT$_{2C}$ receptor were significantly less than those observed at the 5-HT$_{2A}$ receptors. As depicted in Fig. 2B, ritanserin, ACP-103, M100907, and clozapine displayed inverse agonist activity; however, eplivanserin was found to lack negative intrinsic efficacy. The rank order of potency at the 5-HT$_{2C}$ receptor was ritanserin > ACP-103 > clozapine > M100907 (Table 1). Each of these compounds displayed full inverse agonist efficacy (Table 1). All five compounds were found to competitively antagonize serotonin-induced 5-HT$_{2C}$ receptor agonist responses in R-SAT (data not shown). Finally, ACP-103 was tested against 31 of the total 36 human monoaminergic receptors, including 5-HT$_{1A}$, 5-HT$_{1B}$, 5-HT$_{1D}$, 5-HT$_{1E}$, 5-HT$_{1F}$, 5-HT$_3$, 5-HT$_{6A}$, and 5-HT$_{7A}$, and was found to lack functional activity (pEC$_{50}$ or pK$_i$ values less than 6.0) at the 31 monoaminergic receptors and additional five nonmonoaminergic (somatostatin SST$_1$, SST$_2$, SST$_3$, SST$_4$, and SST$_5$) receptor subtypes when tested as an agonist, inverse agonist, or a competitive antagonist in R-SAT or other functional assays (data not shown).

Radioligand Binding. To further characterize the pharmacology of ACP-103 at human 5-HT$_2$ receptors, affinity determinations were made using radioligand binding techniques in membranes and whole cells (Table 1). All five compounds displayed high affinity for both receptors. The rank order of affinity for the 5-HT$_{2A}$ receptor was M100907 ≈ eplivanserin ≈ ritanserin > ACP-103 ≈ clozapine for membrane binding and M100907 ≈ ACP-103 > eplivanserin >

ritanserin > clozapine for whole-cell binding. The rank order of affinity at the 5-HT$_{2C}$ receptor was ritanserin > clozapine ≈ eplivanserin ≈ ACP-103 > M100907 for membrane binding and ACP-103 > ritanserin > M100907 ≈ clozapine ≈ eplivanserin for whole-cell binding. The observed affinity values were similar to the observed functional potencies as inverse agonists. Eplivanserin was found to possess high affinity for the 5-HT$_{2C}$ receptor (Table 1) to competitively antagonize serotonin-induced functional responses (data not shown) yet lack inverse agonist activity (Fig. 2B; Table 1), consistent with its designation as a competitive (neutral) antagonist at human 5-HT$_{2C}$ receptors. ACP-103 was found to lack affinity (pK$_i$ < 6.0) for the human dopamine D$_2$ receptor as determined by its inability to competitively displace spiperone or raclopride in radioligand binding assays (data not shown). Finally, a broad receptor binding profiling screen conducted at MDS Pharma Services that included a range of channels, enzymes, and receptors confirmed that, of 65 assays, the only high-affinity (pK$_i$ > 7.0) interaction of ACP-103 was at 5-HT$_2$ receptors (Table 2).

Behavioral Experiments

DOI (2.5 mg/kg i.p.) with a vehicle pretreatment induced an average of 5.2 ± 0.9 (S.E.M.) head twitches with the latency to head-twitch onset of 183 ± 25.3 s. ACP-103 (n = 8–16/group) attenuated DOI-induced head twitches at a dose of 3 mg/kg p.o. after a 2-h pretreatment (Fig. 3). The analysis of variance for number of head twitches [$F(5,71) = 2.795$; $p = 0.02$] was statistically significant, and for latency [$F(5,71) = 1.970$; $p = 0.09$], it was a statistical trend. The number of head twitches after DOI plus 3 mg/kg ACP-103 was 0.75 ± 0.27. The latency to first head twitch after DOI plus 3 mg/kg ACP-103 was 264.9 ± 11.4 s. No effect on head-twitch behavior was seen after treatment with ACP-103 over the same dose range alone (data not shown).

The three-way repeated measures analysis of variance on the %PPI data from the ACP-103 groups revealed a marginal effect of DOI [$F(1,37) = 3.86$; $p = 0.06$] and a DOI by ACP-103

Downloaded from jpet.aspetjournals.org by on October 1, 2008

aspet  PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS

TABLE 2
Broad screen receptor profiling for ACP-103 in radioligand binding

If ACP-103 (10 μM) demonstrated greater than 50% inhibition in receptor binding, the percentage of inhibition is listed in the table. The IC$_{50}$ and $K_i$ values were only determined at those receptors for which 10 μM ACP-103 demonstrated 100% inhibition. ACP-103 (10 μM) demonstrated less than 50% inhibition in receptor binding assays at the following receptors: adenosine A$_1$, adenosine A$_{2A}$, adenosine A$_{2B}$, adrenergic $\alpha_{1A}$, adrenergic $\alpha_{1B}$, adrenergic $\alpha_{2A}$, adrenergic $\alpha_{2B}$, adrenergic $\beta_2$, bradykinin B$_1$, bradykinin B$_2$, calcium channel type N, dopamine D$_1$, dopamine D$_{2L}$, dopamine D$_{4.2}$, dopamine transporter, endothelin ET$_A$, endothelin ET$_B$, epidermal growth factor (EGF), estrogen ER$\alpha$, GABA transporter, GABA$_A$ agonist site, GABA$_A$ benzodiazepine central, GABA$_B$, glucocorticoid, glutamate kainate, glutamate NMDA agonism, glutamate NMDA glycine, glutamate NMDA phencyclidine, histamine H$_1$ central, histamine H$_2$, histamine H$_3$, imidazoline I$_2$ central, interleukin IL-1$\alpha$, leukotriene B$_4$, leukotriene D$_4$, neuropeptide Y$_1$, neuropeptide Y$_2$, nicotinic acetylcholine central, opiate $\delta$, opiate $\kappa$, opiate $\mu$, phorbol ester, platelet-activating factor (PAF), potassium channel [K$_{ATP}$], purinergic P$_{2X}$, purinergic P$_{2Y}$, serotonin 5-HT$_{1A}$, serotonin 5-HT$_3$, serotonin 5-HT$_4$, serotonin transporter, tachykinin NK$_1$, and testosterone.

| Receptor | % Inhibition at 10 μM | IC$_{50}$ | $K_i$ |
|---|---|---|---|
| Adrenergic norepinephrine transporter | 64 | N.D. | N.D. |
| Calcium channel type L, benzothiazepine | 101 | 0.34 μM | 0.31 μM |
| Calcium channel type L, dihydropyridine | 88 | N.D. | N.D. |
| Dopamine D$_3$* | 60 | N.D. | N.D. |
| Muscarinic M$_1$* | 87 | N.D. | N.D. |
| Muscarinic M$_2$* | 69 | N.D. | N.D. |
| Muscarinic M$_3$* | 68 | N.D. | N.D. |
| Serotonin 5-HT$_{2A}$ | 100 | 0.46 nM | 0.13 nM |
| Sigma $\sigma$1 | 67 | N.D. | N.D. |
| Sigma $\sigma$2 | 75 | N.D. | N.D. |
| Sodium channel site 2 | 103 | 1.41 μM | 1.29 μM |

N.D., not determined.
* ACP-103 showed no activity up to 100 nM at these receptors as either an agonist or an inverse agonist in R-SAT (data not shown).







Fig. 3. Attenuation of DOI-induced head twitches by ACP-103. DOI (2.5 mg/kg i.p.) was administered in combination with vehicle (veh) or various doses of ACP-103. A, number of head twitches produced by DOI as a function of ACP-103 dose. B, latency in seconds to the first head twitch as a function of ACP-103 dose. Each bar represents the mean + S.E.M. from a separate group of animals ($n$ = 6/dose). Asterisks indicate statistical significance ($p < 0.05$) compared with DOI + vehicle.



Fig. 4. Attenuation of DOI-induced PPI by ACP-103. DOI (0.5 mg/kg s.c.) was administered in combination with vehicle (veh), various doses of ACP-103, or 1.0 mg/kg MDL-100,151 (racemic M100907) (s.c.). %PPI is shown as a function of ACP-103 dose + S.E.M. The insert shows that ACP-103 had no effect on basal startle response. Each bar represents the mean + S.E.M. Asterisks indicate statistical significance ($p < 0.05$) compared with DOI + vehicle.

interaction [$F_{(3,37)}$ = 3.72; $p < 0.05$; Fig. 4]. DOI disrupted PPI, and ACP-103 was effective in restoring PPI even at the lowest dose tested. ACP-103 did not affect PPI on its own on the %PPI measure [$F_{(3,37)}$ = 2.31; N.S.]. Because there was a significant pretreatment by treatment interaction, pairwise two-way repeated measures analyses of variance were conducted on the saline- and DOI-treated groups separately. In the saline-treated rats, there was no effect of ACP-103 ($p > 0.025$) on %PPI. In the DOI-treated group, there were significant effects of ACP-103 [$F_{(3,37)}$ = 4.71; $p < 0.01$] on %PPI.

The two-way repeated measures analysis of variance on startle magnitude from the ACP-103 groups revealed a significant effect of DOI [$F_{(1,37)}$ = 22.18; $p < 0.01$] on startle magnitude but no effect of ACP-103 [$F_{(3,37)}$ = 1.06; N.S.] and no DOI by ACP-103 interaction [$F < 1$; N.S.]. The three-way repeated measures analysis of variance on %PPI from the MDL-100,151 group revealed a significant effect of DOI [$F_{(1,20)}$ = 12.07; $p < 0.01$] and a significant interaction between DOI and MDL-100,151 [$F_{(1,20)}$ = 29.39; $p < 0.001$] with MDL-100,151 reversing the PPI disruption produced by DOI. There was no effect of MDL-100,151 on PPI on its own [$F_{(1,20)}$ = 2.89; N.S.]. The two-way repeated measures analysis of variance on startle magnitude from the MDL-100,151 group revealed significant effects of DOI [$F_{(1,20)}$ = 15.49; $p < 0.001$] and MDL-100,151 [$F_{(1,20)}$ = 4.84; $p < 0.05$] on startle magnitude but no DOI by MDL-100,151 interaction [$F_{(1,20)}$ = 3.11; N.S.].

Downloaded from jpet.aspetjournals.org by on October 1, 2008

Downloaded from jpet.aspetjournals.org by on October 1, 2008

916    Vanover et al.

ACP-103 significantly attenuated MK-801-induced hyperactivity in mice at doses of 0.1 and 0.3 mg/kg s.c. [$F(7,63) = 6.010$; $p < 0.0001$; Fig. 5A], consistent with an antipsychotic-like effect. ACP-103 also reduced spontaneous activity at similar doses when administered s.c. [$F(7,63) = 2.741$; $p = 0.0161$]. All mice were able to pull their hindpaws up to the horizontal wire after administration of ACP-103, which was tested just before placing the mice in the locomotor chamber. In a separate experiment, seven of eight mice were able to pull their hindpaws up to the horizontal wire after administration of 100 mg/kg s.c. ACP-103 alone, indicating a lack of ataxia even at a very high dose.

ACP-103 significantly attenuated MK-801 hyperactivity at dose of 3 mg/kg p.o. [$F(4,39) = 4.681$; $p = 0.0039$; Fig. 5B], consistent with oral efficacy. ACP-103 did not reduce spontaneous activity at any dose administered orally [$F(4,39) = 0.9275$; $p = 0.4592$]. All of the mice "passed" the horizontal wire test at all of the doses after oral administration of ACP-103 alone, indicating that none of the mice exhibited ataxia.





**Fig. 5.** Effects of ACP-103 on spontaneous locomotion and MK-801-induced hyperactivity in mice. Distance traveled is shown as a function of ACP-103 dose. A, effects of ACP-103 after s.c. administration. B, effects of ACP-103 after p.o. administration. Each point represents the mean and S.E. of a separate group of mice ($n = 8$/group). Open squares represent spontaneous locomotion, whereas filled squares represent MK-801 hyperactivity. Asterisks indicate statistical significance ($p < 0.05$) compared with respective vehicle control.

## Pharmacokinetics

ACP-103 exhibits a volume of distribution much larger than the total body water of the rat, indicating extensive partitioning into fatty tissues (Table 3). The high systemic clearance was consistent with the 59-min half-life observed. Considering that the area under the curve after 10 mg/kg is truncated, the oral bioavailability at this dose is higher than 42.6%. After oral administration, ACP-103 showed the elimination phase of the compound with maximal plasma concentrations occurring 60 to 120 min postdosing.

## Discussion

A variety of compounds were characterized based on their 5-HT$_2$ receptor affinity, as determined by competitive radioligand binding assays, and their potency and efficacy as 5-HT$_2$ receptor inverse agonists using the cell-based functional assay R-SAT. Not surprisingly, all five compounds potently displaced the binding of [³H]ketanserin to 5-HT$_{2A}$ receptors in both membranes and whole cells, where the absolute and rank order of affinities were similar to those reported previously by our group and others (Leysen et al., 1985; Rinaldi-Carmona et al., 1992; Kehne et al., 1996; Bonhaus et al., 1999; Weiner et al., 2001). Interestingly, the absolute affinities for most compounds were higher in the membrane preparation than in whole cells. Only ritanserin and clozapine had appreciable affinity for the 5-HT$_{2B}$ receptor, consistent with prior reports (Bonhaus et al., 1999; Weiner et al., 2001). In contrast, all compounds competitively antagonized the binding of [³H]mesulergine to the VGV isoform of the human 5-HT$_{2C}$ receptor in membranes and the INI isoform in whole cells. The affinities observed at the 5-HT$_{2C}$ receptor for ritanserin were similar to those observed by Bonhaus et al. (1999). The whole-cell binding affinity for clozapine at the 5-HT$_{2C}$ receptor was similar to that reported previously (Canton et al., 1990; Roth et al., 1992; Herrick-Davis et al., 2000), whereas our observed 5-HT$_{2C}$ receptor affinity for clozapine in membranes was approximately 100-fold lower. The affinity observed for M100907 was slightly higher than described previously (Kehne et al., 1996). Receptor selectivity for 5-HT$_{2A}$ receptors over 5-HT$_{2C}$ receptors depends on the assay, but rank orders for selectivity of 5-HT$_{2A}$ receptors were generally in agreement across the assays. For all compounds, the physiologically relevant assays (the R-SAT functional assay and the whole-cell binding assay) showed greater absolute selectivity than the membrane binding assay. Overall, M100907 displayed the highest 5-HT$_{2A}$/5-HT$_{2C}$ receptor selectivity among this group of compounds, where ACP-103 displayed a 5-HT$_{2A}$/5-HT$_{2C}$ receptor affinity ratio similar to clozapine. The 5-HT$_{2A}$/5-HT$_{2C}$ receptor selectivity profiles of ACP-103 and clozapine were similar to that of olanzapine published previously, but in contrast to ACP-103, olanzapine showed similar activity at 5-HT$_{2B}$ re-

TABLE 3
Bioavailability and pharmacokinetic parameters of ACP-103 in rats

| Route | AUC | $t_{1/2}$ | Bioavailability | Volume of Distribution[a] | CL$_s$[a] |
|---|---|---|---|---|---|
| | min ng/ml | min | % | l kg$^{-1}$ | ml min$^{-1}$ kg$^{-1}$ |
| Intravenous, 1 mg/kg | 2106 | 58.8 | N.A. | 29.91 | 473.1 |
| Oral, 10 mg/kg | 8978 | ND | 42.6 | N.A. | N.D. |

AUC, area under the curve; N.A., not applicable; N.D., not determined; CL$_s$, clearance.
[a] Normalized to the average weight of the rats.

PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS    JPET

Case 1:20-cv-00985-GBW   Document 258-7   Filed 04/28/23   Page 149 of 244 PageID #: 5117



ceptors as clozapine (Weiner et al., 2001). Risperidone was more potent at 5-HT$_{2A}$ receptors than at 5-HT$_{2B}$ receptors and showed no activity at 5-HT$_{2C}$ receptors (Weiner et al., 2001).

Interestingly, all of the tested compounds demonstrated inverse agonism or negative intrinsic activity at 5-HT$_{2A}$ receptors. Without potent neutral antagonists to test for comparison, it is unclear whether functional differences between inverse agonism and neutral antagonism can be demonstrated in vivo. Furthermore, all antipsychotic drugs with 5-HT$_{2A}$ receptor affinity are inverse agonists (Weiner et al., 2001). Whether inverse agonism is necessary for antipsychotic efficacy or not remains uncertain. Given that ACP-103 shares the 5-HT2A receptor inverse agonism with effective antipsychotic drugs, ACP-103 is likely to share any efficacy that is imparted by such a mechanism.

Of the compounds tested, only eplivanserin lacked negative intrinsic activity at 5-HT$_{2C}$ receptors, a property shared by a small number of known antipsychotics (Weiner et al., 2001). The clinical significance of 5-HT$_{2C}$ receptor inverse agonism is currently unknown. The expression of 5-HT$_{2C}$ receptors in dopaminergic neurons in the central nervous system (Eberle-Wang et al., 1997) and the neurochemical effects of 5-HT$_{2C}$ receptor blockade (Di Matteo et al., 2001) suggest a utility in modifying dopaminergic function, a property that may be advantageous in the treatment of psychosis (Herrick-Davis et al., 2000), Parkinson's disease (Eberle-Wang et al., 1996), affective disorders (Cremers et al., 2004), and sleep (Frank et al., 2002). Given the relative selectivity for ACP-103 at 5-HT$_{2A}$ receptors over 5-HT$_{2C}$ receptors, it is reasonable to suggest that ACP-103 might show selective blockade for 5-HT$_{2A}$ receptors at low doses, whereas blockade of both receptor subtypes may be possible at higher doses. If the drug has a high degree of safety, the potential therapeutic benefits of 5-HT$_{2C}$ receptor inverse agonism, in addition to 5-HT$_{2A}$ receptor inverse agonism, may be obtained by treatment with ACP-103. The present experiments do not address the issue of receptor selectivity in vivo. The challenges of doing so are emphasized by the lack of availability of selective 5-HT$_{2A}$ or 5-HT$_{2C}$ receptor agonists that can be used as tools in conjunction with ACP-103 to understand the in vivo selectivity of ACP-103. Furthermore, the lack of commercially available selective radioligands for 5-HT$_{2A}$ or 5-HT$_{2C}$ receptors does not allow for the demonstration of selectivity of this compound ex vivo. Thus, additional nonclinical pharmacology experiments as well as the clinical test of the hypotheses are warranted, but not straightforward due to the lack of appropriate tools, and they are outside of the scope of the present study.

To determine the potential in vivo antipsychotic-like activity, ACP-103 was evaluated in several animal models that may predict antipsychotic drug efficacy in humans. ACP-103 potently and robustly attenuated DOI-induced head twitches in rats, with a minimal effective oral dose of 3.0 mg/kg. Interestingly, this effect was not seen at a higher dose. Whether this was due to other activity, perhaps 5-HT$_{2C}$, or variability at the higher dose is unclear. ACP-103 also reversed DOI-induced PPI deficits in rats at doses between 1.0 and 10.0 mg/kg. These doses of ACP-103 did not alter the basal startle response. The reversals of the DOI-induced PPI deficits and head twitches demonstrate that ACP-103 can inhibit the actions of a direct 5-HT$_{2A}$ receptor agonist, con-

sistent with a 5-HT$_{2A}$ mechanism of action in vivo. To extend the antipsychotic-like behavioral profile beyond direct 5-HT$_{2A}$ receptor interactions, ACP-103 attenuated hyperactivity induced by the noncompetitive NMDA antagonist MK-801, with a minimal effective dose of 0.1 mg/kg s.c. or 3 mg/kg p.o. These effects are consistent with previous reports that other 5-HT$_{2A}$ receptor antagonists and inverse agonists, as well as atypical antipsychotics, have been shown to reduce MK-801- and phencyclidine-induced behavioral effects (Freed et al., 1984; Carlsson et al., 1999b; Weiner et al., 2001; Vanover et al., 2004).

Because of the selectivity at 5-HT$_{2A}$ receptors, ACP-103 was predicted to have an improved side effect profile relative to other antipsychotic drugs. Although ACP-103 decreased spontaneous locomotor behavior after s.c. administration, ACP-103 did not exhibit any myorelaxant or ataxic effects in those same mice as measured by the horizontal wire test, and ACP-103 did not reduce spontaneous locomotion at efficacious doses after oral administration. These results would predict less sedation by ACP-103 relative to other antipsychotic drugs in humans.

Clinical data from investigations of 5-HT$_{2A}$ receptor-selective compounds, including M100907 (Potkin et al., 2001) and eplivanserin (Meltzer et al., 2004), suggest that they are clinically efficacious compared with placebo in the treatment of acute exacerbation of schizophrenia. In addition, 5-HT$_{2A}$ receptor inverse agonists may find clinical utility as combination therapy with existing antipsychotic drugs. Given that dopamine D$_2$ receptor antagonism causes extrapyramidal motor side effects and tardive dyskinesia, many antipsychotic drugs are contraindicated for use in sensitive populations such as Parkinson's disease patients. Indeed, the low doses of clozapine that have been shown to be effective against treatment-induced psychosis and tolerated motorically in Parkinson's disease (The French Clozapine Study Group, 1999; The Parkinson Study Group, 1999) are thought to produce high levels of 5-HT$_{2A}$ receptor occupancy and little D$_2$ receptor occupancy (Nordstrom et al., 1993; Meltzer et al., 1995). These observations suggest that selective 5-HT$_{2A}$ receptor inverse agonists may be therapeutically beneficial for treatment-induced psychosis in Parkinson's disease (Weiner et al., 2003).

ACP-103 was orally bioavailable in rats. The high oral bioavailability at 10 mg/kg p.o. seems to be consistent with the behavioral efficacy observed after oral administration of ACP-103 in the animal models. A high volume of distribution and high clearance for ACP-103 also were observed in the pharmacokinetic experiment.

ACP-103 shows antipsychotic-like efficacy in animal models consistent with 5-HT$_{2A}$ receptor mediation. The behavioral effects of ACP-103 are similar to those observed with clozapine (Vanover et al., 2004). Because mice treated with ACP-103 were not sedated or ataxic, ACP-103 is unlikely to exacerbate the motor symptoms in schizophrenic or more susceptible populations such as Parkinson's disease patients. This profile differs from other antipsychotic drugs used to treat psychosis in Parkinson's disease, such as olanzapine, that exacerbate motor symptoms (Breier et al., 2002). Together, ACP-103 may address the need for an orally bioavailable and selective 5-HT$_{2A}$ receptor inverse agonist for the treatment of psychosis in Parkinson's disease as well as in schizophrenia.

Downloaded from jpet.aspetjournals.org by on October 1, 2008

JSUF0289

**918**   Vanover et al.

JPET

## Acknowledgments

We thank the following for excellent technical assistance and G. Anderson, K. Duncan, D. Hubbard, R. Johnson, K. Schurb, R. Zamora, and M. Buell. M.A.G. holds an equity interest in San Diego Instruments.

## References

Breier A, Sutton VK, Feldman PD, Kadam DL, Ferchland I, Wright P, and Friedman JH (2002) Olanzapine in the treatment of dopaminergic-induced psychosis in patients with Parkinson's disease. *Biol Psychiatry* 52:438–445.

Bonhaus DW, Bach C, DeSouza A, Salazar R, Matsuoka BD, Zuppan P, Chan HW, and Eglen RM (1999) The pharmacology and distribution of human 5-hydroxytryptamine$_{2B}$ (5-HT$_{2B}$) receptor gene products: comparison with 5-HT$_{2A}$ and 5-HT$_{2C}$ receptors. *Br J Pharmacol* 115:622–628.

Burns CM, Chu H, Rueter SM, Hutchinson LK, Canton H, Sanders-Bush E, and Emerson RB (1997) Regulation of serotonin-2C receptor G-protein coupling by RNA editing. *Nature (Lond)* 387:303–308.

Braff D, Stone C, Callaway E, Geyer M, Glick I, and Bali L (1978) Prestimulus effects on human startle reflex in normals and schizophrenics. *Psychophysiology* 15:339–343.

Canton H, Verriele L, and Colpaert FC (1990) Binding of typical and atypical antipsychotics to 5-HT$_{1A}$ and 5-HT$_2$ sites: clozapine potently interacts with 5-HT$_{1C}$ sites. *Eur J Pharmacol* 191:93–96.

Carlsson A, Waters N, and Carlsson ML (1999a) Neurotransmitter interactions in schizophrenia–therapeutic implications. *Biol Psychiatry* 15:1388–1395.

Carlsson ML, Martin P, Nilsson M, Sorensen SM, Carlsson A, Waters S, and Waters N (1999b) The 5-HT2A receptor antagonist M100907 is more effective in counteracting NMDA antagonist- than dopamine agonist-induced hyperactivity in mice. *J Neural Transm* 106:123–129.

Cremers TIFH, Giorgetti M, Bosker FJ, Hogg S, Arnt J, Mork A, Honig G, Bogeso KP, Westerink BHC, den Boer H, et al. (2004) Inactivation of 5-HT$_{2C}$ receptors potentiates consequences of serotonin reuptake blockade. *Neuropsychopharmacology* 29:1782–1789.

Di Matteo V, De Blasi A, Di Giulio C, and Esposito E (2001) Role of 5-HT2C receptors in the control of central dopamine function. *Trends Pharmacol Sci* 22:229–232.

Eberle-Wang K, Lucki I, and Chesselet MF (1996) A role for the subthalamic nucleus in 5-HT$_{2C}$-induced oral dyskinesia. *Neuroscience* 72:117–128.

Eberle-Wang K, Mikeladze Z, Uryu K, and Chesselet MF (1997) Pattern of expression of the serotonin$_{2c}$ receptor messenger RNA in the basal ganglia of rats. *J Comp Neurol* 384:233–247.

Frank MG, Stryker MP, and Tecott LH (2002) Sleep and sleep homeostasis in mice lacking the 5-HT$_{2c}$ receptor. *Neuropsychopharmacol* 27:869–873.

Freed WJ, Bing LA, and Wyatt RJ (1984) Effects of neuroleptics on phencyclidine (PCP)-induced locomotor stimulation in mice. *Neuropsychopharmacology* 23:175–181.

Geyer MA, Krebs-Thomson K, Braff DL, and Swerdlow NR (2001) Pharmacological studies of prepulse inhibition models of sensorimotor gating deficits in schizophrenia: a decade in review. *Psychopharmacology* 156:117–154.

Geyer MA, Swerdlow NR, Mansbach RS, and Braff DL (1990) Startle response models of sensorimotor gating and habituation deficits in schizophrenia. *Brain Res Bull* 25:485–498.

Herrick-Davis K, Grinde E, and Teitler M (2000) Inverse agonist activity of atypical antipsychotics drugs at human 5-hydroxytryptamine 2C receptors. *J Pharmacol Exp Ther* 295:226–232.

Kehne JH, Baron BM, Carr AA, Chaney SF, Eklands J, Feldman DJ, Frank RA, van Giersbergen PLM, McCloskey TC, Johnson MP, et al. (1996) Preclinical characterization of the potential of the putative atypical antipsychotic MDL 100907 as a potent 5-HT$_{2A}$ antagonist with a favorable CNS safety profile. *J Pharmacol Exp Ther* 277:968–981.

Leysen JE, Gommeren W, Van Gompel P, Wynants J, Janssen PF, and Laduron PM (1985) Receptor-binding properties in vitro and in vivo of ritanserin: a very potent and long acting serotonin-S2 antagonist. *Mol Pharmacol* 27:600–611.

Leysen JE, Niemegeers CJE, Tollenaere JP, and Laduron PM (1978) Serotonergic component of neuroleptic receptors. *Nature (Lond)* 272:168–171.

Mansbach RS, Geyer MA, and Braff DL (1988) Dopaminergic stimulation disrupts sensorimotor gating in the rat. *Psychopharmacology* 94:507–514.

Marion S, Weiner DM, and Caron MG (2004) RNA editing induces variation in desensitization and trafficking of 5-hydroxytryptamine- 2C receptor isoforms. *J Biol Chem* 279:2945–2954.

Meltzer HY, Arvanitis L, Bauer D, Rein W, and Meta-Trial Study Group (2004) Placebo-controlled evaluation of four novel compounds for the treatment of schizophrenia and schizoaffective disorder. *Am J Psychiatry* 161:975–984.

Meltzer HY, Kennedy J, Dai J, Parsa M, and Riley D (1995) Plasma clozapine levels and the treatment of L-DOPA-induced psychosis in Parkinson's disease. A high potency effect of clozapine. *Neuropsychopharmacology* 12:39–45.

Meltzer HY, Matsubara S, and Lee JC (1989) Classification of typical and atypical antipsychotic drugs on the basis of dopamine D-1, D-2, and serotonin$_2$ pK$_i$ values. *J Pharmacol Exp Ther* 251:238–246.

Nordstrom AL, Farde L, and Halldin C (1993) High 5-HT2 receptor occupancy in clozapine treated patients as demonstrated by PET. *Psychopharmacology* 110:365–367.

Potkin SG, Shipley J, Bera RB, Carreon D, Fallon J, Alva G, and Keator D (2001) Clinical and PET effects of M100907, a selective 5-HT-2A receptor antagonist. *Schizophrenia Res* 49 (Suppl 1):242.

Rinaldi-Carmona M, Congy C, Santucci V, Simiand J, Gautret B, Neliat G, Labeeuw B, Le Fur G, Soubrie P, and Breliere JC (1992) Biochemical and pharmacological properties of SR 46349B, a new potent and selective 5-hydroxytryptamine 2 receptor antagonist. *J Pharmacol Exp Ther* 262:759–768.

Roth BL, Ciaranello RD, and Meltzer HY (1992) Binding of typical and atypical antipsychotic agents to transiently expressed 5-HT$_{1C}$ receptors. *J Pharmacol Exp Ther* 260:1361–1365.

Snyder S (1976) The dopamine hypothesis of schizophrenia: focus on the dopamine receptor. *Am J Psychiatry* 133:197–202.

The French Clozapine Study Group (1999) Clozapine in drug-induced psychosis in Parkinson's disease. *Lancet* 353:2041–2042.

The Parkinson Study Group (1999) Low-dose clozapine for the treatment of drug-induced psychosis in Parkinson's disease. *N Engl J Med* 340:757–763.

Vanover KE, Harvey SC, Son T, Risso Bradley S, Kold H, Makhay M, Veinbergs I, Spalding TA, Weiner DM, Andersson CM, et al. (2004) Pharmacological characterization of AC-90179: a selective 5-HT$_{2A}$ receptor inverse agonist. *J Pharmacol Exp Ther* 310:943–951.

Weiner DM, Burstein ES, Nash N, Croston GE, Currier EA, Vanover KE, Harvey S, Donabue E, Hansen HC, Andersson CM, et al. (2001) 5-Hydroxytryptamine$_{2A}$ receptor inverse agonists as antipsychotics. *J Pharmacol Exp Ther* 299:268–276.

Weiner DM, Vanover KE, Brann MR, Meltzer HY, and Davis RE (2003) Psychosis of Parkinson's disease: serotonin 2A receptor inverse agonists as potential therapeutics. *Curr Opin Investig Drugs* 4:815–819.

Wettstein JG, Host M, and Hitchcock JM (1999) Selectivity of action of typical and atypical anti-psychotic drugs as antagonists of the behavioral effects of 1-(2,5-dimethoxy-4-iodophenyl)-2-aminopropane (DOI). *Prog Neuropsychopharmacol Biol Psychiatry* 23:533–544.

**Address correspondence to:** Dr. Kimberly E. Vanover, ACADIA Pharmaceuticals Inc., 3911 Sorrento Valley Blvd., San Diego, CA 92121. E-mail: kvanover@acadia-pharm.com

Downloaded from jpet.aspetjournals.org by on October 1, 2008

aspet PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS



LifeCycle    (P) HD 00 :45)    R&D focus

# DRUGnews

THE STANDARD IN FAST PHARMACEUTICAL R&D COVERAGE

Volume 10 No 44

12 November 2001

**APPROVALS**

Oralsorgel ARx Receives Approvable Letter

Canadian Approval Sought for MENINGITEC

**LICENSING**

Pfi.770, Licensed to Chugai

Milestone Payments Received by Neurocrine Biosciences & NPS

**PIPELINE**

News from Merck KGaA

**PRODUCTS**

CHRONOGESIC & NN 622 Enter PIII

7 511 Enters PII

Clinical Data for METHYPATCH & Phenserine

**CONGRESS**

AACR-NCI-EORTC 2001

9th Annual BioPartnering Europe

**BIOTECHNOLOGY**

LymphoStat B Enters PI in US

Clinical Data for MDX 010 & Myo 8 DM1

Focus on CellFactors

IMS HEALTH ✠

## cetuximab

### Bristol-Myers Squibb, ImClone Systems submitted for approval, USA

A rolling Biologics License Application submission to the US FDA for cetuximab (IMC C225, ERBITUX), a chimeric monoclonal antibody targeting the epidermal growth factor, for the treatment of colorectal cancer has been completed by ImClone Systems. Cetuximab was granted Fast Track status in February 2001 and is being co-developed by ImClone Systems and licensee Bristol-Myers Squibb.

The antibody is under evaluation in phase III trials in the USA and Europe for the treatment of colorectal cancer, pancreatic cancer and head and neck cancer.

**APPROVALS**

## tegaserod

### Novartis registered, Switzerland

Novartis' $5HT_4$ partial agonist, tegaserod (ZELMAC), has been granted marketing approval in Switzerland, for the treatment of women with abdominal pain and constipation associated with irritable bowel syndrome. The company anticipates launching the product in this region during November 2001.

Tegaserod was launched in its first market, Mexico, in July 2001 and it has since been made available in the Czech Republic, Venezeula and Columbia.

The US FDA issued a non-approvable letter to Novartis June 2001, requesting further data and a submission to the CPMP in Europe has subsequently been withdrawn. Novartis and co-development partner Bristol-Myers

**Now available...DRUG NEWS by E-Mail**

**Would you like to receive your weekly Drug News electronically?**

**If so, send an e-mail to the IMS HEALTH Global Services Marketing Department at**

**pjenner@uk.imshealth.com for details**

See R&Dfocus (Drug Updates) for full product details
Copyright © 2001 IMSworld Publications Ltd.

1

**R&D** *focus*

Executive Editor
**Irene Buggle**

Deputy Executive Editor
**Sylvia Sidorowicz**

Senior Editor
**James Wolfe**

Editors
**François Pagnini**
**Simon Windeatt**
**Julia Morris**
**Harjinder Chahal**
**Carolyn Hughes**
**Philip McDowell**

Assistant Editor
**Karen McFall**

Patents Editor
**Juliet Chapman**

Production Co-ordinator
**Stella Macarthy**

Production Controller
**Emily Macauley**

**Editorial Office**

IMS HEALTH, Global Services
7 Harewood Avenue, London NW1 6JB, UK
Telephone +44 (0)20 7393 5000 Facsimile +44 (0)20 7393 5900
Email: rdfocus@uk.imshealth.com
Web: http://www.imshealth.com/global

R&D*focus* ISSN 1350-1135
Published by IMSworld Publications Ltd.

All rights reserved. The information contained in this report is confidential and provided subject to the IMS Health Information Services Standard Terms and Conditions. This information is provided to the Client on a personal basis under a non-exclusive and non-transferable licence for the Client's own direct benefit and use only, and may not be divulged to any other party. Whilst every possible care has been taken in the preparation of this report, the publishers do not hold themselves responsible for any expressions of opinion or error or omission, or any action resulting therefrom.

**Subscription Enquiries**

Drug News £400.00 annually.

For details telephone:

**Australia** - K. Lunn: (02) 439 6255
**Austria** - Ms. T. Valetti: (01) 982 9402
**Belgium** - Ms Ann Claessens (32) 2 627 32 49
**Brazil** - Mr R.W. Ronn: (011) 247 1955
**Finland** - P. Punnonen: (09) 682 4200
**France** - Ms F. Gavgani: (33) 1 41 35 1000
**Germany** - Mr P. Ruenger: (069) 66 04 317
**Indonesia** - Mr E. Sugiarto: (021) 5200 481
**Italy** - Mrs R. Ceci: (02) 76 09 41
**Japan** - H. Yang: (03) 34 81 3586
**Netherlands** - Mr Vierling: (31) 70 32 888 48
**Norway** - S. Ingeberg: (22) 95 08 48
**Portugal** - Ms C. Mairalinho: (01) 943 2017
**Singapore** - Ms M. Chui: (65) 345 6900
**South Korea** - Mrs O. Park: (02) 784 567†
**Spain** - Ms V. Hernanz: (91) 557 8500
**Switzerland** - Dr J. de Vasconcellos: (041) 36 2220
**UK** - Sales Helpdesk: +44 (0)20 7393 5757
**USA/Canada** - 1 800 523 5388
**All other areas** - +44 (0)20 7393 5757

## Contents

**1   APPROVALS**

. tegaserod   . drotrecogin alfa (activated)
. vaccine, meningococcal C conjugate   . capecitabine

**3   LICENSING**

. drug delivery system, polyglutamic acid, paclitaxel
. monophosphoryl lipid A, Ribi 529
. corticotropin releasing factor receptor antagonists, Neurocrine Biosciences/ GlaxoSmithKline   . ALX 0646

**4   PIPELINE NEWS**

. heart failure therapy, Merck KGaA
. phosphodiesterase V inhibitor, Merck KGaA
. MAb, KS-IL2 fusion protein   . EMR 62218

**4   PRODUCTS**

. NN 622   . drug delivery system, sufentanil implant
. T 611   . epothilone D   . phenserine
. drug delivery system, transdermal methylphenidate
. ACP 103   . PT 141

**6   CONGRESS**

. LAF 389   . CRC 9417   . kahalide F
. PKI 166   . MTC-TNF-alpha   . BIBF 1000
. HIV infection therapy, Axxima   . tuberculosis therapy, Axxima
. hepatitis C infection therapy, Axxima
. hepatitis B infection therapy, Axxima
. influenza therapy, Axxima   . CUR 61414
. osteogenic protein 1   . C-proteinase inhibitors, FibroGen
. OLIGOVAX

**9   BIOTECHNOLOGY**

. MAb, B lymphocyte stimulator   . MDX 010   . My9 6 DM1
. infliximab   . Parkinson disease therapy, CellFactors
. drug design technology, CNS disorders, CellFactors
. drug design technology, T cell targeting, CellFactors

## Tables

. Newly reported drugs
. Product phase changes

**in focus**

continuous infusion implant (CHRONOGESIC) for the treatment of chronic pain. The aim of the phase III program is to evaluate the product's safety and ability to provide equivalent pain relief in patients transferred from standard pain relief therapies such as opioids and alternative pills and patches. The clinical portion of a pilot phase III trial in patients transferred from a transdermal fentanyl patch (DURAGESIC) to CHRONOGESIC has completed with preliminary results expected early 2002.

## T 611

**Tularik phase change II, USA**

Tularik has initiated a phase II trial to assess the efficacy of T 611 in HIV-infected patients with cytomegalovirus (CMV) infection. T 611 inhibits CMV replication by targeting a viral enzyme. In phase I studies, the administration of single and multiple doses of the agent resulted in no observable toxicity to bone marrow.

The company is also planning a phase II study in renal patients which will be conducted in conjunction with the US NIH/NIAID and the Cooperative Antiviral Study Group.

## epothilone D

**KOSAN phase change I, USA**

KOSAN has initiated a phase I trial of its potential anticancer agent, epothilone D, in cancer patients with advanced solid tumors, at the Jonsson Cancer Center, UCLA (USA). Epothilone D, a microtubule assembly inhibitor, has the same mechanism of action as paclitaxel

but is also effective against paclitaxel-resistant cells and animal tumors. The agent shows superior efficacy to paclitaxel in animal tumors.

The phase I dose escalation trial aims to evaluate the safety, pharmacokinetics and pharmaco-dynamics of epothilone D. Other objectives include determining the highest dose that can safely be administered intravenously, potential side-effects and the efficacy in reducing tumors.

## phenserine

**Axonyx clinical data**

Results of a phase II trial of phenserine, a third generation acetyl cholinesterase inhibitor being developed by Axonyx for the treatment of Alzheimer's disease, have been reported. In the double-blind, placebo-controlled safety and efficacy study, conducted in the USA, 48 patients with mild to moderate Alzheimer's disease recieved 5 mg phenserine twice daily for two weeks followed by 10 mg phenserine twice daily for ten weeks, and 24 patients received placebo for 12 weeks.

Results showed that efficacy was achieved in two of the key predefined endpoints, the MAZE test of the extended ADAS-cog and the CANTAB-PAL test, measures of executive function and memory, respectively. Intention-to-treat analysis of the CANTAB-PAL test results showed a significant improvement in the phenserine-treated patients compared with placebo-treated patients. The agent was well tolerated; the most frequently reported adverse effect

was dizziness (17%), followed by nausea (8.5%) and vomiting (2.1%).

Axonyx is planning to conduct phase III trials of the agent.

## drug delivery system, transdermal methylphenidate

**Noven clinical data**

Results from a phase III trial with Noven's transdermal methyl-phenidate delivery system (METHYPATCH) involving over 200 children with attention deficit hyperactivity disorder (ADHD) aged between 6 and 12 years, have been reported. Once daily application of METHYPATCH gave no statistical improvement in behavior compared with placebo as assessed by teachers using the IOWA Connors Rating Scale (IO Scale). A statistical improvement in behavior in comparison with placebo was observed in the parents ratings, using the IO Scale, and physicians ratings, using the Clinical Global Index. The treatment was well tolerated with adverse events comparable to those observed in oral methylphenidate studies.

Noven has subsequently initiated patient screening and enrollment for a second double-blind, placebo-controlled, multicenter phase III study which aims to enroll about 200 patients. The trial is expected to complete first quarter 2002.

## ACP 103

**ACADIA preclinical data**

ACADIA is developing ACP 103, a selective 5HT$_{2A}$ inverse agonist, as

a potential antipsychotic agent with an improved side-effect profile. This compound was identified as part of a program profiling a number of existing antipsychotic agents against a range of CNS targets using the company's proprietary e-Pharma technology. Phase I trials are being planned by the company, which intends to complete an Investigational New Drug (IND) application for submission to the US FDA.

ACP 103 was found to be orally bioavailable with a high efficacy, in animal models of psychosis. In animal side-effect models, the compound had a superior therapeutic profile compared to other antipsychotic therapies.

## PT 141

**Palatin preclinical data**

Results of preclinical studies of PT 141, a peptide analogue of alpha melanocyte stimulating hormone, being developed for the treatment of male and female sexual dysfunction, have been reported by Palatin. Administration of PT 141 to female rodents produced a significant dose-responsive increase in a variety of precopulatory sexual behaviors and the females actively solicited sexual contact from the males. Treatment with PT 141 also increased the desire of female rodents to copulate.

Palatin is planning to initiate phase II studies of PT 141 in patients with erectile dysfunction by end 2001 and for female sexual dysfunction during 2002.

## CONGRESS

## AACR-NCI-EORTC International Conference in Molecular targets and Cancer Therapeutics, 29 October-2 November 2001, Miami Beach, USA

## LAF 389

**Novartis clinical data**

At the AACR-NCI-EORTC, researchers from Novartis presented preclinical and clinical data for LAF 389, a synthetic analogue of bengamide B, for the potential treatment of cancer. Preclinical data showed that the agent inhibits tumor growth in vivo and inhibits the proliferation of both epithelial and endothelial tumor cells in vitro. Vascular permeability of rat CA23432 pancreatic tumors was also decreased by LAF 389. Preliminary results of an open-label, non-comparative, dose-escalation, phase I trial, conducted in patients with advanced cancer who have failed standard therapy or for whom no such therapy exists, were also presented. The dose limiting toxicities observed at 30 mg/day were hypertensive crisis and vasomotor reaction and the study is ongoing to assess the maximum tolerated dose. LAF 389 had a half-life of less than 1 h and both AUC and $C_{max}$ increased with dose. No responses have been observed to date.

Novartis' LAF 389 is a synthetic analogue of bengamide B, a natural

marine product isolated from Jaspidae sponges. This agent undergoing phase I trials in Europe has potential as a therapy for malignancies which are resistant to standard therapy.

## CRC 9417

**CRC Technology clinical data**

CRC 9417 (SR 4554) is a fluorinated 2-nitroimidazole being developed by CRC Technology for the detection of tumor hypoxia by MRI or magnetic resonance spectroscopy (MRS). Data from a phase I trial conducted at the Institute for Cancer Research (UK) were presented at the AACR-NCI-EORTC. Results demonstrated that plasma AUC increased linearly with CRC 9417 dose, with the agent being widely distributed and rapidly cleared from plasma with a mean half-life of 3 h. Additionally, MRS-derived tumor concentrations of CRC 9417 were similar to plasma concentrations at equivalent early time points. Following dose limiting toxicities at 1600 mg/m², further studies are to be aimed at dose levels ranging between 800 and 1600 mg/m².

## kahalalide F

**PharmaMar clinical data**

Data from a study involving PharmaMar's kahalalide F, a natural marine agent isolated from the Pacific mollusc Elysia rufescens, were presented at the AACR-NCI-EORTC. In this ongoing phase I study, kahalalide F was administered as an intravenous infusion over 1 h during five consecutive days every three weeks in patients with advanced or metastatic androgen refractory prostate cancer. Twelve patients

have regis therapy ha one patier decrease i with clinic relief). Tv experience reduction. dose has r al 320 mcg included re fatigue. p Pharmaco linear relati AUC. Tota 267 mL/mi 0.5 h. Thr entered at

## PKI 16

**Novartis cli**

Preliminary phase I tria selective in activities c factor rec erbB2 (HE presented During this 27 patien tumors rec minimum p demonst evaluable response nonsmall c patient a greater tha patients carcinoma neck squa medullar Progressio for 22 pa tolerated toxicities transamin al dose: mg/day v

See R&Dfc Copyright

# Electronic Acknowledgement Receipt

| EFS ID: | 4923221 |
|---|---|
| Application Number: | 11416527 |
| International Application Number: | |
| Confirmation Number: | 6329 |
| Title of Invention: | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| First Named Inventor/Applicant Name: | David M. Weiner |
| Customer Number: | 20583 |
| Filer: | Roger Christopher Rich/Kathleen Muto |
| Filer Authorized By: | Roger Christopher Rich |
| Attorney Docket Number: | 12560-017-999 |
| Receipt Date: | 06-MAR-2009 |
| Filing Date: | 03-MAY-2006 |
| Time Stamp: | 19:09:42 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 11416527_IDS.pdf | 88097 110c697da0a94f8ba041ae66a276d18e7c53 b44cd | yes | 3 |

JSUF0295

**Multipart  Description/PDF files in .zip description**

| | Document Description | | Start | | End |
|---|---|---|---|---|---|
| | Information Disclosure Statement Letter | | 1 | | 2 |
| | Information Disclosure Statement (IDS) Filed (SB/08) | | 3 | | 3 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 2 | NPL Documents | C01.pdf | 564214 <br><br> a0492ff19d905652c877b057aa611871168b63ab | no | 8 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | NPL Documents | C02.pdf | 87206 <br><br> 2855d309cfdd80901b6295b97d49fca316d943a3 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | NPL Documents | C03.pdf | 830125 <br><br> e6a0399ce54cb1b3797b51777914582fca67b859 | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | NPL Documents | C04.pdf | 396762 <br><br> 9d7784e905521f76f913bbcd830b7abbcbe51539 | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 1966404 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 | 6329 |

20583        7590        06/01/2009

JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

| EXAMINER |
|---|
| KIM, JENNIFER M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1617 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/01/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

JSUF0298

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 11/416,527 | WEINER ET AL. |
| | Examiner | Art Unit | |
| | JENNIFER MYONG M. KIM | 1617 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>1</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒  Responsive to communication(s) filed on <u>May 3, 2006</u>.
2a)☐  This action is **FINAL**.         2b)☐  This action is non-final.
3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒  Claim(s) <u>1-16</u> is/are pending in the application.
        4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐  Claim(s) _____ is/are allowed.
6)☐  Claim(s) _____ is/are rejected.
7)☐  Claim(s) _____ is/are objected to.
8)☒  Claim(s) <u>1-16</u> are subject to restriction and/or election requirement.

**Application Papers**

9)☐  The specification is objected to by the Examiner.
10)☐  The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.
        Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).
        Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐  The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
        a)☐ All   b)☐ Some * c)☐ None of:
        1.☐  Certified copies of the priority documents have been received.
        2.☐  Certified copies of the priority documents have been received in Application No. _____.
        3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
        * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1)☐  Notice of References Cited (PTO-892)
2)☐  Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐  Information Disclosure Statement(s) (PTO/SB/08)
        Paper No(s)/Mail Date _____.
4)☐  Interview Summary (PTO-413)
        Paper No(s)/Mail Date. _____ .
5)☐  Notice of Informal Patent Application
6)☐  Other: _____.

Application/Control Number: 11/416,527                                      Page 2
Art Unit: 1617

## DETAILED ACTION

Claims 1, 9 and 15 are generic to the following disclosed patentably distinct species:

Various causes: **antagonizing a dopamine receptor; antagonizing a dopamine D2 receptor; administration of an antipsychotic agent; and dopaminergic therapy**.

The species are independent or distinct because as disclosed the different species have mutually exclusive characteristics for each identified species. In addition, these species are not obvious variants of each other based on the current record.

Applicants are required under 35 U.S.C. 121 to elect a single ultimate disclosed species for prosecution on the merits to which the claims shall be restricted if no generic claim is finally held to be allowable.

There is an examination and search burden for these patentably distinct species due to their mutually exclusive characteristics. The species require a different field of search (e.g., searching different classes/subclasses or electronic resources, or employing different search queries); and/or the prior art applicable to one species would not likely be applicable to another species; and/or the species are likely to raise different non-prior art issues under 35 U.S.C. 101 and/or 35 U.S.C. 112, first paragraph.

**Applicants are advised that the reply to this requirement to be complete must include (i) an election of a species to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims**

Application/Control Number: 11/416,527                                    Page 3
Art Unit: 1617

**encompassing the elected species**, including any claims subsequently added. An

argument that a claim is allowable or that all claims are generic is considered

nonresponsive unless accompanied by an election.

The election of the species may be made with or without traverse. To preserve a

right to petition, the election must be made with traverse. If the reply does not distinctly

and specifically point out supposed errors in the election of species requirement, the

election shall be treated as an election without traverse. Traversal must be presented at

the time of election in order to be considered timely. Failure to timely traverse the

requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are

added after the election, applicant must indicate which of these claims are readable on

the elected species.

Should applicants traverse on the ground that the species are not patentably

distinct, applicant should submit evidence or identify such evidence now of record

showing the species to be obvious variants or clearly admit on the record that this is the

case. In either instance, if the examiner finds one of the species unpatentable over the

prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103(a)

of the other species.

Upon the allowance of a generic claim, applicants will be entitled to consideration

of claims to additional species which depend from or otherwise require all the limitations

of an allowable generic claim as provided by 37 CFR 1.141.

Application/Control Number: 11/416,527                                   Page 4
Art Unit: 1617

Applicants are reminded that upon the cancellation of claims to a non-elected

invention, the inventorship must be amended in compliance with 37 CFR 1.48(b) if one

or more of the currently named inventors is no longer an inventor of at least one claim

remaining in the application. Any amendment of inventorship must be accompanied by

a request under 37 CFR 1.48(b) and by the fee required under 37 CFR 1.17(i).


Communication

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JENNIFER M. KIM whose telephone number is

(571)272-0628.  The examiner can normally be reached on Monday through Friday 6:30

am to 3 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Sreenivasan Padmanabhan can be reached on 571-272-0629.  The fax

phone number for the organization where this application or proceeding is assigned is

571-273-8300.

Application/Control Number: 11/416,527                                      Page 5
Art Unit: 1617

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


                                               /JENNIFER  M KIM/
                                               Primary Examiner, Art Unit 1617


Jmk
May 29, 2009

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11416527 | WEINER ET AL. |
| | Examiner | Art Unit |
| | JENNIFER MYONG M KIM | 1617 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ **Claims renumbered in the same order as presented by applicant**   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 05/29/2009 | | | | | | | | |
| | 1 | ÷ | | | | | | | | |
| | 2 | ÷ | | | | | | | | |
| | 3 | ÷ | | | | | | | | |
| | 4 | ÷ | | | | | | | | |
| | 5 | ÷ | | | | | | | | |
| | 6 | ÷ | | | | | | | | |
| | 7 | ÷ | | | | | | | | |
| | 8 | ÷ | | | | | | | | |
| | 9 | ÷ | | | | | | | | |
| | 10 | ÷ | | | | | | | | |
| | 11 | ÷ | | | | | | | | |
| | 12 | ÷ | | | | | | | | |
| | 13 | ÷ | | | | | | | | |
| | 14 | ÷ | | | | | | | | |
| | 15 | ÷ | | | | | | | | |
| | 16 | ÷ | | | | | | | | |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Weiner *et al.* | Confirmation No.: | 6329 |
| Serial No.: | 11/416,527 | Art Unit: | 1617 |
| Filed: | May 3, 2006 | Examiner: | Kim, Jennifer M. |
| For: | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | Attorney Docket No: (CAM: | 12560-017-999 598154-999017) |

## RESPONSE TO SPECIES ELECTION REQUIREMENT AND PRELIMINARY AMENDMENT UNDER 37 C.F.R. § 1.115

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the Office Action mailed on June 1, 2009, please consider the following amendments and remarks.

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 6 of this paper.

-1-

## AMENDMENTS TO THE CLAIMS

A detailed listing of all claims that are or were in the present application, irrespective of whether the claim(s) remains under examination in the application are presented below.  The claims are presented in ascending order and each includes one status identifier.

1. – 16. (Canceled).

17.     (New)  A method of treating schizophrenia in a patient, comprising administering to a patient having schizophrenia a therapeutically effective amount of (a) N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide or a pharmaceutically acceptable salt thereof, and (b) risperidone.

18.     (New)  A method of treating schizophrenia in a patient, comprising administering to the patient having schizophrenia a therapeutically effective amount of (a) N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide or a pharmaceutically acceptable salt thereof, and (b) haloperidol.

19.     (New)   A method for reducing an amount of haloperidol or risperidone effective to treat psychosis in a schizophrenic patient, the method comprising administering a therapeutically effective amount of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, to the schizophrenic patient with psychosis being treated with haloperidol or risperidone.

20.     (New)  The method of claim 17, wherein the tartrate salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.

21.     (New)  The method of claim 18, wherein the tartrate salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.

-2-

22.     (New)  The method of claim 19, wherein the tartrate salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.

23.     (New)  The method of claim 17, wherein about 0.01 mg/kg of body weight to about 2 mg/kg body weight of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide or a pharmaceutically acceptable salt thereof is administered.

24.     (New)  The method of claim 18, wherein about 0.01 mg/kg of body weight to about 2 mg/kg body weight of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide or a pharmaceutically acceptable salt thereof is administered.

25.     (New)  The method of claim 19, wherein about 0.01 mg/kg of body weight to about 2 mg/kg body weight of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide or a pharmaceutically acceptable salt thereof is administered.

26.     (New)  The method of claim 17, wherein about 10 mg to about 50 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

27.     (New)  The method of claim 18, wherein about 10 mg to about 50 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

28.     (New)  The method of claim 19, wherein about 10 mg to about 50 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

LAI-3025812v4

29.    (New)  The method of claim 26, wherein about 10 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

30.    (New)  The method of claim 26, wherein about 25 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

31.    (New)  The method of claim 26, wherein about 50 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

32.    (New)  The method of claim 27, wherein about 10 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

33.    (New)  The method of claim 27, wherein about 25 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

34.    (New)  The method of claim 27, wherein about 50 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

35.    (New)  The method of claim 28, wherein about 10 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

36.    (New)  The method of claim 28, wherein about 25 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

-4-

37.     (New)  The method of claim 28, wherein about 50 mg of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2- methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.

38.     (New)  The method of claim 17, wherein the hydrochloride salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.

39.     (New)  The method of claim 18, wherein the hydrochloride salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.

40.     (New)  The method of claim 19, wherein the hydrochloride salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.

## REMARKS

Previously pending claims 1-16 are canceled.  New claims 17-40 are added.  Upon entry of the following amendments, claims 17-40 will be pending in this application.  No new matter is added by the amendments.

### I.    Claim Amendments

New claim 17 recites a method of treating schizophrenia comprising administering a composition comprising a therapeutically effective amount of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, and risperidone to a patient.  Support for this claim is found, for example, at paragraphs [0020], [0024], [0039] and [0095] of the specification.

New claim 18 recites a method of treating schizophrenia comprising administering a composition comprising a therapeutically effective amount of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, and haloperidol to a patient.  Support for this claim is found, for example, at paragraphs [0020], [0024], [0039] and [0095] of the specification.

New claim 19 recites the a method of reducing the amount of risperidone or haloperidol administered to a schizophrenic patient, comprising administering a therapeutically effective amount of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide to a patient.  Support for this claim is found, for example, at paragraphs [0020], [0024], [0039] and [0095] of the specification.

New claims 20-22 recite method of claim 17, 18 or 19, wherein the tartrate salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.  Support for these claims is found, for example, at paragraph [0039] of the specification.

New claims 23-25 recite the method of claim 17, 18 or 19, wherein about 0.01 mg/kg of body weight to about 2 mg/kg body weight of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, is administered.  Support for these claims is found, for example, at paragraphs [0049] and [0051] of the specification.

New claims 26-37 recite the method of claim 17, 18 or 19, wherein a specific dosage of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)

-6-

*Serial No. 11/416,527*

carbamide, or a pharmaceutically acceptable salt thereof, is administered.  Support for these claims is found, for example, at paragraph [0093] of the specification.

New claims 38-40 recite the method of claim 17, 18 or 19, wherein the hydrochloride salt of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide is administered.  Support for these claims is found at paragraph [0019] of the specification of U.S. Provisional Application No. 60/441,406, to which this application claims priority, and which is incorporated by reference at paragraph [0001] of the instant specification.

## II.     Related Co-pending Applications

New claims 17-40 are based on subject matter in restriction groups not elected in U.S. Patent Application Nos. 10/759,561 and 11/416,855.  This application is a continuation application of U.S. Patent Application No. 10/759,561 ("the '561 application"), which is a sibling of copending U.S. Patent Application No. 11/416,855("the '855 application"), also a continuation of the '561 application.

New claims 17-19 recite methods of treating schizophrenia comprising administering a composition comprising a therapeutically effective amount of N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, in combination with risperidone or haloperidol.  This is substantially the same subject matter as claims 28-31 of the '855 application, which were part of non-elected group III of the Restriction Requirement dated May 7, 2009.  Claims 28-31 of the '855 application also recite methods of treating schizophrenia with N-(1-methylpiperidin-4-yl)-N- (4-fluorophenylmethyl)-N'-(4-(2-methylpropyloxy)-phenylmethyl)carbamide, or a pharmaceutically acceptable salt thereof, in combination with risperidone or haloperidol

The subject matter of new claims 17-19 is also within group IV (claims 40-47) of the Restriction Requirement dated July 5, 2007 in the '561 application.  For example, at the time of the Restriction Requirement, claim 45 of the '561 application was drawn to a method of treatment of neuropsychiatric disease using the same compound of the instant claims.  Claim 43 of the '561 application recited schizophrenia as one of the neuropsychiatric diseases to be treated.  Applicants submit that, because the present amendment to the claims is drawn to subject matter deemed to be a single invention by the Office, the amendment is in compliance with 37

*Serial No. 11/416,527*

C.F.R. § 1.121, and will not interfere with the preparation of a first Office Action on the merits under 37 C.F.R. § 1.104. Upon entry of the instant amendment, applicants will amend the claim of priority such that the instant application will be a divisional of the '561 application.

Applicants may add new claims prior to an action on the merits, and such added claims are considered original claims for the purposes of an election. *See* Manual of Patent Examining Procedure, Eighth Edition, Rev. No. 6 ("MPEP") § 818 ("Election becomes fixed when the claims in an application have received an action *on their merits* by the Office.") (emphasis added). No action on the merits has take place in the instant application, as only a Species Election Requirement is pending. Therefore, the instant amendment to the claims may properly be considered the invention elected. *See* MPEP at § 818.02(a) ("Where claims to another invention are properly added and entered in the application before an action is given, they are treated as original claims for purposes of restriction only. The claims originally presented and acted upon by the Office *on their merits* determine the invention elected....") (emphasis added).

## III. Species Election Requirement

The Patent Office requires an election of one of four species. *See* Office Action, page 2. As discussed above, Applicants have canceled claims 1-16, therefore the requirement to elect a species is moot. However, solely to be in compliance with the pending Restriction Requirement, Applicants elect "administration of an antipsychotic agent." Claims 1, 4-10, 12-13 and 15 read on the elected species. Applicants fully reserve the right to pursue non-elected subject matter in one or more later filed divisional, continuation, or continuation-in-part applications.

Applicants traverse the species election. The Examiner alleges that "antagonizing a dopamine receptor; antagonizing a dopamine D2 receptor; administration of an antipsychotic agent; and dopaminergic therapy" are patentably distinct species. *See* Office Action, page 2. This is not necessarily the case, as certain antipsychotic agents, such as haloperidol, are also dopamine receptor antagonists. *See* paragraph [0107] of the specification. Indeed, haloperidol is an antagonist of the dopamine D2 receptor. *Id.* Thus, "antagonizing a dopamine receptor" is not patentably distinct from "antagonizing a dopamine D2 receptor," "administration of an antipsychotic agent" or "dopaminergic therapy," as demonstrated by the example of haloperidol. Applicants respectfully submit that the amendment to the claims be entered and the Species Election Requirement be withdrawn.

*Serial No. 11/416,527*

## IV.   Conclusion

Entry of the above amendments and remarks and allowance of the pending claims are respectfully requested.  If the Examiner believes it would be useful to advance prosecution, the Examiner is invited to telephone the undersigned at (858) 314-1200.  No fee is believed to be due with this submission.  However, the Commissioner is hereby authorized to charge any required fee under 37 C.F.R. § 1.17, or any other required fee, or any credits, to Jones Day Deposit Account No. 503013 (referencing 598154-999017).

Respectfully submitted,

Date:   July 1, 2009

Mark D. Kafka                           Reg. No.  59,569
*for:* Anthony M. Insogna              Reg. No.  35,203

**JONES DAY**
222 East 41st Street
New York, New York 10017
(858) 314-1200

-9-

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5631053 |
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Customer Number:** | 20583 |
| **Filer:** | Mark Kafka/Eric Baclig |
| **Filer Authorized By:** | Mark Kafka |
| **Attorney Docket Number:** | 12560-017-999 |
| **Receipt Date:** | 01-JUL-2009 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 21:12:34 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 12560_017_999_resp.pdf | 334340 <br> 936b70627d1ca342976ec4101c9e269d382 39193 | yes | 9 |

JSUF0314

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 9 |

| Warnings: |
|---|

| Information: |
|---|

| **Total Files Size (in bytes):** | 334340 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 11/416,527 | Filing Date 05/03/2006 | ☒ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | 07/01/2009 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 24 | Minus ** 20 | = 4 | X $ = | | OR X $52= | 208 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus ***5 | = 0 | X $ = | | OR X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 208 |

| | | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than three, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/NICHELE PETERSON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Document code:  WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date:  08/07/2009

NPETERSO     SALE  #00000001     Mailroom Dt:  07/01/2009     503013     11416527
01     FC : 1202                    208.00  DA

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

| Application or Docket Number | Filing Date | |
|---|---|---|
| 11/416,527 | 05/03/2006 | ☐ To be Mailed |

### APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | **07/01/2009** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 24 | Minus ** 24 | = 0 | X $ = | | OR X $52= | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus ***5 | = 0 | X $ = | | OR X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/YOLANDA CHADWICK/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

20583     7590     01/26/2010

JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

| EXAMINER |
|---|
| KIM, JENNIFER M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1628 | |

DATE MAILED: 01/26/2010

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 | 6329 |

TITLE OF INVENTION: SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 04/26/2010 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

JSUF0319

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

**Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

20583     7590     01/26/2010

JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 | 6329 |

TITLE OF INVENTION: SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 04/26/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| KIM, JENNIFER M | 1628 | 514-310000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____ Date _____

Typed or printed name _____ Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

JSUF0320

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 | 6329 |

20583    7590    01/26/2010

JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

| EXAMINER |
|---|
| KIM, JENNIFER M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1628 | |

DATE MAILED: 01/26/2010

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 785 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 785 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

JSUF0321

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 11/416,527 | WEINER ET AL. | |
| | Examiner | Art Unit | |
| | JENNIFER M. KIM | 1628 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _7/1/2009_.

2. ☒ The allowed claim(s) is/are _17-40_.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*    c) ☐ None    of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _See Continuation Sheet_

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/JENNIFER  M KIM/
Primary Examiner, Art Unit 1628

**Continuation Sheet (PTOL-37)**                                    **Application No.  11/416,527**

Continuation of Attachment(s) 3. Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date: 1/30/2007; 8/30/2007; 3/6/2009.

Application/Control Number: 11/416,527                                        Page 2
Art Unit: 1628

**Reasons for Allowance**

The following is an examiner's statement of reasons for allowance:

The amendment and the response filed on July 1, 2009 have been received and
entered into the application.

Based upon the amendment filed on July, 2009 the Restriction Requirement filed
on June 1, 2009 is moot since the amended claims 17-40 are drawn to a single
invention.

The Information Disclosure Statements filed on January 30, 2007, August 30,
2007 and March 6, 2009 have been considered.  The references alone or in
combination form do not teach nor suggest the method instantly claimed.

The claims are allowable over the cited prior art because the prior art does not
teach, disclose nor make obvious the claimed method of treating schizophrenia
comprising administering to a patient having schizophrenia a therapeutically effective
amount of the specific compound, N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-
N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide or a pharmaceutically acceptable salt
thereof.

The composition comprising N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-
N'-(4-(2-methylpropyloxy)phenylmethyl)carbamide to be utilized for the treatment of
schizophrenia in the instant claims are allowed in the parent Application 10/759,561
(U.S. Patent No. 7,601,740).  In the parent Application, Applicants have submitted
declaration of Dr. Douglas W. Bonhaus, which details experimental data showing that

Application/Control Number: 11/416,527                                          Page 3
Art Unit: 1628

N-(1-methylpiperidin-4-yl)-N-(4-fluorophenylmethyl)-N'-(4-(2-

methylpropyloxy)phenylmethyl)carbamide possess unexpectedly superior biological

properties.

Accordingly, claims 17-40 are allowed.


Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."



**Inventorship**

In view of the papers filed June 20, 2008, it has been found that this

nonprovisional application, as filed, through error and without deceptive intent,

improperly set forth the inventorship, and accordingly, this application has been

corrected in compliance with 37 CFR 1.48(a).

The inventorship of this application has been changed by addition of:

**Carl-Magnus A. Andersson**
Ferievagen 3
SE-245 64 Hjarup, Sweden

and

**Allan K. Uldam**
Skotteparken 172
2750 Ballerup, Denmark.

Application/Control Number: 11/416,527                                    Page 4
Art Unit: 1628

The application will be forwarded to the Office of Initial Patent Examination

(OIPE) for issuance of a corrected filing receipt, and correction of Office records to

reflect the inventorship as corrected.

## Communication

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JENNIFER M. KIM whose telephone number is

(571)272-0628.  The examiner can normally be reached on Monday through Friday 6:30

am to 3 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Brandon Fetterolf can be reached on 571-272-2919.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 11/416,527                                                    Page 5
Art Unit: 1628

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/JENNIFER  M KIM/
Primary Examiner, Art Unit 1628

Jmk
January 15, 2010

# Refine Search

## Search Results

| Terms | Documents |
|---|---|
| ( (514/310).ccls. or (514/317).ccls. ) and schizophrenia.clm. and (methylpiperidin and fluorophenylmethyl).clm. | 0 |

**Database:**

    US Pre-Grant Publication Full-Text Database
    US Patents Full-Text Database
    Unpublished Applications Full-Text Database

**Search Type:**   ○ Prior Art   ◉ Interference

**Search:**

    L8

[Refine Search]

[Recall Text ⬍]   [Clear]        [Interrupt]

## Search History

**DATE:  Friday, January 15, 2010   Purge Queries   Printable Copy   Create Case**

| Set Name Side by Side | Query | Hit Count | Set Name Result Set | Set Name Grid |
|---|---|---|---|---|
| *Interference Searches* | | | | |
| *DB=PGPB,USPT,UPAD; PLUR=YES; OP=OR* | | | | |
| L8 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. and (methylpiperidin and fluorophenylmethyl).clm. | 0 | L8 | L8 |
| *DB=PGPB,USPT; PLUR=YES; OP=OR* | | | | |
| L7 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. and (methylpiperidin and fluorophenylmethyl).clm. | 0 | L7 | L7 |
| L6 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. and (methylpiperidin or fluorophenylmethyl).clm. | 9 | L6 | L6 |
| *DB=USPT; PLUR=YES; OP=OR* | | | | |

JSUF0328

| L5 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. and (methylpiperidin or fluorophenylmethyl).clm. | 0 | L5 | L5 |
| L4 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. and (methylpiperidon or fluorophenylmethyl).clm. | 0 | L4 | L4 |
| L3 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. | 29 | L3 | L3 |

*DB=PGPB,USPT,UPAD; PLUR=YES; OP=OR*

| L2 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. | 198 | L2 | L2 |

*Prior Art Searches*

*DB=USPT,EPAB,JPAB,DWPI,TDBD; PLUR=YES; OP=OR*

| L1 | (514/310.ccls. or 514/317.ccls.) and schizophrenia.clm. | 29 | L1 | L1 |

END OF SEARCH HISTORY

JSUF0329



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

CONFIRMATION NO. 6329

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 RULE | 514 | 1628 | 12560-017-999 |

**APPLICANTS**

David M. Weiner, San Diego, CA;
Robert E. Davis, San Diego, CA;
Mark R. Brann, Del Mar, CA;
Carl-Magnus A Andersson, Hjarup, SWEDEN;
Allan K Uldam, Ballerup, DENMARK;

** CONTINUING DATA ***************************
This application is a CON of 10/759,561 01/15/2004 PAT 7,601,740
    which claims benefit of 60/441,406 01/16/2003
    and claims benefit of 60/479,346 06/17/2003

** FOREIGN APPLICATIONS ***************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
    05/24/2006

| Foreign Priority claimed ☐ Yes ☒ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☒ No | | | | | |
| Verified and Acknowledged    /JENNIFER MYONG M KIM/    Examiner's Signature | Initials | CA | 4 | 16 | 5 |

**ADDRESS**

JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017
UNITED STATES

**TITLE**

Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases

| FILING FEE RECEIVED 1608 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 1 OF 3 | Attorney Docket No. | ACADIA.030C1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 4,853,394 | 08-01-1989 | King, et al. | |
| | 2 | 5,216,165 | 06-01-1993 | Mobilio, et al. | |
| | 3 | 6,756,393 | 06-29-2004 | Andersson, et al. | |
| | 4 | 6,815,458 | 11-09-2004 | Andersson, et al. | |
| | 5 | 6,911,452 | 06-28-2005 | Schlienger | |
| | 6 | 7,115,634 | 10-03-2006 | Thurieau, et al. | |
| | 7 | 2004/0006081 | 01-08-2004 | Burrows, et al. | |
| | 8 | 2004/0106600 A1 | 06-03-2004 | Andersson, et al. | |
| | 9 | 2005/0014757 A1 | 01-20-2005 | Andersson, et al. | |
| | 10 | 2005/0256108 A1 | 11-17-2005 | Schlienger | |
| | 11 | 2006/0094758 A1 | 05-04-2006 | Andersson, et al. | |
| | 12 | 2006/0194778 A1 | 08-31-2006 | Andersson, et al. | |
| | 13 | 2006/0194834 A1 | 08-31-2006 | Andersson, et al. | |
| | 14 | 2006/0199794 A1 | 09-07-2006 | Schlienger | |
| | 15 | 2006/0199818 A1 | 09-07-2006 | Andersson, et al. | |
| | 16 | 2006/0205710 A1 | 09-14-2006 | Schlienger, et al. | |
| | 17 | 2006/0205722 A1 | 09-14-2006 | Andersson, et al. | |
| | 18 | 2006/0199842 A1 | 09-07-2006 | Weiner, et al. | |
| | 19 | 2006/0264465 A1 | 11-23-2006 | Weiner, et al. | |
| | 20 | 2006/0264466 A1 | 11-23-2006 | Weiner, et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document<br>*Country Code-Number-Kind Code*<br>Example: JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 21 | WO 94/27967 A1 | 12-18-1994 | Smithkline Beecham Laboratoires Pharmaceutiques | | |
| | 22 | WO 97/38665 A2 | 10-23-1997 | Merck & Co., Inc. | | |
| | 23 | WO 97/38984 A1 | 10-23-1997 | The Dupont Merck Pharmaceutical Company | | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark if this is a non-English language document and English language translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 2 OF 3 | Attorney Docket No. | ACADIA.030C1 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 24 | WO 98/50534 A1 | 11-12-1998 | Smithkline Beecham Corporation | | |
| | 25 | WO 00/59497 A1 | 10-12-2000 | Merck & Co., Inc. | | |
| | 26 | WO 01/66521 A1 | 09-13-2001 | Acadia Pharmaceuticals, Inc. | | |
| | 27 | WO 03/057698 A2 | 07-17-2003 | Acadia Pharmaceuticals, Inc. | | |
| | 28 | WO 03/057698 A3 | 07-17-2003 | Acadia Pharmaceuticals, Inc. | | |
| | 29 | WO 03/086400 A1 | 10-23-2003 | Glaxo Group Limited | | |
| | 30 | WO 2004/000808 A2 | 12-31-2003 | Acadia Pharmaceuticals Inc. | | |
| | 31 | WO 2004/000808 A3 | 12-31-2003 | Acadia Pharmaceuticals Inc. | | |
| | 32 | EP 0 260 070 B1 | 08-11-1993 | H. Lundbeck A/S | | |
| | 33 | FR 2,802,206 A1 | 06-15-2001 | Societe de Conseils de Recherches et D'Applications Scientifiques (S.C.R.A.S.) | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 34 | KALGUTKAR, et al. 1995. Selective inhibitors of monoamine oxidase (MAO-A and MAO-B) as probes of its catalytic site and mechanism. *Medicinal Research Reviews*, 15(4)325-388. XP002034298. | |
| | 35 | Office Action dated April 25, 2002, from Application No. 09/800,096, now U.S. Pat. No. 6,815,458. | |
| | 36 | Office Action dated January 21, 2003, from Application No. 09/800,096, now U.S. Pat. No. 6,815,458. | |
| | 37 | Office Action dated July 15, 2003, from Application No. 09/800,096, now U.S. Pat. No. 6,815,458. | |
| | 38 | Notice of Allowability dated December 8, 2003, from Application No. 09/800,096 filed March 6, 2001, now U.S. Pat. No. 6,815,458. | |
| | 39 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated December 5, 2003, from Application No. 10/409,782 filed April 7, 2003, now U.S. Pat. No. 6,756,393. | |
| | 40 | International Preliminary Examination Report dated March 18, 2003, for PCT/US01/07187. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a checkmark in this area when an English language translation is attached.

REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 3 OF 3 | Attorney Docket No. | ACADIA.030C1 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T¹ |
|---|---|---|---|
| | 41 | Office Action dated May 21, 2004, from Application No. 10/329,719 filed December 23, 2002, now U.S. Pat. No. 6,911,452. | |
| | 42 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated February 11, 2005, from Application No. 10/329,719 filed December 23, 2002, now U.S. Pat. No. 6,911,452. | |
| | 43 | Office Action dated June 26, 2006, from Application No. 11/154,083 filed June 26, 2006. | |
| | 44 | Notice of Allowability, Notice of Allowance and Fee(s) Due, and Interview Summary dated December 15, 2006, from Application No. 11/154,083 filed June 16, 2005. | |
| | 45 | Office Action dated October 5, 2006, from Application No. 11/418,322 filed May 3, 2006. | |
| | 46 | Office Action dated January 23, 2007, from Application No. 11/418,322 filed May 3, 2006. | |
| | 47 | Written Opinion dated September 9, 2003, for PCT/US02/41476. | |
| | 48 | International Preliminary Examination Report dated January 15, 2004, for PCT/US02/41476. | |
| | 49 | Office Action dated November 4, 2004, from Application No. 10/601,070 filed June 20, 2003. | |
| | 50 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated July 12, 2005, from Application No. 10/601,070 filed June 20, 2003. | |
| | 51 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated March 29, 2006, from Application No. 10/601,070 filed June 20, 2003. | |
| | 52 | International Search Report for PCT/US03/19797 dated December 3, 2003. | |
| | 53 | Written Opinion for PCT/US03/19797 dated April 5, 2004. | |
| | 54 | International Preliminary Examination Report for PCT/US03/19797 dated July 28, 2004. | |
| | 55 | International Search Report for PCT/US2004/001234 dated September 8, 2004. | |
| | 56 | International Written Opinion for PCT/US2004/001234 dated September 8, 2004. | |
| | 57 | International Preliminary Report on Patentability for PCT/US2004/001234 dated April 14, 2005. | |

3363160:sad
013007

| Examiner Signature | /Jennifer Kim/ | Date Considered | 12/22/2009 |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language translation is attached. ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11416527 | WEINER ET AL. |
| | **Examiner** | **Art Unit** |
| | JENNIFER  M KIM | 1628 |

| SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 514 | 310, 317 | 1/15/2010 | jmk |

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| inventors search; parent Application 10/759561 | 1/15/2010 | jmk |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 514 | 310, 317 | 1/15/2010 | jmk |

| | |
|---|---|
| | |

JSUF0334

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11416527 | WEINER ET AL. |
| | Examiner | Art Unit |
| | JENNIFER  M KIM | 1628 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant      ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 05/29/2009 | 01/15/2010 | | | | | | | |
| | 1 | ÷ | - | | | | | | | |
| | 2 | ÷ | - | | | | | | | |
| | 3 | ÷ | - | | | | | | | |
| | 4 | ÷ | - | | | | | | | |
| | 5 | ÷ | - | | | | | | | |
| | 6 | ÷ | - | | | | | | | |
| | 7 | ÷ | - | | | | | | | |
| | 8 | ÷ | - | | | | | | | |
| | 9 | ÷ | - | | | | | | | |
| | 10 | ÷ | - | | | | | | | |
| | 11 | ÷ | - | | | | | | | |
| | 12 | ÷ | - | | | | | | | |
| | 13 | ÷ | - | | | | | | | |
| | 14 | ÷ | - | | | | | | | |
| | 15 | ÷ | - | | | | | | | |
| | 16 | ÷ | - | | | | | | | |
| 1 | 17 | | = | | | | | | | |
| 2 | 18 | | = | | | | | | | |
| 3 | 19 | | = | | | | | | | |
| 4 | 20 | | = | | | | | | | |
| 5 | 21 | | = | | | | | | | |
| 6 | 22 | | = | | | | | | | |
| 7 | 23 | | = | | | | | | | |
| 8 | 24 | | = | | | | | | | |
| 9 | 25 | | = | | | | | | | |
| 10 | 26 | | = | | | | | | | |
| 11 | 27 | | = | | | | | | | |
| 12 | 28 | | = | | | | | | | |
| 13 | 29 | | = | | | | | | | |
| 14 | 30 | | = | | | | | | | |
| 15 | 31 | | = | | | | | | | |
| 16 | 32 | | = | | | | | | | |
| 17 | 33 | | = | | | | | | | |
| 18 | 34 | | = | | | | | | | |
| 19 | 35 | | = | | | | | | | |
| 20 | 36 | | = | | | | | | | |

U.S. Patent and Trademark Office                                        Part of Paper No. : 20100115

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11416527 | WEINER ET AL. |
| | Examiner | Art Unit |
| | JENNIFER  M KIM | 1628 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 05/29/2009 | 01/15/2010 | | | | | | | |
| 21 | 37 | | = | | | | | | | |
| 22 | 38 | | = | | | | | | | |
| 23 | 39 | | = | | | | | | | |
| 24 | 40 | | = | | | | | | | |

| *Issue Classification* | Application/Control No. | | Applicant(s)/Patent Under Reexamination | |
|---|---|---|---|---|
| | 11416527 | | WEINER ET AL. | |
| | **Examiner** | | **Art Unit** | |
| | JENNIFER  M KIM | | 1628 | |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | | | | **CLAIMED** | | **NON-CLAIMED** | |
| 514 | 310 | A | 6 | 1 | K | 31 / 47 (2006.01.01) | | |
| **CROSS REFERENCE(S)** | | A | 6 | 1 | K | 31 / 445 (2006.01.01) | | |

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 514 | 317 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| ☐ Claims renumbered in the same order as presented by applicant | | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** |
| 1 | 17 | 17 | 33 | | | | | | | | | | | | |
| 2 | 18 | 18 | 34 | | | | | | | | | | | | |
| 3 | 19 | 19 | 35 | | | | | | | | | | | | |
| 4 | 20 | 20 | 36 | | | | | | | | | | | | |
| 5 | 21 | 21 | 37 | | | | | | | | | | | | |
| 6 | 22 | 22 | 38 | | | | | | | | | | | | |
| 7 | 23 | 23 | 39 | | | | | | | | | | | | |
| 8 | 24 | 24 | 40 | | | | | | | | | | | | |
| 9 | 25 | | | | | | | | | | | | | | |
| 10 | 26 | | | | | | | | | | | | | | |
| 11 | 27 | | | | | | | | | | | | | | |
| 12 | 28 | | | | | | | | | | | | | | |
| 13 | 29 | | | | | | | | | | | | | | |
| 14 | 30 | | | | | | | | | | | | | | |
| 15 | 31 | | | | | | | | | | | | | | |
| 16 | 32 | | | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| | | 24 | |
| (Assistant Examiner) | (Date) | | |
| /JENNIFER  M KIM/ Primary Examiner.Art Unit 1628 | 1/15/2010 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| (Primary Examiner) | (Date) | 1 | 0 |

U.S. Patent and Trademark Office

Part of Paper No.  20100115

Sheet 1 of 1

# LIST OF REFERENCES CITED BY APPLICANT
### (Use several sheets if necessary)

| | |
|---|---|
| Application Number | 11/416,527 |
| Filing Date | May 3, 2006 |
| First Named Inventor | Weiner *et al.* |
| Art Unit | 1617 |
| Examiner Name | Kim, Jennifer M. |
| Attorney Docket No. | 12560-017-999 |

## U.S. PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Document Number – Kind Code | Publication Date mm/dd/yyyy | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A01 | | | | |

## FOREIGN PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Foreign Patent Document Country Code, Number, Kind Code (if known) | Publication Date mm/dd/yyyy | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B01 | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| *Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T |
|---|---|---|---|
| | C01 | ROBERTS, C., 2006, "Drug Evaluation: ACP-103, a 5-HT2A Receptor Inverse Agonist," *Current Opinion Investigative Drugs*, Vol. 7(7):653-660. | |
| | C02 | VANOVER et al., 2003, "ACP-103, A 5-HT2A Receptor Inverse Agonist, A Novel Potential Treatment for Psychosis," *Schizophrenia Research*, Vol. 60, No. 1, Supp. [S], p. 317. | |
| | C03 | VANOVER et al., 2006, "Pharmacological and Behavioral Profile of N-(4-fluorophenylmethyl)-N-(1-methylpiperidin`4-yl)-N'-(4-(2-methylpropyloxy)phenylmethyl) Carbamide (2R, 3R)-Dihydroxybutanedioate (2:1) (ACP-103), a Novel 5-Hydroxytrptamine 2A Receptor Inverse Agonist," *J. Pharmacology & Experimental Therapeutics*, Vol 317(2):910-918. | |
| | C04 | R&D Focus Drug News, Vol. 10(44):1-4 (November 12, 2001. | |

LAI-3007190v1

| EXAMINER SIGNATURE | /Jennifer Kim/ | DATE CONSIDERED | 12/22/2009 |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JK/

ISDH0338

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 11/416,527 |
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 1 OF 13 | Attorney Docket No. | ACADIA.030C1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 3,983,234 | 9/28/1976 | Sayers | |
| | 2 | 4,138,492 | 2/6/1979 | Noverola, et al. | |
| | 3 | 4,255,432 | 3/10/1981 | Kluge, et al. | |
| | 4 | 4,332,804 | 6/1/1982 | Clark | |
| | 5 | 4,353,900 | 10/12/1982 | Clark | |
| | 6 | 4,353,901 | 10/12/1982 | Clark | |
| | 7 | 4,367,232 | 1/4/1983 | Boix-Igleasias, et al. | |
| | 8 | 5,025,013 | 6/18/1991 | Barreau, et al. | |
| | 9 | 5,214,055 | 5/25/1993 | Peglion, et al. | |
| | 10 | 5,461,066 | 10/24/1995 | Gericke, et al. | |
| | 11 | 5,595,872 | 1/21/1997 | Wetterau II, et al. | |
| | 12 | 5,621,010 | 4/15/1997 | Sueda, et al. | |
| | 13 | 5,707,798 | 1/3/1998 | Brann | |
| | 14 | 5,795,894 | 8/18/1998 | Shue, et al. | |
| | 15 | 5,869,488 | 2/9/1999 | Shue, et al. | |
| | 16 | 5,877,173 | 3/2/1999 | Olney, et al. | |
| | 17 | 5,912,132 | 6/15/1999 | Brann | |
| | 18 | 5,955,281 | 9/21/1999 | Brann | |
| | 19 | 6,107,324 | 8/22/2000 | Behan, et al. | |
| | 20 | 6,140,509 | 10/31/2000 | Behan, et al. | |
| | 21 | 6,150,393 | 11/21/2000 | Behan, et al. | |
| | 22 | 6,358,698 | 3/19/2002 | Weiner, et al. | |
| | 23 | 7,022,698 | 4/4/2006 | Hamied, et al. | |
| | 24 | 7,041,667 | 5/9/2006 | Armour, et al. | |
| | 25 | 7,253,186 | 8/7/2007 | Andersson, et al. | |
| | 26 | 2004/0213816 A1 | 10/28/2004 | Weiner, et al. | |
| | 27 | 2005/0148018 A1 | 7/7/2005 | Weiner, et al. | |
| | 28 | 2005/0244862 A1 | 11/3/2005 | Brann | |
| | 29 | 2006/0106063 A1 | 5/18/2006 | Thygesen, et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this column if an English language Translation is enclosed

*ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JK/*

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 2 OF 13 | Attorney Docket No. | ACADIA.030C1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 2006/0111399 A1 | 5/25/2006 | Thygesen, et al. | |
| | 31 | 2006/0205780 A1 | 9/14/2006 | Thygesen, et al. | |
| | 32 | 2006/0205781 A1 | 9/14/2006 | Thygesen, et al. | |
| | 33 | 2006/0286610 A1 | 12/21/2006 | Brann | |
| | 34 | 2006/0292606 A1 | 12/28/2006 | Brann | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 35 | CA 984843 | 3/2/1976 | John Wyeth & Brother Limited | | |
| | 36 | EP 0 005 318 A1 | 11/14/1979 | Janssen Pharm. | | |
| | 37 | EP 0 061 333 A1 | 9/29/1982 | Syntex (U.S.A.) Inc. | | |
| | 38 | EP 0 379 441 A1 | 7/25/1990 | Rhone-Poulenc Sante | | |
| | 39 | EP 0 548 015 A1 | 6/23/1993 | Ciba-Geigy AG | | |
| | 40 | EP 0 625 507 A2 | 11/23/1994 | Nisshin Flour Milling Co., Ltd. | | |
| | 41 | HU 157325 | 3/19/1998 | Rudolf, et al. | | |
| | 42 | WO 97/08166 A1 | 3/6/1997 | Schering Corporation | | |
| | 43 | WO 97/11940 A1 | 4/3/1997 | Eli Lilly and Company | | |
| | 44 | WO 98/11128 A1 | 3/19/1998 | Dr. Karl Thomae GMBH | | |
| | 45 | WO 98/17646 A1 | 4/30/1998 | Dr. Karl Thomae GMBH | | |
| | 46 | WO 98/44921 A1 | 10/15/1998 | Merck & Co., Inc. | | |
| | 47 | WO 99/52927 A1 | 10/21/1999 | Arena Pharmaceuticals, Inc. | | |
| | 48 | WO 00/23076 A1 | 4/27/2000 | Suntory Limited | | |
| | 49 | WO 00/56335 A1 | 9/28/2000 | The Regents of the University of California | | |
| | 50 | WO 00/69810 A1 | 11/23/2000 | Novo Nordisk A/S | | |
| | 51 | WO 01/44191 A1 | 6/21/2001 | Societe de Conseils de Recherches et D'Applications Scientifiques (S.C.R.A.S.) | | |
| | 52 | WO 01/87839 A1 | 11/22/2001 | Astrazeneca AB | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark here if English Language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 3 OF 13 | Attorney Docket No. | ACADIA.030C1 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 53 | WO 02/079186 A2 | 10/10/2002 | F. Hoffman-La Roche AG | | |
| | 54 | WO 03/062206 A2 | 7/31/2003 | Arena Pharmaceuticals, Inc. | | |
| | 55 | WO 03/062206 A3 | 7/31/2003 | Arena Pharmaceuticals, Inc. | | |
| | 56 | WO 03/070246 A1 | 8/28/2003 | Pfizer Products Inc. | | |
| | 57 | WO 2004/039322 A2 | 5/13/2007 | Micro, Inc. | | |
| | 58 | WO 2004/064738 A2 | 8/5/2004 | Acadia Pharmaceuticals Inc. | | |
| | 59 | WO 2004/064738 A3 | 8/5/2004 | Acadia Pharmaceuticals Inc. | | |
| | 60 | WO 2004/064753 A2 | 8/5/2004 | Acadia Pharmaceuticals Inc. | | |
| | 61 | WO 2005/063254 A2 | 7/14/2005 | Acadia Pharmaceuticals Inc. | | |
| | 62 | WO 2005/112927 A | 12/1/2005 | Acadia Pharmaceuticals Inc. | | |
| | 63 | WO 2006/036874 A1 | 4/6/2006 | Acadia Pharmaceuticals Inc. | | |
| | 64 | WO 2006/037043 A1 | 4/6/2006 | Acadia Pharmaceuticals Inc. | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 65 | ADAM, et al. 1989. Effects of repeated ritanserin on middle-aged poor sleepers. *Psychopharmacology*, 99:219-221. | |
| | 66 | ADELL, et al. 2005. Strategies for producing faster acting antidepressants. *Drug Discovery Today*, 10(8):578-585. | |
| | 67 | AKIN, et al. 2004. Decreased serotonin 5-HT$_{2A}$ receptor-stimulated phosphoinositide signaling in fibroblasts from melancholic depressed patients. *Neuropsychopharmacology*, 29:2081-2087. | |
| | 68 | ALVISI, N. 1892. Sulla formazione di derivati pirazolici dalle dicloridrine e dalla tribromidrina della glicerina ordinaria, *Gazz. Chem. Ital.* 22:158-168. | |
| | 69 | ANTILLA, et al. 2001. Copper-catalyzed coupling of arylboronic acids and amines. *Organic Letters*, 3(13):2077-2079. | |
| | 70 | ANTILLA, et al. 2002. The copper-catalyzed *N*-arylation of indoles. *J. Am. Chem. Soc.*, 124:11684-11688. | |
| | 71 | ARCHIBALD, et al., 1974 "Benzamidopiperdines. 2. Heterocyclic Compounds Related to Indoramin" *J. Medicinal Chemistry*, 17(7):736-739 | |
| | 72 | ARCHIBALD, et al., 1974 "Benzamidopiperdines. 3. Heterocyclic Compounds Related to Indoramin" *J. Medicinal Chemistry*, 17(7):-739-744 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 11/416,527 |
|---|---|---|---|
| | | Filing Date | May 3, 2006 |
| | | First Named Inventor | David M. Weiner, et al. |
| | | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | | Examiner | Williams, Leonard M. |
| SHEET 4 OF 13 | | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 73 | ARCHIBALD, et al., 1974 "1,4-Bis-(2-indol-3-ylethyl)piperdines" J. Medicinal Chemistry, 17(7):-745-747 | |
| | 74 | ARTICO, et al. 1992. Aromatic hydrazides as specific inhibitors of bovine serum amine oxidase. *Eur. J. Med. Chem.*, 27:219-228. | |
| | 75 | BAKSHI, et al. 1994. Clozapine antagonizes phencyclidine-induced deficits in sensorimotor gating of the startle response. *The Journal of Pharmacology and Experimental Therapeutics*, 271(2):787-794. | |
| | 76 | BARCHAS, J. 1973. *Serotonin and Behavior.* New York: Academic Press. | |
| | 77 | BARNES, et al. 1999. A review of central 5-HT receptors and their function. *Neuropharmacology*, 38:1083-1152. | |
| | 78 | BARR, et al. 1997. Agonist-independent activation of $G_Z$ by the 5-hydroxytryptamine$_{1A}$ receptor co-expressed in *Spodoptera frugiperda* cells. *The Journal of Biological Chemistry*, 272(52):32979-32987. | |
| | 79 | BASSUS, et al. 1974. Psychotropes potentiels. X. Synthèse de butyrophénones à cycle pipéridine-spiro-tétrahydrooxazinone douées d'activité neuroleptique. *Eur. J. Med. Chem. – Chimica Therapeutica*, 9(4):416-423. | |
| | 80 | BENNETT, et al. 1993. Suppression of dyskinesias in advanced Parkinson's disease. II. Increasing daily clozapine doses suppress dyskinesias and improve parkinsonism symptoms. *Neurology*, 43:1551-1555. | |
| | 81 | BHATIA, et al. 1996. 5-Lipoxygenase inhibitors: Synthesis and structure-activity relationships of a series of 1-Aryl-2$H$,4$H$-tetrahydro-1,2,4-triazin-3-ones. *J. Med. Chem.*, 39:3938-3950. | |
| | 82 | BIAGI, et al. 1988. 1,2,3-Triazoles: Structural changes on two effective inhibitors of the prostaglandin synthesis *in vitro. Farmaco Ed. Sci.*, 43:597-612. | |
| | 83 | BIBBIANI, et al. 2001. Serotonin 5-HT1A agonist improves motor complications in rodent and primate parkinsonian models. *Neurology*, 57:1829-1834. | |
| | 84 | BIRKMAYER, et al. 1974. Nucleus ruber and L-Dopa psychosis: Biochemical post-mortem findings. *Journal of Neural Transmission*, 35:93-116. | |
| | 85 | BLAKLEY, et al. 2001. Bidirectional changes in ethanol consumption in rats with site-specific antisense down-regulation of 5-hydroxytryptamine$_{2A}$ receptors in brain. *The Journal of Pharmacology and Experimental Therapeutics*, 299(1):277-289. | |
| | 86 | BLIER, et al. 2001. Putative mechanisms of action of antidepressant drugs in affective and anxiety disorders and pain. *Journal of Psychiatry & Neuroscience*, 26(1):37-43. | |
| | 87 | BLIER, et al. 2005. Potential mechanisms of action of atypical antipsychotic medications in treatment-resistant depression and anxiety. *J. Clin. Psychiatry*, 66(suppl 8):30-40. | |
| | 88 | BOND et al. 1995. Physiological effects of inverse agonists in transgenic mice with myocardial overexpression of the ß$_2$-adrenoceptor. *Nature*, 374:272-276. | |
| | 89 | BOULLIN D. J. 1978. *Serotonin In Mental Abnormalities* (p. 316). New York: Wiley. | |
| | 90 | BROWN, et al. 1924. Catalytic alkylation of aniline, *J. Am. Chem. Soc.*, 46(8):1836-1839. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| **\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant. | | | |

T[1] - Place a check mark next to citation if English Language Translation is attached. ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 5 OF 13 | Attorney Docket No. | ACADIA.030C1 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
|---|---|---|---|
| | 91 | BUCHI et al. 1969. Synthesis of (±)-nuciferal. *J. Org. Chem.*, 34(4):1122-1123. | |
| | 92 | BUTCHER, et al. 1970. L-Dopa induced changes in central monoamine neurons after peripheral decarboxylase inhibition. *Letters to the Editor, J. Pharm. Pharmac.*, 22:313-316. | |
| | 93 | BUU-HOI, et al. 1951. Further studies in the alkylation of phenols and thiophenols, *J. Org. Chem.*, 16:988-994. | |
| | 94 | CACCHI, et al. 2003. Palladium-catalyzed reaction of aryl iodides with acetic anhydride. A carbon monoxide-free synthesis of acetophenones. *Organic Letters*, 5(3):289-291. | |
| | 95 | CARMAN, et al. 1998. A further synthesis of an analogue of the antifuncal/antiherbivore lipid from avocado. *Aust. J. Chem.*, 51:955-959. | |
| | 96 | CAROON, et al. 1981. Synthesis and antihypertensive activity of a series of 8-substituted 1-Oxa-3,8-diazaspiro[4.5]decan-2-ones. *J. Med. Chem.*, 24:1320-1328. | |
| | 97 | CARROLL, et al. 1992. Synthesis and muscarinic receptor activity of ester derivatives of 2-substituted 2-azabicyclo[2.2.1]heptan-5-ol and –6-ol. *J. Med. Chem.*, 35:2184-2191. | |
| | 98 | CATARZI, et al. 2001. Synthesis, ionotropic glutamate receptor binding affinity, and structure-activity relationships of a new set of 4,5-dihydro-8-heteroaryl-4-oxo-1,2,4-triazolo[1,5-a]quinoxaline-2-carboxylates analogues of TQX-173. *J. Med Chem.*, 44:3157-3165. | |
| | 99 | CERIONE, et al. 1984. The mammalian $\beta_2$-adrenergic receptor: Reconsitution of functional interactions between pure receptor and pure stimlatory nucelotide binding protein of the adenylate cyclase system. *Biochemistry*, 23:4519-4525. | |
| | 100 | Chemical Abstracts, 73:25305. BENKE, et al. 1970. | |
| | 101 | Chemical Abstracts, 128:111548. Brann, M. R. 1998. Identification of ligands by selective amplification of cells transfected with receptors and marker enzymes. | |
| | 102 | CHERKASOV, et al. 1985. Organothiophosphorus reagents in organic synthesis. *Tetrahedron*, 41(13):2567-2624. | |
| | 103 | CLARK et al. 1983. Antihypertensive 9-substituted 1-Oxa-4,9-diazaspiro[5.5]undecan-3-ones. *J. Med. Chem.*, 26:855-861. | |
| | 104 | CLIFTON, et al. 1982. Arylethanolamines Derived from Salicyclamide with α- and β-Adrenoceptor Blocking Activities. Preparation of Labetalol, its Enantiomers, and Related Salicylamides. *J. Med.Chem.*, 25:670-679. | |
| | 105 | DeCLERCK, et al. 1987. Increase in slow-wave sleep in humans with the serotonin-$S_2$ antagonist ritanserin. *Current Therapeutic Research*, 41(4):427-432. | |
| | 106 | DELECLUSE, et al. 1998. A case of tardive tremor successfully treated with clozapine. *Movement Disorders*, 13(5):846-847 | |
| | 107 | DUNN, et al. 1986. Analgetic and antiinflammatory 7-aroylbenzofuran-5-ylacetic acids and 7-aroylbenzothiophene-5-ylacetic acids. *J. Med. Chem.*, 29:2326-2329. | |
| | 108 | DURIF, et al. 1997. Low-dose clozapine improves dyskinesias in Parkinson's disease. *Neurology*, 48:658-662. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark here if English Language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 6 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 109 | EICHELBAUM, et al. 1996. Influence of pharmacogenetics on drug disposition and response. *Clinical and Experimental Pharmacology and Physiology*, 23:983-985. | |
| | 110 | EMERSON, et al. 1938. The reductive alkylation of aniline. *J. Am. Chem. Soc.*, 60:2023-2025. | |
| | 111 | ERMAKOV, et al. 1981. Use of Mass spectrometry in structural and stereochemical studies. *Chemistry of Heterocyclic Compounds*, 1:72-77. | |
| | 112 | EVERETT, et al. 1970. L-Dopa: Effect on concentrations of dopamine, norepinephrine, and serotonin in brains of mice. *Science*, 168:849-850. | |
| | 113 | FACTOR, et al. 1992. Clozapine prevents recurrence of psychosis in Parkinson's disease. *Movement Disorders*, 7(2):125-131. | |
| | 114 | FACTOR, et al. 2001. Clozapine for the treatment of drug-induced psychosis in Parkinson's disease: Results of the 12 week open label extension in the PSYCLOPS trial. *Movement Disorders*, 16(1):135-139. | |
| | 115 | FINAR, et al. 1954. The preparation and properties of some derivatives of 1-phenylpyrazole, *J. Chem. Soc.*, pp. 2293-2298. | |
| | 116 | FIŠERA, et al. 1994. Synthesis of spiro-substituted 1,3-oxazines by a new sequence leading to spiroheterocycles. *Monatshefte für Chemie*, 125:909-919. | |
| | 117 | FRIEDMAN, J. H. 1994. Clozapine treatment of psychosis in patients with tardive dystonia: Report of three cases. *Movement Disorders*, 9(3):321-324. | |
| | 118 | FRIEDMAN, et al. 1999. Low-dose clozapine for the treatment of drug-induced psychosis in Parkinson's disease. *N. Engl. J. Med.*, 340(10):757-763. | |
| | 119 | FRIEDMAN, et al. 2000. Atypical antipsychotics in the treatment of drug-induced psychosis in Parkinson's disease. *Movement Disorders*, 15(2):201-211. | |
| | 120 | FULLER, R. W. 1982. Drugs acting on serotonergic neuronal systems. In N. N. Osborne (Ed.), *Biology of Serotonergic Transmission*, Chap. 9, pp. 221-247. New York: Wiley. | |
| | 121 | GAINETDINOV, et al. 2001. Genetic animal models: Focus on schizophrenia. *Trends in Neurosciences*, 24(9)527-533. | |
| | 122 | GAMMA, et al. 2000. 3,4-Methylenedioxymethamphetamine (MDMA) modulates cortical and limbic brain activity as measured by $[H_2^{15}O]$-PET in healthy humans. *Neuropsychopharmacology*, 23(4):388-395. | |
| | 123 | GAWLEY, R. E., & Aubé, J. 1996. *Principles of Asymmetric Synthesis*. New York: Pergamon. | |
| | 124 | GERSHON, M. D., Mawe, G. M., & Branchek, T. A. 1989. 5-Hydroxytryptamine and enteric neurones. In J. R. Fozard (Ed.), *The Peripheral Actions of 5-Hydroxytryptamine* (pp. 247-273). New York: Oxford University Press. | |
| | 125 | GILLMAN, P. K. 2005. Monoamine oxidase inhibitors, opioid analgesics and serotonin toxicity. *British Journal of Anaesthesia*, 95(4):434-441. | |
| | 126 | GLENNON, R. A. 1990. Serotonin receptors: Clinical implications. *Neuroscience & Biobehavioral Reviews*, 14:35-47. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 7 OF 13 | Attorney Docket No. | ACADIA.030CI |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 127 | GOOßEN, et al. 2001. Palladium-catalyzed synthesis of aryl ketones from boronic acids and carboxylic acids or anhydrides. *Angew. Chem. Int. Ed.*, 40:3458-3460. | |
| | 128 | GSTACH et al. 1990. Rearrangement of 3,3-disubstituted 1-aryl-4,5-dihydro-5-oxo-3*H*-1,2,4-triazolium tetrafluoroborates; Part 1. A versatile synthesis of 1,5-disubstituted 2-aryl-1,2-dihydro-3*H*-1,2,4-triazol-3-one tetrafluoroborates. *Synthesis,* pp. 803-808. | |
| | 129 | GUTHRIE, et al. 1993. The tetrahedral intermediate from the hydration of *N*-methylformanilide. *Can. J. Chem.*, 71:2109-2122. | |
| | 130 | HARPER, et al. 1964. The chemistry and pharmacology of some 4-aminopiperidines and their derivatives. *J. Med. Chem.*, 44:729-732. | |
| | 131 | HARTWIG, J. F. 1998. Transition metal catalyzed synthesis of arylamines and aryl ethers from aryl halides and triflates: Scope and mechanism. *Angew. Chem. Int. Ed.*, 37:2047-2067. | |
| | 132 | HERRICK-DAVIS, et al. 2000. Inverse agonist activity of atypical antipsychotic drugs at human 5-hydroxytryptamine2C receptors. *The Journal of Pharmacology and Experimental Therapeutics*, 295(1):226-232. | |
| | 133 | HICKINBOTTOM, W. J. 1930. The preparation of secondary alkylaryl-amines and their purification. *J. Chem. Soc.*, pp. 992-994. | |
| | 134 | HIRST, et al. 1895. A method for preparing the formyl derivatives of the aromatic amines. *J. Chem. Soc.*, 67:829-831. | |
| | 135 | IDZIKOWSKI, et al. 1991. A dose response study examining the effects of ritanserin on human slow wave sleep. *Br. J. Clin. Pharmac.*, 31:193-196. | |
| | 136 | IRIKURA et al., 1971 "New Anticulcer Agents. 1. Synthesis and Biological Activities of 1-Acyl-2-,-3-, -4-substituted Benzamidopiperdines" *J. Medicinal Chemistry* 14(4): 357-361 | |
| | 137 | JAEGER, et al. 1941. Two ketones of the stilboestrol group. *J. Chem. Soc.*, 744-747. | |
| | 138 | JULIUS, et al. 1990. The 5HT2 receptor defines a family of structurally distinct but functionally conserved serotonin receptors. *Proc. Natl. Acad. Sci. USA*, 87:928-932. | |
| | 139 | KANAYAMA, et al. 2005. New treatment of lumbar disc herniation involving 5-hydroxytryptamine2A receptor inhibitor: A randomized controlled trial. *J. Neurosurg: Spine*, 2:441-446. | |
| | 140 | KLAPARS, et al. 2001. A general and efficient copper catalyst for the amidation of aryl halides and the *N*-arylation of nitrogen heterocycles. *J. Am. Chem. Soc.*, 123:7727-7729. | |
| | 141 | KLAPARS, et al. 2002. A general and efficient copper catalyst for the amidation of aryl halides. *J. Am. Chem. Soc.*, 124:7421-7428. | |
| | 142 | KUEHNE, et al. 1991(a). Enantioselective syntheses of vinblastine, leurosidine, vincovaline, and 20'-epi-vincovaline. *J. Org. Chem.*, 56(2):513-528. | |
| | 143 | KUEHNE, et al. 1991(b). Total syntheses of *Yohimbe* alkaloids, with stereoselection for the normal, allo, and 3-epiallo series, based on annelations of 4-methoxy-1,2-dihydropyridones. *J. Org. Chem.*, 56(8):2701-2712. | |
| | 144 | KWONG, et al. 2002(a). Copper-catalyzed coupling of alkylamines and aryl iodides: An efficient system even in an air atmosphere. *Organic Letters*, 4(4):581-584. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this box when an English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 8 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 145 | KWONG, et al. 2002(b). A general, efficient, and inexpensive catalyst system for the coupling of aryl iodides and thiols. *Organic Letters,* 4(20):3517-3520. | |
| | 146 | KWONG, et al. 2003. Mild and efficient copper-catalyzed amination of aryl bromides and primary alkylamines. *Organic Letters,* 5(6):793-796. | |
| | 147 | LANDINI, et al. 1974. A convenient synthesis of primary and secondary dialkyl and aryl alkyl sulfides in the presence of phase-transfer catalysts. *Synthesis,* pp. 565-566. | |
| | 148 | LANDOLT, et al. 1999. Serotonin-2 receptors and human sleep: Effect of a selective antagonist on EEG power spectra. *Neuropsychopharmacology,* 21(3):455-466. | |
| | 149 | LEYSEN, et al. 1978. Serotonergic component of neuroleptic receptors. *Nature,* 272:168-171. | |
| | 150 | LI, G. Y. 2002. Highly active, air-stable palladium catalysts for the C-C and C-S bond-forming reactions of vinyl and aryl chlorides: Use of commercially available $[(t\text{-}Bu)_2P(OH)]_2PdCl_2$ $[(t\text{-}Bu)_2P(OH)PdCl]_2$, and $[[(t\text{-}Bu)_2PO. . .H. . .OP(t\text{-}Bu)_2]PdCl]$ as catalysts. *J. Org. Chem.,* 67:3643-3650. | |
| | 151 | LIECHTI, et al. 2001. Effects of MDMA (ecstasy) on prepulse inhibition and habituation of startle in humans after pretreatment with Citalopram, Haloperidol, or Ketanserin. *Neuropsychopharmacology,* 24(3):240-252. | |
| | 152 | LINDER, et al. 1997. Pharmacogenetics: A laboratory tool for optimizing therapeutic efficiency. *Clinical Chemistry,* 43(2):254-266. | |
| | 153 | LOWE, et al. 1994. Aza-tricyclic substance P antagonists. *J. Med. Chem.,* 37:2831-2840. | |
| | 154 | MANSBACH, et al. 1988. Dopaminergic stimulation disrupts sensorimotor gating in the rat. *Psychopharmacology,* 94:507-514. | |
| | 155 | MAREK, et al. 2003. Synergistic action of 5-$HT_{2A}$ antagonists and selective serotonin reuptake inhibitors in neuropsychiatric disorders. *Neuropsychopharmacology,* 28:402-412. | |
| | 156 | MAREK, et al. 2005. The selective 5-$HT_{2A}$ receptor antagonist M100907 enhances antidepressant-like behavioral effects of the SSRI fluoxetine. *Neuropsychopharmacology,* 30:2205-2215. | |
| | 157 | MAVUNKEL, et al. 1996. Synthesis and characterization of pseudopeptide bradykinin B2 receptor antagonists containing the 1,3,8-triazaspiro[4.5]decan-4-one ring system. *J. Med. Chem.,* 39:3169-3173. | |
| | 158 | MAYER, et al. 2003. Ritanserin improves sleep quality in narcolepsy. *Pharmacopsychiatry,* 364:150-155. | |
| | 159 | MELTZER, et al. 1995. Plasma clozapine levels and the treatment of L-DOPA-induced psychosis in Parkinson's disease. *Neuropsychopharmacology,* 12(1):39-45. | |
| | 160 | MELTZER, H. Y. 1999. The role of serotonin in antipsychotic drug action. *Neuropsychopharmacology,* 21(2S):106S-115S. | |
| | 161 | MENG, et al. 1991. Synthetic approaches toward glidobamine, the core structure of the glidobactin antibiotics. *Tetrahedron,* 47(32):62510-6264. | |
| | 162 | MICOVIC, et al. 1991. A simple method for preparation of secondary aromatic amines. *Synthesis,* 11:1043-1045. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this column or across is if the corresponding references were considered. ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 9 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 163 | MIYATA, et al. 2000. Sarpogrelate, a selective 5-HT$_{2A}$ serotonergic receptor antagonist, inhibits serotonin-induced coronary artery spasm in a porcine model. *Journal of Cardiovascular Pharmacology*, 35(2) 294-301. | |
| | 164 | MÖEHRLE, et al. 1990. Sodium mercury edetate dehydrogenation of N-aliphatic substituted 1,2,3,6-tetrahydropyridine derivatives. *Arch. Pharm. (Weinheim)*, 323:109-115. | |
| | 165 | MOULIGNIER, A. 1994. Récepteurs centraux de la sérotonine principaux aspects fondamentaux et fonctionnels application thérapeutiques. *Rev. Neurol.*, 150:3-15. | |
| | 166 | MOULIGNIER, A. 1994. Récepteurs centraux de la sérotonine principaux aspects fondamentaux et fonctionnels application thérapeutiques. *Rev. Neurol.*, 150:3-15. | |
| | 167 | MOUNE, et al. 1997. Total synthesis of dolatrienoic acid: A subunit of dolastatin 14. *J. Org. Chem.*, 62:3332-3339. | |
| | 168 | MULLEN et al. 2000. (-)-Spiro[1-azabicyclo[2.2.2]octane-3,5'-oxazolidin-2'one], a conformationally restricted analogue of acetylcholine, is a highly selective full agonist at the α7 nicotinic acetylcholine receptor. *J. Med. Chem.*, 43:4045-4050. | |
| | 169 | MURI, et al. 1998. Synthesis of new benzylic ethers of oximes derived from 1-phenyl-pyrazole compounds. *Synthetic Communications*, 28(7):1299-1321. | |
| | 170 | NG, et al. 1970. L-dopa-induced release of cerebral monoamines. *Science*, 170:76-77. | |
| | 171 | NIGAM, et al. 1957a. Studies with acetylenes. Part II. Some reactions of Grignard reagents with propargylic halides. Model linoleic and linolenic acid systems. *J. Chem Soc.*, pp. 3868-3873. | |
| | 172 | NIGAM, et al. 1957b. The conversion of fatty acids into aldehydes. *J. Chem. Soc.*, pp.3320-3321. | |
| | 173 | NORDSTROM, et al. 1993. High 5-HT$_2$ receptor occupancy in clozapine treated patients demonstrated by PET. *Psychopharmacology*, 110:365-367. | |
| | 174 | OGAWA, et al. 2005. Effects of R-102444 and its active metabolite R-96544, selective 5-HT2A receptor antagonists, on experimental acute and chronic pancreatitis: Additional evidence for possible involvement of 5-HT2A receptors in the development of experimental pancreatitis. European Journal of Pharmacology, 521:156-163 | |
| | 175 | OLAH, et al. 1956. Notiz über die *n*-formylierung von aminen mit formylfluorid. *Chem. Ber.*, 89:2211-2212. | |
| | 176 | OLD, et al. 2002. Efficient palladium-catalyzed *n*-arylation of indoles. *Organic Letters,* 2(10):1403-1406. | |
| | 177 | PACE, et al. 1991. A mutant α subunit of G$_{i2}$ induces neoplastic transformation of Rat-1 cells. *Proc. Natl. Acad. Sci. USA*, Vol 88:7031-7035. | |
| | 178 | PAIVA, et al. 1988. Effects of ritanserin on sleep disturbances of dysthymic patients. *Psychopharmacology*, 96:395-399. | |
| | 179 | PATEL, et al. 2004. The highly selective 5-hydroxytryptamine (5-HT)$_{2A}$ receptor antagonist, EMD 281014, significantly increases swimming and decreases immobility in male congenital learned helpless rats in the forced swim test. *Synapse*, 52:73-75. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this column where an English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 10 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 180 | PIERCE, et al. 1995. 5-hydroxytryptamine-induced synovial plasma extravasation is mediated *via* 5-hydroxytryptamine2A receptors on sympathetic efferent terminals. *The Journal of Pharmacology and Experimental Therapeutics*, 275(1):502-508. | |
| | 181 | POLLAK, et al. 1999. Clozapine in drug-induced psychosis in Parkinson's disease. *The Lancet*, 353:2041-2042. | |
| | 182 | READ, W. T. 1922. Researches on hydantoins. Synthesis of the soporific, 4,4-phenylethyl-hydantoin(nirvanol). *J. Am. Chem. Soc.*, 44:1746-1755. | |
| | 183 | RICCI, A. 2000. *Modern Animation Methods*. New York: Wiley-VCH. | |
| | 184 | RICE, et al. 1955. Raney nickel catalyzed n-alkylation of aniline and benzidine with alcohols. *J. Am. Chem. Soc.*, 77:4052-4054. | |
| | 185 | RUBIRALTA, M., Giralt, E., & Diez, A. 1991. *Studies in Organic Chemistry 43. Piperidine: Structure, Preparation, Reactivity and Synthetic Applications of Piperidine and its Derivatives.* New York: Elsevier. | |
| | 186 | SADZOT, et al. 1989. Hallucinogenic drug interactions at human brain 5-HT$_2$ receptors: Implications for treating LSD-induced hallucinogenesis. *Psychopharmacology*, 98:495-499. | |
| | 187 | SALTZMAN, et al. 1991. Cloning of the human serotonin 5-HT2 and 5-HT1C receptor subtypes. *Biochemical and Biophysical Research Communications*, 181(3):1469-1478. | |
| | 188 | SAXENA, et al. 1990. Cardiovascular effects of serotonin agonists and antagonists. *Journal of Cardiovascular Pharmacology*, 15(Supp. 7):S17-S34. | |
| | 189 | SCHEIBYE, et al. 1978. Studies on organophosphorus compounds XXI. The dimer of *p*-methoxyphenylthionophosphine sulfide as thiation reagent. A new route to thiocarboxamides. *Bull. Soc. Chim. Belg.*, 87:229-238. | |
| | 190 | SCHINS, et al. 2003. Increased coronary events in depressed cardiovascular patients: 5-HT$_{2A}$ receptor as missing link? *Psychosomatic Medicine*, 65:729-737. | |
| | 191 | SCRETTAS, et al. 1978. Hydrolithiation of α-olefins by a regiospecific two-step process. Transformation of alkyl phenyl sulfides to alkyllithium reagents. *J. Org. Chem.*, 43(6):1064-1071. | |
| | 192 | SHARPLEY, et al. 1994. Slow wave sleep in humans: Role of 5-HT$_{2A}$ and 5-HT$_{2C}$ receptors. *Neuropharmacology*, 33(3/4):467-471. | |
| | 193 | SMITH, et al. 1995. New spiropiperidines as potent and selective non-peptide tachykinin NK$_2$ receptor antagonists. *J. Med. Chem.*, 38(19):3772-3779. | |
| | 194 | STEFANCICH, et al. 1984. Agenti antiinfiammatori non-steroidei: Nota III – sintesi ed attività analgesica-antiinfiammatoria di 4-(pirrol-1-il)-fenilacetamidi e di 4-(pirrol-1-il)fenetilamine. *Farmaco Ed. Sci.*, 39(9):752-764. | |
| | 195 | STRYJER, et al. 2003. Treatment of neuroleptic-induced akathisia with the 5-HT$_{2A}$ antagonist trazodone. *Clinical Neuropharmacology*, 26(3):137-141. | |
| | 196 | TOLSTIKOV et al.1991 "Synthesis and Reactivity of N-substituted aminoamides, antiarrhythmic and local anaesthetic activity" *Russian Chemical Reviews* 60(4):420434 | |
| | 197 | TSUKAMOTO, et al. 1995. Synthesis and structure-activity studies of a series of 1-oxa-2,8-diazaspiro[4.5]decan-3-ones and related compounds as M$_1$ muscarinic agonists. *Chem. Pharm. Bull.*, 43(9):1523-1529. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this column if in conformance with the T appearance of these APPEAR TO HAVE BEEN CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 11/416,527 |
|---|---|---|---|
| | | Filing Date | May 3, 2006 |
| | | First Named Inventor | David M. Weiner, et al. |
| | | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | | Examiner | Williams, Leonard M. |
| SHEET 11 OF 13 | | Attorney Docket No. | ACADIA.030C1 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 198 | VALLAR, et al. 1987. Altered $G_S$ and adenylate cyclase activity in human GH-secreting pituitary adenomas. *Nature*, 330:566-568. | |
| | 199 | VAN LAAR, et al. 2001. Subchronic effects of the GABA-agonist lorazepam and the 5-HT$_{2A/2C}$ antagonist ritanserin on driving performance, slow wave sleep and daytime sleepiness in healthy volunteers. *Psychopharmacology*, 154:189-197. | |
| | 200 | VARMA, et al. 1999. Microwave-accelerated solvent-free synthesis of thioketones, thiolactones, thioamides, thionoesters, and thioflavonoids. *Organic Letters*, 1(5):697-700. | |
| | 201 | VIOLA, et al. 2002. Ritanserin, a serotonin-2 receptor antagonist, improves ultradian sleep rhythmicity in young poor sleepers. *Clinical Neurophysiology*, 113:429-434. | |
| | 202 | VOGEL, A. I. 1948. Physical properties and chemical constitution. Part XIX. Five-membered and six-membered carbon rings. *J. Chem. Soc.*, pp. 1809-1813. | |
| | 203 | VOGL, et al. 2002. Palladium-catalyzed monoarylation of nitroalkanes. *J. Org. Chem.*, 67(1):106-111. | |
| | 204 | WADE, et al. 2000. Application of base cleavable safety catch linkers to solid phase library production. *J. Comb. Chem.*, 2(3):266-275. | |
| | 205 | WEINER, et al. 2001. 5-Hydroxytryptamine$_{2A}$ receptor inverse agonists as antipsychotics. *The Journal of Pharmacology and Experimental Therapeutics*, 299(1):268-276. | |
| | 206 | WHITMORE, et al. 1942. Abnormal Grignard reactions. XII. Sterically hindered aliphatic carbonyl compounds. II. Ketones containing the dineopentylcarbinyl group. *J. Am. Chem. Soc.*, 64:1247-1251. | |
| | 207 | WHITMORE, et al. 1947. Higher hydrocarbons. IV. Six phenyleicosanes and six cyclohexyleicosanes. *J. Am. Chem. Soc.*, 69:235-237. | |
| | 208 | WOLF, V. V. 1952. Über alkin-amine I. Aryl-propargyl-amine. *Liebigs Ann. Chem.*, 576:35-45. | |
| | 209 | WOLFE, et al. 1996. An improved catalyst system for aromatic carbon-nitrogen bond formation: The possible involvement of bis(phosphine) palladium complexes as key intermediates. *J. Am. Chem. Soc.*, 118:7215-7216. | |
| | 210 | YAMADA, et al. 1998. Alternative synthesis of TTF donors with a dioxolane ring, and synthesis of their dithiolane and oxathiolane analogues. *Tetrahedron Letters*, 39:7709-7712. | |
| | 211 | YANG, et al. 1999. Palladium-catalyzed amination of aryl halides and sulfonates. *Journal of Organometallic Chemistry*, 576:125-146. | |
| | 212 | YASUHARA, et al. 2000. An activated phosphate for an efficient amide and peptide coupling reagent. *J. Chem. Soc., Perkin Trans. 1*, 17:2901-2902. | |
| | 213 | YIN, et al. 2002. Pd-catalyzed intermolecular amidation of aryl halides: The discovery that xantphos can be trans-chelating in a palladium complex. *J. Am. Chem. Soc.*, 124:6043-6048. | |
| | 214 | YOSHIDA, et al. 1998. Marked improvement of tardive dystonia after replacing haloperidol with risperidone in a schizophrenic patient. *Clinical Neuropharmacology*, 21(1):68-69. | |
| | 215 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated May 15, 1997, from Application No. 08/273,669 filed July 12, 1994, now U.S. Pat. No. 5,707,798. | |
| | 216 | Office Action dated March 27, 1998, from Application No. 08/954,724 filed October 20, 1997, now U.S. Pat. No. 5,912,132. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached. ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 12 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^1$ |
| | 217 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated September 4, 1998, from Application No. 08/954,724 filed October 20, 1997, now U.S. Pat. No. 5,912,132. | |
| | 218 | Office Action dated September 14, 1998, from Application No. 08/965,947 filed November 7, 1997, now U.S. Pat. No. 5,955,281. | |
| | 219 | Interview Summary dated November 17, 1998, from Application No. 08/965,947 filed November 7, 1997, now U.S. Pat. No. 5,955,281. | |
| | 220 | International Search Report dated July 17, 2001 for PCT/US01/07187. | |
| | 221 | Written Opinion dated November 22, 2002 for PCT/US01/07187. | |
| | 222 | Office Action dated February 28, 2001, from Application No. 09/413,626 filed October 6, 1999, now U.S. Pat. No. 6,358,698. | |
| | 223 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated November 20, 2001, from Application No. 09/413,626 filed October 6, 1999, now U.S. Pat. No. 6,358,698. | |
| | 224 | Office Action dated January 17, 2006, from Application No. 11/154,083 filed June 26, 2005. | |
| | 225 | International Search Report dated May 8, 2003 for PCT/US02/41476. | |
| | 226 | International Search Report dated January 30, 2006, for PCT/US2005/034813 | |
| | 227 | Written Opinion of the International Searching Authority dated January 30, 2006, for PCT/US2005/034813. | |
| | 228 | International Search Report dated January 30, 2006, for PCT/US2005/034376. | |
| | 229 | Written Opinion of the International Searching Authority dated January 30, 2006, for PCT/US2005/034376. | |
| | 230 | Office Action dated November 4, 2004, from Application No. 10/601,070 filed June 20, 2003 | |
| | 231 | International Preliminary Report on Patentability dated March 27, 2007, for PCT/US2005/034376. | |
| | 232 | International Preliminary Report on Patentability dated March 27, 2007, for PCT/US2005/034813. | |
| | 233 | Office Action dated April 6, 2007, from Application No. 11/418,322 filed May 3, 2006. | |
| | 234 | Office Action dated May 8, 2007, from Application No. 11/417,866 filed May 3, 2006. | |
| | 235 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated March 5, 2007, from Application No. 10/601,070 filed June 20, 2003. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark here if an English language Translation is attached. ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 11/416,527 |
|---|---|---|
| | Filing Date | May 3, 2006 |
| | First Named Inventor | David M. Weiner, et al. |
| | Art Unit | 1617 |
| *(Multiple sheets used when necessary)* | Examiner | Williams, Leonard M. |
| SHEET 13 OF 13 | Attorney Docket No. | ACADIA.030C1 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 236 | Office Action dated February 5, 2007, from Application No. 11/299,566 filed December 12, 2005 | |
| | 237 | Notice of Allowance and Fee(s) Due and Notice of Allowability dated June 19, 2007, from application No. 11/418,322 filed May 3, 2006 | |

4141231:sad
082907

| Examiner Signature | /Jennifer Kim/ | Date Considered | 12/22/2009 |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language translation is attached. ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JK/

**Part B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**   **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax** **(703) 746-4000**

eFILE

| | |
|---|---|
| **INSTRUCTIONS**: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advanced orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. | **Note**: A certificate of mailing below can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |

**CURRENT CORRESPONDENCE ADDRESS** (Note: Use Block 1 for any change of address)

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for express mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

**JONES DAY**
222 East 41st Street
New York, New York 10017-6702

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 | 6329 |

TITLE OF INVENTION:   SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | No | $1510 (large) | $300.00 | $1,810.00 | 04/26/10 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS | |
|---|---|---|---|
| Jennifer M. Kim | 1628 | 514-310000 | |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1. **Jones Day** _____

2. _____

3. _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE:         (B) RESIDENCE: (CITY and STATE OR COUNTRY)

ACADIA Pharmaceuticals Inc.                    San Diego, CA

Please check the appropriate assignee category or categories (will not be printed on the patent):
☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are enclosed:

☒ Issue Fee

☒ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number 50-3013 (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above. NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

(Authorized Signature)                                        (Date)

_Signature_                                      April 13, 2010

Attorney: Mark D. Kafka (for: Anthony M. Insogna, Reg. No. 35,203)      Registration No. 59,569

This collection of information is required by 37 CFR 1.133. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CRF 1.14. This collection is estimated to take 12 minutes to complete including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time required to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Issue Fee, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (REV. 08/07) Approved for use through 08/31/2010.

**TRANSMIT THIS FORM WITH FEE(S)**
OMB 0651-0033                    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SDI- 12148v1

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11416527 |
| **Filing Date:** | 03-May-2006 |
| **Title of Invention:** | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Filer:** | Mark Kafka |
| **Attorney Docket Number:** | 12560-017-999 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1510 | 1510 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

JSUF0353

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1810** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7406055 |
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Customer Number:** | 20583 |
| **Filer:** | Mark Kafka/Eric Baclig |
| **Filer Authorized By:** | Mark Kafka |
| **Attorney Docket Number:** | 12560-017-999 |
| **Receipt Date:** | 13-APR-2010 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 18:44:51 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1810 |
| RAM confirmation Number | 5552 |
| Deposit Account | 503013 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | 12560-017-999_Amendment_IssueFee.pdf | | 132516 | yes | 4 |
| | | | 71abd177a712c463efcb2d0426e25880dc6ca297 | | |

| **Multipart  Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Specification | 2 | 2 |
| Applicant Arguments/Remarks Made in an Amendment | 3 | 3 |
| Issue Fee Payment (PTO-85B) | 4 | 4 |

| Warnings: |
|---|
| Information: |

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 31959 | no | 2 |
| | | | bddef7db97088f1af6a6daa9ea7056dbd3914fb3 | | |

| Warnings: |
|---|
| Information: |

| **Total Files Size (in bytes):** | 164475 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Weiner *et al.* | Confirmation No.: | 6329 |
| Serial No.: | 11/416,527 | Art Unit: | 1628 |
| Filed: | May 3, 2006 | Examiner: | Kim, Jennifer M. |
| For: | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | Attorney Docket No: (CAM: | 12560-017-999 598154-999017) |

## AMENDMENT AFTER ALLOWANCE UNDER 37 C.F.R. § 1.312

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the Notice of Allowance mailed on January 26, 2010, please consider the following amendments and remarks under 37 C.F.R. § 1.312.

**Amendment to the Specification** begins on page 2 of this paper.

**Remarks** begin on page 3 of this paper.

SDI-11006v1

## AMENDMENT TO THE SPECIFICATION

Please amend page 1, paragraph [0001] of the specification to read as follows:

[0001] This application is a <u>divisional</u> ~~continuation~~ of U.S. Application No. 10/759,561, filed January 15, 2004, which claims priority to U.S. Provisional Application Number 60/441,406, filed January 16, 2003, and U.S. Provisional Application Number 60/479,346, filed June 17, 2003, all of which are incorporated herein by reference in their entireties.

-2-

*Serial No. 11/416,527*

# REMARKS

Claims 17-40 are pending and allowed in this application.  Page 1, paragraph [0001] of the specification has been amended to recite that the above-captioned application is a divisional of U.S. Application No. 10/759,561, as discussed in Applicants' Response to Species Election Requirement filed July 1, 2009.  *See* page 8, lines 2-3.  No new matter is added by the amendment.

Entry of the above amendment and remarks is respectfully requested.  If the Examiner believes it would be useful to advance prosecution, the Examiner is invited to telephone the undersigned at (858) 314-1200.  No fee is believed to be due with this submission.  However, the Commissioner is hereby authorized to charge any required fee under 37 C.F.R. § 1.17, or any other required fee, or any credits, to Jones Day Deposit Account No. 503013 (referencing 598154-999017).

Respectfully submitted,

Date:   April 13, 2010

Mark D. Kafka                                      Reg. No.  59,569
*for:*  Anthony M. Insogna                   Reg. No.  35,203

**JONES DAY**
222 East 41st Street
New York, New York 10017
(858) 314-1200

-3-

JSUF0359

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 | 6329 |

20583        7590        04/21/2010
JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

| EXAMINER |
|---|
| KIM, JENNIFER M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1628 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/21/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| **Response to Rule 312 Communication** | Application No. | Applicant(s) |
|---|---|---|
| | 11/416,527 | WEINER ET AL. |
| | Examiner | Art Unit |
| | JENNIFER M. KIM | 1628 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address –*

1. ☒ The amendment filed on <u>13 April 2010</u> under 37 CFR 1.312 has been considered, and has been:

   a) ☐ entered.

   b) ☒ entered as directed to matters of form not affecting the scope of the invention.

   c) ☐ disapproved because the amendment was filed after the payment of the issue fee.

   Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

   d) ☐ disapproved.  See explanation below.

   e) ☐ entered  in part. See explanation below.

/JENNIFER  M KIM/
Primary Examiner, Art Unit 1628



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 6329**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/416,527 | 05/03/2006 RULE | 514 | 1628 | 12560-017-999 |

**APPLICANTS**
David M. Weiner, San Diego, CA;
Robert E. Davis, San Diego, CA;
Mark R. Brann, Del Mar, CA;
Carl-Magnus A Andersson, Hjarup, SWEDEN;
Allan K Uldam, Ballerup, DENMARK;

** CONTINUING DATA **************************
This application is a CON DIV of 10/759,561 01/15/2004 PAT 7,601,740  /JK/
          which claims benefit of 60/441,406 01/16/2003
          and claims benefit of 60/479,346 06/17/2003

** FOREIGN APPLICATIONS **************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
          05/24/2006

| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | CA | 4 | 16 | 5 |
| Verified and Acknowledged   /JENNIFER MYONG M KIM/   Examiner's Signature | Initials | | | | |

**ADDRESS**

JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017
UNITED STATES

**TITLE**

SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES

| FILING FEE RECEIVED 1908 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

OK TO ENTER: /JK/

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application of: | Weiner *et al.* | Confirmation No.: | 6329 |
| Serial No.: | 11/416,527 | Art Unit: | 1628 |
| Filed: | May 3, 2006 | Examiner: | Kim, Jennifer M. |
| For: | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | Attorney Docket No: (CAM: | 12560-017-999 598154-999017) |

## AMENDMENT AFTER ALLOWANCE UNDER 37 C.F.R. § 1.312

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

OK TO ENTER: /JK/

  In response to the Notice of Allowance mailed on January 26, 2010, please consider the following amendments and remarks under 37 C.F.R. § 1.312.

  **Amendment to the Specification** begins on page 2 of this paper.

  **Remarks** begin on page 3 of this paper.

-1-

SDI-11006v1

United States Patent and Trademark Office

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/416,527 | 06/08/2010 | 7732462 | 12560-017-999 | 6329 |

20583          7590          05/19/2010

JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 1062 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

David M. Weiner, San Diego, CA;
Robert E. Davis, San Diego, CA;
Mark R. Brann, Del Mar, CA;
Carl-Magnus A Andersson, Hjarup, SWEDEN;
Allan K Uldam, Ballerup, DENMARK;

PTO/SB/81A (12-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT - POWER OF ATTORNEY OR REVOCATION OF POWER OF ATTORNEY WITH A NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS | Patent Number | 7,732,462 |
| | Issue Date | June 8, 2010 |
| | First Named Inventor | David M. Weiner |
| | Title | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS... |
| | Attorney Docket Number | 12560-017-999 |

I hereby revoke all previous powers of attorney given in the above-identified patent.

[ ]  A Power of Attorney is submitted herewith.

**OR**

[ ]  I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s) with respect to the patent identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

**OR**

[ ]  I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s) with respect to the patent identified above, and to transact all business in the United States Patent and Trademark Office connected therewith:

| Practitioner(s) Name | Registration Number |
|---|---|
| | |
| | |
| | |
| | |

Please recognize or change the correspondence address for the above-identified patent to:

[ ]  The address associated with the above-mentioned Customer Number.

**OR**

[ ]  The address associated with Customer Number:

**OR**

| [X] Firm or Individual Name | ACADIA PHARMACEUTICALS, INC. | | | | |
|---|---|---|---|---|---|
| Address | 3911 SORRENTO VALLEY BLVD. | | | | |
| City | SAN DIEGO | State | CA | Zip | 92121-1402 |
| Country | USA | | | | |
| Telephone | (858) 320-8616 | Email | patents@acadia-pharm.com | | |

I am the:

[ ]  Inventor, having ownership of the patent.

**OR**

[X]  Patent owner.
Statement under 37 CFR 3.73(b) (Form PTO/SB/96) submitted herewith or filed on _____.

**SIGNATURE of Inventor or Patent Owner**

| Signature | *(signature)* | Date | July 22, 2010 |
|---|---|---|---|
| Name | Uli Hacksell, Ph.D. | Telephone | (858) 320-8616 |
| Title and Company | Chief Executive Officer | | |

**NOTE:** Signatures of all the inventors or patent owners of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X]  *Total of 1_____ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

*e-file*

PTO/SB/96 (02-09)
Approved for use through 03/31/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

| | |
|---|---|
| Applicant/Patent Owner: | David M. Weiner |

| | | | |
|---|---|---|---|
| Application No./Patent No.: | 7,732,462 | Filed/Issue Date: | June 8, 2010 |

| | |
|---|---|
| Entitled: | Selective Serotonin 2A/2C Receptor Inverse Agonists As Therapeutics For Neurodegenerative Diseases |

| | | | |
|---|---|---|---|
| Acadia Pharmaceuticals, Inc. | , a | Corporation | |
| (Name of Assignee) | | (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.) | |

states that it is:

| | | |
|---|---|---|
| 1. ☒ | the assignee of the entire right, title, and interest; or | |
| 2. ☐ | an assignee of less than the entire right, title and interest. The extent (by percentage) of its ownership interest is          % | |

in the patent application/patent identified above by virtue of either:

| | | |
|---|---|---|
| A. ☐ | An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel          , Frame          , or for which a copy thereof is attached. | |
| **OR** | | |
| B. ☒ | A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below: | |
| | 1. | From: Carl-Magnus A Andersson, Allan K UldamTo: ACADIA PHARMACEUTICALS, INC. The document was recorded in the United States Patent and Trademark Office at Reel 021247, Frame 0176, or for which a copy thereof is attached. |
| | 2. | From: David M. Weiner, Robert E. Davis, Mark R. Brann To: ACADIA PHARMACEUTICALS, INC. The document was recorded in the United States Patent and Trademark Office at Reel 015548, Frame 0274 or for which a copy thereof is attached. |
| | ☐ | Additional documents in the chain of title are listed on a supplemental sheet. |

| | |
|---|---|
| ☒ | As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11. |
| | [NOTE: A separate copy (*i.e.*, the original assignment document or a true copy of the original document) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the USPTO. See MEP 02.08] |

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | | | | |
|---|---|---|---|---|
| *[signature]* | | | *July 22, 2010* | |
| Signature | | | Date | |
| Uli Hacksell, Ph.D. | | | (858) 320-8616 | |
| Printed or Typed name | | | Telephone Number | |
| Chief Executive Officer | | | | |
| Title | | | | |

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

JSUF0366

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8223762 |
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Customer Number:** | 20583 |
| **Filer:** | Mark Kafka/Sandra Genua |
| **Filer Authorized By:** | Mark Kafka |
| **Attorney Docket Number:** | 12560-017-999 |
| **Receipt Date:** | 16-AUG-2010 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 13:14:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 017_999.PDF | 120507 f933d7416f75761ee983dfbd43757300946e 4e52 | yes | 2 |

JSUF0367

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Power of Attorney | 1 | 1 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 2 | 2 |

| Warnings: |
|---|

| Information: |
|---|

| **Total Files Size (in bytes):** | 120507 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



### United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 |

**CONFIRMATION NO. 6329**

ACADIA PHARMACEUTICALS, INC.
3911 SORRENTO VALLEY BLVD.
SAN DIEGO, CA 92121-1402

**POA ACCEPTANCE LETTER**

*OC000000043171515*

Date Mailed: 08/25/2010

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 08/16/2010.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/gbien-aime/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

JSUF0369

 Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oғғɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 |

20583
JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

**CONFIRMATION NO. 6329**
**POWER OF ATTORNEY NOTICE**

*OC000000043171473*

Date Mailed: 08/25/2010

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 08/16/2010.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

/gbien-aime/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

JSUF0370

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 39452578 |
| **Application Number:** | 11416527 |
| **International Application Number:** | |
| **Confirmation Number:** | 6329 |
| **Title of Invention:** | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| **First Named Inventor/Applicant Name:** | David M. Weiner |
| **Correspondence Address:** | ACADIA PHARMACEUTICALS, INC.<br>-<br>3911 SORRENTO VALLEY BLVD.<br>-<br>SAN DIEGO                      CA                92121-1402<br>US              -<br>- |
| **Filer:** | Boyeon Choi/Benjamin Binder |
| **Filer Authorized By:** | Boyeon Choi |
| **Attorney Docket Number:** | 12560-017-999 |
| **Receipt Date:** | 15-MAY-2020 |
| **Filing Date:** | 03-MAY-2006 |
| **Time Stamp:** | 15:05:13 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 30C1.pdf | 296540<br><br>0e3630693c1f170590dce7006bf12f3e8693fc1 | no | 5 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 296540 | | |
|---|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/21 (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 11/416,527 |
| Filing Date | May 3, 2006 |
| First Named Inventor | David M. Weiner |
| Art Unit | 1628 |
| Examiner Name | Kim; Jennifer M. |
| Attorney Docket Number | ACD-030C1 |

Total Number of Pages in This Submission: 5

## ENCLOSURES   *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [x] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

Remarks

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)**
- [ ] Proprietary Information
- [ ] Status Letter
- [ ] Other Enclosure(s) (please Identify below):

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | Goodwin Procter LLP |
| Signature | /Boyeon Choi/ |
| Printed name | Boyeon Choi |
| Date | May 15, 2020 |
| Reg. No. | 78,529 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | |
|---|---|
| Typed or printed name | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14.  This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPL'N NO.:   See Attached Schedule A        ASSIGNEE: Acadia Pharmaceuticals Inc.


Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450


## <u>POWER OF ATTORNEY BY ASSIGNEE OF ENTIRE INTEREST</u>
## <u>REVOCATION OF PRIOR POWERS AND NEW POWER OF ATTORNEY</u>

Sir:

As an authorized representative of the assignee of record of the entire right, title, and interest in the patents and patent applications identified in the attached Schedule A, I hereby revoke all powers of attorney previously given and hereby appoint the registered patent practitioners associated with **Customer Number 051414** to prosecute and transfer all business in the U.S. Patent and Trademark Office connected therewith.

Please direct all correspondence for the patents identified on Schedule A to the address associated with the above Customer Number.

The assignee of record of the entire right, title, and interest in the patents and patent applications identified on Schedule A is **Acadia Pharmaceuticals Inc.** by virtue of the chain of title from the inventors of the listed patents to the current assignee as shown on the attached schedule in the column "Assignment Reel/Frame."

Please change the attorney docket number for the patents identified on Schedule A as indicated in the column identified as "Attorney Docket."

Respectfully submitted,

Dated: **May 14, 2020**
_____

/AKim/ /
_____
Austin D. Kim
Executive Vice President, General Counsel & Secretary
Acadia Pharmaceuticals Inc.
3611 Valley Centre Drive, Suite 300,
San Diego, California 92130

ACTIVE/103130596.2

## SCHEDULE A

| Attorney Docket | Application No. | Patent No. | Filing Date | Assignment Reel/Frame |
|---|---|---|---|---|
| ACD-014 | 09/800,096 | 6,815,458 | 03/06/2001 | 011994 / 0303<br>012958 / 0727<br>014624 / 0634 |
| ACD-014C1 | 10/409,782 | 6,756,393 | 04/07/2003 | 036814 / 0965 |
| ACD-014C6 | 13/053,079 | 9,765,053 | 03/21/2011 | 036814 / 0965 |
| ACD-014C7 | 14/628,156 | 9,296,694 | 02/20/2015 | 036814 / 0965 |
| ACD-030 | 10/759,561 | 7,601,740 | 01/15/2004 | 015548 / 0274<br>019218 / 0633<br>021247 / 0176 |
| ACD-030C1 | 11/416,527 | 7,732,462 | 05/03/2006 | 024719 / 0079<br>021247 / 0176 |
| ACD-030C2 | 11/416,855 | 7,659,285 | 05/03/2006 | 026513 / 0212<br>021247 / 0176 |
| ACD-030C3 | 11/416,594 | 7,713,995 | 05/03/2006 | 024719 / 0135<br>026513 / 0262<br>021247 / 0176 |
| ACD-030C4 | 12/759,662 | 7,994,193 | 04/13/2010 | 026371 / 0359<br>026513 / 0117 |
| ACD-030C5 | 12/759,664 | 8,008,323 | 04/13/2010 | 026371 / 0359<br>026513 / 0117 |
| ACD-030C6 | 13/169,893 | 8,227,487 | 06/27/2011 | 028889 / 0174 |
| ACD-030C7 | 13/539,011 | 8,377,959 | 06/29/2012 | 031603 / 0441 |
| ACD-030C8 | 13/750,778 | 8,618,130 | 01/25/2013 | 031603 / 0784 |
| ACD-030C9 | 14/086,838 | 8,921,393 | 11/21/2013 | 031603 / 0784 |
| ACD-030C10 | 14/537,793 | 9,211,289 | 11/10/2014 | 031603 / 0784 |
| ACD-030C11 | 14/935,246 | 9,566,271 | 11/06/2015 | 031603 / 0784 |
| ACD-030C12 | 15/397,582 | 10,028,944 | 01/03/2017 | 031603 / 0784 |
| ACD-030C13 | 16/019,485 | 10,525,046 | 06/26/2018 | 031603 / 0784 |
| ACD-051 | 10/850,819 | 7,820,695 | 05/21/2004 | 015913 / 0895 |
| ACD-051CP2 | 11/134,769 | 7,863,296 | 05/20/2005 | 016738 / 0793 |

2

| Attorney Docket | Application No. | Patent No. | Filing Date | Assignment Reel/Frame |
|---|---|---|---|---|
| ACD-051CP1C1 | 12/378,385 | 7,875,632 | 02/11/2009 | 015913 / 0653 |
| ACD-058US | 11/235,558 | 7,732,615 | 09/26/2005 | 017209 / 0287 |
| ACD-058US2 | 11/235,381 | 7,868,176 | 09/26/2005 | 017218 / 0041 |
| ACD-058C3 | 12/795,547 | 7,923,564 | 06/07/2010 | 026315 / 0188 |
| ACD-058C4 | 13/081,427 | 8,236,960 | 04/06/2011 | 027888 / 0115 |
| ACD-058CP | 11/749,115 | 7,790,899 | 05/15/2007 | 019585 / 0522 |
| ACD-118D1 | 13/754,769 | 9,050,343 | 01/30/2013 | 021365 / 0871 |
| ACD-148 | 14/647,438 | 9,446,037 | 05/26/2015 | 040245 / 0723 |
| ACD-148C1 | 15/246,412 | 9,757,366 | 08/24/2016 | 040245 / 0723 |
| ACD-151 | 15/744,636 | 10,597,363 | 01/12/2018 | 047296 / 0029 |

3



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/416,527 | 05/03/2006 | David M. Weiner | 12560-017-999 |

**CONFIRMATION NO. 6329**

51414
GOODWIN PROCTER LLP
PATENT ADMINISTRATOR
100 NORTHERN AVENUE
BOSTON, MA 02210

**POA ACCEPTANCE LETTER**


*OC000000117183896*

Date Mailed: 05/27/2020

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 05/14/2014.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/byemane/

_____

JSUF0378

**To:**          JGoodwin@goodwinlaw.com,US-PatentBos@goodwinlaw.com,PSousa-Atwood@goodwinlaw.com
**From:**     PAIR_eOfficeAction@uspto.gov
**Cc:**         PAIR_eOfficeAction@uspto.gov
**Subject:**   Private PAIR Correspondence Notification for Customer Number 51414

May 27, 2020 04:07:04 AM

Dear PAIR Customer:

GOODWIN PROCTER LLP
PATENT ADMINISTRATOR
100 NORTHERN AVENUE
BOSTON, MA 02210
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 51414 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|-------------|----------|---------------|---------------------|
| 11416527    | N570     | 05/27/2020    | 12560-017-999       |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

     Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 11/416,527 | 05/03/2006 | 1628 | 1908 | ACD-030C1 | 16 | 5 |

**CONFIRMATION NO. 6329**

51414
GOODWIN PROCTER LLP
PATENT ADMINISTRATOR
100 NORTHERN AVENUE
BOSTON, MA 02210

**CORRECTED FILING RECEIPT**


CC000000123630137

Date Mailed: 02/25/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
David M. Weiner, San Diego, CA;
Robert E. Davis, San Diego, CA;
Mark R. Brann, Del Mar, CA;
Carl-Magnus A Andersson, Hjarup, SWEDEN;
Allan K Uldam, Ballerup, DENMARK;

**Applicant(s)**
David M. Weiner, San Diego, CA;
Robert E. Davis, San Diego, CA;
Mark R. Brann, Del Mar, CA;
Carl-Magnus A Andersson, Hjarup, SWEDEN;
Allan K Uldam, Ballerup, DENMARK;

**Power of Attorney:** The patent practitioners associated with Customer Number 051414

**Domestic Priority data as claimed by applicant**
This application is a DIV of 10/759,561 01/15/2004 PAT 7601740
which claims benefit of 60/441,406 01/16/2003
and claims benefit of 60/479,346 06/17/2003

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

JSUF0380

**Permission to Access Application via Priority Document Exchange:** No

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 05/24/2006
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 11/416,527**
**Projected Publication Date:**  Not Applicable
**Non-Publication Request:** No
**Early Publication Request:** No
**Title**

SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES

**Preliminary Class**

514

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:**

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

JSUF0381

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor

JSUF0382

community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

JSUF0383

**To:**      JGoodwin@goodwinlaw.com,US-PatentBos@goodwinlaw.com,PSousa-Atwood@goodwinlaw.com
**From:**    PAIR_eOfficeAction@uspto.gov
**Cc:**      PAIR_eOfficeAction@uspto.gov
**Subject:** Private PAIR Correspondence Notification for Customer Number 51414

Feb 25, 2021 03:41:05 AM

Dear PAIR Customer:

GOODWIN PROCTER LLP
PATENT ADMINISTRATOR
100 NORTHERN AVENUE
BOSTON, MA 02210
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 51414 , have
new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90
accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file
wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 11416527 | APP.FILE.REC | 02/25/2021 | ACD-030C1 |

To view your correspondence online or update your email addresses, please visit us anytime at
https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov
with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

        Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM