# Exhibit 8

Docket No.: ACD-030
(PATENT)

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Weiner et al.

Patent No.: 7,601,740

Application No.: 10/759,561

Filed: January 15, 2004

For:   SELECTIVE SEROTONIN 2A/2C RECEPTOR
INVERSE AGONISTS AS THERAPEUTICS
FOR NEURODEGENERATIVE DISEASES

Confirmation No.: 8108

Art Unit: 1617

Commissioner for Patents

## TERMINAL DISCLAIMER UNDER 37 C.F.R. §1.321(B)

The term of the above identified patent (the "'740 patent) currently expires on June 17, 2027, which term as defined under 35 U.S.C. §154 includes:

a) the statutory term under 35 U.S.C. §154 (a)(2) beginning on the date on which the patent issued and ending 20 years from the date on which the application for the patent was filed in the United States; and

b) 1,249 patent term adjustment days under 35 U.S.C. §154(b), which were added to the end of the 20-year statutory term.

Acadia Pharmaceuticals Inc., ("Patentee"), the owner of 100 percent interest of the '740 patent, hereby disclaims 269 days of the terminal part of the term of the '740 patent, that is, 269 days of the patent term adjustment days under 35 U.S.C. §154(b).  In making the above disclaimer, Patentee does not disclaim any part of the 20-year statutory term under 35 U.S.C. §154 (a)(2), nor the 980 days remainder of the patent term adjustment days under 35 U.S.C.

ACTIVE/104549952.1

§154(b), nor any additional patent term extension under 35 U.S.C. §156 that has or will be granted by the Office.

In making the above disclaimer, Patentee does not admit, acquiesce, or concede that any claim of the '740 patent is invalid or otherwise unenforceable. Patentee understands that the expiration of the '740 patent will now be **September 22, 2026**, plus any patent term extension that has or will be granted by the Office.

The terminal disclaimer fee under 37 C.F.R. §1.20(d), is included with this submission. No other fees are believed due. However, if a fee is due, please charge our Deposit Account No. 07-1700, under Order No. ACD-030 from which the undersigned is authorized to draw.

Dated:  August 17, 2020                    Respectfully submitted,

                                          Electronic signature:  /Theresa C. Kavanaugh/
Theresa C. Kavanaugh
   Registration No.: 50,356
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts  02210
(617) 570-1000
Attorney for Applicant