# Exhibit 9



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22314-1450
www.uspto.gov

Goodwin Procter LLP                In Re:  Patent Term Extension
Patent Administrator                       Application for
100 Northern Avenue                        U.S. Patent No. 7,601,740
Boston, MA 02210

## NOTICE OF FINAL DETERMINATION    March 11, 2021

A determination has been made that U.S. Patent No. 7,601,740, claims of which cover the human drug product known by the tradename NUPLAZID® (pimavanserin tartrate), is eligible for patent term extension (PTE) under 35 U.S.C. 156. The period of extension has been determined to be 1,315 days.

A single request for reconsideration of this final determination may be made if filed within <u>one month</u> of the date of this notice. Extensions of time under 37 CFR 1.136(a) are not applicable to this time period. In the absence of a request for reconsideration, the Director will issue a certificate of extension, under seal, for a period of 1,315 days.[1]

The period of extension, if calculated using the Food and Drug Administration (FDA) determination of the length of the regulatory review period (RRP) published in the Federal Register of 83 FR 53481 (83 FR 53481), would be 1,317 days. Under 35 U.S.C. 156(c):

| Period of Extension | = | RRP - PGRRP - DD - ½ (TP - PGTP)[1] |
|---|---|---|
| | = | 4,557 days - 2,166 days - 0 - ½ (4,315 days - 2,166 days) |
| | = | 1,317 days (3.6 years) |

Since the RRP began November 9, 2003, which is before the October 13, 2009, issue date of the 7,601,740 patent, only that portion of the RRP occurring after October 13, 2009, has been considered in the above determination of the length of the extension period. From November 9, 2003, to and including October 13, 2009, is 2,166 days; this period is subtracted from the number of days occurring in the testing phase according to the FDA determination of the length of the RRP. No determination of a lack of due diligence under 35 U.S.C. 156(c)(1) was made.

However, the 14-year exception of 35 U.S.C. 156(c)(3) operates to limit the term of the extension in the present situation, because it provides that the period remaining in the term of the

---

[1] The PTE applicant also filed applications for PTE for U.S. Patent Nos. 7,659,285 and 7,732,615 based on the same regulatory review of NUPLAZID® (pimavanserin tartrate). However, the PTE applications for the 7,659,285 and 7,732,615 patents were withdrawn by letters dated March 13, 2020. The USPTO acknowledged the withdrawals by letters dated March 11, 2021.

[1] Consistent with 35 U.S.C. 156(c), "RRP" is the total number of days in the regulatory review period, "PGRRP" is the number of days of the RRP which were on and before the date on which the patent issued, "DD" is the number of days of the RRP that the applicant did not act with due diligence, "TP" is the testing phase period described in paragraphs (1)(B)(i), (2)(B)(i), (3)(B)(i), (4)(B)(i), and (5)(B)(i) of subsection (g) of 35 U.S.C. 156, and "PGTP" is the number of days of the TP which were on and before the date on which the patent issued, wherein half days are ignored for purposes of the subtraction of ½ (TP - PGTP).

patent measured from the date of approval of the approved product plus any PTE cannot exceed fourteen years. Here, the approval date is April 29, 2016, and the 14-year limit is thus April 29, 2030. The period of extension calculated above (1,317 days) would extend the 7,601,740 patent from September 22, 2026, to May 1, 2030, which is beyond the 14-year limit. By operation of 35 U.S.C. 156(c)(3), the period of extension is thus limited to the number of days to extend the term of the 7,601,740 patent from its original expiration date, September 22, 2026, to and including April 29, 2030, or 1,315 days.

Upon issuance of the certificate of extension, the following information will be published in the Official Gazette:

| | |
|---|---|
| U.S. Patent No.: | 7,601,740 |
| Granted: | October 13, 2009 |
| Original Expiration Date[2]: | September 22, 2026[2] |
| Applicant: | David M. Weiner et al. |
| Owner of Record: | Acadia Pharmaceuticals Inc. |
| Title: | Selective Serotonin 2A/2C Receptor Inverse Agonists as Therapeutics for Neurodegenerative Diseases |
| Product Trade Name: | NUPLAZID® (pimavanserin tartrate) |
| Term Extended: | 1,315 days |
| Expiration Date of Extension: | April 29, 2030 |

Any correspondence from the PTE applicant with respect to this matter should be submitted via the USPTO's EFS Web system and should be addressed as follows:

Mail Stop Hatch-Waxman PTE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450.

---

[2]Subject to the provisions of 35 U.S.C. 41(b).
[2] In view of the terminal disclaimer filed August 17, 2020, which disclaimed the terminal part of the 35 U.S.C. 154(b) statutory term of the 7,601,740 patent beyond September 22, 2026.

U.S. Patent No. 7,601,740                                                                                                    Page 3

Inquiries related to this determination should be directed to the undersigned at 571-272-7728 or raul.tamayo@uspto.gov.


/Raul Tamayo/_____
Raul Tamayo
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner for Patents


| cc: | FDA, CDER, Office of Regulatory Policy<br>10903 New Hampshire Avenue<br>Bldg. 51, Room 6250<br>Silver Spring, MD 20993-0002 | RE: NUPLAZID® (pimavanserin tartrate)<br>Docket No.: FDA-2017-E-3617 |

        Attention: Beverly Friedman