# Exhibit 10



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22314-1450
www.uspto.gov

Goodwin Procter LLP
Patent Administrator
100 Northern Avenue
Boston, MA 02210

In Re: Patent Term Extension
Application for
U.S. Patent No. 7,601,740

November 19, 2021

A certificate under 35 U.S.C. 156 is enclosed extending the term of U.S. Patent No. 7,601,740 for a period of 1,315 days. While a courtesy copy of this letter is being forwarded to the Food and Drug Administration (FDA), you should directly correspond with the FDA regarding any required changes to the patent expiration dates set forth in the Patent and Exclusivity Data Appendix of the Orange Book (Approved Drug Products with Therapeutic Equivalence Evaluations) or in the Patent Information set forth in the Green Book (FDA Approved Animal Drug Products). Patent submissions for publication in the Orange Book and Docket *95S-0117 need to be submitted on form FDA-3542, which may be downloaded from the FDA Forms webpage at https://www.fda.gov/about-fda/reports-manuals-forms/forms (https://www.fda.gov/media/69889/download).

Inquiries regarding this communication should be directed to the undersigned at 571-272-7728 or raul.tamayo@uspto.gov.


/Raul Tamayo/
Raul Tamayo
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner for Patents

cc:   Food and Drug Administration                RE: NUPLAZID®
      CDER, Office of Regulatory Policy           (pimavanserin tartrate)
      10903 New Hampshire Avenue                  Docket No.: FDA-2017-E-3617
      Bldg. 51, Room 6250
      Silver Spring, MD 20993-0002

      Attention: Beverly Friedman

UNITED STATES PATENT AND TRADEMARK OFFICE

(12)        CERTIFICATE EXTENDING PATENT TERM
                   UNDER 35 U.S.C. 156

| | | | |
|---|---|---|---|
| (68) | PATENT NO. | : | 7,601,740 |
| (45) | ISSUED | : | October 13, 2009 |
| (75) | INVENTOR | : | David M. Weiner et al. |
| (73) | PATENT OWNER | : | Acadia Pharmaceuticals Inc. |
| (95) | PRODUCT | : | NUPLAZID® (pimavanserin tartrate) |

This is to certify that an application under 35 U.S.C. 156 has been filed in the United States Patent and Trademark Office, requesting extension of the term of U.S. Patent No. 7,601,740 based upon the regulatory review of the product NUPLAZID® (pimavanserin tartrate) by the Food and Drug Administration. According to United States Patent and Trademark Office records, the original expiration date of the patent as of the date of issuance of this certificate is September 22, 2026. Because it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

(94)                                  1,315 days

subject to the payment of maintenance fees as provided by law, with all rights pertaining thereto as provided by 35 U.S.C. 156.



I have caused the seal of the United States Patent and Trademark Office to be affixed this <u>19th day</u> of <u>November 2021</u>.

Andrew Hirshfeld
Commissioner for Patents, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office