# Exhibit 11

ACADIA.030A                                                              PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Brann, et al. |
| App. No | : | 10/759,561 |
| Filed | : | January 15, 2004 |
| For | : | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES |
| Examiner | : | Leonard M. Williams |
| Art Unit | : | 1617 |
| Conf # | : | 8108 |

## AMENDMENT

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

    In response to the Office Action dated October 10, 2007, please find the enclosed amendments and remarks.

    **Amendments to the Specification** begin on page 2 of this paper.

    **Amendments to the Claims** are reflected in the listing of claims which begins on page 3 of this paper.

    **Remarks/Arguments** begin on page 9 of this paper.

**Application No.:**   10/759,561
**Filing Date:**        January 15, 2004

## AMENDMENTS TO THE SPECIFICATION

Please replace paragraph 0039 with the following replacement paragraph:

[0039] According to one embodiment, the tartrate salt of the compound, N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl) carbamide is a potent, selective, orally bioavailable 5-HT2A receptor inverse agonist. <u>One embodiment includes the hydrochloride salt of N-(1-methylpiperidin-4-yl)-N-(4-flourophenylmethyl)-N'-(4-(2-methylpropyloxy)phenylmethyl) carbamide.</u> The compound of formula (I) also possesses lesser potency as a 5-HT2C receptor inverse agonist and lacks intrinsic activity at the remaining monoaminergic receptor subtypes. Perhaps most notably, the compound of formula (I) lacks activity at dopamine receptor subtypes. (See US Patent Application No. 09/800,096, which is hereby incorporated by reference in its entirety). Extensive behavioral pharmacological profiling of the compound of formula (I), including pre-clinical models of antipsychotic and anti-dyskinetic drug actions, support the therapeutic use of the compound in Parkinson's Disease and related human neurodegenerative diseases.

Application No.:   10/759,561
Filing Date:        January 15, 2004

## AMENDMENTS TO THE CLAIMS

1.  (CURRENTLY AMENDED) A composition comprising a compound of Formula (I):

(I)

or the tartrate or hydrochloride salts thereof, and a pharmaceutically acceptable carrier.

2.  (ORIGINAL) The composition of claim 1, further comprising an additional therapeutic agent.

3.  (CURRENTLY AMENDED) The composition of claim 2, wherein the additional therapeutic agent is selected from the group consisting of levodopa (SINEMET™, SINEMET-CR™, bromocriptine (PARLODEL™), pergolide (PERMAX™), ephenedrine sulfate (EPHEDRINE™), pemoline CYLERT™), mazindol (SANOREX™), d,1-α-methylphenethylamine (ADDERALL™), methylphenydate methylphenidate (RITALIN™), pramipexole (MIRAPEX™), modafinil (PROVIGIL™), and ropinirole (REQUIP™).

4.  (CURRENTLY AMENDED) The composition of claim 2, wherein the additional therapeutic agent is an anti-dyskensia dyskinesia agent

5.  (CURRENTLY AMENDED) The composition of claim 2, wherein the additional therapeutic agent is an anti-dyskensia dyskinesia agent selected from the group consisting of baclofen (Lioresal™), botulinum toxin (Botox™), clonazepam (Klonopin™), and diazepam (Valium™).

6.  (ORIGINAL) The composition of claim 2, wherein the additional therapeutic agent is an anti-dystonia, anti-myoclonus, or anti-tremor agent selected from the group consisting of baclofen (LIORESAL™), botulinum toxin (BOTOX™), clonazepam (KLONOPIN™), and diazepam (VALIUM™).

Application No.:    10/759,561
Filing Date:        January 15, 2004

7.  (ORIGINAL) The composition of claim 2, wherein the additional therapeutic agent is an anti-psychotic agent with dopaminergic receptor antagonism.

8.  (CURRENTLY AMENDED) The composition of claim 2, wherein the additional therapeutic agent is an anti-psychotic agent selected from the group consisting of chlorpromazine (THORAZINE™), haloperodol haloperidol (HALDOL™), molindone (MOBAN™), thioridazine (MELLARIL™), a phenothiazine, a butyrophenome butyrophenone, diphenulbutylpiperinde diphenylbutylpiperidine (pimozide), thioxanthines (fluphenthixol), substituted benzamides (sulpiride), sertindole, amisulpride, ziprasidone, aripiprazole, risperidone, clozapine, olanzapine, risperidone, ziprasidone, aripiprazole, and their active metabolites (N-desmethylclozapine, N-desmethylolanzapine, 9-OH-risperdone)).

9-47. (CANCELED)

48. (CURRENTLY AMENDED) A compound having the structure of Formula (I):

[Chemical structure of Formula (I)]

(I)

or the tartrate or hydrochloride salts thereof.

49. (WITHDRAWN-CURRENTLY AMENDED) A method of inhibiting an activity of a monoamine receptor comprising contacting the monoamine receptor or a system containing the monoamine receptor with an amount of the compound of formula (I) or the tartrate or hydrochloride salts thereof that is effective in inhibiting the activity of the monoamine receptor.

50. (WITHDRAWN) The method of claim 49 wherein the monoamine receptor is a serotonin receptor.

51. (WITHDRAWN) The method of claim 50 wherein the serotonin receptor is the 5-HT2A subclass.

Application No.:   10/759,561
Filing Date:       January 15, 2004

52. (WITHDRAWN) The method of claim 50 wherein the serotonin receptor is in the central nervous system.

53. (WITHDRAWN) The method of claim 50 wherein the serotonin receptor is in the peripheral nervous system.

54. (WITHDRAWN) The method of claim 50 wherein the serotonin receptor is in blood cells or platelets.

55. (WITHDRAWN) The method of claim 50 wherein the serotonin receptor is mutated or modified.

56. (WITHDRAWN) The method of claim 49 wherein the activity is signaling activity.

57. (WITHDRAWN) The method of claim 49 wherein the activity is constitutive.

58. (WITHDRAWN) The method of claim 49 wherein the activity is associated with serotonin receptor activation.

59. (WITHDRAWN-CURRENTLY AMENDED) A method of inhibiting an activation of a monoamine receptor comprising contacting the monoamine receptor or a system containing the monoamine receptor with an amount of the compound of formula (I) or the tartrate or hydrochloride salts thereof that is effective in inhibiting the activation of the monoamine receptor.

60. (WITHDRAWN) The method of claim 59 wherein the activation is by an agonistic agent.

61. (WITHDRAWN) The method of claim 60 wherein the agonistic agent is exogenous.

62. (WITHDRAWN) The method of claim 60 wherein the agonistic agent is endogenous.

63. (WITHDRAWN) The method of claim 59 wherein the activation is constitutive.

64. (WITHDRAWN) The method of claim 59 wherein the monoamine receptor is a serotonin receptor.

65. (WITHDRAWN) The method of claim 64 wherein the serotonin receptor is the 5-HT2A subclass.

Application No.:     10/759,561
Filing Date:         January 15, 2004

    66.    (WITHDRAWN) The method of claim 64 wherein the serotonin receptor is in the central nervous system.

    67.    (WITHDRAWN) The method of claim 64 wherein the serotonin receptor is in the peripheral nervous system.

    68.    (WITHDRAWN) The method of claim 64 wherein the serotonin receptor is in blood cells or platelets.

    69.    (WITHDRAWN) The method of claim 64 wherein the serotonin receptor is mutated or modified.

    70.    (WITHDRAWN-CURRENTLY AMENDED) A method of treating a disease condition associated with a monoamine receptor comprising administering to a subject in need of such treatment a therapeutically effective amount of the compound of formula (I) <u>or the tartrate or hydrochloride salts thereof</u>.

    71.    (WITHDRAWN) The method of claim 70 wherein the disease condition is selected from the group consisting of schizophrenia, psychosis, migraine, hypertension, thrombosis, vasospasm, ischemia, depression, anxiety, sleep disorders and appetite disorders.

    72.    (WITHDRAWN) The method of claim 70 wherein the disease condition is associated with dysfunction of a monoamine receptor.

    73.    (WITHDRAWN) The method of claim 70 wherein the disease condition is associated with activation of a monoamine receptor.

    74.    (WITHDRAWN) The method of claim 70 wherein the disease condition is associated with increased activity of monoamine receptor.

    75.    (WITHDRAWN) The method of claim 70 wherein the monoamine receptor is a serotonin receptor.

    76.    (WITHDRAWN) The method of claim 75 wherein the serotonin receptor is the 5-HT2A subclass.

    77.    (WITHDRAWN) The method of claim 75 wherein the serotonin receptor is in the central nervous system.

    78.    (WITHDRAWN) The method of claim 75 wherein the serotonin receptor is in the peripheral nervous system.

**Application No.:** 10/759,561
**Filing Date:** January 15, 2004

79. (WITHDRAWN) The method of claim 75 wherein the serotonin receptor is in blood cells or platelets.

80. (WITHDRAWN) The method of claim 75 wherein the serotonin receptor is mutated or modified.

81. (WITHDRAWN-CURRENTLY AMENDED) A method of treating schizophrenia comprising administering to a subject in need of such treatment a therapeutically effective amount the compound of formula (I) <u>or the tartrate or hydrochloride salts thereof</u>.

82. (WITHDRAWN-CURRENTLY AMENDED) A method of treating migraine comprising administering to a subject in need of such treatment a therapeutically effective amount of the compound of formula (I) <u>or the tartrate or hydrochloride salts thereof</u>.

83. (WITHDRAWN-CURRENTLY AMENDED) A method of treating psychosis comprising administering to a subject in need of such treatment a therapeutically effective amount of the compound of formula (I) <u>or the tartrate or hydrochloride salts thereof</u>.

84. (WITHDRAWN-CURRENTLY AMENDED) A method for identifying a genetic polymorphism predisposing a subject to being responsive the compound of formula (I), comprising:

   administering to a subject a therapeutically effective amount of said compound <u>or the tartrate or hydrochloride salts thereof</u>; measuring the response of said subject to said compound, thereby identifying a responsive subject having an ameliorated disease condition associated with a monoamine receptor; and

   identifying a genetic polymorphism in the responsive subject, wherein the genetic polymorphism predisposes a subject to being responsive to said compound.

85. (WITHDRAWN) The method of claim 84 wherein the ameliorated disease condition is associated with the 5-HT class or 5-HT2A subclass of monoaminergic receptors.

86. (WITHDRAWN-CURRENTLY AMENDED) A method for identifying a subject suitable for treatment with the compound of formula (I) <u>or the tartrate or hydrochloride salts thereof</u>, comprising detecting the presence of a polymorphism in a subject wherein the polymorphism predisposes the subject to being responsive to the compound, and wherein the presence of the polymorphism indicates that the subject is suitable for treatment with the compound of formula (I) <u>or the tartrate or hydrochloride salts thereof</u>.

**Application No.:**    10/759,561
**Filing Date:**        January 15, 2004

    87.    (NEW)  A method of treating psychosis in a patient suffering from Alzheimer's disease, comprising administering to a subject in need of such treatment a therapeutically effective amount of a compound of formula (I) or the tartrate salt thereof.

    88.    (NEW)  A method of improving cognitive deficiencies caused by administration of an antipsychotic agent, comprising administering to a subject in need of such improvement a therapeutically effective amount of a compound of formula (I) or the tartrate salt thereof.

    89.    (NEW)  A method of reducing hallucinations, comprising administering to a subject in need of such reduction a therapeutically effective amount of a compound of formula (I) or the tartrate salt thereof.

Application No.: 10/759,561
Filing Date: January 15, 2004

# REMARKS

The Specification has been amended to recite the hydrochloride salt of the compound of formula, the support for which may be found in paragraph 0019 of U.S. Provisional Application No. 60/441,406, filed January 16, 2003, which was incorporated by reference. Claims 1, 48, 49, 59, 70, 81-84, and 86 have been amended to recite the tartrate and hydrochloride salts of the compound of Formula I. Support for these amendments may be found in the specification, for example, in paragraphs 0039, 0119, and 0133. Claims 3-5 and 8 have been amended to correct typographical errors. New Claims 87-89 have been added. Support for new Claim 87 may be found in the specification, for example, in paragraph 0018. Support for new Claim 88 may be found in the specification, for example, in paragraphs 0097-0098. Support for new Claim 89 may be found in the specification, for example, in paragraph 0097. Claims 9-47 have been canceled without prejudice to pursuing them in a divisional, continuation, or continuation-in-part application. No new matter has been introduced.

Claims 1-8 and 48-89 are pending. Claims 49-86 stand withdrawn. Applicants reserve rights of rejoinder of Claims 49-86. The Applicants have carefully considered all of the Examiner's rejections, but respectfully submit that the claims are allowable for at least the following reasons.

Rejections under 35 U.S.C. § 103

Claims 1-8 and 48 were rejected under 35 U.S.C. § 103(a) as being obvious over WO 01/66521 (Anderson et al.) in view of Goodman and Gilman's The Pharmacological Basis of Therapeutics, 7th edition, pp. 340-343 and 403-404 (Goodman). The Examiner asserted that Anderson et al. teaches a generic formula that broadly encompasses the compound of Formula I presented in Claims 1-8 and 48. The Examiner argued that "[i]t would have been obvious to one of ordinary skill in the art at the time of the invention to utilize the particularly claimed compound of claim 1, as it was disclosed in the genus of formula 1 of Anderson et al. The compound of both applications are drawn to equivalent compounds and methods of use and as such it is prima facie obvious to utilize the specific compound currently claimed." Office Action, pages 4-5. The Applicants respectfully disagree.

"The fact that a claimed compound may be encompassed by a disclosed generic formula does not by itself render that compound obvious." *In re Baird*, 29 U.S.P.Q.2d 1550, 1552 (Fed.

Application No.:  10/759,561
Filing Date:         January 15, 2004

Cir. 1994). *See also* M.P.E.P. § 2144.08(II). "[I]n cases involving new chemical compounds, it remains necessary to identify some reason that would have led a chemist to modify a known compound in a particular manner to establish prima facie obviousness of a new claimed compound." *Takeda Chemical Indus., Ltd. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1357 (Fed. Cir. 2007). Out of the many compounds encompassed by the generic structure depicted in Anderson et al., there would have been no reason for a chemist to select the chemical substituents necessary to arrive at the compound of Formula I as recited in Claims 1-8 and 48. In *Baird*, the Federal Circuit was faced with an obviousness rejection based on a generic diphenol formula containing "a large number of variables." 29 U.S.P.Q.2d at 1553. While the formula "unquestionably encompasse[d the claimed] bisphenol A when specific variables [were] chosen, there [was] nothing in the disclosure [of the prior art] suggesting that one should select such variables." *Id.* The court accordingly overturned the obviousness rejection. Similarly, nothing in Anderson et al. suggests to select chemical substituents in such a way as to arrive at the claimed compound of Formula I. Thus, it is respectfully submitted that the compound of Formula I is not prima facie obvious over Anderson et al.

Each of Claims 1-8 and 48 and new Claims 87-89 recite the compound of Formula I. As discussed above, this compound is not obvious over Anderson et al. Goodman does not teach or suggest anything related to the compound of Formula I. Thus, the Applicants respectfully submit that Claims 1-8 and 48 are not obvious over the cited art.

*No Disclaimers or Disavowals*

Although the present communication may include alterations to the application or claims, or characterizations of claim scope or referenced art, the Applicants are not conceding in this application that previously pending claims are not patentable over the cited references. Rather, any alterations or characterizations are being made to facilitate expeditious prosecution of this application. The Applicants reserve the right to pursue at a later date any previously pending or other broader or narrower claims that capture any subject matter supported by the present disclosure, including subject matter found to be specifically disclaimed herein or by any prior prosecution. Accordingly, reviewers of this or any parent, child or related prosecution history shall not reasonably infer that the Applicants have made any disclaimers or disavowals of any subject matter supported by the present application.

JSUF0405

Application No.: 10/759,561
Filing Date: January 15, 2004

*Co-Pending Applications of Assignee*

Applicant wishes to draw the Examiner's attention to the following co-pending applications of the present application's assignee.

| Serial Number | Title | Filed |
| --- | --- | --- |
| 11/416527 | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | 05/03/06 |
| 11/416855 | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | 05/03/06 |
| 11/416594 | SELECTIVE SEROTONIN 2A/2C RECEPTOR INVERSE AGONISTS AS THERAPEUTICS FOR NEURODEGENERATIVE DISEASES | 05/03/06 |

Please charge any additional fees, including any fees for extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 1-10-08

By: /Ryan Melnick/
Ryan E. Melnick
Registration No. 58,621
Attorney of Record
Customer No. 20,995
(619) 235-8550

4723675:sad
011008

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 2700579 |
| Application Number: | 10759561 |
| International Application Number: | |
| Confirmation Number: | 8108 |
| Title of Invention: | Selective serotonin 2A/2C receptor inverse agonists as therapeutics for neurodegenerative diseases |
| First Named Inventor/Applicant Name: | David M. Weiner |
| Customer Number: | 20995 |
| Filer: | Ryan Edward Melnick/Alexandra Benitez |
| Filer Authorized By: | Ryan Edward Melnick |
| Attorney Docket Number: | ACADIA.030A |
| Receipt Date: | 10-JAN-2008 |
| Filing Date: | 15-JAN-2004 |
| Time Stamp: | 18:27:23 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | ACADIA_030A_Amend.pdf | 513370<br>f37be9b73503fdeea301d7c35a4b40b9d41a1540 | yes | 11 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment - After Non-Final Rejection | 1 | 1 |
| Specification | 2 | 2 |
| Claims | 3 | 8 |
| Applicant Arguments/Remarks Made in an Amendment | 9 | 11 |

| Warnings: |
|---|
| Information: |

| Total Files Size (in bytes): | 513370 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 10/759,561 | Filing Date 01/15/2004 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☒ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) |  | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 01/10/2008 | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 50 | Minus | ** 86 | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * 13 | Minus | *** 15 | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/MARGARET BYARS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*