THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:20-cv-00985-GBW<br>)<br>)  (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRENT BATZER, ESQ.**

I, Brent A. Batzer, declare as follows:

1. I am a partner with the firm of Upadhye Tang LLP and am counsel of record for defendants MSN Laboratories Pvt. Ltd. and MSN Pharmaceuticals, Inc. (collectively, "MSN"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2. **Exhibit 1** is a full-sized diagram of the patent prosecution timeline as described in MSN's opening brief filed concurrently.

3. **Exhibit 2** is a true and correct copy of US Patent No. 7,846,442.

4. **Exhibit 3** is a true and correct copy of Dennis Crouch, Patent Term Adjustment Statistics, Patently-O (Nov. 20, 2016), available at https://patentlyo.com/patent/2016/11/patent-adjustment-statistics.html (last visited May 3, 2023).

5. **Exhibit 4** is an index table of the exhibits for the Joint Statement of Undisputed Facts ("JSUF") showing each JSUF exhibit's Bates number range and a brief description thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of May, 2023.

                                              /s/ Brent A Batzer

                                              Brent A. Batzer
                                              Upadhye Tang LLP
                                              109 Symonds Drive #174
                                              Hinsdale, IL 60522-0174