IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:20-cv-00985-GBW ) ) (Consolidated) |
| AUROBINDO PHARMA LIMITED, et al., | ) ) ) |
| Defendants. | ) |

**MSN'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF
U.S. PATENT NO. 7,601,740 FOR DOUBLE PATENTING**

Pursuant to Federal Rule of Civil Procedure 56, the Stipulation and Order entered on April 10, 2023 [D.I. 256], and the Stipulation and Order of Infringement and Narrowing Issues [D.I. 257] entered on May 2, 2023, MSN Laboratories Pvt. Ltd. and MSN Pharmaceuticals, Inc. (collectively, "MSN") move this Court for an Order granting summary judgment in favor of MSN on the invalidity of claim 26 of U.S. Patent No. 7,601,740.

A Proposed Order granting the motion is attached hereto. MSN's motion is supported by its Opening Brief in Support of Its Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,601,740 for Double Patenting [D.I. 259], the Declaration of Brent Batzer, esq. and all exhibits thereto [D.I. 259-1, 259-2], and the Joint Statement of Undisputed Facts [D.I. 258] including all exhibits thereto [D.I. 258-1 through D.I. 258-13].

Dated: May 15, 2023

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *James S. Green, Jr.*
James S. Green, Jr. (DE 4406)
222 Delaware Avenue, Suite 1500

Wilmington, DE 18901
302.888.7607
jsgreen@svglaw.com

**UPADHYE TANG LLP**
Shashank Upadhye (*pro hac vice*)
Yixin Tang (*pro hac vice*)
Brent Batzer (*pro hac vice*)
109 Symonds Drive, #174
Hinsdale, IL 60522
312.598.2610
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

*Counsel for MSN*