# Exhibit A

**Exhibit A**
**Timeline of Relevant Prosecution Events**

