### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 20-985-GBW |
| v. | ) ) |
| AUROBINDO PHARMA LIMITED *et al.*, | ) CONSOLIDATED ) |
| Defendants. | ) ) ) |

### ACADIA'S CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AND NO INVALIDITY OF CLAIM 26 OF U.S. PATENT NO. 7,601,740

Pursuant to Federal Rule of Civil Procedure 56, the Stipulation and Order entered on April 10, 2023 (D.I. 256), and the Stipulation and Order of Infringement and Narrowing Issues (D.I. 257) entered on May 2, 2023, ACADIA Pharmaceuticals Inc. ("ACADIA") move the Court for an Order granting summary judgment in favor of ACADIA of no invalidity of Claim 26 of U.S. Patent No. 7,601,740 and on the literal infringement of Claim 26 of U.S. Patent No. 7,601,740 by MSN's ANDA Product that is the subject of MSN's ANDA No. 214925.

A Proposed Order granting the motion is attached hereto. ACADIA's motion is supported by its Answering Brief in Opposition to MSN's Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,601,740 for Double Patenting (D.I. 261), and the Joint Statement of Undisputed Facts (D.I. 258) including all exhibits thereto (D.I. 258-1 through D.I. 258-13).

Dated: June 14, 2023

OF COUNSEL:

Chad J. Peterman
Bruce M. Wexler
Scott F. Peachman
Rebecca A. Hilgar
Felix A. Eyzaguirre
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
chadpeterman@paulhastings.com
brucewexler@paulhastings.com
scottpeachman@paulhastings.com
rebeccahilgar@paulhastings.com
felixeyzaguirre@paulhastings.com

**SAUL EWING LLP**

*/s/ Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff
ACADIA Pharmaceuticals Inc.*