**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-985-GBW |
| v. | ) ) | |
| AUROBINDO PHARMA LIMITED *et al.*, | ) ) | CONSOLIDATED |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER GRANTING ACADIA'S CROSS-MOTION FOR
SUMMARY JUDGMENT OF INFRINGEMENT AND NO INVALIDITY
OF U.S. PATENT NO. 7,601,740**

Upon the Cross-Motion for Summary Judgment of Infringement and No Invalidity of

U.S. Patent No. 7,601,740 (the "Motion") filed by Plaintiff ACADIA Pharmaceuticals Inc.

("ACADIA"); and the Court having reviewed the Motion; and the Court having jurisdiction over

this matter; and the Court having determined that the legal and factual bases set forth in the

Motion establish sufficient cause for the relief requested therein; and after due deliberation

thereon; and sufficient cause appearing therefor;

It is hereby ORDERED that:

1.      The Motion is GRANTED. The Court hereby enters Judgment that Claim 26 of

U.S. Patent No. 7,601,740 is not valid and is literally infringed by MSN's ANDA Product that is

the subject of MSN's ANDA No. 214925.

2.      Summary Judgment is GRANTED in favor of ACADIA.

3.      Costs are AWARDED to ACADIA.

SO ORDERED this_____day of_____, 2023.

_____
UNITED STATES DISTRICT JUDGE