IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:20-cv-00985-GBW |
| | ) | |
| | ) | (Consolidated) |
| AUROBINDO PHARMA LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF COMPLETION OF BRIEFING
AND JOINT REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that briefing is completed with respect to the summary judgment motions filed by the parties per the *Stipulation and Order Regarding Briefing Schedule for Summary Judgment* [D.I. 256, April 10, 2023]. The motions are ready for disposition by the Court. A list of the relevant filings and docket numbers related to summary judgment follows below.

| Filing | Date Filed | Docket No. |
|---|---|---|
| Joint Stipulation of Infringement and Narrowing Issues | 4/28/23 | 257 |
| Joint Statement of Undisputed Facts (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) | 4/28/23 (*SO ORDERED* 5/2/23) | 258 |
| MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc. Opening Brief in Support of Its Motion for Summary Judgment of Invalidity of U.S. Patent No. 7601,740 for Double Patenting (Attachments: # 1 Exhibit - Declaration of Brent Batzer, Esq., # 2 Exhibit 1-4 to Batzer Declaration) | 5/12/23 | 259 |
| MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc. Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,601,740 for Double Patenting (Attachments: # 1 Proposed Order) | 5/15/23 | 260 |

| | | |
|---|---|---|
| Acadia Pharmaceuticals Inc. Answering Brief in Opposition to Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,601,740 For Double Patenting | 6/14/23 | 261 |
| Acadia Pharmaceuticals Inc. Cross Motion for Summary Judgment and no invalidity of claim 26 of U.S. Patent No. 7,601,740 (Attachments: # 1 Proposed Order) | 6/14/23 | 262 |
| MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc. Reply Brief in Support of its Motion for Summary Judgment, and MSN's Answering Brief in Opposition to Acadia's Cross-Motion for Summary Judgment, Regarding Invalidity of U.S. Patent No. 7,601,740 for Obviousness-Type Double Patenting | 6/21/23 | 263 |
| Declaration of Brent Batzer, Esq. in Support of Reply (Attachments: # 1 Exhibit) | 6/21/23 | 264 |
| Acadia Pharmaceuticals Inc. Sur-Reply Brief re Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,601,740 For Double Patenting | 6/28/23 | 265 |

Pursuant to Local Rule 7.1.4, the parties respectfully request that the Court schedule argument regarding the motions for summary judgment.

Dated: June 29, 2023

SAUL EWING LLP

*/s/ Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19801
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff*
*Acadia Pharmaceuticals Inc.*

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ James S. Green Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

*Attorneys for Defendants MSN Laboratories*
*Private Ltd. and MSN Pharmaceuticals, Inc.*