# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:20-cv-00985-GBW |
| | ) |
| | ) (Consolidated) |
| AUROBINDO PHARMA LIMITED, et al., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Having considered Defendants MSN Laboratories Pvt. Ltd. and MSN Pharmaceuticals, Inc.'s motion (the "Motion") for leave to respond to Plaintiff ACADIA Pharmaceuticals, Inc.'s Notice of Subsequent Authority dated September 29, 2023 [D.I. 272], it is hereby

ORDERED that Defendants' Motion is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE