

Michelle C. Streifthau-Livizos
Phone: (302) 421-6819
Fax: (302) 421-6813
michelle.streifthau-livizos@saul.com
www.saul.com

November 20, 2023

**VIA E-FILING**
The Honorable Gregory B. Williams
United States District Court for the District of Delaware
844 N. King Street, Room 6124
Wilmington, DE 19801

    Re:    *Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al.*
              C.A. No. 20-985-GBW

Dear Judge Williams:

    I write on behalf of Acadia in the above-referenced matter to provide an update to the Court with additional information regarding the timing discussed during the motion for summary judgment hearing, held on September 27, 2022.

    At the end of argument, the Court inquired whether a decision was necessary prior to the expiration of the regulatory stay occurring in October 2023. In response, the parties had previously indicated that there was no urgency to issue a decision before that expiration because MSN had filed Paragraph 3 notices with respect to other patents listed in the FDA Orange Book. *See* Ex. A, Tr., at 74:3-16. Therefore, MSN would not receive approval until those patents expire on January 15, 2024. *See* Tr. at 74:18-24.

    Acadia would like to respectfully bring to the Court's attention that, although the January 15 expiration remains, Acadia would potentially need to take certain actions with the United States Patent and Trademark Office approximately one month prior to those patents expiring, depending on the outcome of the motion.

    Acadia is available at the Court's convenience.

                                                Respectfully,

                                                *Michelle C. Streifthau-Livizos*

                                                Michelle C. Streifthau-Livizos (#6584)

cc: All Counsel of Record via ECF/CM

P.O. Box 1266, 1201 N. Market Street, Suite 2300 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP