# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:20-cv-00985-GBW |
| ) | |
| ) | (Consolidated) |
| ) | |
| AUROBINDO PHARMA LIMITED, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ | |
| ACADIA PHARMACEUTICALS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:20-cv-01029-GBW |
| ) | |
| MSN LABORATORIES PRIVATE LTD. ) | |
| and MSN PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SHASHANK UPADHYE, YIXIN TANG, AND BRENT BATZER AS COUNSEL FOR DEFENDANTS MSN LABORATORIES PRIVATE LIMITED AND MSN PHARMACEUTICALS, INC.

**PLEASE TAKE NOTICE** that Shashank Upadhye, Yixin Tang, and Brent Batzer of Upadhye Tang LLP, hereby withdraw their appearance as counsel for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. (collectively the "MSN"), in the above-captioned proceeding and request that they be removed from any applicable service lists on behalf of the MSN.

**PLEASE TAKE FURTHER NOTICE** that James S. Green, Jr. and Jared T. Green of Seitz, Van Ogtrop & Green, P.A. will continue as counsel for MSN, and all future notices and pleadings related to MSN should continue to be forwarded to Seitz, Van Ogtrop & Green, P.A. as

indicated below:

>James S. Green, Jr. (DE 4406)
>Jared T. Green (DE 5179)
>SEITZ, VAN OGTROP & GREEN, P.A.
>222 Delaware Ave., Suite 1500
>Wilmington, DE  19801
>(302) 888-0600
>jsgreen@svglaw.com
>jtgreen@svglaw.com

Dated:   December 28, 2023                                  **SEITZ, VAN OGTROP & GREEN, P.A.**

>*/s/ James S. Green, Jr.*
>James S. Green, Jr. (DE 4406)
>Jared T. Green (DE 5179)
>SEITZ, VAN OGTROP, & GREEN, P.A.
>222 Delaware Ave., Suite 1500
>Wilmington, DE  19801
>(302) 888-0600
>jsgreen@svglaw.com
>jtgreen@svglaw.com
>
>*Attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc.*
>
>-and-
>
>*/s/ Shashank Upadhye*
>_____
>Shashank Upadhye (*pro hac vice*)
>Yixin Tang (*pro hac vice*)
>Brent Batzer (*pro hac vice*)
>UPADHYE TANG LLP
>109 Symonds Drive, #174
>Hinsdale, IL 60522
>Tel: 312.598.2610
>shashank@ipfdalaw.com
>
>*Withdrawing attorneys for Defendants MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc.*