IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> AUROBINDO PHARMA LIMITED, et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 1:20-cv-00985-GBW <br><br> (Consolidated) |
| ACADIA PHARMACEUTICALS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MSN LABORATORIES PRIVATE LTD. ) <br> and MSN PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 1:20-cv-01029-GBW |

## [PROPOSED] FINAL ORDER

This matter having come before the Court on the merits of all remaining issues in the above-captioned case as it relates to Plaintiff Acadia Pharmaceuticals Inc.'s ("Acadia") and Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.'s (collectively, "MSN"), pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated in the Court's Memorandum Order dated December 13, 2023 denying MSN's Motion for Summary Judgment of Invalidity of Claim 26 of U.S. Patent No. 7,601,740 for Double Patenting and granting Acadia's Cross Motion for Summary Judgment and No Invalidity of Claim 26 of U.S. Patent No.

7,601,740 (D.I. 275), and all prior rulings, orders, judgments, and findings, it is hereby ordered, adjudged, and decreed as follows:

1. Final judgment is entered in favor of Acadia and against MSN on Acadia's claim that MSN's submission of ANDA No. 214925 was an act of infringement of claim 26 of U.S. Patent No. 7,601,740 ("the '740 patent") under 35 U.S.C. § 271(e)(2).

2. Final judgment is entered in favor of Acadia and against MSN on MSN's counterclaims for non-infringement and invalidity of claim 26 of the '740 patent.

3. In the event that a party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54 and/or Local Rules 54.1 or 54.3, or any motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within fourteen (14) days after final disposition of any such appeal.

Dated: January 11, 2024
Wilmington, Delaware

_____
The Honorable Gregory B. Williams
United States District Court Judge