# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:20-cv-00985-GBW |
| | ) | |
| | ) | (Consolidated) |
| AUROBINDO PHARMA LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:20-cv-01029-GBW |
| | ) | |
| MSN LABORATORIES PRIVATE LTD. | ) | |
| and MSN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. (collectively, "MSN"), by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Federal Circuit from the December 13, 2023 Memorandum Order [C.A. No. 1:20-cv-00985-GBW D.I. 275] of the United States District Court for the District of Delaware, and final judgment entered on January 11, 2024 [C.A. No. 1:20-cv-00985-GBW D.I. 282; C.A. No. 1:20-cv-01029-GBW D.I. 27], denying MSN's Motion for Summary Judgment of Invalidity of Claim 26 of U.S. Patent No. 7,601,740 for Double Patenting and granting Plaintiff Acadia Pharmaceuticals Inc.'s Cross Motion for Summary Judgment and No Invalidity of Claim 26 of U.S. Patent No. 7,601,740.

Payment of the required filing and docketing fees are provided with this notice.

Dated: January 18, 2024

S<small>EITZ</small>, V<small>AN</small> O<small>GTROP</small> & G<small>REEN</small>, P.A.

*/s/ James S. Green, Jr.*
James S. Green, Jr. (DE Bar #4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-0600
jsgreen@svglaw.com

*Attorneys for Defendants MSN*
*Laboratories Private Limited*
*and MSN Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I cause copies of the foregoing document to be served on January 18, 2024, via electronic mail, upon the following last known attorneys of record of the party to the parts of the judgment and order from which appellants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. appeal.

> James d. Taylor, Jr.
> Jessica M. Jones,
> Michele Streifthau-Livizos
> SAUL EWING ARNSTEIN & LEIR LLP
> 1201 N. Market Street, Suite 230
> Wilmington, DE 19899
> (302) 421-6800
> james.taylor@saul.com
> jessica.jones@saul.com
> michelle.streifthau-livizos@saul.com
>
> Chad J. Peterman
> Burce M. Wexler
> Scot F. Peachman
> Felex A. Eyzaguirre
> PAUL HASTINGS LLP
> 200 Park Avenue
> New York, NY 10166
> (212) 318-6000
> chadpeterman@paulhastings.com
> brucewexler@paulhastings.com
> scottpeachman@paulhastings.com
> felixeyzaguirre@paulhastings.com
>
> *Attorneys for Plaintiff/Appellee Acadia Pharmaceuticals Inc.*

/s/ *James S. Green, Jr.*
James S. Green, Jr., (#4406)