AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court    **for the District of Delaware**    on the following

☐ Trademarks or   ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. **GBW**<br>20-985-~~RGA~~ | DATE FILED<br>7/24/2020 | U.S. DISTRICT COURT<br>      for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Acadia Pharmaceuticals Inc. | | DEFENDANT<br>Aurobindo Pharma Limited; and<br>Aurobindo Pharma USA, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7,601,740 | 10/13/2009 | ACADIA Pharmaceuticals Inc. |
| 2 7,732,615 | 6/8/2010 | ACADIA Pharmaceuticals Inc. |
| 3 10,449,185 | 10/22/2019 | ACADIA Pharmaceuticals Inc. |
| 4 10,646,480 | 5/12/2020 | ACADIA Pharmaceuticals Inc. |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/1/2020 | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 7,659,285 | 2/9/2010 | ACADIA Pharmaceuticals Inc. |
| 2 7,923,564 | 4/12/2011 | ACADIA Pharmaceuticals Inc. |
| 3 8,618,130 | 12/31/2013 | ACADIA Pharmaceuticals Inc. |
| 4 8,921,393 | 12/30/2014 | ACADIA Pharmaceuticals Inc. |
| 5 9,566,271 | 2/14/2017 | ACADIA Pharmaceuticals Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached |

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK | DATE<br>5-7-2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court ___ **for the District of Delaware** ___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.   G BW<br>20-985-~~RGA~~ | DATE FILED<br>7/24/2020 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Acadia Pharmaceuticals Inc. | | DEFENDANT<br>Aurobindo Pharma Limited; and<br>Aurobindo Pharma USA, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7,601,740 | 10/13/2009 | ACADIA Pharmaceuticals Inc. |
| 2 7,732,615 | 6/8/2010 | ACADIA Pharmaceuticals Inc. |
| 3 10,449,185 | 10/22/2019 | ACADIA Pharmaceuticals Inc. |
| 4 10,646,480 | 5/12/2020 | ACADIA Pharmaceuticals Inc. |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/1/2020 | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 10,028,944 | 7/24/2018 | ACADIA Pharmaceuticals Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

2 of 4

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court　　　　**for the District of Delaware**　　　　on the following

☐ Trademarks or　　☑ Patents.　( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.    G BW<br>1:20-CV-00985 RGA | DATE FILED<br>7/30/2020 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>ACADIA PHARMACEUTICALS INC. | | DEFENDANT<br>ZYDUS PHARMACEUTICALS (USA) INC. and CADILA<br>HEALTHCARE LIMITED |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,601,740 | 10/13/2009 | ACADIA Pharmaceuticals Inc. |
| 2 | 7,732,615 | 6/8/2010 | ACADIA Pharmaceuticals Inc. |
| 3 | 10,449,185 | 10/22/2019 | ACADIA Pharmaceuticals Inc. |
| 4 | 10,517,860 | 12/31/2019 | ACADIA Pharmaceuticals Inc. |
| 5 | 10,646,480 | 5/12/2020 | ACADIA Pharmaceuticals Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>8/27/2021 | INCLUDED BY<br>☑ Amendment　☐ Answer　☐ Cross Bill　☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 10,953,000 | 3/23/2021 | ACADIA Pharmaceuticals Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director　Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director　Copy 4—Case file copy

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ for the District of Delaware _____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:20-cv-00985 G BW | DATE FILED<br>7/30/2020 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br><br>ACADIA PHARMACEUTICAS INC. | | DEFENDANT<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and CADILA<br>HEALTHCARE LIMITED | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1   10,849,891 | 12/1/2020 | ACADIA Pharmaceuticals Inc. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:20-cv-00985-GBW |
| | ) | |
| | ) | (Consolidated) |
| AUROBINDO PHARMA LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:20-cv-01029-GBW |
| | ) | |
| MSN LABORATORIES PRIVATE LTD. | ) | |
| and MSN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] FINAL ORDER

This matter having come before the Court on the merits of all remaining issues in the above-captioned case as it relates to Plaintiff Acadia Pharmaceuticals Inc.'s ("Acadia") and Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.'s (collectively, "MSN"), pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated in the Court's Memorandum Order dated December 13, 2023 denying MSN's Motion for Summary Judgment of Invalidity of Claim 26 of U.S. Patent No. 7,601,740 for Double Patenting and granting Acadia's Cross Motion for Summary Judgment and No Invalidity of Claim 26 of U.S. Patent No.

7,601,740 (D.I. 275), and all prior rulings, orders, judgments, and findings, it is hereby ordered, adjudged, and decreed as follows:

1.     Final judgment is entered in favor of Acadia and against MSN on Acadia's claim that MSN's submission of ANDA No. 214925 was an act of infringement of claim 26 of U.S. Patent No. 7,601,740 ("the '740 patent") under 35 U.S.C. § 271(e)(2).

2.     Final judgment is entered in favor of Acadia and against MSN on MSN's counterclaims for non-infringement and invalidity of claim 26 of the '740 patent.

3.     In the event that a party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54 and/or Local Rules 54.1 or 54.3, or any motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within fourteen (14) days after final disposition of any such appeal.

Dated: January 11 , 2024
            Wilmington, Delaware

The Honorable Gregory B. Williams
United States District Court Judge

2